# EXHIBIT A

# TSSAA/TMSAA TRANSGENDER POLICY

**Philosophy of Gender Identity Participation:**

The TSSAA/TMSAA allows participation for all students regardless of their gender identity **OR** expression. The purpose of this policy is to designate a set of criteria in which student-athletes are able to compete on a level playing field in a safe, competitive and friendly environment, free of discrimination. Fundamental fairness, as well as some local, state, and federal rules and regulations require schools to provide transgender student-athletes with equal opportunities to participate in athletics. This policy is designed to create a framework in which the participation may occur in a safe and healthy manner that is fair to all competitors.

**Gender Identity Policy/Procedure:**

All students should have the opportunity to participate in TSSAA/TMSAA activities in a manner that is consistent with their gender identity, irrespective of the gender listed on a student's records. Once the student has been granted eligibility to participate in the sport consistent with his/her gender identity, the eligibility is granted for the duration of the student's participation and does not need to be renewed every sports season or school year.

**Privacy Statement:**

To the extent permitted by law, all discussions and documents at all levels of the process either by a member school and/or the TSSAA/TMSAA shall be kept confidential, and the proceeding will be sealed unless the student and family make a specific request.

**Definitions:**

1. **Transgender Person** – A person whose gender identity does not match the sex assigned to him or her at birth.
2. **Gender Identity** – A person's deeply-felt internal sense of being male or female.
3. **Gender Expression** – A person's external characteristics and behaviors that are socially defined as either masculine or feminine (dress, speech, mannerisms, social interactions, etc.)

**Steps Required for Consideration to Participate:**

1. **Notice to the School:**

   The student and/or parent(s)/guardian(s) shall contact the administration at their member school indicating that the student has a consistent gender identity different than listed on the student's school registration records or birth certificate and that the student desires to participate in athletics in a manner consistent with his/her gender identity.

2. **Notice to the TSSAA/TMSAA:**

   The member school administration shall contact the TSSAA office, which will assign a facilitator who will assist the school and student in preparation and completion of the TSSAA/TMSAA Gender Identity Eligibility Process.

3. **Necessary Documentation:**

   The member school shall assist in collecting the following information:

   A. Current transcript and school registration information;
   B. Documentation from individuals such as, but not limited to, parent(s)/guardian(s), friends, and/or teachers which affirm that the action, attitudes, dress, and manner demonstrate the student's consistent gender identification and expression;
   C. Documentation from the member school administration outlining specific accommodations that have been made for the student;
   D. Written verification from an appropriate health care professional (i.e. doctor, psychiatrist, psychologist) of the student's consistent gender identification and expression; and
   E. Any other pertinent documentation or information.

4. **Referral to Gender Identity Eligibility Committee:**

   Upon receipt of the required documentation from the member school, the Executive Director will refer all necessary documentation to the TSSAA/TMSAA Gender Identity Eligibility Committee (GIEC) for consideration. The GIEC will be selected by the TSSAA/TMSAA and will make a determination on the gender eligibility from the member school. The GIEC will be comprised of a minimum of three of the following individuals:

   A. Physician with experience in gender identity health care and the World Professional Association of Transgender Health (WPATH) Standards of Care;
   B. Psychiatrist, psychologist, or licensed mental health professional familiar with the WPATH;
   C. School administrator from a non-appealing member school;
   D. TSSAA/TMSAA staff member; or
   E. Advocate familiar with Gender Identity and Expression issues.

5. **Notification:**

   Written notification of the decision of the GIEC will be rendered to the member school administration by the Executive Director.

6. **Appeals:**

A. A member school desiring to appeal the Gender Identity Eligibility Committee's decision on behalf of a denied student shall file a "written notice of appeal" with the Executive Director.
B. All appeals will be to the TSSAA Board of Control.
C. The TSSAA Board of Control will have the authority to require that additional specified information be submitted.
D. The TSSAA Board of Control shall hear appeals during their next regularly scheduled meeting.
E. Written notification of the decision of the TSSAA Board of Control will be rendered to the member school administration by the Executive Director.
F. The decision of the TSSAA Board of Control shall be final and binding.

**Suggested Areas of Awareness for Member Schools:**

1. Have a plan in place
2. Use correct names/pronouns according to the student's self-identification
3. Gender appropriate restroom accessibility
4. Locker room accessibility
5. Educational training for teachers, counselors, coaches, administrators, parents, students, and fans on transgender sensitivity in relation to students
6. Manner of dress according to gender identity
7. Recognize that the student is living in the "gender identity"
8. Provide access to resources and accurate information to ensure healthy competition