IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.E., by his next friends and parents, SHELLEY ESQUIVEL and MARIO ESQUIVEL, <br><br> Plaintiff, <br><br> v. <br><br> BILL LEE, in his official capacity as Governor of Tennessee, et al., <br><br> Defendants. | Civ. Action No. 3:21-cv-835 <br><br> Judge Crenshaw <br><br> Magistrate Judge Newbern |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.01(g), Thomas H. Castelli hereby notifies this Court of his withdrawal as co-counsel for Plaintiff. Mr. Castelli is leaving the employment of the American Civil Liberties Union Foundation of Tennessee, Inc. ("ACLU-TN") on February 5, 2022, for a different employment opportunity in another state. Counsel from the ACLU-TN, Stella Yarbrough will continue serving as attorney for Plaintiffs. Additionally, Plaintiffs will continue to be represented by counsel Leslie Cooper and Taylor Brown with the American Civil Liberties Union Foundation; Tara L. Borelli, Carl S. Charles and Sasha Buchert with Lambda Legal Defense and Education Fund, Inc.; and Alan Schoenfeld, Matthew D. Benedetto, Thomas F. Costello-Vega, Emily Stark and Samuel Strongin with the law firm of Wilmer Cutler Pickering Hale and Dorr, LLP.

Dated: February 1, 2022.                                    Respectfully Submitted,

/s/ Thomas H. Castelli
Thomas H. Castelli, # 024849
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
615-320-7142
tcastelli@aclu-tn.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on February 1, 2022, by operation of the Court's electronic filing system on the following:

Stephanie A. Bergmeyer
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Stephanie.bergmeyer@ag.tn.gov

David M. Sanders
Senior Deputy Law Director
Knox County, Tennessee
400 W. Main St., Suite 612
City-County Building
Knoxville, Tennessee 37902
David.Sanders@knoxcounty.org

/s/ Thomas H. Castelli
Thomas H. Castelli
