# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


L.E., by his next friends      )
and parents, SHELLEY           )
ESQUIVEL and MARIO ESQUIVEL    )
                               )
          Plaintiff            )
                               )
vs.                            )        No. 3:21-cv-00835
                               )
BILL LEE, in his official      )
capacity as Governor of the    )
Tennessee, et al.              )
                               )
          Defendants           )


VIDEOTAPED

DEPOSITION

OF

L.E.

August 1, 2022

_____

DONNA D. TOUSEULL, LCR
HOOD & McMASTERS
P. O. Box 894, Seymour, TN 37865-0894
Telephone:  865-577-5181


VIDEOGRAPHER:  Ernie Tracy, Tracy Imaging

APPEARANCES:

        MS. SASHA BUCHERT

        MS. LI NOWLIN-SOHL

        MS. BRITANY RILEY-SWANBACK

        Attorneys for Plaintiff

        L.E. by his next friends and

        parents, Shelley and Mario Esquivel

        MS. STEPHANIE BERGMEYER

        MR. TRAVIS ROYER

        MR. CLARK HILDABRAND (via Zoom)

        Attorneys for Defendants

        Governor Bill Lee, et al.

        MS. JESSICA JOHNSON

        MS. AMANDA MORSE

        MR. DAVID SANDERS (via Zoom)

        Attorneys for Defendants

        Knox County Board of Education, et al.

INDEX

WITNESS                                              PAGE

L.E.

Examination by Ms. Bergmeyer..............4

Examination by Ms. Johnson...............34

Examination by Ms. Buchert...............41

INDEX OF EXHIBITS

NO.                    DESCRIPTION          PAGE

1          A          (Shakes head up and down.)

2          Q          Also, I know that you've had to wait some

3     this morning, and I apologize for that, but if at any time

4     you need to take a break, please let me know.

5          A          Yes, ma'am.

6          Q          Okay.  Have you had a good summer?

7          A          Yes.

8          Q          And what do you like to do for fun?

9          A          Golf, puzzles, drawing, just hang out

10    with my friends.

11         Q          What year will you start in -- or when

12    does school start this year?

13         A          August 8th.

14         Q          Okay.  And what grade will you enter

15    into?

16         A          Tenth grade.

17         Q          Okay.  When did you begin playing golf?

18         A          I would say in around sixth grade.

19         Q          And how did you become interested in

20    golf?

21         A          There was a golf clinic and anyone could

22    try it out just for fun, and so I did try it out, and I

23    thought it was cool and wanted to see if I could get

24    better at it, so I did that.

25         Q          Was the golf clinic with your school?

1      A      No, I don't think it -- no, no, it was
2  not.
3      Q      Was the golf clinic at one particular
4  golf course?
5      A      I don't remember what golf course it was
6  at, if it was even at a golf course.
7      Q      Did your parents buy you golf clubs so
8  that you could play in the golf clinic?
9      A      Not necessarily in the golf clinic
10  because they had clubs you could borrow, but a little bit
11  after, we did get some clubs.
12      Q      And you mentioned tryouts.  Did you try
13  out to play with that golf clinic?
14      A      No, every -- anyone could try it just to
15  see, just to get introduced to it.
16      Q      When did you play with your middle-school
17  golf team?
18      A      I would say around seventh -- well,
19  beginning of seventh and maybe a little bit of sixth.  I
20  can't remember about sixth.
21      Q      What grades were in your middle school?
22      A      What do you mean by grades?
23      Q      Did your middle school have sixth,
24  seventh, and eighth grade?
25      A      Yes.

1      other than that?

2              A       Yes.

3              Q       Okay.  And who would you play golf with?

4              A       My dad.

5              Q       Anyone else?

6              A       No, not really.  It would just be me and

7      my dad giving me a ride.  Sometimes he'll even leave me.

8              Q       And dad pays; right?

9              A       We have a card, yes, like, at Fairways

10     and Greens and all that stuff.

11             Q       And was there a certain course that you

12     and your dad played?

13             A       Yeah.  Usually we would go to Fairways

14     and Greens just to warm up and hit some balls and just

15     practice, and then we would go to Concord, Dead Horse.

16     There's also a few other ones I can't remember off the top

17     of my head.

18                     MS. BERGMEYER:  Are you able to hear

19             okay, Miss Court Reporter?

