# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

L.E., by his next friends    )
and parents, SHELLEY         )
ESQUIVEL and MARIO ESQUIVEL  )
                             )
          Plaintiff          )
                             )
vs.                          )        No. 3:21-cv-00835
                             )
BILL LEE, in his official    )
capacity as Governor of the  )
Tennessee, et al.            )
                             )
          Defendants         )

VIDEOTAPED

DEPOSITION

OF

SHELLEY ESQUIVEL

August 1, 2022

_____

DONNA D. TOUSEULL, LCR
HOOD & McMASTERS
P. O. Box 894, Seymour, TN 37865-0894
Telephone:  865-577-5181

VIDEOGRAPHER:  Ernie Tracy, Tracy Imaging

APPEARANCES:

MS. SASHA BUCHERT

MS. LI NOWLIN-SOHL

MS. BRITANY RILEY-SWANBACK

Attorneys for Plaintiff

L.E. by his next friends and

parents, Shelley and Mario Esquivel

MS. STEPHANIE BERGMEYER

MR. TRAVIS ROYER

MR. CLARK HILDABRAND (via Zoom)

Attorneys for Defendants

Governor Bill Lee, et al.

MS. JESSICA JOHNSON

MS. AMANDA MORSE

MR. DAVID SANDERS (via Zoom)

Attorneys for Defendants

Knox County Board of Education, et al.

INDEX

WITNESS                                                    PAGE

SHELLEY ESQUIVEL

          Examination by Ms. Bergmeyer.............4

          Examination by Ms. Johnson..............70

          Examination by Ms. Bergmeyer............73

          Examination by Ms. Nowlin-Sohl..........76

          Examination by Ms. Bergmeyer............81

               INDEX OF EXHIBITS

  NO.                 DESCRIPTION               PAGE

   1      Plaintiff's Responses to Defendant.......41

          Knox County Board of Education's First

          Set of Interrogatories

   2      Plaintiff's Responses to Defendants......53

          Penny Schwinn, Sara Heyburn Morrison and

          the Tennessee State Board of Education's

          Second Set of Interrogatories

   3      (Collective)  Social Media Posts.........66

          Beginning November 4th of 2021 through

          April 26th

   4      (Late-Filed)  Golf Digest Article........66

   5      Email Chain dated March 4, 2021 from.....73

          Ms. Esquivel to Mr. Bartlett

1    A   Nothing (indicating).

2    Q   Okay.  If I ask you a question that you

3  do not understand, will you please let me know?

4    A  Yes.

5    Q   Okay.  You sat through L.E.'s deposition

6  this morning; is that correct?

7    A  Yes.

8    Q   Okay.  And did everything that L.E. said

9  appear to be true and accurate to the best of your

10  knowledge?

11    MS. NOWLIN-SOHL:  Object to form.

12    A   There were some areas where he was a

13  little confused so -- but for the most part, yeah, based

14  -- he did the best to his ability to remember dates and

15  things like that.

16    Q   Okay.  Looking at the complaint -- have

17  you seen the complaint before?

18    A  Yes, I have.

19    Q   Okay.  Page 23, the first paragraph,

20  Paragraph 76 -- I guess actually I should go to the page

21  before, Page 22, Paragraph 75.  So L.E.'s original birth

22  certificate states the sex a female; is that correct?

23    A  Yes, that's correct.

24    Q   Okay.  Now going to the next page,

25  Paragraph 76 states, in 2019 -- I'm going to go ahead and

1    say L.E. for the purposes of being consistent for this

2    deposition.  So it says L, but we all know that's

3    referencing L.E.; is that correct?  L.E.?

4           A       Yes.

5           Q       Okay.  Told you that he was a boy.  Tell

6    me about when L.E. told you that he was a boy.

7           A       So it's been a process.  L.E. has always

8    preferred what you would call boys' clothes and doing what

9    you would say are boys' activities, and around -- in 2019,

10   he really started telling me that -- things like, "I wish

11   that I was born a boy.  I wish I wasn't a girl."

12              And so it was towards the end of 2019, he

13   wanted to get his hair cut.  He had had long,

14   shoulder-length hair, and he wanted to get a haircut so

15   that he resembled a stereotypical boy, I guess, even

16   though some boys do have long hair.  So it was just a

17   matter of him, I guess, working through his feelings and

18   telling us that he feels like he's a boy.

19          Q       Prior to that conversation, had you

20   called L.E. L.E. before that time?

21              MS. NOWLIN-SOHL:  Object to form.

22          A       No.

23          Q       Okay.  And when -- I apologize because I

24   think you have answered this, but I want to make sure.

25   When in 2019 did the first discussion occur?

1                    MS. NOWLIN-SOHL:  Object to form.

2          A        I would say it was -- it was towards the

3    end of 2019, so, like, in the fall, during the fall

4    semester of school.

5          Q        Do you recall what grade L.E. would have

6    been in?

7          A        Let's see.  He -- if it was in 2019 in

8    the fall, seventh grade.  Twenty...

9          Q        And so what was your response at that

10   time?

11         A        Well, I personally was not very surprised

12   because, like I said, he'd always gravitated towards boys'

13   clothes and wanting to do things with other boys, and my

14   response was that we needed to talk to the family

15   pediatrician and see kind of what the next steps are, what

16   would be appropriate for L.E.

