# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


L.E., by his next friends          )
and parents, SHELLEY               )
ESQUIVEL and MARIO ESQUIVEL        )
                                   )
        Plaintiff                  )
                                   )
vs.                                )          No. 3:21-cv-00835
                                   )
BILL LEE, in his official          )
capacity as Governor of the        )
Tennessee, et al.                  )
                                   )
        Defendants                 )


VIDEOTAPED

DEPOSITION

OF

MARIO ESQUIVEL

August 2, 2022

_____

DONNA D. TOUSEULL, LCR
HOOD & McMASTERS
P. O. Box 894, Seymour, TN 37865-0894
Telephone:  865-577-5181


VIDEOGRAPHER:  Ernie Tracy, Tracy Imaging

Case 3:21-cv-00835   Document 53-4   Filed 10/07/22   Page 2 of 34 PageID #: 688

APPEARANCES:

      MS. SASHA BUCHERT

      MS. LI NOWLIN-SOHL

      MS. BRITANY RILEY-SWANBACK

      Attorneys for Plaintiff

      L.E. by his next friends and

      parents, Shelley and Mario Esquivel


      MS. STEPHANIE BERGMEYER

      MR. TRAVIS ROYER

      MR. CLARK HILDABRAND (via Zoom)

      Attorneys for Defendants

      Governor Bill Lee, et al.


      MS. JESSICA JOHNSON

      MS. AMANDA MORSE

      MR. DAVID SANDERS (via Zoom)

      Attorneys for Defendants

      Knox County Board of Education, et al.

INDEX

WITNESS                                           PAGE

MARIO ESQUIVEL

       Examination by Ms. Bergmeyer..............4

       Examination by Ms. Johnson...............68

       Examination by Ms. Riley-Swanbeck........73

INDEX OF EXHIBITS

NO.                    DESCRIPTION                PAGE

  1        2020 Middle School Golf Team Calendar....44

  2        Email dated July 19, 2022 from Mario.....59

       Esquivel to Shelley Esquivel

1          Q          Okay.  How long have you played golf?

2          A          I've played golf maybe 22 years.

3          Q          Did you ever play on a golf team?

4          A          No.

5          Q          When you play golf, do you play an

6     18-hole golf course?

7          A          Typically, yes.

8          Q          Okay.  When you began to play with L.E.,

9     what golf courses did you play?

10          A          Mostly middle-school courses.

11          Q          Are those courses 18-hole golf courses?

12          A          Yeah, some are 18, and some are

13     par-three courses, which are nine holes.

14          Q          Are par-three courses shorter than

15     18-hole courses?

16          A          Yes.

17          Q          Okay.  And I know that you mentioned nine

18     holes, but are the holes themselves shorter in distance?

19          A          Yes.

20          Q          Okay.  Which golf courses have you played

21     with L.E.?

22          A          We primarily play the par-three at

23     Concord Park Par 3.

24          Q          Okay.  What other golf courses?

25          A          Knox Municipal Golf Course.

1        Q       What type of golf course is that?

2        A       City. City owned. It's a full 18-hole

3 golf course.

4        Q       Okay. Any other golf courses you play

5 with L.E.?

6        A       We played the First Tee Williams Creek

7 Golf Course and Centennial Golf Course.

8        Q       First Tee Williams Creek?

9        A       Yes.

10        Q       Is that an 18-hole or a nine-hole course?

11        A       That is actually an 18-hole par-three.

12 The longest one is a par-four, but...

13        Q       Okay. And what about Centennial Golf

14 Course?

15        A       That's a golf -- a regular golf course.

16        Q       When you say regular, do you mean 18

17 holes?

18        A       Eighteen hole, yes.

19        Q       Okay. Which of these golf courses do you

20 play most often?

21        A       It would be a tie between Concord Park

22 and Knox Municipal.

23        Q       When you play Knox Municipal, do you play

24 all 18 holes?

25        A       That's a mixture. Sometimes it's nine,

1    and sometimes it's 18.

2         Q       And when you play golf with L.E., do you

3    walk or use the golf carts?

