# EXHIBIT 5

```
 1            UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF TENNESSEE
 2
     --------------------------x
 3   L.E., by his next friends,
     And parents                  *
 4
              Plaintiff           *
 5
     V.                           *
 6
     BILL LEE, in his official   *
 7   Capacity as Governor of
     Tennessee; PENNY SCHWINN,   *
 8   In her official capacity as
     The Tennessee Education      *
 9   Commissioner; TENNESSEE
     STATE BOARD OF EDUCATION;   *
10   SARA HEYBURN MORRISON in
     Her official capacity as     *
11   The executive Director of
     The Tennessee State Board   *
12   Of Education; NICK DARNELL
     MIKE EDWARDS ROBERT EBY     *
13   GORDON FERGUSON, ELISSA,
     KIM LILLIAN HARTGROVE,       *
14   NATE MORROW, LARRY JENSEN
     DARRELL COBBINS, and EMILY  *
15   HOUSE, the individual
     Members of the Tennessee     *
16   State Board of Education,
     In their official            *
17   Capacities; KNOX COUNTY
     BOARD OF  EDUCATION a/k/a   *
18   KNOX COUNTY SCHOOLS a/k/a
     KNOX COUNTY SCHOOL           *
19   DISTRICT; ROBERT M. "BOB"
     THOMAS, in his Official      *
20   Capacity as Director of
     Knox County Schools,         *
21
              Defendants.         *
22   --------------------------x
```

1

2

3          DEPOSITION OF PENNY SCHWINN, COMMISSIONER

4                   APPEARING REMOTELY FROM

5                    KNOXVILLE, TENNESSEE

6

7

8                      August 3, 2022

9                        10:30 a.m.

10

11

12

13

14

15

16

17

18

19

20    REPORTED BY:

21    Dawn L. Halcisak, CLR

22    APPEARING REMOTELY FROM CRISFIELD, MARYLAND

Case 3:21-cv-00835 Document 53-5 Filed 10/07/22 Page 3 of 60 PageID #: 723

1              A P P E A R A N C E S

2

3      ON BEHALF OF PLAINTIFF & ACLU:

4          TAYLOR BROWN, ESQUIRE

5          (pro hac vice forthcoming) --

6          AMERICAN CIVIL LIBERTIES UNION FOUNDATION

7          125 Broad Street

8          New York, New York 10004

9          (212) 549-2584

10         tbrown@aclu.org

11

12

13     ON BEHALF OF KNOX COUNTY:

14         DAVID SANDERS, ESQUIRE

15         KNOX COUNTY LAW DIRECTOR'S OFFICE

16         400 Main Street, Suite 612

17         Knoxville, Tennessee 37902

18         david.sanders@knoxcounty.org

19

20

21

22

1          A P P E A R A N C E S  (Cont'd.)

2

3       ON BEHALF OF DEFENDANTS:

4       THOMAS F. COSTELLO-VEGA

5            (pro hac vice forthcoming)

6            WILMER CUTLER PICKERING HALE & DORR, LLC

7            350 South Grand Avenue, Suite 2400

8            Los Angeles, California 90071

9            (213) 443-5300

10           Thomas.costello@wilmerhale.com

11

12

13      ON BEHALF OF TENNESSEE ATTORNEY GENERAL:

14           STEPHANIE BERGMEYER, ESQUIRE

15           TENNESSEE ATTORNEY GENERAL

16           P.O. Box 20207

17           Nashville, Tennessee 37202

18           (615) 741-3491

19           stephanie.bergmeyer@ag.tn.gov

20

21

22

1          A P P E A R A N C E S (Cont'd.)

2

3          MS. RILEY-SWANBECK, ESQUIRE

4          TENNESSEE OFFICE OF THE ATTORNEY

5           GENERAL & REPORTER

6          P.O. Box 20207

7          Nashville, Tennessee 37202

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1                 E X H I B I T S

2  Exhibit                                              Page

3  No. A  Plaintiff's Exhibit                            83

4          TCA 49-6-310 S.B. 228

5  No. B  Plaintiff's Exhibit D 02092021,               117

6          E-mail

7  No. C  Plaintiff's Exhibit E 02092021,                --

8          Additional Emails

9  No. D  Plaintiff's Exhibit G 03082021,               127

10         Supplemental Emails

11 No. E  Plaintiff's Exhibit H 08082022,               144

12         Alvin C. York Agricultural Institute

13 No. F  Plaintiff's Exhibit, TN School               144

14         For the Blind S.B. 228 Policy

15 No. G  Plaintiff's Exhibit J 08242022,               144

16         Achievement School District

17         S.B. 228 Policy

18 No. H  Plaintiff's Exhibit L 07222022,               167

19         State Board Meeting Agenda

20 No. I  Plaintiff's Exhibit M 07222022,               167

21         Proposed Rule 0520-01-03

22     (Exhibits attached to transcript.)

1   not to answer, however, you still do need to

2   answer.

3           Do you understand that?

4       A.   Yes.

5       Q.   Okay.  And at the beginning of the

6   deposition, he court reporter administered an

7   oath.  It is the same oath you would take as if

8   you were testifying in a courtroom.  You must

9   testify truthfully and not leave anything out.

10          Is there any reason you can't testify

11  truthfully today?

12      A.   No.

13      Q.   Okay.  And if you recall additional

14  information relevant to any of my previous

15  questions at a later point in the deposition, I

16  ask that you let me know that, and we can go

17  over it.

18      A.   Yes.

19      Q.   Okay.  And lastly, I just want to go

20  over some shorthand terms that I'm going to use

21  today, just to make sure that we're all on the

22  same page.

