# EXHIBIT 6

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
 2       ----------------------------x
         L.E., by his next friends
 3       And parents,                    *
 4               Plaintiff,              *
 5       V.                               *
 6       BILL LEE, in his official       *
         Capacity as Governor of
 7       Tennessee; PENNY SCHWINN,       *
         In her official capacity as
 8       The Tennessee Education         *
         Commissioner; TENNESSEE
 9       STATE BOARD OF EDUCATION;       *
         SARA HEYBURN MORRISON in
10       Her official capacity as        *
         The executive Director of
11       The Tennessee State Board       *
         Of Education; NICK DARNELL
12       MIKE EDWARDS ROBERT EBY         *
         GORDON FERGUSON, ELISSA,
13       KIM LILLIAN HARTGROVE,          *
         NATE MORROW, LARRY JENSEN
14       DARRELL COBBINS, and EMILY      *
         HOUSE, the individual
15       Members of the Tennessee        *
         State Board of Education,
16       In their official               *
         Capacities; KNOX COUNTY
17       BOARD OF  EDUCATION a/k/a       *
         KNOX COUNTY SCHOOLS a/k/a
18       KNOX COUNTY SCHOOL              *
         DISTRICT; ROBERT M. "BOB"
19       THOMAS, in his Official         *
         Capacity as Director of
20       Knox County Schools,            *
21               Defendants.             *
         ----------------------------x
```

1            DEPOSITION OF SARA MORRISON

2               APPEARING REMOTELY FROM

3               NASHVILLE, TENNESSEE

4

5

6                  August 22, 2022

7                  11:00 a.m.

8

9

10

11

12

13

14

15

16

17

18

19     REPORTED BY:

20     Dawn L. Halcisak, CLR

21     APPEARING REMOTELY FROM CRISFIELD, MARYLAND

1            R E M O T E    A P P E A R A N C E S

2

3        ON BEHALF OF PLAINTIFF KNOX COUNTY BOARD OF

4            EDUCATION AND BOB THOMAS:

5            JESSICA JERNIGAN-JOHNSON, ESQUIRE

6            KNOX COUNTY LAW DIRECTOR'S OFFICE

7            (865) 215-2327

8            jessica.johnson@knoxcounty.org

9

10

11           SASHA BUCHERT, ESQUIRE

12           (pro hac vice forthcoming)

13           LAMBDA LEGAL DEFENSE AND EDUCATION

14             FUND INC.

15           1776 K Street, N.W., 8th Floor

16           Washington, D.C 20006

17           (202) 804-6245

18           sbuchert@lambdalegal.org

19

20

21

1      R E M O T E   A P P E A R A N C E S (Cont'd.)

2

3          ON BEHALF OF L.E., by his next friends and

4          parents SHELLEY ESQUIVEL and MARIO ESQUIVEL

5          & ACLU OF TENNESSEE:

6              STELLA YARBROUGH, ESQUIRE (No. 33637)

7              P.O. Box 120160

8              Nashville, Tennessee 37212

9              (615) 320-7142

10             syarborough@aclu-tn.org

11

12

13          WilmerHale LLP

14         Alan Schofield, Esquire

           alan.schofield@wilmerhale.com

15         1875 Pennsylvania AV

           Washington, DC  20001

16           628-235-1000

17

18

19

20

21

Case 3:21-cv-00835 Document 53-6 Filed 10/07/22 Page 5 of 47 PageID #: 785

```
 1        R E M O T E   A P P E A R A N C E S (Cont'd.)