20                     THE COURT REPORTER:  Yes.

21                     MS. BERGMEYER:  Okay.

22             Q       So you mentioned Concord, and I'm not

23     from the Knoxville area.  Is that a golf course in the

24     area?

25             A       Yes.

1          Q        Okay.  And what was the second course?

2          A        Dead Horse.

3          Q        Did you have a favorite?

4          A        I like them all.

5          Q        Good.  Fairways and Greens, is that a

6 driving range?

7          A        Yes.

8          Q        When you played golf with your dad, which

9 tee box would you hit from?

10        A        The white tee boxes.

11        Q        Did you keep score when you played with

12 your dad?

13        A        No, because we were just playing it for

14 fun.

15        Q        Did your dad keep score for himself?

16        A        Occasionally, though for the most part,

17 he would, like, quit halfway through.

18        Q        How many sets of golf clubs have you had?

19        A        Well, at the start I had one, but then I

20 started, I mean, getting new clubs just to add onto that,

21 and then I just recently got a new, like, fitted set of

22 golf clubs.

23        Q        Oh, wow.  Do you know if there are golf

24 clubs designated for boys or girls?

25        A        I mean, I guess it depends on what you

1    want, like, if you want a lighter club or a heavier one.

2              Q        Okay.  Do you prefer lighter or heavier?

3              A        Heavier.

4              Q        Have you taken golf lessons?

5              A        Yes.

6              Q        Okay.  Have you had more than one private

7    instructor?

8              A        Yes.

9              Q        So who have you got lessons from?

10             A        Miss Suzanne, Amy -- I forget this

11   person's name.  It starts with an A.  I'm sorry.

12             Q        That's okay.

13             A        Then there's also another guy I've seen

14   before that I just got back seeing him for more lessons.

15   I also forgot his name.

16             Q        That's okay.

17             A        And then also Dave.

18             Q        Coach Dave?

19             A        Yes.

20             Q        And did you say one of the guy

21   instructors you recently went back to see?

22             A        Yes.

23             Q        Okay.  When did you start lessons with

24   him again?

25             A        Maybe, like, a month, a month and a half

1    ago.

2              Q        How long before that had it been since

3    you had had lessons?

4              A        From -- what do you mean by lessons?

5              Q        So you -- that was a bad question.

6    Always feel free to tell me that.  You recently started

7    lessons with a male instructor, you said one to one and a

8    half months ago; is that right?

9              A        Yes.

10              Q        Okay.  Were you taking lessons before

11    that?

12              A        Yes.

13              Q        Okay.  And who were you taking lessons

14    with?

15              A        Miss Suzanne.

16              Q        Do you know why you left Miss Suzanne,

17    having lessons with her?

18              A        Mainly because I wanted to get someone

19    else's point of view just to see what I have to improve

20    on, not just from one person, but another just to see what

21    things I can also improve on from their standpoint.

22              Q        Okay.  When you had lessons with Miss

23    Suzanne, how often would you see her?

24              A        I don't really know if it was -- I don't

25    really know any consistent date.  I would just see her

1    when I think there is something I definitely want to

2    improve on.  Like, there's always something to improve on,

3    but something in particular, like, maybe with my irons, or

4    I'm struggling to keep the ball more straight and it's

5    curving a little bit right, or maybe my long putts are not

6    doing very good at the time, so I want to improve on that.

7         Q     Have you tried to tee off from either the

8    yellow or red tee boxes?

9         A     Yes, I -- yeah, I did do red a little

10   bit, though I would usually go up a club or two or just

11   stay with the same club but do a fuller swing instead of a

12   half swing.

13        Q     How many times did you play golf this

14   summer?

15        A     To be honest, I'm not keeping track of

16   how many times I play.  I mean, I went golfing, like, two

17   days ago because I was in Florida and there's, like, a

18   little Top Golf, but not really Top Golf.  It was, like,

19   half.

20        Q     When you play golf with your dad, do you

21   play a 9-hole course or an 18-hole course?

22        A     Nine hole because 18 holes is, like, the

23   whole day.  We don't have that time.

24        Q     Do you know when the last time you played

25   a 9-hole course was?