17         Q        At that time on or around the fall of

18   2019, did you have any affiliation with transgender

19   persons, alliances, or support groups?

20                  MS. NOWLIN-SOHL:  Object to form.

21         A        No.

22         Q        Okay.  Did you know any transgender

23   persons at that time?

24         A        Yes.

25         Q        Okay.  And were the transgender persons

1   you knew a resource for you when you were deciding the

2   proper response to L.E.?

3          A       She was more of an acquaintance of ours,

4   so I don't -- I don't believe that we ever really talked

5   about L.E. transitioning.

6          Q       And so did you take L.E. to the

7   pediatrician on or around that time?

8          A       Yes, early on in 2020.

9          Q       What was the pediatrician's advice?

10         A       She -- so I did research on my own, and I

11  knew that there was such a thing as puberty blockers, and

12  so in my discussion with her, I mentioned that being a way

13  to kind of pause things, you know, pause puberty while

14  L.E., you know, figures things out with his gender, and

15  she at the time did not know that there were doctors in

16  our area who would provide that treatment to children

17  under 18.

18                 So she had more of a kind of wait-and-see

19  approach, meaning wait to see if this is a phase or if

20  it's not, and then to proceed with hormone treatment or

21  whatever the next step was after the age of 18.  She has

22  since apologized because she was very much so uninformed

23  that care is indeed being treated to kids who are younger

24  than 18.

25         Q       So the pediatrician's advice in early

1          Q        Sure.  Was there anything else you

2    observed or other knowledge you have that made you think

3    L.E. being a boy was not a phase?

4          A        He would consistently say things like he

5    wished he were born a boy, he doesn't want to develop

6    breasts, absolutely no desire to have children, he wants a

7    deeper voice.  In my -- in -- in my opinion, phases don't

8    last for as long as what these kinds of feelings that he

9    conveyed to me lasted.

10          Q        So you mentioned testosterone therapy.

11    Has that been discussed with Dr. Eatajoo?

12          A        Yes.

13          Q        Okay.  And is there a plan for L.E. to

14    begin testosterone therapy?

15          A        Yes.

16          Q        And what is the plan?

17          A        The plan is for him to meet with the

18    endocrinologist again in October, and there is something

19    that Children's has put together.  It's called a gender

20    clinic, so where other kids -- actually, I really don't --

21    to be honest with you, I don't know all that it entails,

22    but it's something that where they work through with, I

23    guess, talking about the side effects and things like that

24    of testosterone.

25                    And then originally the plan was for him

1    to begin testosterone at 16, but the endocrinologist feels

2    comfortable, given that he wants to begin sooner so that

3    he can continue puberty, that around -- at some point

4    after October, so I think 15 and a half is kind of what

5    I'm hearing, which would put us into December, January.

6           Q       Has L.E. expressed any hesitation at

7    receiving testosterone therapy?

8           A       Not at all.

9           MS. NOWLIN-SOHL:  Object to the form.

10          Q       What has L.E. said about receiving

11   testosterone therapy?

12          A       He says that he can't wait, he wants to

13   make sure that breast development doesn't occur, he wants

14   a deeper voice, he wants to have body hair, he wants to go

15   into puberty again so he can begin to get taller.  So he's

16   overall conveyed that he's excited to begin testosterone

17   treatment.

18          Q       If L.E. wanted to play a club sport, golf

19   in  a club sport, would you have the financial means to

20   afford that?

21          MS. NOWLIN-SOHL:  Object to form.

22          A       It depends.  I don't know how much that

23   would cost.

24          Q       Have you looked into leagues, or club

25   sports, or other avenues for L.E. to play golf outside of

1    the high-school golf team?

2                    MS. NOWLIN-SOHL:  Object to form.

3         A         No, I haven't.  I believe my husband

4    might have.

5         Q         Looking back to Paragraph 76 of the

6    complaint, the second sentence states, "Since 2020, he,"

7    referring to L.E., "has been using a typically male name

8    and pronouns and grooming and dressing in traditionally

9    male styles."  Did I read that correctly?

10        A         Yes.

11        Q         Okay.  Did you provide this information

12   for the complaint?

13        A         Yes.

14        Q         Okay.  So how did it come about that L.E.

15   began to use a male name and pronouns?

16        A         When he started kind of talking about how

17   he didn't feel like a girl and that he felt more like he

18   was probably a boy, we actually started calling him

19   instead of       because it was a little more neutral and

20   he felt more comfortable with that at the time.

21        Q         Was that something that L.E. requested,

22   or was that an idea that you or your husband came up with?

23        A         I think it was L.E.  I think -- I

24   remember talking to him about it, and he -- he liked

25   because it was similar to his given name but it was more

1   neutral, and so that's what we went with for a time

2   period.

3           Q       Okay.  And then how did it come that you

4   began to call L.E.?

5           A       When he was more sure that he definitely

6   identified as a boy.

7           Q       And when was that?

8           A       Let's see.  We got his name changed in

9   2021, and we were calling him L.E. for a certain amount of

10  time before that, so I'd say late 2019 -- or, sorry, late

11  -- let's see -- late 2020 to early '21.