4         A       Both.  We've walked and rode.

5         Q       Are there golf clubs that are designated

6    for boys and golf clubs that are designated for girls?

7         A       No, not that I'm aware of.

8         Q       Do you know if the golf clubs that L.E.

9    uses are designated for either boys or girls?

10                MS. RILEY-SWANBECK:  Objection to form.

11        A       The golf clubs we -- we go to are public,

12   so everyone can go to them.

13        Q       Okay.

14        A       They're -- yeah, they're municipal, City,

15   City-owned courses.

16        Q       When I refer to golf clubs, I mean the

17   physical -- the wedges and the different clubs that you

18   hit --

19        A       Oh, oh, I thought --

20        Q       -- the golf ball with.

21        A       I'm sorry, I thought you meant, like,

22   Augusta National or a golf club, country clubs.  Okay.

23        Q       Without being able to --

24        A       Okay.  I'm sorry.

25        Q       -- better identify the different

1    clubs, --

2          A      Okay.

3          Q      -- I'm referring to drivers, and wedges,

4    and putters, and things like that.

5          A      Okay.

6          Q      Okay.  So let me start back.

7          A      Yes.

8          Q      Do you know -- now that we agree what I

9    mean by golf clubs, are there golf clubs designated for

10   boys or girls?

11         A      Yes, there are.

12         Q      Okay.  And do you know the clubs that

13   L.E. uses, whether it is designated for boys or girls?

14               MS. RILEY-SWANBECK:  Object to form.

15         A      The clubs L.E. used are generally for men

16   or boys.

17         Q      How long has L.E. used that set of clubs?

18         A      For two years.

19         Q      Can you describe for me the different box

20   tees that are available at the golf courses you play with

21   L.E.

22         A      Yes.  The golf tees are for yardage.  You

23   have a set that's closer to the hole, a set that is maybe

24   25 yards past that, and then 25 yards past that for

25   different levels of golf.

```
 1        A        I would say on average or on par with all
 2   the other -- there is clearly separation between top girls
 3   from the rest, but pretty average.
 4        Q        At some point L.E. -- well, let me strike
 5   that.  L.E. wants to play on the Farragut High School
 6   boys' golf team; is that correct?
 7        A        Yes.
 8        Q        Okay.  Did you have a discussion with
 9   L.E. about whether to play for the Farragut High School
10   boys' team or the girls' team?
11                 MS. RILEY-SWANBECK:  Objection.
12        A        We just had discussions to play on the
13   team.
14        Q        And what were those discussions?
15        A        He really wanted to play on the boys'
16   team.
17        Q        And did L.E. say why?
18        A        Because he was a boy.
19        Q        And what was your response to that?
20        A        "Yes, you are a boy.  You should play on
21   the boys' team."
22        Q        Okay.  Did you ever discuss with L.E. the
23   option to play on the Farragut High School girls' golf
24   team?
25        A        Yes.
```

1    Q        Okay.  And what were those discussions?

2    A        At the time -- golf is a very hard game

3    to play.  You need constant practice and repetition.  I

4    felt to play on the -- play golf with a group of kids

5    gives you practice, and those are mostly courses I would

6    never be able to play on or afford to play to, what they

7    were playing on, and he really enjoyed playing the game,

8    and he -- he just doesn't want to -- didn't feel

9    comfortable playing with the girls.

10                So that crushed me, and I said, "I don't

11   want you to be uncomfortable," and he didn't want to play

12   with the girls, and I said, "Okay, then.  We're not going

13   to play golf, then."

14   Q        Does L.E. have any friends on the

15   Farragut High School girls' golf team?

16   A        Yes.

17   Q        Is L.E.'s best friend on that girls' golf

18   team?

19   A        Yes.

20   Q        To your knowledge, did any of the girls

21   on the Farragut Middle School golf team discriminate

22   against L.E.?

23                MS. RILEY-SWANBECK:  Objection.

24   A        I wasn't there for -- like I said, I was

25   dropping her off and watching -- when you watch golf, you

1   have to kind of stay away, and you can kind of watch from

2   a distance, so I -- I don't know if there was any

3   discrimination during play.