Case 3:21-cv-00835   Document 53-5   Filed 10/07/22   Page 8 of 60 PageID #: 728

1       When I say "state board," I'm referring
2  to the Tennessee State Board of Education.
3       When I say "SB228," I'm referring to
4  Senate Bill 228, the law at issue in this case
5  and as codified into Tennessee's annotated code,
6  Section 49-6-310.
7     A.   Yes.
8     Q.   When I say "legislative branch," I'm
9  referring to the Tennessee State Legislature.
10    A.   Yes.
11    Q.   When I say "transgender," I'm referring
12 to someone whose gender identity does not match
13 their sex assigned at birth.
14    A.   Yes.
15    Q.   When is say "cisgender," I'm referring
16 to someone whose identity matches their sex
17 assigned at birth, okay?
18    A.   Yes.  I understand.
19    Q.   And when I say "L.E.," I'm referring to
20 the Plaintiff in this case.
21    A.   Yes.
22    Q.   Okay.  Great.  Do you have any

 1      A.    Yes.

 2      Q.    Okay.  And could you describe those?

 3      A.    I have participated in fellowships, and

 4  in those fellowship -- the content of delivery

 5  of those fellowships, we would have similar

 6  conversations.

 7      Q.    And anything else?

 8      A.    No.

 9      Q.    Okay.  And so how are you liking being

10  commissioner?

11      A.    I think it is a very, very big job, and

12  I love when we get to see impacts for kids that

13  help theme be successful in their live.

14      Q.    Okay.  And so can you describe to me

15  the responsibility of the Tennessee Department

16  of Education, in general?

17      A.    So the Tennessee Department of

18  Education is part of the executive branch.  We

19  are one of -- there are multiple departments

20  that oversee education in the state.  We, I

21  think, are the largest of those.  We are

22  specifically tasked with implementation.

1    So when a law is passed, unless directed

2  otherwise, the department of education is the

3  education arm.  But primary responsibility in

4  overseeing monitoring the 147 districts, or LEAs

5  in the state.

6    Q.    Okay.  You said multiple department are

7  in charge of education in Tennessee, and the

8  department of education is the implementation

9  arm.

10    What are the other departments, and

11  what are their functions?

12    A.    So there are several departments or

13  commissions.  One is the State Board of

14  Education, primarily responsible for policy

15  development.

16    Another is the Tennessee Charter School

17  Commission, which is responsible for -- it is

18  also an LEA in the state, but is responsible for,

19  kind of, the appeals and authorization of public

20  of charter schools.

21    And then the other, kind of, larger ones

22  that is often dealt with is the textbook

1  commission, that is a commission that

2  specifically oversees the state-approved list for

3  instructional materials in public schools.

4      Q.    Okay.  And that's all of the

5  departments that --

6      A.    There were --

7      Q.    -- that you're speaking about?

8      A.    Those are the ones I'm speaking about.

9  You'll have some smaller agencies that also

10  impact education, like energy-efficient schools.

11  But those are the four that are the primary,

12  from a policy perspective that have roles and

13  responsibilities.

14      Q.    And of those ancillary ones that have,

15  you know -- that have any kind of dealings

16  around anything related to SB228?

17      A.    We do not oversee sports in the

18  department of education.  That is a different

19  completely separate.

20      Q.    And what organization is that?

21      A.    TSSAA.

22      Q.    Okay.  And is the Tennessee Department

1   of Education a government entity?

2       A.   Yes.

3       Q.   And does the department of education

4   receive federal funding?

5       A.   Yes.

6       Q.   Okay.  What kind of federal funding?

7       A.   We receive traditional grants, such as

8   title 1, title 2, title 3, Perkins, IVEA, et

9   cetera.

10          The second is federal relief funding.

11  And the third would be discretionary grants that

12  we may apply for and be awarded.

13      Q.   And how are those pots of many -- I

14  mean, I don't know if they're divided based on

15  where they originate from, or how they

16  originated, but how is that administrator in the

17  Tennessee Department of Education?

18      A.   So they'll all have different

19  administrations based on the rules supplied by

20  the U.S. Department of Administration or other

21  entities.

22          So we look at the rules that are

1    promulgated at the federal level, and then we

2    comply with the way it should be disbursed.

3            So title 1, for example, has a number of

4    different components to it, but it is

5    specifically to economically disadvantaged.

6            And so we will comply with whatever

7    rules or policies are promulgated at the federal

8    level.

9       Q.   Okay.  And what role do you play in the

10   administrative -- funding generally?  Is it more

11   are you in an overseeing role or directly

12   involved?

13      A.   I'm not directly involved.  My role is

14   signatory, as the agent overseeing the

15   department of education.  We have a different --

16   under me, one of the our departments is federal

17   programs.  So the federal programs office

18   receives the grants, federal funding monitors

19   that.  It's through what's called a "G5 system."

20   So they will do all of the signatures, et

21   cetera, with delegate authority from me.

22      Q.    Okay.  And is it fair to say that all

Case 3:21-cv-00835  Document 53-5  Filed 10/07/22  Page 14 of 60 PageID #: 734

1  the government funding that you described is

2  administered by the federal programs division,

3  in the department of education?

4      A.    The -- no.  The grants, the

5  discretionary grants will usually be a

6  partnership between the federal programs office

7  who is the responsible party, and then the

8  actual program office, in the department, who

9  applied for and was awarded the grant.

10     Q.    Okay.  Can you give me an example of a

11 program office?

12     A.    Charter schools.  So the Public Charter

13 School Grant, which is an open right now.

14 Should we apply for that grant, the office of

15 choice will be responsible for administering the

16 programmatic elements, our federal program

17 office is responsible for receiving, kind of,

18 that official paperwork related to the financial

19 management of that.

20     Q.    Okay.  Does the department of education

21 have to comply with federal law?

22     A.    Yes.

1     Q.   Title 9 of the Education Amendment?

2     A.   If we sign -- we have to sign

3  assurances.  And so if we receive funding and we

4  sign papers for those assurance, we are saying

5  that we will comply with those assurances.

6     Q.   Okay.  And so specifically, does the

7  Tennessee Department of Education have to comply

8  with title 9?

9     A.   Yes.  Title 9 is law that we must

10 comply with federal law.

11    Q.   Okay.  And your understanding is that

12 it is law?

13    A.   Yes.  It is title 9.

14    Q.   Okay.  And does the Tennessee

15 Department of Education have to comply with

16 state law?

17    A.   Yes.

18    Q.   And does the Tennessee Department of

19 Education have to comply with SB228?

20    A.   Yes.  Any law that is passed by the

21 general assembly and signed into law, we are

22 legally required implement.