 2

 3           ALSO PRESENT:

 4                FOR KNOX COUNTY LAW DIRECTOR'S OFFICE:

 5              Bob Thomas, Director of Knox County Schools

 6              Coach Donald Dodgen

 7

 8           ATTORNEY GENERAL'S OFFICE:

 9              Anne Levit

10                Mr. Swaine

11                Executive Director Morrison

12              State Board Members

13              Veda Newman, Law Clerk

14              Lucas Cameron-Vaugh, ACLU

15

16           VERITEXT:

17                Jerry CUrran, Concierge Tech

18

19

20

21
```

1                        I N D E X

2    Name of Witness                              Page

3    SARA MORRISON

4    Examination

5    MR. SCHOENFELD                                6

6

7

8                      E X H I B I T S

9          (Premarked for Identification and

10              attached to the Transcript.)

11   Exhibit                                      Page

12   No. 1  Notice of Deposition                    7

13   No. 2  Meeting Agdenda, 07/22/22               7

14   No. 3  Interscholastic Athletics Rule          7

15              0520-01-23 Cover, 07/22/22

16   No. 4  TN Policy Cover Email                    7

17   No. 5  SEAD Scan Wraparound TDOEF               7

18   No. 6  Tennessee Teacher Code of Ethics,        7

19              081619

20   No. 7  State BOE Response to First Wave ROGs    7

21   No. 8  State BOE Response to First Wave RFPs    7

1          A.    I do.

2          Q.    Okay.  Are you prepared to testify on

3     each of the 18 topics that are listed in the

4     deposition notice?

5          A.    I am.

6          Q.    Okay.  So could you state, for the

7     record, what your current position is?

8          A.    Yes.  My current position is executive

9     director for the Tennessee State Board of

10    Education.

11         Q.    And what are your job responsibilities?

12         A.    In this role, I have a staff of

13    individuals who support our Board.  The

14    governor-appointed members of the state board,

15    who come together, at least quarterly, to vote

16    on K12 policies and rules in Tennessee.

17         Q.    What sort of support do you and your

18    staff derive for the Board?

19         A.    Well, in addition, to putting together

20    the meeting agendas and ensuring that members

21    have access to material and feel fully prepared

Case 3:21-cv-00835  Document 53-6  Filed 10/07/22  Page 8 of 47 PageID #: 788

1  on the issues on which they will be asked to

2  vote at each meeting, we also do our best to

3  send newsletters to stakeholders to -- to -- in

4  many cases, have public hearings for rules that

5  are in promulgation.

6        I mentioned early, we also maintain a

7  staff of attorneys who are responsible for

8  licensure disciplinary cases in Tennessee.

9        We have a team that also is solely

10 focused on policy and research.  So there's a

11 number of different research reports that some of

12 our staff members put together to support our

13 Board and their understanding of K12 nationally

14 and in Tennessee.

15        So it runs the gamut, in terms of our

16 staff.  I'm happy to talk, in more specifics, if

17 you have questions.

18    Q.  How many staff members do you have?

19    A.  It's always changing.  Currently, we

20 have 15, and we've got an open position, which

21 was added after this last session that we're

1      A.   Correct.

2      Q.   What skills did playing sports teach

3  you?

4      A.   They taught me discipline and

5  responsibility, teamwork, among other things.

6  But those are the three that stand out.

7         MS. BERMEYER:  And I'm going to state

8  an objection, for the record, to the line of

9  questioning that's personal in nature as outside

10  the scope of the 30(b)(6).

11         MR. SCHOENFELD:  Well, she's also being

12  deposed in her personal capacity, correct?

13         MS. BERMEYER:  Correct.  So I just want

14  to make sure when the questions are for her

15  official capacity instead of the 30(b)(6 that's

16  it's clear for the record what her responses go

17  for.

18  BY MR. SCHOENFELD:

19      Q.   And you said you didn't play any sports

20  in college, correct?

21      A.   Correct.

Case 3:21-cv-00835  Document 53-6  Filed 10/07/22  Page 10 of 47 PageID #: 790

1    Q.   Okay.  Did you coach any sports when

2    you were teaching either in Brentwood or

3    Louisville?

4    A.   I did.  I coached cross-country in

5    Brentwood.

6    Q.   Why did you decide to coach

7    cross-country?

8    A.   It was less of a decision and more of a

9    requirement, as a new teacher.

10   Q.   Do you have any understanding of why it

11   was a requirement as a new teacher?