1    A        I don't remember.  Actually, wait.  I
2    don't know the exact date, so I can't -- it was recent.
3    Well, it was like -- I'm just going to say I don't
4    remember.
5         Q        Okay.  Do you think it would have been
6    sometime this summer?
7         A        Oh, yeah, it's been the summer.
8         Q        Do you follow professional golf?
9         A        I'm sorry?  Can you --
10        Q        Do you follow professional golf?
11        A        Like, watch it?
12        Q        Yes.
13        A        I mean, I usually just -- it's -- if it's
14   on, I just glance to see who's playing and if they did a
15   good shot and then do something else.
16        Q        Do you have any favorite professional
17   golfers?
18        A        No.  I'm trying to think.  No.
19        Q        Did you want to play golf for your
20   high-school golf team?
21        A        Yes.  I wanted to play on the guys' golf
22   team.
23        Q        Okay.  And what made you decide that you
24   wanted to play for the guys' team?
25        A        Because I'm a boy.

```
 1            Q        Did you talk to anyone about wanting to
 2     play golf for the high-school boys' team?
 3            A        Yes.
 4            Q        Okay.  Who did you speak with?
 5            A        My mom, dad, friends, lawyer, lawyers.
 6            Q        Sure.
 7            A        Yeah.
 8            Q        Do you know who the boys' golf coach is
 9     for Farragut High School?
10            A        No.
11            Q        Do you know when the boys' golf team have
12     tryouts at your school?
13            A        No, though I think my mom does.
14            Q        Do you follow the players on the Farragut
15     boys' golf team or keep track of how they're doing on the
16     team?
17            A        Not exactly keep track, though I do know
18     they are good.
19            Q        What do you know about them being good?
20            A        They got second place in a tournament, I
21     think it was a tournament.
22            Q        Are you friends with anyone on the boys'
23     golf team?
24            A        No.
25            Q        Why did you not go to tryouts for the
```

1  golf team before or for your freshman year of high school?

2        A      Because even if I did have the chance to

3  try out, if I can't even be able to play on the guy's golf

4  team, there -- I just wouldn't try out.  There's no point.

5        Q      Do you know if the boys and girls try out

6  at the same time for the golf team?

7        A      I do not know.

8        Q      Do you know what tryout what -- do you

9  know what someone has to do at the tryouts to see whether

10  they can make the team?

11        A      I do not.  I would expect you just to be

12  able to play well.

13        Q      Have you -- do you know what a handicap

14  is for golf?

15        A      Yes.

16        Q      What is your understanding of a handicap?

17        A      My understanding of it is where you get

18  to be closer to the hole or something that helps you.

19        Q      Do you know how golfers keep score?

20        A      Depending on how many hits it takes you

21  until you get to the hole.  It could be birdie, par,

22  bogey, double bogey max, and if you're really, really

23  lucky, eagle, and I never got that.  I wish I got an

24  eagle.

25        Q      Do you know what par is?

1          A       Yes.

2          Q       Okay.  And what is that?

3          A       It's where it takes you three golf hits

4 -- well -- yeah.  It can be different depending on, like,

5 distance, if this makes any sense of what I'm saying, but

6 yeah.

7          Q       Sure.  It was a -- it was a broad

8 question; I understand.  Do golfers try to make par when

9 they golf?

10          A       I would think so.  I mean, you just try

11 to do it in as little hits as possible.

12          Q       We are here today because you have -- you

13 and your parents have filed a lawsuit because you want to

14 play and try out for the boys' golf team; is that right?

15          MS. BUCHERT:  Objection to form.

16          A       I want to have the chance to play.

17          Q       Okay.  And have you spoken to news

18 reporters and people of the press about this lawsuit?

19          A       No.

20          Q       Okay.  Are you aware of this lawsuit

21 being in the news?

22          A       Wait, actually, maybe I did.

23          Q       Okay.

24          A       Well, I don't know if that exactly

25 counts.  I'm just going to say no for now.

1        Q      Okay.  Did you change the way that you

2 dressed when people started calling you L.E.?

3             MS. BUCHERT:  Objection to form.

4        A      No.  I kind of already wore tomboyish boy

5 clothes from the start.  Like, I didn't like frilly

6 dresses or anything like that.  I would also get clothes

7 from one of my cousins who's a guy and then also clothes

8 from my dad and then -- yeah.  I guess I was more open and

9 less nervous about wearing boy clothes, but I did not

10 really change what I was wearing.

11        Q      You mentioned you told your closest

12 friends.  Are your closest friends boys or girls?

13        A      Both.

14        Q      Okay.

15        A      I guess I've known -- I guess the ones I

16 met first are actually guys.  Like, the first friends I

17 ever made, their names are Ben and Zack.  They are in

18 elementary -- I met them in elementary school and -- yeah.