12          Q       Did L.E.'s grooming and dressing -- it

13  states that, since 2020, L.E. has been using -- grooming

14  and dressing in traditionally male styles.  Was his -- did

15  L.E.'s grooming and dressing change, or was it consistent

16  with how L.E. had been dressing and grooming?

17          A       It was consistent with how he had been

18  grooming and dressing.  I think the way this was intended

19  was, since 2020, he had been all of those things, so he

20  had been using the male pronouns, the male name, and

21  grooming and dressing since then with -- especially with

22  the haircut.  So the grooming definitely started later

23  than the dressing did.

24          Q       What do you mean by grooming?

25          A       The way that he had his hair cut, and he

1    didn't shave much before then honestly, but that's when he

2    just completely decided not to shave.

3              Q        If I ask you about L.E. transitioning and

4    I use the word transition, what does that mean to you?

5                       MS. NOWLIN-SOHL:  Object to form.

6              A        It's the process by which L.E. identified

7    and started presenting as male instead of female.

8              Q        And some of that process is described in

9    Paragraph 26 -- or 76, I'm sorry.

10             A        Yes.

11             Q        Okay.  And is there more to L.E.

12   transitioning that's not included in Paragraph 76 to your

13   understanding of the term?

14             A        No, not -- not that I can think of.

15             Q        Did you discuss L.E.'s transitioning with

16   anyone at his school?

17             A        No, I don't believe so.

18             Q        In 2020, L.E. was at Farragut Middle

19   School; is that correct?

20             A        Correct.

21             Q        Okay.  Do you know if L.E.'s teachers

22   recognized his transitioning at the time?

23             A        Yes, I believe they did.

24             Q        But any of that discussion was done

25   through L.E. and his teachers, then?

1          MS. NOWLIN-SOHL:  Object to form.

2     A     Some of it was when he asked -- he would

3 ask to be called L.E. instead of       especially -- or

4 even before that when he would ask them to call him

5 instead of    .  So some of those conversations were had

6 between him and his teachers, but then there were also

7 conversations that I had with -- L.E. has an IEP.

8          So there was an IEP team where I know I

9 discussed his gender with his -- I discussed his name

10 preferences and pronoun preferences with them, and that

11 was in the eighth grade, and also I had conversations with

12 his IEP team in the ninth grade too.  And I also emailed.

13 I don't know if this falls into your question, but I

14 emailed Dr. Bartlett going into -- so it was towards the

15 end of the eighth-grade school year going into the ninth

16 grade to kind of introduce him to L.E. and let him know

17 that L.E. was going to be coming in the ninth grade.

18     Q     To your knowledge, how did L.E.'s

19 classmates respond to the transition?

20          MS. NOWLIN-SOHL:  Object to form.

21     A     To my knowledge, things were really --

22 really went smoothly.  L.E. has always been the kind of

23 kid who has a close-knit group of friends, so I know he

24 had already had conversations with them about his gender,

25 and honestly, and I think it's to his benefit, he can be

1    pretty aloof when it comes to how other kids are talking

2    about him or perceiving him.  So if there was anybody

3    saying anything negative about it, it went unnoticed.

4           Q      Are L.E. and his sister close?

5           A      As close as a set of twins can be.

6           Q      Are they friends within school to your

7    knowledge?

8           A      No.

9           Q      Okay.  When did L.E. begin therapy?

10           MS. NOWLIN-SOHL:  Object to form.

11           A      He began therapy around the same time

12    that we knew we wanted to pursue the puberty suppression,

13    so that was in early 2021.

14           Q      Are there any other reasons that L.E.

15    began therapy at the time?

16           MS. NOWLIN-SOHL:  Objection.

17           A      No.

18           Q      And why did L.E. begin therapy when you

19    wanted to pursue puberty suppression?

20           MS. NOWLIN-SOHL:  Objection.

21    BY MS. BERGMEYER:

22           Q      And when I mean you, I mean you and your

23    husband and L.E. as a team, of course.

24           A      We -- when we met with Dr. Blackman

25    earlier in the year in 2020, she had suggested that L.E.

1    start seeing a therapist to talk about his gender

2    identity, somebody who could talk through things, emotions

3    that he was having, and I actually did -- she provided a

4    list of providers, and I tried to -- I tried to call maybe

5    a handful of them, and it's very hard to find therapists

6    who have availability to work with kids right now.

7              And so I asked L.E., I said, "Are you --

8    do you feel like you need to talk to somebody about, you

9    know, what you're feeling and, and what you're thinking?"

10   and L.E. can be a pretty -- he calls himself a chill kid,

11   -- and he said he really felt fine, that he was happy, he

12   felt like he could talk to us, his family, and that he had

13   friends that he could talk to and so that he was okay

14   without seeing a therapist.

15             However, once I learned that -- that

16   puberty suppression was something that he could pursue

17   sooner rather than later, I started calling around again

18   for a therapist, and one of the providers didn't have any

19   availability but knew of Sam and knew that he had some

20   openings, and so that's how he began seeing Sam as his

21   therapist.

22        Q         Has L.E. been diagnosed with gender

23   dysphoria?