4          Q        Did L.E. ever mention to you that any of

5   the girls on the golf team were not nice?

6          A        No.

7          Q        And do you know whether L.E. mentioned to

8   your wife whether any of the girls on the Farragut Middle

9   School golf team were not nice?

10         A        Not that I'm aware of.

11         Q        Okay.  Do you know why L.E. felt

12  uncomfortable on the girls' golf team?

13         A        Yes.  I noticed because all of the golf

14  girls, they wear ponytails and skirts and the ladies-cut

15  shirts, and he didn't feel a part of that, that group

16  while playing.  He just enjoys the game, like, enjoyed

17  being out there, just felt -- didn't feel comfortable.

18         Q        You mentioned that the Farragut High

19  School boys' team and girls' team plays courses that you

20  -- I believe you said you cannot afford; is that right?

21         A        Yes.  They're at golf country clubs.

22         Q        Do you know if those courses are regular

23  18-hole golf courses?

24         A        Yes.

25         Q        Have you or L.E. ever played on any of

1    those courses?

2                    MS. RILEY-SWANBECK:   Object to form.

3          A       L.E. has played during meets, but not

4    myself.

5          Q       So during the middle-school golf team,

6    L.E. played some of these courses; is that right?

7          A       Yeah.  So high school and middle school's

8    -- I don't know the middle school's schedule -- or, I'm

9    sorry, I don't know the high school's schedule, but I

10   believe they share the same home course, which is a golf

11   club or country club.

12         Q       And what is that home course?

13         A       Fox Den Country Club.

14         Q       How often does L.E. go to the driving

15   range?

16         A       Well, we try to go frequently, as often

17   as possible, but life happens and sometimes we cannot get

18   to it all the time.  I try to do it at least a couple

19   times a month.  You know, some weeks are better than

20   others.

21         Q       What driving range do you go to?

22         A       Fairways and Greens.

23         Q       Does that driving range have areas where

24   you can putt?

25         A       Yes.

1   TSSAA's rules.

2              A       Not -- not -- not all of them, so, no.

3              Q       Okay.  Paragraph 76 talks about when L.E.

4   told you and his mom that L.E. was a boy, and what do you

5   recall about when you first were told L.E. was a boy and

6   when L.E. began to use male names, grooming and dressing?

7                      MS. RILEY-SWANBECK:  Objection.

8              A       Could you repeat that first part of the

9   question?

10             Q       Sure.  When L.E. told you that L.E. was a

11  boy, was that something that you had thought of or

12  considered before?

13                     MS. RILEY-SWANBECK:  Objection.

14             A       Yes.

15             Q       Okay.  Why?

16             A       He started taking on the -- the persona

17  like -- or started becoming how a boy was as far as

18  appearance and attitude and -- and -- and everything was

19  -- was -- was boyish.

20             Q       How did you respond to L.E. telling you

21  that L.E. was a boy?

22             A       Shocked, confused, and at the same time

23  supportive and accepting.

24             Q       Did you do any research about transgender

25  persons or how to parent transgender persons once you

1    found out?

2              A        No.

3                       MS. RILEY-SWANBECK:  Objection.

4                       THE WITNESS:  No.

5              Q        How did you decide as a parent how to

6    treat and support L.E. as a transgender person?

7              A        Well, L.E. is a boy.  I accepted him as a

8    boy.  As far as treating goes, there's no -- I don't like

9    treating.  There is no -- I don't see that.

10             Q        Okay.  Let me --

11             A        That's not -- I don't like the word

12   treating.  That's -- L.E. is a boy, and it's like -- it's

13   like -- it's not -- he is a boy.  I'm not --

14             Q        Let me ask a better question so you know

15   what I'm asking for.  What I meant was, how did you decide

16   what medical treatments or decisions to make for L.E.?

17             A        Oh.  We would talk to a pediatrician.

18             Q        I did not mean treat in general, so that

19   was --

20             A        That's okay.

21             Q        -- a bad question.  So, yes, how did you

22   decide the medical decisions for L.E.?