1      Q.   Okay.  And so we talked a little bit
2    about the overall, sort of, responsibilities of
3    the department of education.  But what are your
4    responsibilities, as commissioner?
5      A.   As commissioner, I oversee all of the
6    employees in the department of education, and
7    their various work streams.  I'm also
8    responsible, of course, as an appointee of the
9    governor to work directly with the
10   administration.
11          And then the third component would be, I
12   work with the general assembly, in terms of -- as
13   they are deciding which laws to pass, and then
14   pass those laws.  I am -- unless delegated -- the
15   primarily agent of this department to testify,
16   when request, on any law related to education.
17          MS. BROWN:  Okay.  Give me one second,
18   if you will.
19          (Brief pause.)
20   BY MS. BROWN:
21      Q.   Okay.  And so just to clarify, you said
22   that as the commissioner, you sometimes work

Case 3:21-cv-00835 Document 53-5 Filed 10/07/22 Page 17 of 60 PageID #: 737

1    directly with the administration; meaning, the

2    governor's office?

3        A.    Yes.

4        Q.    Around education, and law, and policy?

5        A.    Yes.

6        Q.    Okay.  And you also said you are the

7    designee who works with the general assembly, if

8    asked, or required?

9        A.    Yes.

10       Q.    Okay.  Okay.  So let me ask you some

11   specific duties.

12             So, again -- so you're responsible for

13   the implementation of laws and policies by the

14   general assembly and the State Board of

15   Education?

16       A.    Yes.

17       Q.    Okay.

18           "The commissioner shall attend all

19       meetings of the State Board of

20       Education and may speak at the meetings

21       and may make recommendations.  Any

22       recommendations made by the

1    Q.   Okay.  So, to be clear, did the state

2  board take any implementation measures in 2021,

3  as related to SB228 -- I'm sorry, did I say

4  "state board."  I meant department of education.

5         Did the department of education take

6  any implementation measures, in 2021, as related

7  to SB228?

8    A.   Not that I can -- not that I'm aware

9  of, by memory.

10   Q.   Okay.  And so when a new law is passed

11 who, in the department of education, assesses

12 what the department of education actually needs

13 to do, in terms of responsibility and

14 compliance?

15   A.   The office of the general counsel and

16 policy and legislative affairs teams.

17   Q.   And do they make a report to you?

18   A.   No.

19   Q.   Okay.  And do you have any oversight of

20 their assessment?

21   A.   I -- typically, cabinet -- our cabinet

22 prioritizes major legislation that will require

1    cross-divisional activities.  And so on

2    a selection of legislation, I will be more

3    directly participatory.

4              As a note, we had over 70 bills passed

5    last session.  So we typically do what we would

6    can call "major pieces of legislation."  And, you

7    know, that is complicated implementation or

8    high-dollar values.  But otherwise, regular

9    implementation is delegated to those two teams.

10        Q.   Okay.  So for -- so what about SB228;

11   was it just the pure delegation you had no

12   involvement as they made their assessment, or

13   were you involved, as you described, because of

14   some of those other factors?

15        A.   It was deleted because it did not

16   have -- it was not involving high-dollar values

17   and it was not a complicated implementation, in

18   terms of what the department's responsibilities

19   were.

20        Q.   And as it stands now, what's your

21   understanding of the department's

22   responsibilities and obligations, in relation to

1  SB228?

2      A.    We are responsible for implementing

3  laws that are passed.  And so if there was an

4  issue that arose to us, then our office of

5  general counsel, as with any laws, is required

6  to decide whether or not to investigate.  But

7  the -- the actual implementation of the law

8  is -- is at the local level, or those who

9  oversee districts directly.

10          The only exception to that would be the

11  department's role in overseeing a small number of

12  school districts, in which policies would need to

13  reflect the laws that are passed.

14      Q.    Okay.  And so I want to make sure -- I

15  don't want to mischaracterized it.

16          So I'm just going to ask:  Based on

17  what you just said, am I understanding it

18  correctly that you're saying that the department

19  of education has no role in the actual policy

20  developed by the L- -- the local -- LEAs?  Is

21  that the acronym?

22      A.    Yeah.

1    Q.   Okay.

2    A.   Local education agencies are

3  responsible for their policies.  We do not --

4  and their local boards provide legal counsel.

5       The exception to that is that we do

6  oversee some LEAs, in which case we operate as

7  the LEA.  And so for those LEAs, we are

8  responsible for developing policies in alignment

9  with any law passed.

10   Q.   And who is responsible for making sure

11 they actually develop policies?

12   A.   Office of general -- oh, excuse me.

13 I'm sorry.

14       MS. BERGMEYER:  Excuse me.

15       I object to form.

16       THE WITNESS:  The office of the general

17 counsel and the policy and legislative affairs

18 team.  And then, we have an assistant

19 commissioner, who is over what we call our

20 "state's special schools."  And so those are

21 school districts that the department directly

22 manages.

1    Q.   Okay.  And are there any policies

2  you're aware of, right now, that refer their

3  complaints to the department of education,

4  outside of the ones that you have direct

5  authority over?

6    A.   I'm not aware of any, no.

7        MS. BERGMEYER:  Okay.  Okay.  So I'm

8  heading -- I'm hitting another section.  So this

9  is sort of a good of sections of questions that

10  I realized that we're past the time.  We have 13

11  minutes.

12        Okay.  I'll start anyway.  I think I

13  can -- I think can further cut it off.

14  BY MS. BROWN:

15    Q.   So can you describe for me the

16  relationship between -- again in general,

17  between the department of education and the

18  state board?

19        I understand that, again, the state

20  board is the policy and rule-making, sort of,

21  arm, and you're the implementing arm, but

22  anything else about that relationship?

1      A.    No.

2      Q.    And you testified that you're required

3  to follow state board policy that's passed?

4      A.    Yes.

5      Q.    And is the state board a government

6  entity?

7      A.    Yes.

8      Q.    And does the state board receive

9  federal financial assistance?

10     A.    I don't know.

11     Q.    Okay.  You don't know.

12           Any policies or programs created by the

13  state board that you're aware of that receive

14  federal funds from the department of education?