12   A.   Well, my understanding is that they've

13   got a lot of sports that they need coaches for,

14   and when you've new teachers, that's often one

15   of the expectations is that you, you know, agree

16   to coach or sponsor an activity at the school to

17   support the overall working of the -- the

18   school.

19   Q.   Has your professional work in

20   educational leadership or administration

21   involved anything relating to interscholastic

Case 3:21-cv-00835  Document 53-6  Filed 10/07/22  Page 11 of 47 PageID #: 791

1    sports?

2         A.    Since -- since my career as a teacher?

3         Q.    Yeah.  In the, sort of -- from the

4    governor's office forward, have any of your

5    responsibilities related to interscholastic

6    sports?

7         A.    No -- I mean, the exception being that

8    we make rules, as you know, on things like the

9    law in question.  But outside of that, no, I've

10   had no responsibilities related to

11   interscholastic sports.

12        Q.    So when you were a cross-country coach,

13   what sorts of skills did you try to each your

14   students?

15        A.    Well, there were the physical skills

16   required to be an excellent runner, and then

17   there were the team and, sort of, individual,

18   kind of, psychological skills, I would say, in

19   terms of persevering through hardship that are

20   required in cross-country specifically.

21        Q.    Anything else?

1        A.   No.  It was really, you know, the

2      physical and, sort of, psychological elements,

3      teamwork, as well.  You know, what does it mean

4      to be a runner on the team?  What does it mean

5      to be part of the team -- to support each other?

6         Q.   So you mentioned discipline, teamwork,

7      responsibility, persevering through hardship.

8              Anything else?

9         A.   I mean, life-long fitness.  You know,

10     the role that staying fit and healthy plays

11     in -- in your, sort of, overall wellbeing.

12         Q.   And these are skills that every student

13     should learn, right, not just student athletes?

14         A.   I would argue, yes, all students need

15     to understand, sort of, the emotional, physical

16     connections and how to take care of themselves

17     holistically.

18         Q.   Are you familiar with the Plaintiff in

19     this case L.E.?

20         A.   Only so far as the deposition notice,

21     not in any other capacity.

Case 3:21-cv-00835 Document 53-6 Filed 10/07/22 Page 13 of 47 PageID #: 793

1       A.   No, I don't.  I think it's a high

2   school student.

3       Q.   Do you know the student's sex or

4   gender?

5       A.   I do not.

6       Q.   I want to talk a little bit about the

7   state board of education.  I'm sure this is very

8   complex, but can you describe to me the

9   relationship between the board of education and

10  the department of education?

11      A.   Certainly.  In Tennessee, not unlike

12  other states, but specifically in our state, the

13  governor appoints both the state board members

14  and the commissioner of education.  The state

15  board, according to the general assembly and the

16  law that has, kind of, created the state board,

17  is responsible for K12 policy and governance in

18  Tennessee.

19          So our Board comes together, at least

20  quarterly, to review and vote on regulation.  So

21  rules and policies related to all kinds of things

1      that govern K12 education.

2              Under the statute, as well, we do not

3      have implementation responsibility.  That is what

4      falls supposed to the department of education.

5              So we partner closely with them, both in

6      terms of the drafting and presenting the rules

7      and policies.  Their staff, which is much more

8      extensive than the state board staff and includes

9      a lot of content experts, are often the one that

10     present rules and policies to the Board.

11             Our staff partners with them in the

12     reviews -- the review of those rules and policies

13     before they get to the Board.  And then the

14     department is also the body that's responsible

15     for implementation and working closely with

16     districts to oversee and monitor implementation

17     of the rules, laws, and policies.

18         Q.   Both the board of education and the

19     department of education are state government

20     entities, correct?

21         A.   Correct.

1      federal funds received by the Tennessee

2      department of education; is that right?

3          A.   I'm sure I follow your question

4      completely.  But to -- to restate what I think

5      you're saying:  The Board -- state board sets