19        Q      When did people in school call you L.E.?

20        A      Not until my name was changed and I --

21 can you -- wait, can you say the question again?

22        Q      Sure.  When did people in school start

23 calling you L.E.?  Do you know what grade?

24        A      I guess after I got my name changed and

25 it was on the teacher's thing, but I did also tell the

 1   teacher my name's L.E. before that, so it could be a

 2   little later.

 3          Q        You have several doctors that you see,

 4   one being your pediatrician Dr. Blackman?

 5          A        Yes.

 6          Q        Okay.  Have you spoken with Dr. Blackman

 7   about being a transgender person and how he can help you

 8   with that?

 9          A        Yes, I did tell him I was a transgender.

10          Q        Okay.  You also at some point began

11   seeing a therapist; I believe the name is Samuel

12   Steinbruegge?

13          A        Yes.

14          Q        Okay.  And how long have you seen him?

15          A        Oh, man, I hate time.  I don't -- I don't

16   know.  I mean, it's not -- it was consistent at the start,

17   and then it's not as much.  It's just, like, every so

18   often.

19          Q        Okay.  And you decided along with your

20   parents to take pubertal -- pubertal suppression

21   medication; is that right?

22          A        Yes.  It's an implant.

23          Q        Okay.  And what made you decide to begin

24   that medication?

25          A        I didn't -- I guess before I started

1       having more feminine features.  I didn't really think

2       about it like that.  That's not what I was expecting

3       exactly.  I guess in my mind I'd be the same or just more

4       -- or less feminine features than I was actually expecting

5       until I realized that's not what I want and didn't

6       actually think about how that was going to happen.

7                Q       Okay.

8                A       And also when I was transitioning as a

9       male, I found that, since I'm a guy, I don't want feminine

10      features, so...

11               Q       Are you considering testosterone therapy?

12               A       Yes.

13               Q       Okay.  And what is your understanding of

14      testosterone therapy?

15               A       I will be getting a deeper voice, more

16      hair, less of a feminine body shape.

17                       MS. BERGMEYER:  I think this would be a

18               good time for me to take a very short break, and

19               I'm almost done.

20                       MS. BUCHERT:  Okay, great.

21                       THE VIDEOGRAPHER:  Okay.  We're going off

22               the record.  The time on the camera is 11:06.

23                            (Short break.)

24                       THE VIDEOGRAPHER:  Okay.  We're back on

25               the record.  The time on the camera is 11:40 a.m.

```
 1            Q        All right.  L.E., did you talk to any
 2     golf coach or instructor about wanting to play golf in
 3     high school?
 4                     MR. SANDERS:  Excuse me, Stephanie, this
 5              is David.  We don't have any video feed.
 6                     (Technical difficulties.)
 7                       (Off the record.)
 8                     THE VIDEOGRAPHER:  You may continue.
 9            Q        All right.  L.E., did you talk to any
10     golf coach or instructor about wanting to play golf in
11     high school?
12            A        A little bit to Miss Suzanne just as a
13     topic to chat about.
14            Q        Do you know what tees the boys on the
15     high-school golf team hit from?
16            A        I'd assume that it's brown, though I may
17     be wrong.
18            Q        Is it a tee that is further from the tee
19     that you currently hit from?
20            A        Yes.
21            Q        And have you ever hit from the tees that
22     you assume the boys' golf team in high school hit from?
23            A        Yes.
24            Q        How many times have you hit from that
25     tee, tee box?
```

1          A        I have no clue.  I don't keep track.

2          Q        But it is not the tee box that you

3     routinely play from.

4          A        I do not routinely play from that tee

5     box.

6          Q        Did you play on the girls' middle-school

7     team after transitioning as a boy?

8                   MS. BUCHERT:  Objection to form.

9          A        Not exactly -- well, I'm sorry, can you

10    repeat the question?

11         Q        Yes.  After going through a social

12    transition to be recognized as a boy, did you play on the

13    girls' middle-school golf team?

14         A        Yes, but only -- okay.  Yes, but only a

15    little bit.  Well, not exactly a -- okay.  Yes.

16         Q        And you have previously stated that

17    playing for the girls' golf team made you uncomfortable;

18    is that right?

19         A        Yes.

20         Q        Okay.  Can you explain more about why you

21    felt uncomfortable.