24        A         Yes.

25        Q         And which doctor provided that diagnosis?

1          A          It was the therapist, Sam, and it could

2     have been -- I'm not sure; I haven't seen it.  Dr.

3     Blackman may have made that diagnosis based on our

4     conversation with her earlier on in 2020.

5          Q          What is your understanding of L.E.'s

6     gender dysphoria?

7                     MS. NOWLIN-SOHL:  Object to form.

8          A          Are you asking about L.E. in particular

9     or my understanding about gender dysphoria?

10         Q          I am asking about L.E. in particular.

11         A          Okay.  So my understanding is that he was

12    assigned female at birth and has -- you know, started his

13    life being perceived as a girl when in reality he feels

14    like and knows that he is a boy and that that causes a

15    great amount of anxiety unless the child is allowed and

16    given the ability to do things like socially transition

17    and receive medical intervention.

18         Q          Prior to L.E. seeing the therapist, did

19    you know L.E. was anxious?

20         A          Yes.  I knew that he was anxious about

21    entering into a female puberty and developing breasts and

22    starting a menstrual cycle.

23         Q          Did L.E. begin puberty suppression before

24    having a menstrual cycle?

25         A          Yes.

1        Q      What treatment has L.E. received for

2 gender dysphoria?

3        A      He --

4        MS. NOWLIN-SOHL:  Objection.

5        THE WITNESS:  He has received, like --

6 I'm sorry, can you repeat your question?

7        Q      Sure.  What treatment has L.E. received

8 for gender dysphoria?

9        MS. NOWLIN-SOHL:  Same objection.

10        A      So most of the treatment is just being

11 allowed to -- given the freedom to live his life as a boy.

12 The -- the other side of the treatment is the puberty

13 suppression that he is on and then ultimately testosterone

14 treatment, although that's not the case for all

15 transgender people that they would pursue hormone

16 treatment, but in his case, that's what he would like to

17 do.

18        Q      Is therapy also treatment for gender

19 dysphoria for L.E.?

20        MS. NOWLIN-SOHL:  Objection.

21        A      I wouldn't know if I would classify it as

22 treatment, but it helps him get through the process and to

23 have an outlet to express his fears and concerns,

24 anxieties that are related to him being transgender.

25        Q      Does L.E. take any medication for

1    anxiety?

2             A        Yes, he does.

3             Q        How did L.E. become interested in golf?

4             A        I took him -- at the Fairways and Greens,

5    there was a -- it's sponsored by Food City, the grocery

6    store.  They had kind of like a kid event, a golf clinic,

7    and they had, like, hot dogs and hamburgers, and they had

8    some of their instructors out giving free lessons to the

9    kids.  And so we went with some neighbors of ours, and I

10   took L.E., and so he got a free golf instruction that day,

11   and he really just really loved it.

12            Q        Prior to that time, did you play golf?

13            A        No.

14            Q        Did your husband?

15            A        Recreationally, yes.

16            Q        Did your husband have a set of golf clubs

17   at the time?

18            A        Yes.

19            Q        And so after that free golf instruction,

20   did L.E. continue to play golf?

21            A        Yes.

22            Q        Okay.  Is Fairway and Greens a driving

23   range?

24            A        It is, and they also have a par-three

25   course.

1         Q       L.E. testified earlier today of feeling

2 uncomfortable playing on the girls' team.  Do you remember

3 L.E. saying that?

4         A       Yes.

5         Q       Okay.  Is that something you were aware

6 of at the time?

7         A       Yes.

8         Q       Okay.  And what did L.E. tell you?

9         A       Just that he felt odd being the only boy

10 on a team that consisted of all girls and that was called

11 the girls' golf team.

12        Q       Did L.E. have any friends on the girls'

13 golf team?

14        A       Yes.

15        Q       Did L.E. have any friends on the boys'

16 middle-school golf team?

17        A       Not to my knowledge.  We really weren't

18 familiar -- we actually didn't know if there was a boys'

19 team.  The only reason we became aware that there was a

20 girls' team was because the same coach who did First Tee,

21 he said, "Hey, guess what, there's a golf team that I

22 coach," and so that's how he became a member of the golf

23 team.

24        Q       Do you think L.E. benefitted from playing

25 on the girls' middle-school golf team?

1            MS. NOWLIN-SOHL:  Objection.

2       A       I think he benefitted from learning in a

3    team environment.  I think he benefitted from having the

4    support of a coach and teammates all working toward a

5    common goal.

6       Q       Those are benefits that L.E. could gain

7    from playing on the high-school girls' golf team, is it

8    not?

9

10           MS. NOWLIN-SOHL:  Objection.

11      A       I think they would be, but I think the

12   harm that it would cause him emotionally to be the only

13   boy on a girls' team -- I think the harm that would come

14   from that would far outweigh the benefits that he would

15   get from playing on a girls' -- on a girls' team.

16      Q       Have you had a discussion about that with

17   L.E.?

18           MS. NOWLIN-SOHL:  Objection.

19      A       Yes.

20      Q       When did you discuss with L.E. the

21   benefits or harms to playing on the Farragut High School

22   boys' golf team or girls' golf team?