23             A        With my wife and I and L.E.

24             Q        Have you done any research of your own

25   about the scope and course of L.E.'s medical treatment?

```
 1                    MS. RILEY-SWANBECK:  Object to form.
 2          A         No, not -- not my own personal research.
 3          Q         Okay.  Paragraph 79 states that, the last
 4   sentence, "With the support of his parents, L.E. intends
 5   to begin testosterone therapy when older and when
 6   healthcare providers deem it medically appropriate."  Is
 7   that -- is that your understanding of the next -- well,
 8   strike that.  Does L.E. intend to begin testosterone
 9   therapy at some point in the future?  Is that still true
10   today?
11          A         Yes.
12          Q         Okay.  What is your understanding of the
13   testosterone therapy being recommended for L.E.?
14          A         What does it mean or --
15          Q         Yes, what will it involve for L.E.
16   specifically?
17          A         Oh, yes, a deeper voice, more hair,
18   generally more male features.
19          Q         And what is your understanding of when
20   the treatment can or should begin?
21          A         I believe the age of 16 to 18, so...
22          Q         Paragraph 80 states that, "L.E.'s health
23   and well-being depend on him being able to live life fully
24   as the boy he is."  Is that your -- do you agree with that
25   sentence?
```

1           A        Yes.

2           Q        And why do you agree with it?

3           A        He is full of life.  He's really happy

4      with -- with -- with himself, and I don't want to take

5      that away from him.

6           Q        Has a doctor or healthcare provider told

7      you that L.E.'s health depends on being able to live as a

8      boy?

9                    MS. RILEY-SWANBECK:  Objection.

10          A        Like, you mean in notes?  Yeah.  Yes.

11     Yes.  He has suffered anxiety, depression with when he --

12     before he transitioned and was not feeling like himself.

13          Q        What was your understanding of L.E.'s

14     anxiety?

15                   MS. RILEY-SWANBECK:  Objection.

16          A        I never understood it because some stuff

17     he kept to himself, so I cannot say what...

18          Q        Do you know what L.E. was anxious about?

19          A        No, I do not, but once he transitioned

20     over, it seemed he was like a new person within himself.

21          Q        L.E. has a pediatrician, and what is that

22     pediatrician's name?

23          A        Dr. Abby Blackman.

24          Q        Has Dr. Blackman said that L.E.'s health

25     depends on being able to live fully as a boy?

1              MS. RILEY-SWANBECK:  Objection.

2       A       I don't remember those -- those words

3   being said, but she was very concerned about him.

4       Q       And L.E. also goes to therapy; correct?

5       A       Yes.

6       Q       Okay.  Do you know -- well, strike that.

7   The name we've been provided as L.E.'s therapist is a

8   licensed social worker.  Is that your understanding of the

9   therapist's credentials?

10              MS. RILEY-SWANBECK:  Objection.

11      A       Yes.

12      Q       Has the therapist ever said that L.E.'s

13  mental health depends on being able to live fully as a

14  boy?

15      A       Yes.

16      Q       And what has the therapist said about

17  that?

18              MS. RILEY-SWANBECK:  Objection.

19      A       The anxiety, the depression.

20      Q       So I understand that L.E. has or had

21  anxiety, depression.  Is it your testimony that those

22  conditions would be worse if L.E. cannot live life fully

23  as a boy?

24              MS. RILEY-SWANBECK:  Objection.

25      A       Yes.  In my opinion, yes.

1         Q      Did the therapist say those anxiety and

2  depression conditions would be worse if L.E. cannot live

3  life fully as a boy?

4         A      I don't -- L.E. is a boy, so I -- I can't

5  express -- so I agree with the therapist, yeah.  L.E. is a

6  boy, so I -- I believe it will harm.

7         Q      Who treats L.E. for anxiety, which

8  medical provider?

9         A      Dr. Blackman.

10        Q      Okay.  If you'll turn back to Page 22 of

11  the complaint, Paragraph 69 mentions SB, which I'll

12  represent is short for senate bill, 228, and it states in

13  the last sentence the bill took effect -- well, I'm sorry.

14  It says in the sentence before that that Senate Bill 228

15  was signed into law by Governor Bill Lee on March 26th.