15     A.    I don't know of any federal funds

16  that's we supply to the state board of

17  education.  But I can't speak to their

18  relationship with the federal government or any

19  of their financiers.

20     Q.    Okay.  Does the department of education

21  make reporting -- or do any reporting to state

22  board about its federal financial, or federal

1     A.   I do.

2     Q.   Okay.  Okay.  So if you refresh it, you

3  should see an exhibit in the marked folder now.

4  Let me know when you have that exhibit open.

5     A.   Okay.  I'll refresh now.

6          I see Exhibit A.

7          (SCHWINN Exhibit No. A marked for

8  identification and attached to the transcript.)

9  BY MS. BROWN:

10    Q.   Okay.  That's right.  Okay.

11         So I'm showing you what I've marked as

12 Plaintiff's Exhibit A.  So if you would just

13 take a moment to read this over, and then once

14 you've read it, you know -- I think you can

15 read -- you can stop at the last letter.  I

16 think it's "F," perhaps -- and then just let me

17 know verbally that you've completed reading it.

18    A.   Okay.

19         (Brief pause.)

20         THE WITNESS:  Okay.  I've completed

21 reading it through "F."

22

1  BY MS. BROWN:

2      Q.    Great.  Thanks.  And just to confirm,

3  remember that you're still under oath, right?

4  So everything this morning is still in effect.

5      A.    Yes, ma'am.

6      Q.    Thank you.  Okay.

7            And so, Commissioner Schwinn, what does

8  this appear to be to you?

9      A.    This appears to be a statute effective

10  July 1, 2022.

11      Q.    Okay.  And what's the title of this

12  statute?

13      A.    "TCA49-6-310:  Determining Student

14  Gender for Purposes of Participation in

15  Athletics."

16      Q.    Okay.  And have you seen this before?

17      A.    I have.

18      Q.    Okay.  And is it the -- what we've been

19  talking about today -- what I've been referring

20  to as "SB228"?

21      A.    Yes.

22      Q.    Okay.  And are you familiar with the

1  provision of this law?

2      A.    Yes.

3      Q.    Okay.  Thanks.

4            And so I have more questions related to

5  that.

6            But briefly, again, Commissioner

7  Schwinn, when did you -- again, so we're talking

8  about SB228.  And in this question,

9  specifically, I want to know when did you first

10 learn about it?

11           And, again, so this is -- if it

12 was while it was pending, or if it was while it

13 was enacted -- maybe that's the first question.

14           Did you learn about it after it was

15 enacted, or did you know about it beforehand?

16     A.    I -- we briefly, less than one minute

17 of conversation, discussed it in those weekly

18 meetings that I referred to earlier.  We did not

19 discuss the language of the bill or anything in

20 depth at all, because the department, in the way

21 that it was proposed, had such a limited role,

22 it was not something we spent time on.

1          So the first time I actually would have

2    read the contents of this would have been in the

3    month of July of 2022.

4        Q.   Okay.  And you said in reference to

5    those "weekly meetings, can you clarify for me

6    which meetings you're talking about and with

7    whom?

8        A.   So these would be the weekly meetings

9    that I would have had with cabinet policy

10   legislative affairs and counsel to provide

11   recommendations on bill positions, or to discuss

12   what the bill positions were that have been

13   handed down by the governor.

14          We go over every piece of proposed

15   legislation.  So this would have been in that,

16   but it would not have been one we spent any time

17   on.

18       Q.   Okay.  And do you remember the earliest

19   date of that -- or when that meeting occurred --

20   whenever you had this brief discussion?

21       A.   I do not.  But, as a practice, any time

22   bill is calendared, that would be the first week

1    that we would discuss it.

2         Q.   Okay.  And, again -- so, you know, in

3    those meetings that you were just talking about,

4    these cabinet-level meetings to review proposed

5    legislation, you said part of that is

6    offering what's know as the "consultation"?

7         A.   So part of that is determining the

8    consultation that I would give to the governor

9    and the governor's office, as they consider the

10   position they'll have on a bill.  Multiple

11   agencies provide that on many bills.

12        Q.   Okay.  And so the consultations are a

13   written document or -- you know, what's the

14   format?

15        A.   Typically, that is something that is

16   communicated in writing, unless it is an

17   administration bill, that -- that would be

18   the -- the standard format would be in writing.

19        Q.   Okay.  And is your consultation grouped

20   with the other departments or agencies who are

21   also providing consultation?

22        A.   No.  My consultation -- it's each

1   agency submits that, on a weekly basis, to the

2   governor's office.

3       Q.   Okay.  And so would you have submitted

4   a consultation for SB228?

5       A.   Policy and legislative affairs would

6   submit that consultation on my behalf.

7       Q.   Okay.  Would you review it before it's

8   sent out?

9       A.   Typically, there are standard weekly

10  meetings.  If I'm not able to be at the meeting,

11  for a number of issues related to my job, then

12  cabinet would -- would continue without me.  And

13  then I have that -- policy and legislative

14  affairs would have that consultation with me

15  after -- after to let me know what the

16  recommendations were for my team.  And then I

17  confirm what our recommendations are to the

18  governor's office, and then that is what is

19  sent.

20      Q.   And.  Okay.  All right.  Thank you.

21           And so having just reviewed this and,

22  obviously, we're in litigation about this, what

1   does SB228 mean to you?

2       A.   So a couple of things.  I think if

3   we're looking specifically at Part A, it is

4   determining, kind of, for the purposes of

5   interscholastic activities, participation

6   eligibility.  And it defines what they -- what

7   the bill or what the law believes eligibility

8   is.

9           It discusses who is responsible for

10  promulgating rules and policies.

11          And then, it goes through, kind of, what

12  the process is, should those policies or rules be

13  violated or not put into place.

14      Q.   Okay.  Thank you.

15          And so based on your understanding of

16  what this law does, would a transgender boy, who

17  has a female gender marker on his original birth

18  certificate, be able to play on his -- let's

19  say, 9th grade soccer team, at a public high

20  school in Tennessee?

21      A.   Can I repeat back to you to make sure

22  that I understand the -- the --

1      Q.    Absolutely.

2      A.    So a -- a transgender boy, under this

3   law, would that transgender boy be able to play

4   on which soccer team?