6      policy and rule regarding how districts are

7      required to spend federal dollars, in some

8      cases, like, Title 9 and others.

9               We do not set policy or rules regarding

10     how the department of education spends federal

11     dollars that they might receive.  They are a

12     separate and distinct agency.

13               So anything that we set, in terms of

14     regulations, is specific to public schools and

15     districts in Tennessee.

16          Q.   Okay.  That's a helpful clarification.

17               What's the relationship between the

18     LEAs and the state board of education?

19          A.   I believe by "relationship," you mean

20     communication and interaction?

21          Q.   Is there a legal or a reporting

Case 3:21-cv-00835  Document 53-6  Filed 10/07/22  Page 16 of 47 PageID #: 796

1  relationship between the LEAs and the state

2  board?

3      A.   Not -- not broadly speaking.

4           Now -- and, again, that's why I think

5  the distinction between the department of

6  education and the state board is an important

7  one.

8           Reporting and monitoring of district

9  implementation of state board policies and rules

10  is purely the function of the department of

11  education.

12           So the way I would describe the

13  relationship that the state has -- and when I say

14  "board," I'm meaning our members, but also our

15  staff, just generally speaking, as we talk -- is

16  to engage with superintendents, in particular,

17  educators, to understand how things are going,

18  what issues they're encountering, to inform our

19  policy and rules.  But that's as part of the

20  ecosystem that includes the department of

21  education who's doing a lot more work on the

1    ground to monitor and oversee implementation.

2              So the relationship that we have with

3    LEAs is about setting rules and policies, having

4    relationships with those directors of schools, in

5    particular, and educators to understand how

6    things are going and where we might need to work

7    with the department of education to make

8    adjustments to our rules and policies.

9              But it's really, sort of, in that cycle

10   of rule-making and policy-making that we have

11   relationships with LEAs to inform their work.

12        Q.   Who has -- or how are the state board's

13   policies enforced at the LEA or school district

14   level?

15        A.   Well, it varies, according to, you

16   know, the rule or policy, how much enforcement

17   is required.  But anything that's being

18   monitored or, quote, unquote, enforced would

19   happen through the department of education.

20        Q.   And what are the mechanisms for

21   enforcement?

Case 3:21-cv-00835 Document 53-6 Filed 10/07/22 Page 18 of 47 PageID #: 798

1      ratifies it?

2           A.    No.

3           Q.    Okay.

4           A.    So the other -- the workflow is in the

5      other direction.

6           Q.    Got it.

7                 Were you in attendance at the July 22,

8      2022, state board of education meeting?

9           A.    I was.

10          Q.    Do you recall -- well, let me take a

11     step back.

12                I'm going to refer to the law at issue

13     here as SB228.  Is that -- do you understand

14     what I'm referring to when I refer to "SB228" --

15          A.    I do.  PC909 or PC40.  Yes.

16          Q.    What are you referring to when you say

17     "PC909" or "PC40"?

18          A.    Well, PC40 was the actual public

19     chapter that SB228 became in 2021.  And then

20     PC909 was the updated version in 20- -- this

21     past legislative session, 2022.

1     Q.   Okay.  What's the difference between

2     the two public chapters that you're referencing?

3     A.   Well, one passed in 2021, and one was

4     in 2022, and the 2022 legislation updated and

5     added to PC40.

6     Q.   What are the substantive differences

7     between the two versions of the statute?

8     A.   The first version spoke to, again,

9     interscholastic sports and students

10    participating, based on their sex at the time,

11    of birth.

12          And the second -- the subsequent update

13    to that law required the state board to

14    promulgate rules around the withholding of funds

15    for noncompliance with that previous law.

16    Q.   Okay.

17          MR. SCHOENFELD:  John, can you bring up

18    the July 22, 2022, board minutes?

19          MR. O'TOOLE:  Okay.

20    BY MR. SCHOENFELD:

21    Q.   Dr. Morrison, would you just let me

Case 3:21-cv-00835 Document 53-6 Filed 10/07/22 Page 20 of 47 PageID #: 800

1      know when you have access to it?