22         A        They weren't doing anything or anything

23    like that.  It's just because I'm a boy and it would be

24    awkward to be the only boy playing on a girls' golf team.

25         Q        Okay.  So did the girls on the team treat

1    you well?

2          A      I mean, yeah, they were nice.

3          Q      And was the coach nice?

4          A      Yes.

5          Q      Are there any other reasons that you felt

6    uncomfortable playing for the girls' golf team?

7          A      No.  I mean, no.  I mean, it's not just

8    uncomfortable, it's just embarrassing, a little angering

9    to myself, I guess, when you think about it.  It's just,

10   like, I really, really love golf, and I love

11   competitiveness, but I don't like playing on the girls'

12   golf team, so -- because I'm a boy and -- yeah.

13         Q      Okay.  How long have you been off school

14   for the summer?

15         A      Let's see.  I forget when school actually

16   ended, I'll be honest.  I know it -- I know school ended

17   in June, and that's my birthday month, but, I mean, I kind

18   of forget.  I didn't really keep track.  I was just

19   excited to go to summer.

20         Q      Do you know when you -- when it was your

21   birthday, were you in school or out of school?

22         A      Oh, out of school.

23         Q      Was there anything that prevented you

24   from playing golf more this summer?

25            MS. BUCHERT:  Objection to form.

1    decision because I can't read your mind.  I don't know

2    what you're thinking, so...

3            Q       And so what is the difference between a

4    boy and a girl?

5                    MS. BUCHERT:  Objection to form.

6            A       Things you do, mannerisms, way of speech,

7    how you speak a little bit, the way you dress.  Yeah.

8            Q       Okay.  And is it your understanding that

9    you have always been a boy, or did your feelings or

10   understanding about that change as you got older?

11           A       I think I've always been a boy, though --

12   I mean, like, I didn't really see myself as a girl, but

13   because of my birth certificate, I just didn't really --

14   and I didn't even -- I wasn't even educated at the time

15   about transgender, so, yeah...

16           Q       How did you get educated about

17   transgender persons?

18                   MS. BUCHERT:  Objection to form.

19           A       Well, mainly my friends.  They taught me

20   about pronouns, and then I kind of looked into it myself

21   on YouTube, and then I still don't even know.  I mean,

22   it's mostly on feelings, I guess, so I can't really --

23   it's, like, how I feel like a boy, so, yeah...

24                   MS. BERGMEYER:  I have no further

25           questions.  Thank you for your time today.

1      Q      One more actually, I apologize.  Have you

2 understood the questions I've asked you today?

3      A      Yes.

4             MS. BERGMEYER:  Thank you.

5                    EXAMINATION

6 BY MS. JOHNSON:

7      Q      Hi, I'm Jessica.  I'm the attorney for

8 the Knox County Board of Education and Bob Thomas -- and I

9 need a microphone.  hold on one second.

10             I have just a few questions for you;

11 okay?  Same rules.  Yes and no responses.  If you don't

12 understand the question, ask me and I'll try to rephrase;

13 okay?  So first I want to ask you about when you played in

14 middle school, and that was at Farragut Middle School; is

15 that right?

16      A      Yes.

17      Q      Do you remember when you were on the team

18 if you played matches against other schools?

19      A      We did a few times.  I don't remember

20 which schools.

21      Q      And do you think you played against

22 another school three times?

23      A      No, I don't know about three times.  It

24 was kind of odd because we would play in different ways.

25 Like, best ball is one way we would do it.  It's where

1　everyone on your team who are participating in this game

2　would hit a ball.  Whichever one is better, you would pick

3　that ball and then pick up all the rest, and then everyone

4　would hit from there, and then whatever one's better from

5　there, you would hit there and so forth until you get into

6　the hole.

7　　　　　Q　　And when you played best ball, how many

8　people did you play with?

9　　　　　A　　I honestly don't remember.

10　　　　　Q　　Okay.  Okay.

11　　　　　A　　I don't think it was the whole team,

12　though.

13　　　　　Q　　Did you -- do you remember if you played

14　against other schools less than five times?

15　　　　　A　　I would say it's less than five times,

16　but we would also play against the same schools more than

17　-- so we would usually, like, have a school that we know

18　more than others, so we would play with them more.

19　　　　　Q　　And then I want to talk about golf this

20　summer.  Have you been to the driving range this summer?

21　　　　　A　　Yes.

22　　　　　Q　　Do you know about how many times you've

23　been?