23           MS. NOWLIN-SOHL:  Objection.

24      A       It was during the -- probably the middle

25   to the end of the season that he played when he was

1    playing on the eighth-grade girls' team. He was very

2    adamant that he wanted to try out for the boys' team in

3    high school, and at that time he still would have been

4    allowed to since the law had not been passed, so that was

5    his plan for moving forward into high school.

6           Q      When was the middle-school golf team?

7    What season did they play?

8           A      I believe they were a fall sport with

9    tryouts in the summer, so, yeah.

10          Q      Did you research when the Farragut High

11   School boys' golf team tryouts were for L.E.'s freshman

12   year?

13         A      We did not because at that time the law

14   had already passed that prohibited him from playing on the

15   boys' golf team. I believe they were held around the same

16   time as the girls, but I couldn't be certain.

17         Q      Do you know when the law -- when you say

18   the law, what law are you referring to?

19         A      SB228 I believe is the number of it, the

20   one that requires students in middle school and in high

21   school to play on the team that corresponds with the sex

22   on their birth certificate.

23         Q      Do you recall when that was passed,

24   Senate Bill 228?

25         A      I believe it was in March of 2021.

1        Q      If you want to, because I'm certainly not

2   trying to trick you, the complaint, Page 22, and I believe

3   the allegation is in Paragraph 69 at the top of the page.

4   Does this paragraph in the complaint state that Senate

5   Bill 228 was signed into law by Governor Bill Lee on March

6   26th?

7        A      Yes.

8        Q      And that's March 26th of 2021?

9        A      Correct.

10        Q      Okay.  You obtained these attorneys that

11   represent you and L.E. for the lawsuit we're all sitting

12   here for also in March of 2021; is that correct?

13        A      I believe so, yes.

14        Q      Okay.  And so how did you -- or when did

15   you decide to discuss Senate Bill 228 with an attorney?

16        A      I believe it was during the same time

17   that the bill -- I think it was before the bill was signed

18   by the governor.  There was outreach made by ACLU to talk

19   to families who would be impacted by the law should it --

20   should it be signed into law.

21        Q      And why did you decide to bring this

22   lawsuit?

23        A      Because I saw how much it hurt my kid not

24   being able to play on a golf team that he had prepared

25   for, wanted to play for, was excited to play on.  I felt

1     he was being discriminated against, and I knew that we

2     couldn't be the only ones in this situation, and so

3     together our whole family decided that we wanted to work

4     to try to make things different.

5            Q      L.E. has not tried out for the Farragut

6     High School golf team whether it is the boys' team or the

7     girls' team; is that correct?

8            A      Yes, that's correct.

9            Q      Have you ever spoken to the Farragut High

10    School golf coach about L.E.?

11           A      No, not directly.

12           Q      What do you mean not directly?  Who did

13    you speak to L.E. about playing high-school golf?

14            MS. NOWLIN-SOHL:  Object to form.

15           A      I talked to -- I had emailed the

16    principal introducing L.E. and letting him know that L.E.

17    wanted to try out for the boys' golf team.  That was

18    before the law had passed.

19           Q      After this lawsuit was filed in November

20    of 2021, an attorney from Knox County raised the idea of

21    L.E. trying out for the golf team.  Were you made aware of

22    that offer?

23           A      Yes, I was.

24           Q      Okay.  And the offer was denied; is that

25    correct?

1          A        Yes, we denied the offer.

2          Q        Okay.  Why?

3          A        Because he wouldn't be able to play on

4     the team.  The tryouts were -- would be pretty much

5     meaningless.

6          Q        I would like for you to find the

7     Plaintiff's Responses to Defendant Knox County Board of

8     Education's First Set of Interrogatories.  Have you seen

9     the Plaintiff's Responses to Knox County Board of

10    Education's Interrogatories before?

11         A        Yes, I have.

12         Q        Okay.  If you'll turn to Page 5, please,

13    and look at Interrogatory Number 2.  Interrogatory Number

14    2 states, "Identify your 2021 handicap index and the

15    course handicap as well as your current handicap index and

16    course handicap."  Did I read that correctly?

17         A        Yes.

18         Q        Okay.  Do you know what a handicap index

19    is?

20         A        I have a vague understanding of it.

21         Q        Okay.  What's your understanding?

22         A        That's it's a way to rank your

23    performance in the game of golf.

24         Q        And do you know what a course handicap

25    is?

1          A        I don't.

2          Q        The response, which is in the last two

3    sentences after objections from counsel, is that,

4    "Plaintiff has not calculated and does not have a handicap

5    index or a course handicap for 2021 or 2022."  Is that

6    information that you provided?

7          A        That's information that my husband

8    provided.

9          Q        Okay.  Looking down to Number 3, the

10   interrogatory requests, "Identify the date and location of

11   the last ten rounds of golf that you," for L.E., "have

12   played and your score for each round."  Did I read that

13   correctly?

14         A        Yes.

15         Q        Okay.  Looking down once again after

16   objections from counsel, and there are one, two, three,

17   four, five dates provided.  Did you provide the

18   information for this interrogatory?

19         A        No, my husband did.

20         Q        Okay.  Do you have any reason to disagree

21   with your husband's responses to Interrogatory Number 2

22   and 3?

23         A        I have no reason to -- to believe that

24   they that they would be incorrect.