16  Did you know about Senate Bill 228 when it was being

17  considered in the state legislature?

18        A      No, I don't remember.

19        Q      And when I mention Senate Bill 228, do

20  you know the law that I'm referring to?

21        A      Yes.

22        Q      Okay.  What does the law say to your

23  understanding?  And when I say the law, I mean Senate Bill

24  228.

25        A      To me, it's a horrible law that is

1    licenses Sam has?

2              A        Not the specifics, no.

3              Q        Are you aware that a licensed social

4    worker does not have a medical degree?

5              A        No, I wasn't aware of that.

6              Q        What is your understanding of L.E.'s

7    gender dysphoria?

8              A        What do you mean by understanding?

9              Q        Do you know -- do you know generally what

10   gender dysphoria is?

11             A        Yes.

12             Q        Okay.  And what do you know about it in

13   general?

14             A        Uneasiness, anxieties, the result -- you

15   know, with gender identity.

16             Q        Have you observed this in L.E.?

17             A        Yes.

18             Q        What have you observed?

19             A        Mostly with the golf team being -- like I

20   said earlier, being around -- being forced to play with

21   the girls and just the uneasiness associated with that.

22             Q        What treatment is L.E. receiving for

23   gender dysphoria?

24             A        He's taking some, like,

25                                             , and that's it.

 1          Q          If you look to Interrogatories Number 2

 2     and 3, they ask about dates when L.E. began to social

 3     transition and when L.E. began pubertal suppression

 4     medication, and my question is, did you provide

 5     information for the response?

 6          A          No.

 7          Q          Okay.  For Interrogatories Number 1, 2,

 8     and 3, do you have any reason to disagree with the

 9     responses provided?

10          A          No, I don't disagree.

11                     MS. RILEY-SWANBECK:  Objection.

12                     THE WITNESS:  No, I do not disagree.

13          Q          Okay.  What is your knowledge about

14     L.E.'s social transition?

15                     MS. RILEY-SWANBECK:  Objection.

16          A          The big one was the name change.

17          Q          And why do you say that was the big one?

18          A          Because that's the only one I heard of.

19          Q          Did L.E. dress differently once he shared

20     with you that he was a boy?

21          A          No, he dressed the same.

22          Q          Do you know how L.E.'s social transition

23     was received by schoolmates?

24          A          It was received very well.

25          Q          And how do you know that?

1    A        He has a small group of friends that are
2    very accepting.

3         Q        Are those friends boys or girls?

4         A        I believe they're girls.

5         Q        Why did L.E. begin pubertal suppression
6    medication?

7         A        Because he's a boy and wanted to, I
8    guess, slow or stop puberty.

9         Q        Interrogatory Number 4 asks for
10   interscholastic athletic events, clubs, or teams L.E. has
11   participated on in middle or high school, and the response
12   was the middle-school girls' golf team.  Are you aware of
13   other athletic events, clubs, or teams that L.E. has
14   participated on?

15        A        No, that was just the middle-school
16   girls' golf team.

17        Q        Outside of the school setting, it's my
18   understanding that L.E. is participating in a community
19   theater play?

20        A        Yes.

21        Q        Okay.  Are there other examples such as
22   the play where L.E. is participating in clubs or
23   activities?

24        A        Oh, yes, the SGA club at school.  There
25   is the Knoxville Pride group, and he's in a group called

1    GLSEN, which I don't know what it stands for.  He does  --
2    does stuff with them.
3          Q       Can L.E. learn skills such as discipline,
4    working with other people in these groups?
5                  MS. RILEY-SWANBECK:  Objection.
6          A       What kind of skills did you say again?  I
7    mean, of course.
8          Q       What would you say were the benefits that
9    L.E. got from participating on the girls' middle-school
10   golf team?
11         A       Being part of a team camaraderie; the joy
12   of, I guess, if competition is a thing; being part of
13   something bigger than yourself.
14         Q       And can L.E. still get team camaraderie
15   and being a part of something bigger than -- than yourself
16   from the play and the other groups that L.E. participates
17   in?
18                 MS. RILEY-SWANBECK:  Objection.
19         A       You could say that about anything really.
20   This is -- it's a different kind of -- it's just two
21   different -- I don't see how that is no different --
22   sports are different than clubs and work.
23         Q       What benefits does L.E. get from
24   participating in the play or some of these school clubs or
25   groups such as the SGA club, Knoxville Pride group, and