5      Q.    On the boys' soccer team at his public

6   9th grade high -- public high school.  He's in

7   the 9th grade, let's say.

8      A.    So my understanding of this law is

9   that, no, that student would be eligible to

10   participate on that team.

11         MS. BERGMEYER:  And I'm going to object

12   to the form to that question.

13   BY MS. BROWN:

14      Q.    And -- okay.  And just to drill down on

15   it:  And why specifically wouldn't he be able

16   to?

17      A.    So why specifically, I would -- I would

18   direct back to section A, and in the law that

19   was -- or in the bill that was put into law.

20         It -- it says, "Determined by the

21   student's sex at the time of the student's birth

22   as indicated on the student's original birth

Case 3:21-cv-00835 Document 53-5 Filed 10/07/22 Page 32 of 60 PageID #: 752

1    certificate."

2          If the student had a marker female at -

3    on the original birth certificate, or was

4    indicated in that way on the original birth

5    certificate, then my understanding of the law is

6    that that student would be eligible to

7    participate on a girls' interscholastic team and

8    not a boys' interscholastic team, based on the

9    law or -- yeah, based on the law.

10         Q.   And as education commissioner or

11   commissioner of education, as the highest person

12   in the department of education -- again, I

13   understand that there are formal mechanisms for

14   providing feedback that we've discussed -- but,

15   again, just based on commissioner and your

16   experience, in general, as an educator and as an

17   executive, what did you think about SB228 when

18   you first learn about it or soon after?

19         MS. BERGMEYER:  Object to form.

20         THE WITNESS:  So I -- in the four

21   year -- almost four years I've been in this job,

22   I do not infuse my personal opinion.  I -- I do

1  discrimination in -- in state board policies

2  that you're aware of?

3          MS. BERGMEYER:  Object to form.

4          THE WITNESS:  I would defer to counsel.

5  If there are any, I'm not aware of any.  But

6  that would be a question I would ask my counsel.

7  BY MS. BROWN:

8      Q.   Okay.  Commission Schwinn, if you will

9  go back to the marked exhibits and just to

10 confirm, yes, open up Exhibit A again?  And let

11 me know verbally when you've done that.

12     A.   I have it open.

13     Q.   Okay.  Again, based upon your review of

14 the law and understanding of the law, what's the

15 department of education's role in SB228?

16     A.   Our role is what I would read as our

17 standard role with a number of statutes which

18 the commissioner of education shall uphold a

19 portion of the state's education finance funds,

20 if an LEA fails or refuses to comply.

21          The only difference that I note from

22 what is, kind of, written blanket within the

Page 136

1    statute in a number of places is "shall," versus
2    "may," in Section F.
3        Q.   Okay.  So you stated withholding funds
4    for LEAs that are not in compliance with this
5    law?
6        A.   Yes.
7        Q.   Okay.  What is your understanding of
8    the state board's role in SB228?
9        A.   The state board's role, as outlined
10   here, is they need to promulgate rules to ensure
11   compliance and establish a procedure for how the
12   commissioner and the department are to withhold
13   funds, pursuant to -- so, essentially, the
14   process to comply.
15       Q.   And so when we say "LEA" -- well, let's
16   say, what are the role of -- what is your
17   understanding of the role local school boards,
18   in relation to SB228?
19       A.   Local school boards are the governing
20   body of the majority of our school districts.
21   The only exceptions to that would be our states
22   special schools, the public charter school

1    commission, and that would be it.

2        Q.   Okay.  And so -- and what do they do in

3    relationship to SB228 as your -- I mean, your

4    understanding about it?

5        A.   Their responsibility is to enact policy

6    in compliance with the law.

7        Q.   And then, what about individuals

8    schools; what is their -- what is your

9    understanding of their role in SB228?

10       A.   Individual schools, as with any board

11   policy, individual schools need to follow the

12   board policies that have been enacted that are

13   applicable to them.

14       Q.   Okay.  So you said it's your

15   understanding that the -- one of the

16   responsibilities of the state board, in relation

17   to SB228, is to promulgate rules for compliance?

18       A.   Yes.

19       Q.   Okay.  The other role that you

20   identified of the state board, in relation to

21   SB228, is the process for which you, the

22   Commissioner, can withhold funds from schools

1  that are not in compliance?

2      A.   Yes.

3      Q.   Okay.  Earlier you testified that in

4  relation to rule-making, it's usually a joint

5  effort between the office of general counsel, at

6  the Tennessee Department of Education, with

7  someone from legislative and policy, at the

8  Tennessee Department of Education, and the

9  office of general counsel, at the state board,

10 correct?

11     A.   Yes.

12     Q.   Okay.  Would there be someone, from the

13 Tennessee Department of Education, to work on

14 promulgating rules for compliance, with SB228?

15     A.   It would be either the office of

16 general counsel or the policy and legislative

17 affairs team, if they participated.

18          But as I testified earlier, I -- the

19 first time that I was involved in this would have

20 been this month.  So I don't know what those --

21 what those conversations may have been.

22     Q.   Okay.  And would someone from the

1   BY MS. BROWN:

2       Q.   Okay.  Let me ask you this:  Is there a

3   differentiation between pol- -- school board --

4   or state board policy and state board rules?

5            MS. BERGMEYER:  Object to form.

6            THE WITNESS:  State board rules have

7   the affect of law.  I would defer to our the

8   office of general counsel on individual

9   policies, because it will depend on the policy

10  and what it references.

11  BY MS. BROWN:

12      Q.   Okay.  But the department of education

13  has to ensure that all school board policies are

14  being complied with by schools, K-12 schools, in

15  Tennessee -- public schools?

16      A.   No, that's not accurate.

17      Q.   Okay.  Why isn't that accurate?

18      A.   We are responsible for monitoring the

19  implementation of all local board policies.

20      Q.   Okay.  Are you responsible for

21  implementing all school board policies related

22  to SB228?

Case 3:21-cv-00835  Document 53-5  Filed 10/07/22  Page 38 of 60 PageID #: 758

 1          MS. BERGMEYER:  Object to form.

 2          THE WITNESS:  No, we are not

 3  responsible for the implementation of that.  No.