2          A.   Yep.  Give me just a minute.

3               Okay.  I've got it up.

4          Q.   Okay.  And you said you were at this

5      meeting, correct?

6          A.   Correct.

7          Q.   Do you see item "N" on the agenda

8      refers to "Interscholastic Athletics Rule 0520,"

9      dash, "01," dash, "23"?

10         A.   Hang on one second.  I'm looking at

11     item "N, First Reading"?

12         Q.   Correct.

13         A.   Yes, I'm with you.  Uh-huh.

14         Q.   And it refers to a "First reading of

15     item to create an interscholastic athletics rule

16     pursuant to public chapter 909 of the 2022

17     legislative session," right?

18         A.   Yes.

19         Q.   Is this the first board meeting you can

20     recall where SB228, or any of its iterations,

21     was discussed by the Board?

1          A.   It is.

2          Q.   Do you recall any discussion with any

3    board members, or among the Board, about SB228,

4    prior to the July 20, 2022, board meeting?

5          A.   I do not.

6          Q.   Can you explain what a "first reading"

7    is?

8          A.   Sure.  According to our meeting policy,

9    we have two readings on most every rule and

10   policy that comes before the Board.  The first

11   reading is the attempt to look at a strong draft

12   and get feedback from our board.

13          And then subsequently, if it's a rule,

14   feedback from the public, from other

15   stakeholders, through the -- the rule-making

16   hearing to make adjustments to that first reading

17   language, prior to bringing it back before the

18   Board for a final reading, at which point, once

19   the Board votes, then that final version is what

20   goes on to the secretary of state's office and to

21   make laws.

Case 3:21-cv-00835 Document 53-6 Filed 10/07/22 Page 22 of 47 PageID #: 802

1        Q.   Did you say "a strong version"?  Was

2    that the language you used?

3        A.   I wouldn't say -- it's a working draft.

4    I mean, that first draft, again, our -- our team

5    of staff members, as well as sometimes the

6    department of education, depending on the actual

7    item, works hard to ensure that what comes on

8    the first reading represents our best work, our

9    best effort.

10            But, again, it is a first reading;

11   meaning, that it's subject to amendments,

12   adjustments, feedback.  It essentially starts a

13   public conversation that results often in changes

14   before final reading.

15       Q.   Does the staff preparing a first

16   reading usually consult with outside

17   stakeholders or collect input into the first

18   version that's, then, given the first reading?

19       A.   Sometimes.  Again, you know -- and you

20   can see, based on that meeting, we'll have

21   30-plus items coming before the Board.  And some

1      items will have more engagement on the front-end

2      than others, depending on the nature of the item

3      and time line that we're working under.

4          Q.   Okay.

5              MR. SCHOENFELD:  John, can you put up

6      the first reading?

7      BY MR. SCHOENFELD:

8          Q.   And, Dr. Morrison, tell me when you

9      have access to that.

10             (Off record discussion.)

11             THE WITNESS:  I have it here.

12     BY MR. SCHOENFELD:

13         Q.   Okay.

14         A.   Just the cover sheet.

15         Q.   So that was my question:  "Is this the

16     cover sheet?

17         A.   This is the cover sheet.  This is not

18     the actual item.

19         Q.   Where is the actual item found?

20         A.   If you go back to the Meeting Agenda

21     and click the link in the text describing the

1          item, that will be the actual item.

2               Q.   Okay.  So do you know who specifically

3          prepared this cover sheet?

4               A.   I believe it was our general counsel.

5          But honestly, I'm not sure if this was prepared

6          by -- and I don't know that for sure.  It could

7          have been the department.

8               Q.   Okay.  The first sentence says that:

9                    "The portion of the Tennessee code

10         requires LEAs to adopt or enforce

11         policies to ensure students gender, for

12         purposes of participation in a public

13         middle school or high school

14         interscholastic athletic activity or

15         event be determined by the student's

16         sex, at the time of the student's

17         birth, as indicated on the student's

18         original birth certificate."

19                    What does "gender" mean in that

20         context, and then what does "sex" mean in that

21         context?