24　　　　　A　　No, I never keep track.

25　　　　　Q　　And I'm not looking for an exact number.

1    Do you think you went once a week this summer?

2         A       Sometimes it would be more.  Like, some

3    weeks we would go more than others, so it's, like, one

4    week we would not have time to go at all because Dad's

5    working and I have practice -- well, I have the play, so I

6    can't go that week, but next week, we have nothing that

7    week, so we're going to go tomorrow and then the other day

8    -- I mean, the next day, and then we'll kind of spread it

9    out, if that makes any sense.

10        Q       Absolutely.

11        A       Yeah, that's why I kind of can't -- I

12   don't -- I can't say it's, like, an exact week.

13        Q       Sure.  Do you think you've been less than

14   ten times this summer?

15        A       No.

16        Q       Would you say you've been more than ten

17   times?

18        A       Yes.

19        Q       Okay, great.  And when was the last time

20   you played an 18-hole course?

21        A       Oh, that's been a while because 18 holes

22   is where you have to spend the whole -- you have to spend

23   a whole day.  You have to make sure your schedule is,

24   like, completely empty.  Definitely not this year.  I

25   haven't had time to do that.  We usually do nine holes.

1   calculated your handicap in golf?

2          A       No.

3                  MS. JOHNSON:  Okay.  I think those are

4          all the questions I have.  Thank you so much.

5                  MS. BUCHERT:  If we could take a

6          five-minute break, that would be great.

7                  THE VIDEOGRAPHER:  Okay.  We're going off

8          the record.  The time on the camera is 12:07.

9                      (Short break.)

10                 THE VIDEOGRAPHER:  Okay.  We're back on

11         the record.  The time is 12:13.

12                          EXAMINATION

13  BY MS. BUCHERT:

14         Q       All right.  L.E., I just have a few quick

15  questions for you.  In your words, what does it mean to

16  socially transition?

17         A       Well, it takes time.  I see it as a

18  process, I mean, like, just bit by bit understanding

19  yourself first and then making the changes, like -- like,

20  the implant, getting diagnosed with trans dysphoria, yeah,

21  and just making the changes that you would like, not

22  playing on the girls' golf team.

23         Q       All right.  And when did you receive a

24  gender dysphoria diagnosis?

25         A       In 2021.

1     Q   And when did you obtain a name change?

2     A   I think that was also in 2021.

3     Q   And when did you receive your implant?

4     A   Twenty twenty-one.  I forget the complete

5 date of all these.

6     Q   So when you were playing for the Farragut

7 Middle School, none of those things had been done when you

8 were -- while you were playing on that team; is that

9 accurate?

10     A  Yes.

11     Q  Okay.  And if this law remained in place,

12 would you consider playing for a girls' team even though

13 you could not play for a boys' team?

14     A  No.

15     MS. BUCHERT:  Okay.  No further

16    questions.  Thank you.

17     MS. BERGMEYER:  Nothing further.

18     MS. JOHNSON:  Nothing for us.

19     (Discussion off the record.)

20

21

22

23

24

25

1                    FURTHER THE DEPONENT SAITH NOT.

2                              L.E.

3

4

5

6       Sworn to before me when

7       taken August 1, 2022.

8

9

10      /s/ Donna D. Touseull

11              Donna D. Touseull

12           Licensed Court Reporter

13      LCR No. 342 / License Expires:  06-30-2024

14

15

16

17

18

19

20

21

22

23

24

25

REPORTER'S CERTIFICATE

STATE OF TENNESSEE  )

COUNTY OF KNOX      )

      I, DONNA D. TOUSEULL, Licensed Court Reporter in and the State of Tennessee, do hereby certify that I reported in machine shorthand the foregoing testimony held on the 1st day of August 2022 and that the foregoing 43 pages were transcribed by me and constitute a true record of the proceedings to the best of my knowledge and ability.

      I further certify that I am not an attorney or counsel for any of the parties, nor an employee or relative of anyone connected with the action, nor financially interested in the action.

      I further certify that I am duly licensed by the Tennessee Board of Court Reporting as a Licensed Court Reporter as evidenced by the LCR number and expiration date following my name below.

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal this 19th day of August 2022.


        /s/ Donna D. Touseull
            DONNA D. TOUSEULL
          Licensed Court Reporter
     LCR No. 342 / License Expires: 06-30-2024