25         Q        Okay.  Do you know why L.E. played golf

1    only one time in 2022?

2                    MS. NOWLIN-SOHL:  Object to form.

3            A        He played golf more, but with the

4    question being rounds of golf and being defined as 18

5    holes of golf, I mean, I think you can see even in 2021

6    that there weren't a whole lot of those, and also some of

7    the ones in 2021 happened later on in the fall, so there's

8    November and September, and we haven't made it that far

9    into 2022 yet.

10           Q        Does L.E. play golf that does not involve

11   playing 18 holes of golf?

12           A        Yes.

13           Q        Okay.  And what kinds of golf courses

14   does L.E. play then?

15           A        So L.E.'s definition of playing golf is

16   getting out with his clubs and hitting balls.  That could

17   be at the Fairways and Greens, on the driving range.  It

18   could be at fun things like Top Golf, that sort of thing.

19   There is a par-three course at Fairways and Greens that he

20   plays on.  At Concord Park, there is another golf course

21   that's free that him and his dad like to go to.

22           Q        Is the Concord golf course a par-three?

23           A        I believe it is.

24           Q        And I believe L.E. mentioned one other

25   golf course this morning, maybe Dark House?  Does that

1      sound familiar?

2          A      It does. I've never taken him there, so

3      -- his dad might have.

4          Q      Do you ever go with L.E. and his father

5      when they golf?

6          A      No, I don't.

7          Q      Do you have any reason to disagree with

8      the information provided in Interrogatory Number 3, the

9      plaintiff did not track or record L.E.'s score when he

10      played golf?

11          A      That is my understanding that they don't

12      take score.

13          Q      For Interrogatories Number 5 and 6 which

14      reference L.E. playing golf, would Mr. Esquivel be the

15      correct person to discuss those interrogatories with?

16          MS. NOWLIN-SOHL: Object to form.

17          A      Yes, he would be.

18          Q      Would you have provided any of the

19      information in the response to Interrogatory Number 5 or

20      6?

21          A      No.

22          Q      And do you have any information or any

23      reason to disagree with the information provided by either

24      L.E. or your husband for these interrogatories?

25          A      No, I have no reason to disagree.

1    parent or your husband became aware of that diagnosis, and

2    the date provided is January 28th of 2021.  Is that a

3    diagnosis from the therapist?

4              A         Yes.

5              Q         Okay.  And is that date accurate to the

6    best of your knowledge?

7              A         It is.

8              Q         Okay.  Did you provide this answer?

9              A         I did.

10              Q         Okay.  Did you look at the medical

11    records when you provided it?

12              A         I believe so.  I think I went to -- yeah,

13    I think I looked at medical records.

14              Q         Okay.  Interrogatory Number 2 asks the

15    date when L.E. began to social transition, and the

16    response provided is September -- in or around September

17    of 2020.  Did you also provide this information and

18    response?

19              A         Yes.

20              Q         Okay.  And how did you determine that

21    date?

22              A         I think I determined that date by the

23    date at which he had really told his friends, told his

24    family that he didn't want to go by         anymore, that he

25    wanted to go by L.E., and just kind of remembering the

1     timeline of when that happened.  I know it was during the

2     fall semester of 2020, and it was relatively early on.

3              Q         Okay.  Interrogatory Number 3 asks for

4     the date when L.E. began pubertal suppression medication,

5     and the response is on or about April 23rd of 2021.  Did

6     you also look at medical records to verify this date when

7     you provided it?

8              A         I actually went to my calendar, and I

9     knew that's when the appointment was for that.

10             Q         Okay.  You mentioned earlier that when

11    you had first gone to the pediatrician that the

12    pediatrician wasn't aware of -- or at the time did not

13    provide treatment you were seeking for L.E.; do you recall

14    that testimony?

15             A         Yes.

16             MS. NOWLIN-SOHL:  Object to form.

17             Q         Okay.  And then you stated, I believe,

18    that you did some research, spoke again with the

19    pediatrician, who was happy to provide the treatment at a

20    later date or after discussing it with you again.  What

21    research did you do --

22             MS. NOWLIN-SOHL:  Object to form.

23    BY MS. BERGMEYER:

24             Q         -- before talking to the pediatrician the

25    second time?

1    it was published, so, yeah, that makes sense.

2          Q       Okay.  The next one is dated April 26th,

3    and is this a Facebook post that you made?

4          A       Yes.

5          Q       Okay.  And did you share a Golf Digest

6    article about L.E.?

7          A       Yes.

8          Q       Okay.  For the Golf Digest article, did

9    you meet with the author?

10         A       Yes.

11         Q       Okay.  Who provided information to the

12   author of the Golf Digest article?

13                 MS. NOWLIN-SOHL:  Object to form.

14         A       I know that L.E. did, my husband did, I

15   did, Sasha did, and that's all that I'm aware of.

16         Q       Okay.  The article references that L.E.

17   was devastated, the right to be a part of a team was

18   stripped, made worse by watching his friends go out and

19   join the team.

20                 MS. NOWLIN-SOHL:  Counsel, do you have a

21              copy of that article that she can look at?

22                 MS. BERGMEYER:  So the printing wasn't

23              accurate.  It's missing a chunk, I think because

24              of how it was printed, but I think this part is.