1    GLSEN?

2            A        The play is, I'm guessing, more

3    organizational, time-management skills.  The SGA, I don't

4    know what they really discuss in those clubs at school,

5    and the Knox Pride is -- it's like a -- it's just a

6    gathering of -- of -- of kids, and GLSEN is -- it's

7    organizational stuff.  I'm not really too sure of the

8    details of the GLSEN program.

9            Q        From the play and the Knoxville Pride

10   group, does L.E. get to experience group camaraderie or

11   working well with other members?

12                   MS. RILEY-SWANBECK:  Objection.

13           A        That's a different kind of camaraderie

14   compared to being on a -- part of a sports team.  Being a

15   part of a sports team is special.  I'd rather be part of a

16   sports team than, like, a group of people at work; right?

17                   Just being part of a sports team is very

18   special to him.  I can see it in his -- his eyes when he

19   plays.  He's a very rah-rah guy, team guy, and sports

20   really makes him happy.  The play, he's stressed out all

21   the time trying to learn time-management skills, but when

22   he's out playing a sport, that really, really makes him

23   happy.

24           Q        Have you looked into clubs or junior

25   leagues or other ways that L.E. could play golf?

1          A          Yes.

2                     MS. RILEY-SWANBECK:  Objection.

3                     THE WITNESS:  Yes.

4          Q          Okay.  Did you participate in any

5     organizations or alliances that support transgender

6     persons before L.E. told you that L.E. is a boy?

7          A          No.

8          Q          Did your wife?

9          A          I don't -- I don't know.

10         Q          Okay.  Are you or L.E. waffling at all on

11    the testosterone treatment?

12                    MS. RILEY-SWANBECK:  Objection.

13         A          No.

14         Q          How was L.E. different after the time

15    that L.E. told you L.E. is a boy?  What changed?  Like,

16    did anything change?  Obviously, you've mentioned the name

17    change, that you made that official.  What else?

18         A          He -- he felt like he -- he -- he -- he

19    felt belong -- like, a sense of belonging.  He felt -- he

20    was -- he felt kind of like a weight lifted off his

21    shoulder feeling and felt right and felt -- I think he got

22    more goofy after that.  Yes, so he felt more -- more

23    comfortable, happy, like a kid.

24         Q          What about the way L.E. dressed, groomed,

25    appeared, did that change?

1          A          Well, L.E. always wore, like, shorts and

2     t-shirts, so that never changed.

3          Q          Have you discussed that L.E. is a

4     transgender person with people at L.E.'s high school?

5          A          No, I have not personally.

6          Q          Do you know whether your wife has?

7          A          No, I do not.

8          Q          Did you discuss L.E. trying out or

9     participating with the Farragut High School boys' team

10    with anyone from the high school?

11         A          No.

12         Q          You mentioned this Sneads Golf.  Is --

13    did you look at what that would cost?

14         A          Yes.

15         Q          Okay.  And is the cost of that program a

16    burden for L.E. being able to participate in the program?

17                     MS. RILEY-SWANBECK:  Objection.

18         A          A burden?

19         Q          Or is it a reason why L.E. would not be

20    able to participate?

21                     MS. RILEY-SWANBECK:  Objection.

22         A          No, it's not a reason.

23         Q          Have you understood the questions I've

24    asked you today?

25         A          Yeah.  For the most part, yes.

1    questions.

2           A      Okay.

3           Q      So let's go back.  Did you have a

4    conversation at some point with L.E. about not playing

5    golf on the girls' team?

6           A      I'm sorry, I'm trying to -- to not play

7    on the girls' team?

8           Q      About his desire to no longer play on

9    the --

10          A      Oh.

11          Q      -- girls' team.

12          A      Oh.  Yes.

13          Q      Okay, great.

14          A      Yeah.

15          Q      When did that occur?

16          A      That was freshman year or the summer of

17    going into -- from middle school going into freshman year.