 4  BY MS. BROWN:

 5      Q.   Okay.  So do you recall ever meeting

 6  with anyone from the Alvancy York

 7  Agricultural -- or you anyone at the department

 8  of education, has anyone ever met with anyone

 9  from the Alvancy York Agricultural Institute

10  about SB228?

11      A.   Not that I'm aware of.

12      Q.   Okay.  And have you, or anyone at the

13  department of education, met with anyone from

14  the Tennessee School for the Blind, related to

15  SB228?

16      A.   I don't know.  Not that I'm aware of.

17      Q.   Have you had conversations with anyone?

18      A.   No.

19      Q.   Okay.  And it's the same question:

20  Have you, or anyone from the department of

21  education, met with anyone from the Achievement

22  School District about SB228?

1   Department of Education, correct?

2        A.   Yes.

3        Q.   Okay.  Commissioner Schwinn, you can

4   now take a look at the next exhibit, which is

5   marked as Exhibit I.

6             And so, for this one, I would like you

7   to take a moment to read through this one.  And

8   just, again, verbally let me when you've

9   completed reading it.

10            (Brief pause.)

11            THE WITNESS:  Okay.

12   BY MS. BROWN:

13       Q.   And so what does this document appear

14   to be to you?

15       A.   This appears to be a rule related to

16   the Interscholastic Athletics for the State

17   Board of Education.

18       Q.   Okay.  And so this was the rule that

19   was with the agenda for the July 22, 2022,

20   meetings of the state board.

21            And so let me ask you:  Who was at that

22   meeting, aside from Ms. Hersey?

1          Are you aware of anyone from the

2    department of education that was there?

3        A.   I wasn't there, so I can't speak to

4    that.

5        Q.   Okay.  Did you plan not to be there?

6        A.   No.

7        Q.   Have you talked to anyone about this

8    meeting --

9        A.   No --

10       Q.   -- from the department of education --

11   sorry.

12          So had you spoken with anyone, in the

13   department of education, about this meeting?

14       A.   No.

15       Q.   Have you spoken with anyone, at the

16   school board, about this meaning?

17          MS. BERGMEYER:  State board.

18   BY MS. BROWN:

19          MS. BROWN:  State board.

20   BY MS. BROWN:

21       Q.   Have you spoken with anyone, at the

22   state board, about this meeting?

1      A.   No.

2      Q.   Okay.  So looking at the policy --

3  which, again, is marked as Plaintiff's Exhibit

4  I -- where did this policy come from -- or I

5  should say, I take that back.  Sorry.

6           Looking at this rule or this proposal,

7  where did this proposal come from?

8      A.   Can you clarify what you mean "where

9  did it come from?"

10     Q.   Who developed this proposal?

11     A.   I don't know.

12     Q.   Do you know if anyone, from the

13 department of education, was involved?

14     A.   We are typically involved with

15 rule-making, but I can't speak to this specific

16 rule.

17     Q.   Okay.  Do you know why Mrs. Hersey

18 presented the rule to the -- during the meeting?

19     A.   Typically, department staff present

20 rules, as it relates to K-12 education.

21     Q.   Okay.  And we're -- what now -- you

22 know, a little bit over a week, maybe more,

1  since that July 22nd meeting, and has there been

2  any steps taken, at the department of education,

3  in relation to this rule or -- rule?

4      A.    I don't know.  I can't speak to that.

5      Q.    And so remind me, what's your

6  understanding of the status of this rule

7  proposal?

8      A.    My understanding of the status is that

9  this was heard on reading on July 22, 2022.

10     Q.    And what does "Heard on First Reading,"

11  mean?

12     A.    Typically, it goes through two

13  readings.  There's a first reading.  The state

14  board is able to discuss and ask questions.

15  There's time between the first reading and the

16  second reading for any revisions that might be

17  necessary.

18          And then the second reading is typically

19  second -- sometimes, it's second and final.

20          And sometimes, there's another reading

21  for final.  But it is the first time in which the

22  state board would have a chance -- an opportunity

1   to review the rule publicly.

2       Q.   Okay.  And I think I know the answer, I

3   think you've said it.

4           But, again, are you aware of any future

5   plans, by the department of education, about

6   this proposed rule?

7       A.   I have not had any discussions about

8   this rule -- the July -- the July 22nd meeting,

9   so I don't know.

10      Q.   Okay.  And so I'll ask:  But any future

11  plans, by the state board, in relation to this

12  proposed rule?

13      A.   I can't speak for the state board.

14      Q.   Okay.  And so let's take a closer look

15  at the policy.

16          So, obviously, in the first section of

17  the definition, you're listed as the

18  Commissioner, and "department" means the

19  Tennessee Department of Education.

20      A.   Uh-huh.  Yes.

21      Q.   Okay.  And so based on your read of the

22  Section called "LEA Requirements," what does

1  this proposed rule require LEAs to do?

2      A.   It requires them to be in compliance

3  with the statute and that they have written

4  procedures and policies at the local level with

5  how that shall be enacted on a regular -- on an

6  annual basis.

7      Q.   And just for clarification -- so in the

8  definition it says:

9          "An LEA means a Tennessee local

10     education agency and has the same

11     meaning of an NTCA Section 4,9-1-1032."

12         Is a school board an LEA, based on your

13  understanding of this?

14     A.   No, a school board is not an LEA.  A

15  school board is the governing body over an LEA.

16     Q.   And so it's the individual schools?

17     A.   It is the -- an LEA would be the

18  collection of schools, while not exactly the

19  same, but it is what people, oftentimes,

20  interchange with a school district.  So that

21  would be a central office, the school districts,

22  the governing board, et cetera.

Case 3:21-cv-00835  Document 53-5  Filed 10/07/22  Page 45 of 60 PageID #: 765

1    Q.   Okay.  And so in, again, looking at the

2  LEA Section 2, do you see the portion where it

3  mentions an "annual LEA compliance report to the

4  department"?

5    A.   Yes.

6    Q.   Okay.  And, again, that -- under these

7  definitions, department -- the department of

8  education?