```
1              MS. BERMEYER:  Objection to form.

2              THE WITNESS:  My reading is that they

3       are interchangeable, for all intents and

4       purposes here.

5              Gender.  I -- I -- guess you can -- let

6       me -- let me just -- take one more chance to

7       answer your question.

8                  "To adopt and enforce policies to

9            ensure a student's gender for purposes

10           of participation in a public middle

11           school or high school interscholastic

12           activity be determined by the student's

13           sex, at the time of birth."

14             Sex being male or female; again, in

15       terms of anatomy and physiological

16       characteristics at the time of birth.

17             Gender being what is construed to be

18       that sort of sexual identification.

19             And in -- in this case, both need to be

20       one and the same for the purposes of

21       interscholastic activities at the middle, high
```

1    school level.

2    BY MR. SCHOENFELD:

3        Q.   The Background Section, then, goes on

4    to say that:

5            "Chapter 909 requires the

6        commissioner to withhold a portion of

7        the state education finance funds from

8        the LEA that fails or refuses to

9        comply" with the section we've just

10       discussed; is that right?

11       A.   Correct.

12       Q.   Is it -- do most rules that the state

13   board of education is required to implement have

14   provisions like this one, providing for a policy

15   for when an LEA fails or refuses to comply with

16   the substance requirement?

17       A.   No.

18           MS. BERMEYER:  Object to form.

19           THE WITNESS:  Not all of our rules

20       require that.  And I should say not every law

21       requires that that be part of our rules.

Case 3:21-cv-00835  Document 53-6  Filed 10/07/22  Page 27 of 47 PageID #: 807

1    BY MR. SCHOENFELD:

2         Q.   Was there an expectation that LEAs

3    would fail or refuse to comply with the law,

4    when this was being drafted?

5              MS. BERMEYER:  Object to the form.

6              THE WITNESS:  That is, sort of, a, you

7    know -- again, legislative intent, and I can't

8    speak to that.

9    BY MR. SCHOENFELD:

10        Q.   What's your understanding of why the

11   state board of education was required to come up

12   with a protocol to ensure compliance with the

13   law and establish a procedure governing the

14   withholding of state funds, due to

15   noncompliance?

16             MS. BERMEYER:  Object to form.

17             THE WITNESS:  That's where, again, I

18   think PC40 speaks for itself.  The, sort of,

19   preamble clauses are, to our best knowledge, the

20   legislative intent behind this legislation and

21   the requirement for these rules.  But that's all

1       I can speak to, is my understanding of what was

2       in that original law.

3       BY MR. SCHOENFELD:

4           Q.    Then it says that:

5                 "The state board staff will

6           conduct a rule-making hearing between

7           the first and final reading to collect

8           public comments."

9                 Has that happened?

10          A.    No.  It's scheduled, I believe, for

11      September 15th.  So a few weeks from now.  Our

12      next meeting will be at the end of October.  So

13      this -- this rule will be on final reading at

14      that point in time.

15          Q.    I apologize.  You said that the

16      rule-making hearing is schedule for sometime in

17      September?

18          A.    September 15th, I believe.

19          Q.    Can you describe to me how that

20      rule-making hearing actually happens?

21          A.    Sure.  It gets public noticed, in

1    education have any sort of formal influence over

2    the Board's decision-making or the operation of

3    the Board?

4        A.   She does not.

5        Q.   Does the state commissioner ever

6    testify before the Board?

7        A.   I wouldn't consider it testimony so

8    much as she sits with the Board, because she's

9    prepared to answer questions related to

10   discussion of items that are before the Board.

11       Q.   Does she attend board meetings?

12       A.   She does.

13       Q.   Okay.  What's the relationship between

14   the state board of education and the Texas

15   Secondary School Athletic Association?

16       A.   None.  We are in Tennessee.

17       Q.   Sorry.  The relationship between the

18   state board of education and the Tennessee

19   Secondary School Athletic Association?

20       A.   Again, "relationship" is sort of a

21   vague term.  But we have no authority under the

1    law, meaning the state board, to regulate or
2    confer according to TSSAA, so.
3         Q.   Is the TSSAA, insofar as you know,
4    established by state law?
5         A.   Correct.
6         Q.   And it's established by a law of the
7    general assembly?
8         A.   Correct.
9         Q.   And does it -- does the TSSAA have any
10   relationship to the Tennessee department of
11   education?
12        A.   I can't speak to that in terms of their
13   interaction.  There's not a formal relationship
14   that I'm aware of.
15        Q.   Oaky.  And does the state board -- and
16   you may have answered this question already, but
17   does the state board have any role in overseeing
18   the TSSAA?
19        A.   We do not.
20        Q.   Does the Board ever solicit input or
21   information from the TSSAA?

1        A.   It's very rare that we have a rule like

2     the one in question before the Board, but

3     certainly, our board members may ask staff to

4     engage TSSAA on something like this to get their

5     input as part of the public feedback process,

6     but that's the extent to which we would be

7     interacting with the TSSAA.

8        Q.   And TSSAA promulgate rules the way the

9     state board of education does?

10        A.   I'm not sure.

11        Q.   Is the TSSAA required to comply with

12     any applicable rules that the board of education

13     promulgates?

14        A.   Again, we don't have authority over the

15     TSSAA, so I'm struggling to think of any rules

16     that they would have comply with, other than --

17     again, there were some things related to COVID

18     that -- around sports and activities, but none

19     that I'm aware of.

20        Q.   Okay.  So in the area of

21     interscholastic athletics, LEAs and their