25                 THE WITNESS:  Thank you.

1          Q          The paragraph I was reading from begins

2     with six months after the bill's passage.  If you'll

3     actually look at the paragraph before that and go ahead

4     and take your time to read that too.

5          A          (Witness reviews document.)

6          Q          Okay.  So in this article it states that,

7     at the time the law was passed, the quote from L.E. says

8     -- I'm going to read after it says L.E. says.  "They acted

9     like they were cleaning up a problem, but they were really

10    just creating a new mess.  I was just like whatever."  Did

11    I read that correctly?

12         A          Yes.

13         Q          Okay.  Does this accurately reflect how

14    L.E. felt at the time the law was passed?

15                    MS. NOWLIN-SOHL:  Object to form.

16         A          Yes.

17         Q          Okay.  And so would it be fair to say

18    that, when the law first passed, L.E. was not -- what do

19    you take it to mean when they reference that L.E. said, "I

20    was just like whatever."

21                    MS. NOWLIN-SOHL:  Object to form.

22    BY MS. BERGMEYER:

23         Q          How would you characterize how L.E. felt

24    at the time?

25                    MS. NOWLIN-SOHL:  Object to form.

1          A          He was frustrated and felt defeated like

2     there was nothing he can do.  So to me, him saying, "I was

3     just like whatever," that he was angry and that he felt

4     helpless at that moment because there was nothing he could

5     do.

6          Q          Okay.  So it goes on to say, "Six months

7     after the bill's passage, a different reality and

8     disposition set in.  All L.E. wants to do is play golf and

9     to be part of a team.  The happy-go-lucky kid was

10    devastated that right was stripped, made worse by watching

11    his friends go out and join the team."  What friends did

12    L.E. watch go out and join the team?

13                    MS. NOWLIN-SOHL:  Object to form.

14         A          If I remember the conversation, I think

15    it was -- his best friend Lily plays on the girls' golf

16    team, and so getting her -- getting to see her be excited

17    and looking forward to playing on a high-school team where

18    he felt left out, like, he didn't have that option.

19                    MS. BERGMEYER:  Does your copy of the

20                    article have ten pages?

21                    MS. NOWLIN-SOHL:  Yes.

22         Q          If you'll look at the very bottom on what

23    is referenced as Page 8 of 10.

24                    MS. NOWLIN-SOHL:  There's highlighting on

25                    this.  Are you okay with it?  I haven't looked at

1          it yet.

2                    MS. BERGMEYER:  I haven't either.  It's

3          my highlighting.  I gave you the wrong copy maybe.

4                    MS. NOWLIN-SOHL:  Would you like to

5          switch, or is it too late?

6                    MS. BERGMEYER:  No, that's okay.

7                    MS. NOWLIN-SOHL:  Okay.

8                    MS. BERGMEYER:  Let me just -- thank you.

9     BY MS. BERGMEYER:

10         Q       Let's go to the top of Page 8.  It

11    mentions that, "Shortly after the lawsuit was filed,

12    anti-LGBTQ protestors stood outside the corner from L.E.'s

13    school holding signs that read LGBTQ is a sin."  Did I

14    read that correctly?

15         A       Yes.

16         Q       Okay.  Had you experienced protestors

17    outside L.E.'s school before?

18         A       I believe a couple of times I've seen

19    them, yeah.

20         Q       Okay.  And when I say protestors, I mean

21    anti-LGBTQ protestors.

22         A       I don't recall ever seeing protestors

23    that were anti-LGBTQ before.

24         Q       Outside of L.E.'s school?

25         A       Yeah, I --

1        Q      The paragraph above, about midway through

2     that paragraph, it mentions he signed up and played for

3     his middle-school golf team.  Do you see that sentence?

4        A     Yes.

5        Q     Okay.  The next sentence says, "He's down

6     to a 12 handicapped."

7        A     Uh-huh.

8        Q     Handicap.  Where did the information that

9     L.E. was down to a 12 handicap -- who provided that

10    information?

11       A     Yeah, that is the exact line that I

12    wanted to point out.  I have no idea where he got that

13    from.  My best guess was that when they -- they played on

14    the course that was there that he guesstimated what his

15    handicap was based on how he did.  That is not a number

16    that any of us provided to the reporter.

17       Q     Okay.

18          MS. BERGMEYER:  What I'll do is make this

19         article a late-filed Exhibit Number 3, and I will

20         find a way to print it where that paragraph is not

21         left out.

22          MS. NOWLIN-SOHL:  Are we done with that

23         article?

24          MS. BERGMEYER:  Yes.

25          MS. NOWLIN-SOHL:  Stephanie, is that

 1          going to be a part of the whole social media

 2          exhibit, or will it be a separate one?

 3                    MS. BERGMEYER:  Good question.  Let's go

 4          ahead and make -- let's make that a separate one.

 5          So let's make the social media posts beginning

 6          with November 4th of 2021 through April 26th,

 7          which this post does share Golf Digest, let's make

 8          this a collective Exhibit 3.

 9                    (Collective EXHIBIT 3, marked.)

10                    MS. BERGMEYER:  And then the Golf Digest

11          article will be a late-filed Exhibit 4.  Thank you

12          for following up with that.