18          Q      So that conversation occurred in summer

19    of 2021; is that correct?

20          A      Yeah.

21          Q      And I believe that you testified earlier

22    that you said or you thought, "I guess that means we

23    aren't playing golf."  Is that right?

24          A      Yes.

25          Q      And why did you think that?

1         A      Because L.E. is a boy.  He didn't want to

2  play on the girls' team.

3         Q      Okay.  And was there a cost associated

4  with playing on the Farragut Middle School golf team?

5         A      Yes.

6         Q      Do you remember what that cost was?

7         A      I know I had to buy uniforms.

8         Q      Were there green fees associated with the

9  matches that we looked at on the calendar earlier?

10        A      No.

11        Q      Okay.  And then you also testified that

12  there was an issue with L.E. being able to use the

13  bathroom of his choice at some point.  Was that at

14  Farragut Middle School?

15        A      Farragut High School.

16        Q      So it's your testimony that there has

17  been an issue with L.E. using the bathroom of his choice

18  at Farragut High School?

19        A      Yes.

20        Q      And my last question is, just as someone

21  who's played golf for 22 years and played extensively with

22  L.E., --

23        A      Yeah.

24        Q      -- do you think he could average a score

25  of 90 or better while walking 18 holes at a standard

1    course?

2                    MS. RILEY-SWANBECK:  Objection.

3        A        Of course, I believe, yeah, of course,

4    definitely.

5                    MS. JOHNSON:  Okay.  That's all I have.

6                    MS. RILEY-SWANBECK:  Can we take a quick

7          break?

8                    THE VIDEOGRAPHER:  The time on the camera

9          is 12:13.  We're off.

10                        (Short break.)

11                    THE VIDEOGRAPHER:  Okay.  We're back on

12          the record.  The time on the camera is 12:22.

13                    EXAMINATION

14    BY RILEY-SWANBECK:

15        Q        Mr. Esquivel, I want to ask you just a

16    few more followup questions.

17        A        Okay.

18        Q        L.E. is a boy; is that right?

19        A        Yes, he is.

20        Q        What does L.E.'s birth certificate say?

21        A        Female.

22        Q        But do you still understand L.E. to be a

23    boy?

24        A        Yes, L.E. is a boy.

25        Q        And you mentioned that you had

1    conversations with L.E. about not wanting to play on the

2    girls' golf team; is that right?

3           A       Yes.

4           Q       Why did L.E. not want to play on the

5    girls' golf team?

6           A       Well, L.E. is a boy, and he just did not

7    feel comfortable playing on the girls' team.  He felt out

8    of place.  He felt -- he felt he didn't belong there on

9    the girls' team and wanted to play on the boys' team

10   instead.

11          Q       Was he concerned that others would see

12   him as a girl?

13          A       Yes, yes, initially, yes, but -- yeah.

14   You mean on the girls' -- on the girls' golf team?

15          Q       On the girls' golf team.

16          A       Oh.

17          Q       If he played, excuse me, was he concerned

18   that others would see him as a girl if he played on the

19   girls' golf team?

20          A       Yes.  Yes.

21          Q       And what do you think that would do to

22   him?

23          A       It would hurt him.  He already felt out

24   of place, just -- it's just hard for me to imagine him

25   trying to play somewhere you didn't fit in when you know

1    you should be playing somewhere else that -- that brings

2    you to play a game, and you can't have fun because you are

3    -- are -- like I said, he's walking with other players

4    that aren't -- aren't like him, and to be forced to do

5    that is not -- that's not -- not good in my opinion.

6           Q     Did L.E. tell you that he would rather

7    not play on a golf team than play on the girls' golf team

8    in high school?

9           A     No, he told me he'd rather -- yeah.  He

10    wants to play golf.  He didn't -- he just didn't want to

11    play on the girls' team.

12           Q     And is L.E. able to play on the boys'

13    team right now?

14           A     No, he cannot because of this -- this law

15    that is -- that is discriminating against him for being a

16    boy.  Yeah, so he doesn't have the opportunity right now.