9    A.   Yes.

10   Q.   Okay.  Does the department of education

11 have a compliance report like what -- like

12 contemplated by this provisions?

13   A.   Yes, it is a -- there's an annual

14 report that essentially certifies that the LEA

15 is in compliance with state law.  It does not go

16 through each individual law.  It's a general

17 assurance.

18   Q.   Okay.  Let's move down to "Reviewing

19 Allegations of Noncompliance."

20       Does compliance fall within your

21 understanding of enforcement?

22   A.   Compliance would be the -- the people

Case 3:21-cv-00835  Document 53-5  Filed 10/07/22  Page 46 of 60 PageID #: 766

1    responsible for implementation; enforcement

2    would be a different organization -- would be

3    different.  So I do not see them as the same.

4        Q.    Okay.  So, again, we've talked about if

5    the school board is not in compliance, one of

6    the mechanisms is withholding of school funding.

7              And you don't consider that

8    enforcement?

9        A.    No, they -- they have different

10   definitions.

11       Q.    Okay.  And so who, in the first

12   instance, gets a report of noncompliance under

13   this proposed rule?

14       A.    The district would receive the report

15   of noncompliance.

16       Q.    And so what's the difference between

17   that and what it says in Section 1, which says,

18   "Upon receipt of notice of an allegation of

19   noncompliance"?

20       A.    Well, the -- upon receipt of notice of

21   allegation of noncompliance, that does not

22   indicate that there is noncompliance.  It's just

1    that there is a notice of an allegation.

2        Q.   Okay.  And so where there's an

3    allegation, again, of noncompliance with SB228

4    who receives that?

5        A.   In -- if we're looking at Section 1,

6    then this is when the department receives that

7    notice of an allegation of noncompliance.

8        Q.   Okay.  And, again, just to be clear,

9    based on this proposed rule, what happens next

10   after you receive this notice -- of an

11   allegation?

12       A.   The department must or shall initiate a

13   review of the allegation within 10 calendar

14   days.

15       Q.   And in that investigation, under this

16   proposal rule, what does the department of

17   education have the authority to do?

18       A.   We -- we do a review and we send

19   written notification to the LEA of that review.

20   We will also inform the reporting party, which

21   is the person or persons who provide the notice

22   of an allegation.

1          And then we have the authority to

2    request information, or interview as part of an

3    investigation, if that -- if those are the next

4    steps that the department determines are

5    necessary.

6        Q.   Okay.  And then what's your

7    understanding of provision 3, under the same

8    section?

9        A.   The department has 60 days to have a

10   determination.  There must be a determination

11   letter that is sent to the LEA.  That is where

12   the allegations arose.  It is also sent to the

13   reporting party.

14          MS. BROWN:  Okay.  Can you all still

15   hear me?  I had to switch my ear pods.  They

16   just died.

17          THE WITNESS:  Yes.

18   BY MS. BROWN:

19       Q.   And her provision 4, what happens with

20   the LEA, if found to be in noncompliance?

21       A.   If they are found to be in

22   noncompliance, the letter that we are required

1   to send within 60 days, shall include that

2   notice that lets them know they're in

3   noncompliance.

4           It also would require that we provide

5   corrective action steps that they can move into

6   compliance -- and a deadline by which they must

7   to do that.

8       Q.   Okay.  And so you see the provision

9   that says "coercive action steps are required

10  for compliance"?

11      A.   Is that under 4?

12      Q.   Yes.

13      A.   "Corrective action steps"?

14      Q.   Oh, sorry.  Yeah.  You're actually

15  right, "corrective action steps require for

16  compliance."

17      A.   Okay.

18      Q.   Okay.

19      A.   Yes.

20      Q.   Okay.  And then provision 5, what's

21  your understanding of that?

22      A.   If we determine that the LEA does not

Case 3:21-cv-00835  Document 53-5  Filed 10/07/22  Page 50 of 60 PageID #: 770

1    meet the corrective actions, as outlined in

2    Section 4, we will send them a letter of

3    withholding, explain why there's a withholding,

4    and that withholding will occur, and it will

5    tell the LEA they have a right to contest our

6    determination.

7        Q.   And as of now, there's no formula for

8    assessing a withholding, if an LEA was found to

9    be noncompliance?

10            And there's no -- let's say, so there's

11   no school board policy assessing a formula

12   for -- for calculating how much you would

13   withhold in the event there was noncompliance?

14       A.   I'm not aware of any formula that would

15   do that.  No.

16       Q.   Okay.  And there's no school board rule

17   on the same issue -- school -- state board --

18   state board rule -- on the same issue?

19       A.   No, I not aware of any state board

20   rule.

21       Q.   Okay.  And -- okay.  And so under the

22   section entitled "Early Resolution," you read

1    transgender girl is interested in playing, maybe

2    golf, participate on that team, are you aware of

3    any Title 9 implications, in this scenario,

4    where there's only a boys' sports team?

5          A.    No, I would defer to counsel if that

6    question came to my desk.

7          Q.    Okay.  And, again, looking at Exhibit

8    A --

9          A.    Uh-huh.

10         Q.    -- well, then, so let me start off with

11   this question.  Okay.

12              So would you agree that there are other

13   benefits to participation in interscholastic

14   sports, other than winning and the opportunity

15   for collegiate scholarships?

16              MS. BERGMEYER:  Object to form.

17              THE WITNESS:  Yes.

18   BY MS. BROWN:

19         Q.    Okay.  So what are the benefits of

20   participating in interscholastic sports

21   generally, in K-12 education?

22         A.    Physical --

1          (Whereupon, multiple speakers

2    simultaneously.)

3          MS. BERGMEYER:  Same objection.

4          THE WITNESS:  Sorry.  I'm sorry.

5          MS. BERGMEYER:  It's okay.  Objection

6    for the record.

7          Please continue with your response.

8          THE WITNESS:  Physical health,

9    friendship would be examples.

10   BY MS. BROWN:

11       Q.   What about the benefits to mental

12   health, in participation in interscholastic

13   sports?

14       A.   Yes.  That's with all extracurricular

15   activities.

16       Q.   Okay.  What about the benefits to

17   academic performance when students participate

18   in interscholastic sports?