1    schools are required to comply both with rules

2    promulgated by the TSSAA and with rules

3    promulgated by the state board; is that right?

4              MS. BERMEYER:  Object to form.

5              THE WITNESS:  They're -- they're

6    required to abide -- abide by rules promulgated

7    by the state board.  I am not sure if the

8    TSSA -- TSSAA promulgates rules in the same way

9    that we do.  But they are -- TSSAA is the

10   governing body for sports in public schools in

11   Tennessee.

12   BY MR. SCHOENFELD:

13       Q.   Okay.  Are you familiar with an

14   organization called the "Ed Trust" --

15       A.   I am --

16       Q.   -- Ed Trust?

17            Sorry, let me -- I think we spoke over

18   each other.  Let me just ask the question again.

19            Are you aware with an organization

20   called the "Ed Trust" or the "Education Trust"?

21       A.   Yes.

1      Q.   What is it?

2      A.   It's a nonprofit advocacy group.  It

3  works nationally and in Tennessee.

4      Q.   What sort of work do they do?

5      A.   They're looking at all kinds of data

6  and research related to K12 public education and

7  often through an equity lens trying to ensure

8  the best possible opportunities for all

9  students.

10     Q.   Does the Tennessee Board of Education

11  interact with Ed Trust in any formal way?

12     A.   Not in any formal way, but sometimes

13  through our item-review process, certainly,

14  yeah, in that way.

15     Q.   What's the "item-review process"?

16     A.   Well, as I mentioned, when things are

17  up on first reading and between final reading,

18  we get feedback from a number of stakeholders.

19  Sometimes groups like Ed Trust are part of that

20  process.

21     Q.   Does the state board of education

1       from Ed Trust?

2           A.    Tennessee --

3               MS. BERMEYER:  Yeah, object to form.

4               THE WITNESS:  -- Tennessee Board of

5       Education's response, yes.

6       BY MR. SCHOENFELD:

7           Q.    Okay.  And does the state board of

8       education ever get solicitations like this from

9       Ed Trust or other researchers?

10          A.    Well, again, the department of

11      education is the body that oversees data system

12      that are the subject of a lot of these requests.

13              In this case, I don't recall a similar

14      request, from Ed Trust, about these content areas

15      that are linked here.  It would be possible that

16      a group like Ed Trust could send something to us,

17      and depending on the nature of request, we would

18      either be able to fulfill it or we would refer

19      them to the department of education.

20          Q.    Okay.  So if you --

21              MR. SCHOENFELD:  John, can you post up

1       the Excel spreadsheet?

2                   THE WITNESS:  Okay.  This one I may

3       need to download.  Wait just a second.  It's

4       hard to see.  Okay.  I haven't pulled it up --

5       but I have it up here.

6       BY MR. SCHOENFELD:

7            Q.   Okay.  So you'll see on Sheet 1, it has

8       certain criteria, and then information for a

9       number of states.  And on the second tab it

10      says, "TDOE Feedback."

11                  Do you see that?

12           A.   I do.

13           Q.   All right.  So I'm interested in the

14      tab called "TDOE Feedback."

15                  Do you understand "TDOE" to mean

16      Tennessee Department of Education?

17           A.   Yes.

18           Q.   Okay.  And I'm focused on criterion 2E,

19      which is in row 8.

20                  Do you see that?

21           A.   Yes, I do.

1    Q.   And it's asking about whether the state

2    has policies in place that set the conditions

3    for districts to ensure equitable and inclusive

4    learning and extracurricular environments for

5    K12 students.

6         Do you see that?

7    A.   I do.

8    Q.   And the question of whether the state

9    has such policies, would those policies, if they

10   existed, be state department of education

11   policies or state board policies?

12   A.   So the way they're using policies here,

13   really, in our case, would be a rule, and that's

14   the rule that we've been discussing.  The only

15   thing that we have in place is the one that's in

16   the process of being promulgated.

17   Q.   Okay.  So apart from the rule that

18   we've been talking about, does the State of

19   Tennessee have policies or rules in place to set

20   conditions to ensure equitable and inclusive

21   learning and extracurricular environments?

1      A.   So that's a broader subset of potential

2      policies or rules.  I mean, it talks

3      anti-bullying and other elements of ensuring

4      equitable inclusive learning.

5           I'd have to review our own policies to

6      tell specifically what things might fall under

7      those categories.  So --

8      Q.   Well, sitting here today, are you aware

9      of any rules or policies that the state board of

10     education has promulgated that are designed to

11     ensure equitable and inclusive learning and

12     extracurricular environments for students?

13     A.   That's a broad umbrella for policies

14     and rules.  And so, yes, I would argue, you

15     know, things around, sort of, discipline and

16     extracurricular, ensuring that students have

17     access to rigorous course work.  There are a

18     number of things around educator quality that we

19     have policies around that would fall under,

20     again, ensuring that students have equitable

21     inclusive environments for learning.

1      Q.   So what state boards and policies
2    ensure equitable and inclusive extracurricular
3    experiences?
4      A.   I don't know that we have -- again,
5    this is not something that I have prepared for
6    as part this deposition.  So I am not prepare to
7    tell you chapter and verse.
8           Off the top of my head, I can't think of
9    anything that speaks to extracurricular
10   activities.  I can think of things that are more
11   relevant to course work around, again, ensuring
12   some of those aspects of the environment for
13   learning.
14     Q.   Okay.  The second column is Ed Trust's
15   input to this.  And the third column is TDOE's
16   feedback.
17          The second column says that Tennessee,
18   quote, "has discriminatory legislation barring
19   gender affirming participation of transgender
20   students athletes."
21          Do you see that?