13                         (EXHIBIT 4, late-filed.)

14     BY MS. BERGMEYER:

15          Q       Do you know what bathroom L.E. uses at

16     Farragut High School?

17                    MS. NOWLIN-SOHL:  Object to form.

18          A       He uses the boys' bathroom.

19          Q       Do you know what locker room L.E. uses at

20     Farragut High School?

21                    MS. NOWLIN-SOHL:  Objection.

22          A       I'm not sure he's had to use a locker

23     room, so I -- I'm not sure.

24          Q       In the complaint, Page 24, Paragraph 87

25     -- Paragraph 88 -- no, no, I'm sorry, 87, I was right.

1    Paragraph 87 states that, "L.E. has a reasonable fear that

2    Senate Bill 228 will encourage bullying and harassment

3    against transgender students like himself."  Has L.E.

4    experienced --

5                MS. NOWLIN-SOHL:  Do you mind finishing

6        the sentence, Counsel?

7                MS. BERGMEYER:  Sure.

8    BY MS. BERGMEYER:

9        Q      I'm going to just read the whole thing.

10   Paragraph 87 states that, "L.E. also has a reasonable fear

11   that Senate Bill 228 will encourage bullying and

12   harassment against transgender students like himself since

13   it sends a message that it is acceptable to treat

14   transgender students differently because they are

15   transgender."

16              And I'm reading that slowly for the court

17   reporter just because I know that was odd.  Has L.E.

18   experienced any bullying and harassment after the passage

19   of Senate Bill 228?

20               MS. NOWLIN-SOHL:  Objection.

21       A      Yes.

22       Q      Okay.  What has L.E. experienced?

23       A      There's a boy on his school bus who would

24   kind of -- they get off and on at the same -- at the same

25   stop.  So he would block him from getting off for a little

1     bit saying things like, "Okay, boy.  Okay, boy," like,

2     just making it clear that he was targeting him for being

3     transgender.

4          Q     Did this happen before the passage of

5     Senate Bill 228?

6          A     No, it did not.

7          Q     Any other bullying or harassment that

8     L.E. has experienced?

9               MS. NOWLIN-SOHL:  Objection.

10    BY MS. BERGMEYER:

11         Q     I'll say while at Farragut High School.

12              MS. NOWLIN-SOHL:  Same objection.

13         A     Not that I am aware of.

14         Q     Are you aware of any bullying and

15    harassment L.E. experienced while at Farragut Middle

16    School?

17         A     I do vaguely recall him telling me about

18    a kid in one of his classes, but, honestly, I think this

19    kid was mean to a lot of kids, so I don't think he was

20    targeting L.E. specifically.  I think he was just a bully

21    in general.

22         Q     And what did L.E. tell you that the kid

23    did?

24         A     I don't recall.

25         Q     Is it the same child from the school bus?

1        A      No.

2        Q      Did L.E. tell you that whatever the kid

3  did was because L.E. was a boy?

4        A      No.

5        Q      Paragraph 88, I'll just ask you to read

6  that to yourself, please.

7        A      (Witness complies with request.)

8        Q      Paragraph 88 would not be applicable to

9  L.E. because he was known to be transgender by peers.

10        MS. NOWLIN-SOHL:  Objection.

11  BY MS. BERGMEYER:

12        Q      Is that correct?

13        MS. NOWLIN-SOHL:  Same objection.

14        A      (Witness reviews document.)  Yeah, that

15  -- that would be correct.  He -- yes, that's correct.

16        Q      Have you understood the questions I asked

17  today?

18        A      Yes, I have.

19        MS. BERGMEYER:  Okay.  No further

20        questions.  Thank you.

21              EXAMINATION

22  BY MS. JOHNSON:

23        Q      I have just a few questions; I promise

24  not very many.  First I'm going to hand you a document --

25        MS. JOHNSON:  And I guess we'll just play

1               FURTHER THE DEPONENT SAITH NOT.

2                       SHELLEY ESQUIVEL

3

4

5

6       Sworn to before me when

7       taken August 1, 2022.

8

9

10      /s/ Donna D. Touseull

11              Donna D. Touseull

12           Licensed Court Reporter

13      LCR No. 342 / License Expires:  06-30-2024

14

15

16

17

18

19

20

21

22

23

24

25

REPORTER'S CERTIFICATE

STATE OF TENNESSEE  )

COUNTY OF KNOX      )

       I, DONNA D. TOUSEULL, Licensed Court Reporter in and the State of Tennessee, do hereby certify that I reported in machine shorthand the foregoing testimony held on the 1st day of August 2022 and that the foregoing 82 pages were transcribed by me and constitute a true record of the proceedings to the best of my knowledge and ability.

       I further certify that I am not an attorney or counsel for any of the parties, nor an employee or relative of anyone connected with the action, nor financially interested in the action.

       I further certify that I am duly licensed by the Tennessee Board of Court Reporting as a Licensed Court Reporter as evidenced by the LCR number and expiration date following my name below.

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal this 20th day of August 2022.

/s/ Donna D. Touseull
_____
DONNA D. TOUSEULL
Licensed Court Reporter
LCR No. 342 / License Expires: 06-30-2024