17           Q     What do you understand to be the harms to

18    L.E. of not being able to play on the boys' team?

19           A     He's -- like I said earlier, when you're

20    a part of -- part of something, something special like a

21    sports team especially in high school or middle school,

22    you have that sense of generically accomplishment,

23    camaraderie, the -- the -- the pain of defeat, the agony

24    of defeat is what they say.

25           Everyone remembers their -- their -- at

1    least from my experience, you always remember the glory

2    days on the field, you work together, and he's missing --

3    missing all of those memories and locker room, "Buddy.

4    Buddy.  Hey, remember this.  You did great,"

5    and then all the energy you get when you play sports.  He

6    does not get to experience any -- any -- any of that.

7              When -- like, the closest to the pin, the

8    closest to the pin, he -- you should have seen his face

9    light up when he actually made it and when -- when you see

10   him almost break par, that is -- it's special as a parent

11   to see that, and it -- he gets all of those benefits by

12   playing sports, and when you take that away from him, he's

13   not going to have any of that.  It's hard, hard to say.  I

14   don't want -- yeah, it's just -- I think sports are -- are

15   good for him.

16             Q      Do you think the fact that L.E. cannot

17   play on the boys' golf team makes him feel isolated?

18             A      Yes, not worthy, not -- an outcast. He

19   desperately wants to play, and that could have -- I mean,

20   that's like being excluded, being -- being not good

21   enough.  That feeling, that weight will follow him through

22   school.

23             And when you're, like, part of a team,

24   everyone knows, you know, soccer team and football team.

25   You're all part.  You're all -- you all have a common -- a

```
 1    common interest, and he's not going to have that.  He's
 2    going to -- he's just going to be sad if he doesn't, and
 3    as a parent, you want what's best for your child, and just
 4    taking that away from him, he'd lose that -- that joy,
 5    that -- the little smirk playing in a -- yeah, just the
 6    sports, being a part of a team, yeah.
 7              Q        Just one more question for you.
 8              A        Yeah.
 9              Q        We talked a little bit about L.E.'s birth
10    certificate.  Who do you think gets to determine whether a
11    person is a boy or a girl?
12                  MS. BERGMEYER:  Object to form.
13              A        It's the person.
14              Q        Do you understand a birth certificate to
15    be the only designation that determines whether a person
16    is a boy or a girl?
17                  MS. BERGMEYER:  Object to form.
18              A        No, I do not.
19                  MS. RILEY-SWANBECK:  That's it.  That's
20          it for us.
21                  MS. BERGMEYER:  Nothing further.
22                  MS. JOHNSON:  No.
23                  THE VIDEOGRAPHER:  We're going off the
24          record.  The time is 12:31 on the camera.
25
```

1                    FURTHER THE DEPONENT SAITH NOT.

2                         MARIO ESQUIVEL

3

4

5

6

7     Sworn to before me when

8     taken August 2, 2022.

9

10

11     /s/ Donna D. Touseull

12              Donna D. Touseull

13           Licensed Court Reporter

14     LCR No. 342 / License Expires:  06-30-2024

15

16

17

18

19

20

21

22

23

24

25

REPORTER'S CERTIFICATE

STATE OF TENNESSEE  )

COUNTY OF KNOX      )

       I, DONNA D. TOUSEULL, Licensed Court Reporter in and the State of Tennessee, do hereby certify that I reported in machine shorthand the foregoing testimony held on the 2nd day of August 2022 that the foregoing 78 pages were transcribed by me and constitute a true record of the proceedings to the best of my knowledge and ability.

       I further certify that I am not an attorney or counsel for any of the parties, nor an employee or relative of anyone connected with the action, nor financially interested in the action.

       I further certify that I am duly licensed by the Tennessee Board of Court Reporting as a Licensed Court Reporter as evidenced by the LCR number and expiration date following my name below.

       WITNESS WHEREOF, I have hereunto set my hand and affixed my seal this 22nd day of August 2022.

/s/ Donna D. Touseull
DONNA D. TOUSEULL
Licensed Court Reporter
LCR No. 342 / License Expires: 06-30-2024