19          MS. BERGMEYER:  Object to form.

20          THE WITNESS:  It depends on the

21   student.

22

Case 3:21-cv-00835  Document 53-5  Filed 10/07/22  Page 53 of 60 PageID #: 773

1  BY MS. BROWN:

2      Q.   Okay.  So given these benefits that

3  we've talked about, do you think that

4  transgender students would or could receive

5  these same benefits from participation in

6  interscholastic sports?

7          MS. BERGMEYER:  I object to the form.

8          THE WITNESS:  I believe transgender

9  students would receive the same benefits as any

10  other students, as it relates to extracurricular

11  activities.

12  BY MS. BROWN:

13      Q.   Okay.  Again, in your experience as

14  Commissioner and your background in education,

15  do you think higher education, beyond K-12, is

16  important?

17      A.   Yes.

18      Q.   Why?

19      A.   Statically, students who complete

20  post-secondary education opportunities are more

21  likely to have higher income and better health

22  benefits -- health later in life.  That's tied

1    to post-secondary completion, as well as 3rd

2    grade reading.

3        Q.    Okay.  Would you agree that some

4    transgender students may want to go to college?

5            MS. BERGMEYER:  Object to form.

6            THE WITNESS:  Yes, I believe that is

7    a -- that is a reasonable statement, yes.

8    BY MS. BROWN:

9        Q.    Are you aware of any transgender

10   students -- any transgender people, I should

11   say, that participate in collegiate sports?

12       A.    Yes.

13       Q.    Okay.  And who specifically?

14       A.    I do not know -- I do not know her

15   name, but it would be the -- the -- I think the

16   context that has been publicized quite often,

17   related to the swim team.  I don't know the

18   school name or the states involved.

19       Q.    Okay.  Do you think transgender

20   students may want or need athletic scholarship

21   opportunities to be able to attend college?

22            MS. BERGMEYER:  Object to form.

1            THE WITNESS:  I don't have enough

2    information or expertise to be able to comment

3    on wants and needs of these students.

4    BY MS. BROWN:

5       Q.   Okay.  So earlier in your testimony,

6    you talked about a potential downside to the

7    participation of transgender students, in K-12

8    sports, as what I'm going to characterize as

9    "displacement" of perhaps -- you know, if we're

10   talking about a transgender girl -- a cisgender

11   girl from the team, because of an athletic

12   advantage.

13           Is that fair to say?

14      A.   I think I talked about the benefits and

15   drawbacks from both perspectives on that issue,

16   yeah.

17      Q.   But -- okay.  But that was one of the

18   drawbacks, as I described it?

19      A.   Correct.

20      Q.   In Tennessee, K-12 interscholastic

21   sports, are you aware of any instances of

22   cisgender girls being displaced by transgender

1  girls?

2      A.    No.

3      Q.    And in Tennessee, K-12 interscholastic

4  sports, are you aware of any instances of as

5  cisgender boys being displaced by transgender

6  boys?

7      A.    No.

8          MS. BROWN:   Okay.  So we're at 5:27.

9  So before I proceed with the rest of my

10 questions -- which I promise are not that

11 long -- I do want to have a moment to check in

12 with my team really quickly.

13          (Recessed at 5:28 p.m.)

14          (Reconvened at 5:44 p.m.)

15 BY MS. BROWN:

16     Q.    Generally, I understand from your

17 testimony today that the department of education

18 isn't really involved in interscholastic policy,

19 except where necessitated by the law, correct?

20     A.    That's correct.

21     Q.    Do you, or anyone at the department of

22 education, collect data related to injuries in

 1    interscholastic sports, in K-12 public

 2    education?

 3        A.   Not that I'm aware of.

 4        Q.   Okay.  Do you know about injuries

 5    generally, in K-12 public education

 6    interscholastic sports, in Tennessee?

 7        A.   No.

 8        Q.   Okay.  Under SB228, if a transgender

 9    boy, who is known to all his fellow students as

10    a boy, and treated as a boy, shows up for

11    tryouts for a girls' sports team, how do you

12    think that student may be treated?

13            MS. BERGMEYER:  I object to the form.

14            THE WITNESS:  I -- I don't think I can

15    speak to generally how a -- how a student would

16    be treated.

17    BY MS. BROWN:

18        Q.   Okay.  And so earlier -- again, so just

19    recapping some of your testimony earlier to make

20    sure we're on the same page.

21            I asked you if a -- under your current

22    understanding and read of SB228, a transgender

1  boy, who has a female gender marker on his

2  original birth certificate, would not be allowed

3  to play on a boys' interscholastic sports team,

4  in K-12 -- well, K-12, but -- that's going

5  through 12th grade, interscholastic teams in

6  public schools, in Tennessee, correct?

7      A.    That's correct.

8      Q.    Okay.  Under SB228, if a transgender

9  boy tried out for a boys sports team and was

10  good enough to make the team, would he be

11  allowed to join and play on the team?

12          MS. BERGMEYER:  Object to form.

13          THE WITNESS:  My understanding is he

14  would -- that student would not be allowed to

15  participate on that team.

16  BY MS. BROWN:

17      Q.    Would the student be allowed to try out

18  under SB228?

19          MS. BERGMEYER:  Object to form.

20          THE WITNESS:  The law says

21  "participation."  I would defer to counsel

22  whether participation is actually playing on the

```
 1      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

 2            I, Dawn L. Halcisak, Court Reporter and

 3    Notary Public in and for the State of Maryland,

 4    the officer before whom the foregoing Remote

 5    Deposition was taken, do hereby certify that the

 6    foregoing transcript is a true and correct

 7    record of the testimony given; that said

 8    testimony was taken by me stenographically and

 9    thereafter reduced to typewriting under my

10    direction and that I am neither counsel for,

11    related to, nor employed by any of the parties

12    to this case and have no interest, financial or

13    otherwise, in its outcome.

14            IN WITNESS WHEREOF, I have hereunto set

15    my hand this 22nd day of August, 2022.

16

17

18    My Commission Expires:

19

20

21    NOTARY PUBLIC IN AND FOR THE

22    STATE OF MARYLAND
```