```
1        A.   I do.

2        Q.   What do you understand Ed Trust to be

3   saying here about the legislation that's under

4   consideration in this case?

5            MS. BERMEYER:  Object to form.

6            THE WITNESS:  I mean, I think their

7   language speaks for itself.  They're referring

8   to same law that we've been discussing today.

9   That is my understanding of that language.

10  BY MR. SCHOENFELD:

11       Q.   Do you have any understanding of why

12  they view it as discriminatory?

13           MS. BERMEYER:  Object to form.

14           THE WITNESS:  I'm not sure that that's

15  relevant.

16  BY MR. SCHOENFELD:

17       Q.   What do you mean that's not relevant?

18       A.   Why would -- repeat your question, I

19  guess I should say.

20       Q.   Sure.  I think I said:  Do you have any

21  understanding of what they mean or why they view
```

1    the legislation as discriminatory?

2              MS. BERMEYER:  Object to form.

3              THE WITNESS:  Well, it says here, "Has

4    discriminatory legislation barring gender

5    affirming participation of transgender student

6    athletes and only allows students to compete

7    based on sex listed on an existing birth

8    certificate."

9              So they are saying that to not allow a

10   student who identifies as male or female but,

11   you know, based on their sext, at birth, might

12   be, you know, not the same as the gender

13   identifiers that that is discriminatory.  That's

14   my understanding on what they're saying there.

15   BY MR. SCHOENFELD:

16        Q.   And do you have any view as to whether

17   that's an accurate characterization of the

18   legislation?

19             MS. BERMEYER:  Object to form.

20             THE WITNESS:  I -- I don't have a view

21   on that.  I've been focused on implementing the

1    law as it's currently written.

2    BY MR. SCHOENFELD:

3        Q.    Okay.  What is the state board of

4    education's role in promulgating the Tennessee

5    Teacher Code of Ethics?

6        A.    Well, it's -- again, I'd have to look

7    back the statute the governs -- the Tennessee

8    Code of Ethics, I have not done that in a while.

9    But we have, in our rules and policies, a

10   Tennessee Code of Ethics that we use primarily

11   in relation to license or discipline cases.

12       Q.    Has the Teacher Code of Ethics been

13   revised, or adjusted, or considered during your

14   tenure as executive director of the state board

15   of education?

16       A.    I believe that it has, but I can't tell

17   you exactly when.

18       Q.    Do you consult it routinely in the

19   course of participating in licensure disputes?

20       A.    We do reference it, for some of our

21   cases, in licensure disciplinary conversations,

1            THE WITNESS:  No.  The Board is not

2      aware.

3      BY MR. SCHOENFELD:

4            Q.   Has the Board received any information

5      in the course of the rule-making process about

6      the number of transgender students participating

7      in interscholastic sports or the number of

8      students who may have been denied an opportunity

9      to advance, as a result of the participation of

10     transgender students in interscholastic sports?

11           A.   We have not.

12           Q.   Interrogatory No. 8 asks the Board to:

13                "Describe the impact of the

14           participation of students who are

15           transgender and interscholastic sports;

16           what impact there's been on cisgender

17           students including the safety of

18           cisgender students who participate in

19           interscholastic sports."

20                Are you aware of any impact that the

21     participation of students who are transgender

Case 3:21-cv-00835  Document 53-6  Filed 10/07/22  Page 43 of 47 PageID #: 823

1    and interscholastic sports in Tennessee has had

2    on has -- had on non-transgender students

3    playing interscholastic sports in Tennessee?

4         A.   No, I have no knowledge or awareness of

5    that.

6         Q.   And has the Board made any efforts to

7    ascertain what the impact of that participation

8    is?

9         A.   I'm not sure how we would do that; and,

10   no, we have not.

11        Q.   So as part of the rule-making process

12   to implement this statute, the Board hasn't

13   undertaken any efforts to figure out whether

14   there would be an impact of having transgender

15   students participate in interscholastic sports

16   on non-transgender students?

17        A.   No.  That's outside the scope of what

18   we're asked to do, under the law.

19        Q.   Why is that outside the scope?

20        A.   We're asked to promulgate rules

21   specifically about the commissioner's ability to

1    withhold funds from LEA who did not comply with

2    the law.

3         Q.   I see.  So your view is that the

4    delegation to the Board relates exclusively to

5    the enforcement of the statute and not the

6    actual substantive requirements of the statute?

7              MS. BERGMEYER:  Object to form.

8              THE WITNESS:  I understand our

9    responsibility related to this law to be about

10   promulgating rules related to the commissioner's

11   ability to withhold funds for non-compliance

12   with this law.  That really is the role of the

13   Board, under that legislation.

14        Q.   The first reading of the bill includes

15   a provision requiring each local board of

16   education and each governing body of a public

17   charter school to adopt and enforce a policy in

18   compliance with the statute and adopt written

19   procedures to ensure proper implementation of

20   the statute; is that right?

21        A.   Correct.

1      Q.   And would those policies go to the
2    Board for any kind of review?
3      A.   No, not LEA policies.
4      Q.   Who would review those for compliance
5    with the statute?
6      A.   The department of education.
7      Q.   And if the department of education
8    found that there was something deficient in the
9    policy or procedure that the LEA adopted, would
10   that information, then, come to the state board
11   to reach a determination as to whether funding
12   should be withdrawn from the LEA, or is that
13   something that the department does to implement
14   the policy that the state board has devised?
15     A.   Yes.  The department would be purely
16   the property of the state department of
17   education, in terms of monitoring and enforcing
18   those LEA policies and then the ability to
19   withhold funds for non-compliance.  That's not
20   something that comes to the Board.
21          MR. SCHOENFELD:  John, can you put up

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2         I, Dawn L. Halcisak, Court Reporter and

3    Notary Public in and for the State of Maryland,

4    the officer before whom the foregoing Remote

5    Deposition was taken, do hereby certify that the

6    foregoing transcript is a true and correct

7    record of the testimony given; that said

8    testimony was taken by me stenographically and

9    thereafter reduced to typewriting under my

10   direction and that I am neither counsel for,

11   related to, nor employed by any of the parties

12   to this case and have no interest, financial or

13   otherwise, in its outcome.

14       IN WITNESS WHEREOF, I have hereunto set

15   my hand and affixed my notarial seal this 7th

16   day of September 2022.

17   My commission expires:

18   Au

19

20   NOTARY PUBLIC IN AND FOR THE

21   STATE OF MARYLAND