# EXHIBIT 7

Case 3:21-cv-00835   Document 53-7   Filed 10/07/22   Page 1 of 61 PageID #: 828

1        IN THE UNITED STATES DISTRICT COURT

2        MIDDLE DISTRICT OF TENNESSEE

3        NASHVILLE DIVISION

4   _____

5   L.E., by his next friends and

6   parents, SHELLEY ESQUIVEL and

7   MARIO ESQUIVEL,

8       Plaintiff,

9     v.                     Case No.

10  BILL LEE, et al.,         3:21-cv-00835

11       Defendants.

12  _____

13        VIDEOCONFERENCE DEPOSITION OF

14         JENNIFER HEMMELGARN

15  DATE:        Friday, July 29, 2022

16  TIME:        9:33 a.m. CDT/10:33 a.m. EDT

17  LOCATION:    Remote Proceeding

18             Washington, DC 20005

19  REPORTED BY:  Janel Folsom, Notary Public

20  JOB NO.:     5335467

21

22

Case 3:21-cv-00835 Document 53-7 Filed 10/07/22 Page 2 of 61 PageID #: 829

1              A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFF L.E., by his next friends and

3    parents, SHELLEY ESQUIVEL and MARIO ESQUIVEL:

4          SAMUEL M. STRONGIN, ESQUIRE (by videoconference)

5          Wilmer Cutler Pickering Hale and Dorr LLP

6          1875 Pennsylvania Avenue Northwest

7          Washington, DC 20001

8          samuel.strongin@wilmerhale.com

9          (202) 663-6565

10

11          TARA L. BORELLI, ESQUIRE (by videoconference)

12          Lambda Legal Defense and Education Fund Inc.

13          730 Peachtree Street Northeast, Suite 640

14          Atlanta, GA 30318

15          tborelli@lambdalegal.org

16          (404) 897-1880

17

18

19

20

21

22

Case 3:21-cv-00835   Document 53-7   Filed 10/07/22   Page 3 of 61 PageID #: 830

```
 1            A P P E A R A N C E S (Cont'd)
 2        LUCAS CAMERON-VAUGHN, ESQUIRE
 3        (by videoconference)
 4        American Civil Liberties Union Foundation
 5        of Tennessee
 6        P.O. Box 120160
 7        Nashville, TN 37212
 8        cameron-vaughn@aclu-tn.org
 9
10   ON BEHALF OF DEFENDANTS GOVERNOR BILL LEE,
11   COMMISSIONER PENNY SCHWINN, DR. MORRISON, THE
12   INDIVIDUAL MEMBERS OF TENNESSEE STATE BOARD OF
13   EDUCATION IN THEIR OFFICIAL CAPACITIES, AND THE
14   TENNESSEE STATE BOARD OF EDUCATION:
15        STEPHANIE A. BERGMEYER, ESQUIRE
16        (by videoconference)
17        Tennessee Attorney General, Tax Division
18        315 Deaderick Street, 20th Floor
19        Nashville, TN 37243
20        stephanie.bergmeyer@ag.tn.gov
21        (615) 741-6828
22
```

Case 3:21-cv-00835 Document 53-7 Filed 10/07/22 Page 4 of 61 PageID #: 831

1      A P P E A R A N C E S (Cont'd)

2      CLARK L. HILDABRAND, ESQUIRE (by videoconference)

3      Knox County Law Director's Office

4      400 Main Street, Suite 612

5      Knoxville, TN 37902

6      clark.hildabrand@ag.tn.gov

7

8      TRAVIS ROYER, ESQUIRE (by videoconference)

9      Tennessee Attorney General

10     167 North Main Street, Suite 800

11     Memphis, TN 38103

12     travis.royer@ag.tn.gov

13

14   ON BEHALF OF DEFENDANTS KNOX COUNTY BOARD OF EDUCATION

15   AND ROBERT THOMAS IN HIS OFFICIAL CAPACITY:

16     JESSICA JERNIGAN-JOHNSON, ESQUIRE

17     (by videoconference)

18     Knox County Law Director's Office

19     400 Main Street, Suite 612

20     Knoxville, TN 37902

21     jessica.johnson@knoxcounty.org

22     (865) 215-2327

```
1              A P P E A R A N C E S (Cont'd)

2         AMANDA L. MORSE, ESQUIRE (by videoconference)

3         Knox County Law Director's Office

4         400 Main Street, Suite 612

5         Knoxville, TN 37902

6         amanda.morse@knoxcounty.org

7         (865) 215-2327

8

9         DAVID M. SANDERS, ESQUIRE (by videoconference)

10        Knox County Law Director's Office

11        400 Main Street, Suite 612

12        Knoxville, TN 37902

13        david.sanders@knoxcounty.org

14        (865) 215-2327

15

16     ALSO PRESENT:

17        Jerry Curran, Tech Concierge (by videoconference)

18        Brandon C. Townsend, Intern, Tennessee Attorney

19        General (by videoconference)

20

21

22
```

Case 3:21-cv-00835 Document 53-7 Filed 10/07/22 Page 6 of 61 PageID #: 833

```
 1                    I N D E X

 2    EXAMINATION:                              PAGE

 3         By Mr. Strongin                      10

 4         By Ms. Jernigan-Johnson             128

 5

 6                  E X H I B I T S

 7    NO.              DESCRIPTION              PAGE

 8    Exhibit 1        Knox County I-171 Policy  41

 9    Exhibit 2        Hemmelgarn E-Mail Re: Trans

10                     Athletes                  64

11    Exhibit 3        Mac Pickle E-Mail Re: Trans

12                     Athletes                  68

13    Exhibit 4        TSSAA Pre-SB 228 Trans Policy  74

14    Exhibit 5        SB 228 Language           79

15    Exhibit 6        Tennessee Code Annotation

16                     49-6-310                  80

17    Exhibit 7        E-Mails Re: Meeting of

18                     Title IX Personnel        87

19    Exhibit 8        KCS RFA Responses        125

20                     (Exhibits retained by counsel.)

21

22
```

1    just ask that you wait for me to complete asking the

2    question until you answer.  And in a similar vein, I

3    will refrain from asking my next question until you

4    complete your answer.  Is that okay?

5         A    Yes.

6         Q    Great.  And if I ask a question and you do

7    not understand or need further clarification, I would

8    ask that you ask me to clarify or to elaborate.

9    Otherwise, I will assume if you answer the question

10   that you understood the question.  Is that okay?

11        A    Yes.

12        Q    Okay.  Great.  And so sort of on a similar

13   vein, I wanted to first discuss a few terms that I may

14   be using during the deposition just to make sure we

15   are on the same page about what they mean.

16             So the first is the word "transgender."

17   When I use that word, I'm referring to an individual

18   whose sex assigned at birth is different from the

19   gender that that person identifies.  So, for example,

20   if someone was assigned the sex of female at birth but

21   identifies as a male, I will refer to that person as a

22   transgender boy or transgender male.  Does that make

1   sense?

2       A    Yes.

3       Q    Terrific.  And another term I will use is

4   "cisgender," which means that the person's sex

5   assigned at birth is in alignment with the gender that

6   that person identifies in.  So for example, if someone

7   assigned the sex female at birth identifies as female,

8   I will refer to that person as a cisgender girl or a

9   cisgender woman.  Does that make sense?

10      A    Yes.

11      Q    Terrific.  And I will try and take a break

12   every hour as well as a somewhat longer break around,

13   say, 12:30 for lunch.  But if you need breaks at any

14   other time, please just let me know.  And the only

15   thing I would ask is that we take a break after I

16   finish asking a question and then you answer that

17   question, and then we could take a break at that

18   point.  Is that all right?

19      A    Yes.

20      Q    And is there anything that would prevent you

21   from answering my questions truthfully today?

22      A    No.

1    Q    Great, thank you.  So now I would like to

2    ask some questions about the overall structure of the

3    public school system in Knox County.

4         So first, would you please tell me what role

5    Knox County Schools plays in overseeing the education

6    system in Knox County?

7    A    The Board of -- the Knox County Board of

8    Education is charged with -- I guess a way to say it

9    is implementing the state's education system at a

10   local level.  The Knox County Board of Education

11   develops policies that apply to the School District,

12   and Knox County Schools employees are charged with

13   following and implementing those policies.

14   Q    And who composes the Knox County Board?

15   A    It's a nine-member board composed of one

16   representative from each of the nine districts and is

17   led by a chair and a vice chair.  That would be one of

18   those nine members is a chair and one of those nine

19   members is a vice chair.

20   Q    When you say nine districts, does that mean

21   Knox County is geographically split into nine

22   subcomponents?

Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 10 of 61 PageID #: 837

1      A     Correct.

2      Q     And how are the representatives of each of

3  those districts chosen?

4      A     They are elected.

5      Q     By the general public?

6      A     The -- by the constituents in their

7  district.

8      Q     Got it.  And how are the chair and vice

9  chair chosen among the nine members?

10     A     There is a nomination and vote

11  among -- among the nine members.

12     Q     Okay.  So only the nine members vote on who

13  is chair and who is vice chair.

14     A     Correct.

15     Q     Okay.  And how is the -- or, sorry.  Who is

16  the head of Knox County Schools?

17     A     The superintendent.

18     Q     And how is the superintendent chosen?

19     A     Superintendent is chosen by the Board of

20  Education.

21     Q     Okay.  And does the superintendent serve for

22  a set term?

1      A     The -- yes, as determined by the contract

2   agreed to with the Board.

3      Q     I see.  Okay.  And is there a limit on how

4   long someone can serve as superintendent?

5      A     I am not aware of one, if there is.

6      Q     Okay.  And who is currently Knox County

7   Schools superintendent?

8      A     Dr. Jon Rysewyk.

9      Q     When did he begin in that role?

10     A     I believe the official date that he began

11  was June 4 of 2022.

12     Q     Okay.  And who was his predecessor?

13     A     Robert Thomas.

14     Q     And how long did he serve in that role?

15     A     April of 2017, I believe, is when he began

16  that role.

17     Q     Okay.  And how many schools are under the

18  jurisdiction of Knox County -- or the Knox County --

19  or the Knox County Board.

20                  MS. JERNIGAN-JOHNSON:  Object to the

21  form.

22     A     The District is composed of 90 schools.  Two

1    of those are virtual.

2         Q    And so 88 are in person?

3         A    Correct.

4         Q    And how are those schools roughly

5    distributed between elementary schools, middle

6    schools, and high schools numerically?

7         A    Roughly 52 -- these are physical

8    buildings -- 52 elementary, 16 middle, 16 high, and 6

9    alternative schools --

10        Q    Okay.

11        A    -- that don't fit within one of those other

12   three categories.

13        Q    Got it.  So all of the schools within Knox

14   County Schools can fit in either elementary, middle,

15   high, or alternative?  There isn't a fifth category of

16   schools?

17        A    Correct, although alternative is -- makes

18   up -- is made up of a couple different kinds.  So

19   there is a -- a special day school in that category.

20   There is a dedicated preschool in that category.  But

21   it is six other that don't fit within elementary,

22   middle, or high.

Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 13 of 61  PageID #: 840

1  Q I see.  And is Farragut High School one of

2 the schools under the jurisdiction of Knox County

3 Schools?

4  A Yes.

5      MS. JERNIGAN-JOHNSON:  Object to the

6 form.

7  A Yes.

8  Q What sort of oversight or control does Knox

9 County School have over day-to-day operations of

10 Farragut High School?

11  A Day-to-day operations are generally overseen

12 by the principal of the school building with the

13 understanding that -- that all principals are

14 following the same set of Board policies and

15 procedures.  But general oversight of day-to-day

16 operations would be the school principal.

17  Q And what about oversight or control over

18 let's call them programmatic schoolwide policies?

19 What sort of control or oversight does Knox County

20 Schools have over that -- those --

21      MS. JERNIGAN-JOHNSON:  Object --

22 //

1  BY MR. STRONGIN:

2      Q    -- that an individual school may issue?

3           MS. JERNIGAN-JOHNSON:  Object to the

4  form.

5      A    Can you give an example of what you mean by

6  programmatic school policies?

7      Q    So a potential example, and I'm not saying

8  any individual school has one, but let's say a school

9  says for any student who has an unexcused -- has five

10  unexcused absences in a quarter, that student will

11  serve one afternoon in detention after school,

12  something like that.

13      A    The District has an attendance policy that

14  is applied uniformly across the District and also a

15  disciplinary policy that is applied uniformly across

16  the District.

17      Q    Okay.  And so circling back to something you

18  said earlier, the Knox County Board of Education

19  creates -- does the Knox County Board of Education

20  create policies that govern the schools in the

21  District?

22      A    Yes.

1    several -- there's several items with regard to
2    interscholastic athletics that are covered inside the
3    policy.
4              MR. STRONGIN:  Okay.  Great.  And now I
5    would like to introduce Exhibit 1 here.  So, Lucas, if
6    you could pull up tab 2 on the exhibit list and
7    introduce that as Exhibit 1, that would be great.  And
8    then if you could let me know when you have it in
9    front of you.  It may take a minute.
10              (Exhibit 1 was marked for
11              identification.)
12              MR. CAMERON-VAUGHN:  It's available.
13              MR. STRONGIN:  It's available?
14              MR. CAMERON-VAUGHN:  Yes.
15   BY MR. STRONGIN:
16        Q    Okay.  Ms. Hemmelgarn, do you see the
17   exhibit in front of you, Exhibit 1?
18        A    I do.  I did.  Yeah, I do, yes.
19        Q    Okay.  And do you see where it says --
20   there's a box near the top of the screen that says
21   Knox County Board of Education Policy?
22        A    Yes.

1      Q   And then do you see under the word

2   "education," there's a smaller box that says I-171?

3      A   Yes.

4      Q   Is this the I-171 policy that you were just

5   discussing?

6      A   Yes --

7      Q   And is -- oh, I'm sorry.

8      A   The -- the one I -- I reviewed in

9   anticipation of the deposition did not have the

10   redlines, but yes.

11      Q   So when it did not have the redlines, did it

12   have those words, just not in redline, or did it not

13   have those words?

14      A   It had those words, yes.

15      Q   Okay.  Terrific.  And so you -- and so is

16   this policy -- would you consider this policy an

17   example of an athletics-related policy that the Knox

18   County Board enacted?

19      A   Yes.

20      Q   And is this a policy that Knox County

21   Schools enforces?

22      A   Yes.

Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 17 of 61  PageID #: 844

1      Q    And are all schools in Knox County required

2    to abide by this policy?

3      A    Yes.

4      Q    How specifically does Knox County Schools

5    enforce this policy?

6      A    Enforcement would be done by informing

7    employees and -- and relevant persons that it exists.

8    As far as -- that is -- that is the initial

9    enforcement, is informing people that it exists,

10   employees and -- and relevant persons.

11         And we have a lot of policies, so typically

12   outside of that, enforcement comes when we learn that

13   there has been a violation or there are questions as

14   to how to implement.

15     Q    So does Knox County Schools perform, let's

16   call them audits or checks to see if schools are

17   implementing the policy on its own initiative, or

18   after that initial enforcement, does Knox County

19   Schools tends to wait for a violation to be reported?

20               MS. JERNIGAN-JOHNSON:  Object to the

21   form.

22     A    There is an expectation that all employees

Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 18 of 61 PageID #: 845

1    follow Knox County Board of Education policies.  There

2    is information to employees when policies change.

3    That -- that could be in the form of targeting a

4    specific audience to tell them of that policy change,

5    or it could be in the form of being available to see

6    that at the two public readings or the two public

7    meetings, first reading and second reading.

8              With regard to audits, I mean in the -- in

9    the term -- I would say no to audits, but there could

10   be -- I mean the principal at the school level, if

11   there has been -- if the -- for example, if the

12   principal has had to address violations of a certain

13   policy, there may be more education for all employees

14   on that policy.  That -- that wouldn't be referencing

15   this one specifically necessarily, just in general all

16   of our policies.

17       Q    And what would happen to a school that

18   contravened this policy?

19              MS. JERNIGAN-JOHNSON:  Object to the

20   form.

21       A    Can -- can you repeat that?  I don't think I

22   understand what you're asking.

1      Q     If Knox County Schools were to learn that a

2   school had violated the I-171 policy, would there be

3   sanctions or consequences for the school?

4                    MS. JERNIGAN-JOHNSON:  Object to the

5   form.

6      A     The -- if there was a policy violation

7   reported, the District would do an investigation to

8   determine if there had been a policy violation and to

9   what extent that existed.  And then, yes, there would

10  be action taken.

11     Q     Is there a particular -- what would that

12  particular action be?

13     A     It would depend on the circumstances.

14     Q     Okay.  And so now I'd like for you to look

15  at the second paragraph of the I-171 policy, the

16  paragraph beginning with, "The bylaws of."  Do you see

17  that paragraph?

18     A     Yes.

19     Q     What is the Tennessee Secondary School

20  Athletic Association?

21     A     It is an association that governs

22  competitive athletics across the state at the

1    secondary level.  That -- that would be the most

2    concise way that I think I could describe it.

3         Q    And what role does Knox County Schools play

4    with the Tennessee Secondary School Athletic

5    Association?

6                   MS. JERNIGAN-JOHNSON:  Object to the

7    form.

8         A    TSSAA is a membership organization, so

9    members that elect to participate are governed by the

10   bylaws or rules of TSSAA.  Knox County Schools, high

11   schools, each of the 16 traditional high schools are

12   members of TSSAA.

13        Q    So is membership at the individual school

14   level, then?

15        A    Membership is at the individual school

16   level, yes.

17        Q    And is Farragut High School a member of the

18   TSSAA?

19        A    Yes.

20        Q    Is TSSAA membership a prerequisite to a

21   school having an interscholastic athletic program?

22                   MS. JERNIGAN-JOHNSON:  Object to the

1    form.

2         A    No.   It -- it is a -- not to my

3    understanding, but all traditional high schools in

4    Knox County Schools have opted to become members in

5    TSSAA.

6         Q    Is compliance with TSSAA policies -- strike

7    that.

8              What discretion or leeway does the Knox

9    County Board of Education have to enact or adopt a

10   policy inconsistent with TSSAA bylaws or policies?

11              MS. JERNIGAN-JOHNSON:   Object to the

12   form.

13        A    Knox County Schools policies would not -- do

14   not only apply to interscholastic athletics.   So Knox

15   County Schools policies would not only apply to

16   members of TSSAA.

17        Q    If Knox County Schools -- I'm sorry.

18              If the Knox County School -- County Board of

19   Education wanted to adopt a policy pertaining to

20   interscholastic athletics that was inconsistent with a

21   TSSAA policy, which policy would Knox County Schools

22   enforce?

Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 22 of 61 PageID #: 849

1           MS. JERNIGAN-JOHNSON:  Object to the

2     form.

3           MS. BERGMEYER:  Same objection.

4      A     Knox County Schools would enforce the Knox

5     County Board of Education policy.

6      Q     Okay.  And what -- let me put it this way.

7           Do individual schools have authority or

8     discretion to not follow TSSAA policies?

9           MS. JERNIGAN-JOHNSON:  Object to the

10    form.

11          MS. BERGMEYER:  Same objection.

12     A     Can you say that again, please?

13     Q     What discretion or leeway do individual

14    schools in Knox County have to not follow TSSAA

15    policies?

16     A     Member schools upon membership are choosing

17    for interscholastic sports to be governed by TSSAA

18    policies.  As -- as far as -- I don't think I can

19    speak on behalf of TSSAA as to what -- if that is what

20    you are asking me.  I don't -- I don't think I'm

21    understanding your question appropriately.

22     Q     I guess my question is -- why don't

Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 23 of 61 PageID #: 850

1    we -- let's strike that.  I will ask -- I will ask

2    this question.

3            What -- or, sorry.  What entity is

4    responsible for enforcing TSSAA policies?

5        A    TSSAA.

6        Q    Does Knox County Schools enforce TSSAA

7    policies?

8        A    Not to my knowledge.

9        Q    Has Knox County Board of Education adopted a

10   policy that the interscholastic athletic programs of

11   schools within Knox County Schools abide by TSSAA

12   policies?

13       A    The interscholastic athletics policy, the --

14   the paragraph you were just referencing, says, "Bylaws

15   of the TSSAA shall regulate the operation and control

16   of secondary athletics."

17       Q    So if the TSSAA changed its bylaws or

18   policy, would that amendment to the TSSAA bylaws and

19   policy automatically apply to the Knox County Schools

20   without further action from the Knox County Board of

21   Education?

22                   MS. JERNIGAN-JOHNSON:  Object to the

Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 24 of 61 PageID #: 851

1    form.

2         A    It would apply to the members of TSSAA.

3         Q    Okay.  Thank you.  So what -- so you

4    testified earlier that if the TSSAA and the Knox

5    County Board of Education adopted policies that were

6    inconsistent with each other, the Knox County

7    School -- Knox County Schools would enforce the policy

8    of the Knox County Board of Education; is that

9    correct?

10                   MS. JERNIGAN-JOHNSON:  Object to the

11   form.

12        A    Yes.

13        Q    In that situation where the TSSAA and Knox

14   County Board of Education have adopted inconsistent

15   policies, what policy should individual schools in

16   Knox County Schools follow?

17                   MS. JERNIGAN-JOHNSON:  Object to the

18   form.

19        A    If -- if TSSAA and Knox County Schools

20   had -- had policies that said different things, what

21   should our schools follow?  Is that what the question

22   is?

215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830
Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 25 of 61 PageID #: 852

1     Q    Yes.

2     A    Okay.  The -- the schools would follow Knox

3  County's Board of Education policies if they were

4  consistent -- inconsistent.

5     Q    Okay.  Thank you.  So now I'm going to

6  switch gears a little bit away from the TSSAA and ask

7  you, Ms. Hemmelgarn, Are interscholastic sports teams

8  in Knox County Schools separated by sex?

9     A    Some are, yes.

10     Q    Are majority of teams separated by sex?

11     A    Yes.

12     Q    What are some examples of teams that are not

13  separated by sex?

14     A    Football is one example.

15     Q    Oh, I'm sorry.

16     A    That's one example that comes to mind.  Do

17  you want -- are you asking for an exhaustive list,

18  or -- you asked for an example.

19     Q    Oh, yeah.  No, that's fine.  If you had to

20  estimate, would you say more than three-

21  quarters -- would you say roughly three-quarters or

22  more of interscholastic teams in Knox County Schools

1    are separated by sex?

2                    MS. JERNIGAN-JOHNSON:  Object to the

3    form.

4                    MS. BERGMEYER:  Same objection.

5         A    Say that again?

6         Q    Would you say that roughly three-quarters or

7    more of the interscholastic athletic teams in Knox

8    County Schools are separated by sex?

9                    MS. BERGMEYER:  Same objection.

10        A    I don't know a specific percentage, but I

11   would agree that more are separated by sex than are

12   not.

13        Q    Okay.  And so you gave the example of the

14   football team as a team that is not separated by sex.

15   What determines whether or not -- I guess -- or strike

16   that.

17             Has football ever been a sport that has been

18   separated by sex in Knox County, to your knowledge?

19        A    To my knowledge there has never been a

20   girls' and boys' football team.

21        Q    Okay.  To your knowledge have there been

22   sports that at one time have or that had or that

1    currently have a girls' team and a boys' team but

2    either -- sorry, strike that.

3            Do sports that have girls' and boys' teams

4    now, have they always had girls' and boys' teams?

5                    MS. JERNIGAN-JOHNSON:  Object to form.

6                    MS. BERGMEYER:  Object to form.

7    BY MR. STRONGIN:

8        Q    To your knowledge.

9        A    "Always" is a strong word.  I would say

10   probably not, depending on participation.  There's

11   not -- all sports that exist right now may not have

12   always existed at a specific school location based on

13   participation.

14       Q    Okay.  So is it possible for a sport that at

15   one time does not have separate girls' and boys' teams

16   to, because of a participation increase, subsequently

17   have separate boys' and girls' teams?

18                   MS. JERNIGAN-JOHNSON:  Object to the

19   form.

20                   MS. BERGMEYER:  Same objection.

21       A    Can you repeat the question?

22       Q    Sure.  Is it possible for a team that

Case 3:21-cv-00835 Document 53-7 Filed 10/07/22 Page 28 of 61 PageID #: 855

1    currently is not separated into girls' and boys' teams

2    to, in the future if more individuals are interested

3    in participating in that sport, that separate boys'

4    and girls' teams would develop?

5         A    Is it possible?  Is it possible that new

6    sports can be added under TSSAA, like from a

7    competition perspective?  I would say, yes, it's

8    possible.

9         Q    Okay.  Are teams automatically -- or, sorry.

10   Strike that.

11        Are any of the teams that are not separated

12   by sex have both -- do any of those teams have both

13   boys and girls competing on the same team?

14             MS. JERNIGAN-JOHNSON:  Object the form.

15        A    Currently, the District is not aware of that

16   situation occurring, any coed team.

17        Q    Is the District aware of any coed teams

18   within the last five years?

19        A    There has previously been a female that

20   played on the football team.

21        Q    Okay.  So in terms of -- so when you say a

22   female has played on the football team, does that mean

Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 29 of 61 PageID #: 856

1    that in a team of however many are on the football

2    team, one member was a female and every other member

3    was male?

4         A    In -- in that instance, yes.

5         Q    And are there other instances of both males

6    and females being on the same interscholastic team in

7    Knox County Schools?

8         A    Not to my knowledge in the last five years.

9    As far as ever, I -- I don't know.

10        Q    Is there a requirement that teams be

11   separated by sex?

12                  MS. BERGMEYER:  Object to form.

13                  MS. JERNIGAN-JOHNSON:  Object to form.

14        A    Which teams are you referencing?

15        Q    What is -- are there separate boys' golf and

16   girls' golf teams in Knox County Schools?

17        A    Yes.

18        Q    Is the separation of the golf teams into a

19   boys' golf team and a girls' golf team, are schools

20   required to have separate boys' golf team and girls'

21   golf teams?

22                  MS. JERNIGAN-JOHNSON:  Object to the

1    form.

2         A    Schools are required to have boys play on

3    the boys' golf team and girls play on the girls' golf

4    team, because both of those are -- are recognized

5    teams under TSSAA.  Not all of our schools have both

6    because of participation.

7         Q    Okay.  So TSSAA -- so does TSSAA make an

8    initial determination over which sports will have both

9    boys' and girls' teams?

10                   MS. JERNIGAN-JOHNSON:  Object to the

11   form.

12                   MS. BERGMEYER:  Same objection.

13        A    TSSAA has a list of sports, and girls' golf

14   and boys' golf are included on those, if that answers

15   the question.

16        Q    As opposed to just listing golf.

17        A    Correct.

18        Q    Okay.  And then you said that some sports at

19   some schools do not have separate boys and girls teams

20   because of participation.

21        A    Do not have one of each, one of each of

22   those teams based on participation.  They would be

Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 31 of 61 PageID #: 858

1   separate at those schools, but there's not both teams

2   at each school.

3        Q    Okay.  Got it.  And boys and -- so do you

4   know -- so Farragut High School has a -- does Farragut

5   High School have a separate boys' golf team and girls'

6   golf team?

7        A    Yes.

8        Q    And do all high schools in Knox County have

9   separate boys' golf teams and girls' golf teams?

10       A    No.

11       Q    Do you know which schools do not have

12  separate boys' golf teams and girls' golf teams?

13       A    I -- I can't list which schools don't have

14  both teams that -- I will say again that all of them

15  have separate teams.  There's just not enough

16  participation at some schools to have created one or

17  both of those teams.

18       Q    When you say "not enough participation," if

19  a single -- how much participation do you need to

20  create a team?  Is one student enough to create a

21  team?

22                   MS. BERGMEYER:  Object to form.

Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 32 of 61 PageID #: 859

 1                    MS. JERNIGAN-JOHNSON:  Same objection.

 2      A     One student is enough to consider creating a

 3   team, yes.

 4      Q     And would that consideration of creating a

 5   team result in a team being created?

 6                    MS. JERNIGAN-JOHNSON:  Object to the

 7   form.

 8                    MS. BERGMEYER:  Same objection.

 9      A     A possibility of a team being created, yes.

10      Q     If a school had enough boys interested in

11   playing boys' golf to form a golf team and a single

12   girl interested in playing golf, and the school --

13   would a school be able to not create a girls' golf

14   team, or would the school have to create a girls' golf

15   team?

16                    MS. JERNIGAN-JOHNSON:  Object to the

17   form.

18                    MS. BERGMEYER:  Same objection.

19      A     I think that there would be equal

20   consideration for both.  But if there are

21   certain -- I -- I don't know -- I don't want to answer

22   in absolutes, because there may be certain thresholds

1   to becoming a member of that team.  So I don't

2   know -- I don't think I could answer broadly that

3   question an absolute yes.  There would be a

4   consideration equally, but without knowing the

5   circumstances, I don't think the District could say if

6   one person wanted to try out for two -- for a

7   nonexistent team for boys and for girls, if one person

8   wanted to try out for each, I don't think I could say

9   that there would be an absolute yes to a creation of a

10  team, because some of it may depend on what the

11  qualifications are to make the team, should it exist.

12       Q    Okay.  Do you recall testifying earlier that

13  one girl participated on a football team in Knox

14  County Schools?

15       A    I do.

16       Q    Is football a sport that TSSAA has said has

17  a girls' and a boys' team?

18       A    No.

19       Q    Okay.  And was football -- the years -- that

20  girl on the football team is no longer -- is that girl

21  who participated on the football team that you

22  testified about, did she play on the football team

1    this past season?

2         A    No.

3         Q    Was the game played any differently when

4    that girl was on the football team versus this past

5    season when she was not?

6                   MS. BERGMEYER:  Object to the form.

7         A    Not to my knowledge.

8         Q    Okay.  And were there -- were there any

9    concerns -- did Knox County Schools have any concerns

10   over the displacement of female athletes with that

11   student's participation on the football team?

12                  MS. JERNIGAN-JOHNSON:  Object to the

13   form.

14                  MS. BERGMEYER:  Object to form.

15        A    Can you restate your question, please?

16        Q    Sure.  Was the -- was Knox County Schools

17   concerned that having the female student who

18   participated on the football team, that her

19   participating on that team would reduce athletic

20   opportunities for other female student athletes in

21   Knox County Schools?

22                  MS. JERNIGAN-JOHNSON:  Object to the

1    form.

2                    MS. BERGMEYER:  Same objection.

3        A    I do not know.

4        Q    Okay.  And what -- you know what?  Strike

5    that.

6             I think we have been going for a little over

7    an hour now, so if you would like to take a break, we

8    can do that, maybe for five minutes?

9        A    Okay.  Can I clarify one of my responses?

10       Q    Sure.

11       A    I am not aware of any TSSAA bylaws, current

12   TSSAA bylaws that conflict with Knox County Board of

13   Education policies.

14       Q    Okay.  Thank you.  So I will make a note of

15   that.

16                   MR. STRONGIN:  And then, I guess, yeah,

17   should we take a break for five minutes?  Do we have

18   breakout rooms for ...

19                   THE TECH CONCIERGE:  Sure.

20                   UNIDENTIFIED SPEAKER:  Yesterday we

21   just muted.

22                   MR. STRONGIN:  Oh.

1    form.

2                    MS. BERGMEYER:  Same objection.

3        A    Can you -- can you restate the question,

4    please?

5        Q    Sure.  If a transgender student athlete

6    prior to March 2021 wanted to participate in an

7    interscholastic athletics team in Knox County, is

8    there any reason to think that that transgender

9    student's participation would not have been governed

10   by this TSSAA/TMSAA transgender policy?

11                   MS. JERNIGAN-JOHNSON:  Object to the

12   form.

13       A    I'm not aware of when this policy was

14   implemented and if it's -- how long it was in effect,

15   if it was in effect, if it is still in effect.

16       Q    Okay.  Thank you.  So now, Ms. Hemmelgarn, I

17   want to turn to SB 228, which is the law at issue in

18   this case.  But before I do, would you please tell me,

19   are you familiar with -- or, I'm sorry.  Is Knox

20   County Schools familiar with SB 228?

21       A    Yes.

22       Q    And are you familiar with SB 228?

Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 37 of 61 PageID #: 864

1      A    Yes.  I have traditionally referred to it

2   as -- as its citation in the Tennessee code annotated,

3   but yes.

4      Q    Okay.  Great.  And what is your

5   understanding of what SB 228 -- of what SB 228 does?

6               MS. JERNIGAN-JOHNSON:  Objection.  I

7   want to object, because she is here on behalf of Knox

8   County Schools.  So are you asking her personal

9   understanding or the District's understanding?

10  BY MR. STRONGIN:

11     Q    I will rephrase.  What is the District's

12  understanding of Knox County Schools -- or what is the

13  District's understanding of what SB 228 does?

14     A    Sure.  The --

15              MS. JERNIGAN-JOHNSON:  Thank you.

16     A    -- District's understanding is that SB 228

17  first requires local education agencies to institute a

18  policy, but also that essentially implements the law

19  but that the -- the effect of it is that for gender-

20  specific sports, students must play on the sport team

21  that is aligned with the gender assigned at birth.

22     Q    Okay.  Great.

Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 38 of 61 PageID #: 865

 1                  MR. STRONGIN:  And, Lucas, if you could
 2     please introduce tab 6 as Exhibit 5.
 3                  (Exhibit 5 was marked for
 4                  identification.)
 5                  MR. CAMERON-VAUGHN:  All right.  It
 6     should be available.
 7     BY MR. STRONGIN:
 8          Q    And, Ms. Hemmelgarn, if you could let me
 9     know when you have it in front of you.
10          A    Okay.
11          Q    Okay.  Great.  And I want to give you a
12     chance to review the document.  So if you could just
13     let me know when you've had a chance to review it.
14          A    Okay.
15          Q    Do you recognize this document?
16          A    I do.
17          Q    What is the document?
18          A    It is language in SB 228.
19          Q    Okay.  And would you please read -- it's
20     about two-thirds, three-quarters of the way, maybe a
21     little more, down at the bottom of the first page.  Do
22     you see section 1, and then subparagraph -- or

1   paragraph A?  And I would ask for you to please read

2   that, and then let me know when you are done.

3          A     Okay.  Okay.

4          Q     And what did section 1(a) provide?  What did

5   that -- what did that section ...

6          A     It -- do you want me to just read it or ...

7          Q     All right.  So what is -- what is the Knox

8   County Schools understanding of section 1(a)?

9          A     Knox County Schools understanding, I think,

10  would be reflected in the changes to policy I-171, but

11  it -- I mean the language is a -- "A student's gender

12  for purposes of participation in a public middle

13  school or high school interscholastic athletic

14  activity or event must be determined by the student's

15  sex at the time of the student's birth, as indicated

16  on the original birth certificate."

17                  MR. STRONGIN:  Terrific.  And so now,

18  Lucas, could I ask you to please introduce tab 7,

19  Exhibit 6.

20                  (Exhibit 6 was marked for

21                  identification.)

22  //

1  minutes, either.  So I am happy to defer to the group

2  on if we want to do lunch now or wait a bit.

3                    MS. JERNIGAN-JOHNSON:  Do you think you

4  have 30 minutes?

5                    MR. STRONGIN:  I think we can do this

6  in 30 minutes or less.

7                    MS. JERNIGAN-JOHNSON:  Okay.  Then I'm

8  good.  I think we are good to keep going.

9                    MR. STRONGIN:  Okay.  Great.  So let's

10  keep going, then.

11                    So now can we pull up, Lucas, go back

12  to Exhibit 6, tab 7, please.

13  BY MR. STRONGIN:

14     Q    And then, Ms. Hemmelgarn, if you could let

15  me know when you -- or you all may be able to do that

16  now, too, actually.  I'm not sure.

17            Okay.  So if you could let me know when you

18  have Exhibit 6 up.

19     A    Okay.

20     Q    And would you please look at paragraph B2,

21  and if you could read that paragraph and then let me

22  know when you finished reading it.

1      A     Okay.

2      Q     And has Knox County Schools and/or the

3   County Board adopted and enforced a policy to ensure

4   compliance with subsection A and the rules promulgated

5   pursuant to subdivision B(1) in the public schools

6   that they govern?

7                MS. JERNIGAN-JOHNSON:  Object to the

8   form.

9                MS. BERGMEYER:  Same objection.

10     A     Yes.

11     Q     Was this policy the revised I-171 policy we

12   had discussed earlier that is Exhibit 1, tab 2?

13     A     I-171 you said; right?

14     Q     Yes.

15     A     I don't recall which exhibited it is, but

16   yes.

17     Q     Okay.  And when was that policy promulgated?

18     A     Believe it was discussed at -- do you mean

19   when did it go into effect, or when was it first --

20     Q     When did it go into effect?

21     A     It went into effect, if I recall, those

22   changes did in September of 2021.

Case 3:21-cv-00835   Document 53-7   Filed 10/07/22   Page 42 of 81  PageID #: 869

1      Q    Okay.  And what basis was given for enacting

2   that policy?

3                MS. JERNIGAN-JOHNSON:  Object to the

4   form.

5                MS. BERGMEYER:  Same objection.

6      A    To comply with state law.

7      Q    Okay.  And if section 49-6-310(a) had never

8   become operative law in Tennessee, would the Knox

9   County Board of Education have enacted the changes to

10   I-171 we just discussed?

11                MS. JERNIGAN-JOHNSON:  Object to the

12   form.

13                MS. BERGMEYER:  Same objection.

14      A    I do not know.

15      Q    Okay.  And if section 49-6-310(a) were to no

16   longer be operative law in Tennessee, would Knox

17   County Schools continue to enforce the policy changes

18   to I-171 that it enacted in response to SB 228?

19                MS. JERNIGAN-JOHNSON:  Object to the

20   form.

21                MS. BERGMEYER:  Same objection.

22      A    I -- I do not know.  It -- state law would

1    not be the basis for enforcement.  Right now there's a

2    citation to state law in the policy with regard to the

3    language.

4         Q    Okay.  And as of now, you don't know if with

5    that state law basis no longer operative Knox County

6    Schools would implement the policy on another basis;

7    is that right?

8                   MS. JERNIGAN-JOHNSON:  Object to the

9    form.

10                  MS. BERGMEYER:  Same objection.

11        A    No.

12        Q    No, you don't know if Knox County Schools

13   would continue implementing it?

14        A    Correct.

15        Q    Okay.  And are schools under the

16   jurisdiction of Knox County Schools currently allowed

17   to roster student athletes on sex-separated

18   interscholastic athletic teams according to their

19   gender identity even if the gender identity does not

20   align with the student's sex at the time of birth as

21   reflected on the student's original birth certificate?

22                  MS. JERNIGAN-JOHNSON:  Object to the

Case 3:21-cv-00835 Document 53-7 Filed 10/07/22 Page 44 of 61 PageID #: 871

1    form.

2                   MS. BERGMEYER:  Same objection.

3        A    That was a long question.  Can you say that

4    again?

5        Q    Sure.  So if a -- so are schools under Knox

6    County Schools' jurisdiction able to roster a student

7    athlete on a sex-separated sports team on the team

8    that aligns with that student's gender identity if

9    that gender identity is different from the sex

10   assigned at birth on the student's original birth

11   certificate?

12                  MS. JERNIGAN-JOHNSON:  Object to the

13   form.

14                  MS. BERGMEYER:  Same objection.

15       A    Knox County Schools -- schools under Knox

16   County Schools' jurisdiction are only allowed to

17   roster students on gender-specific sports team whose

18   gender assigned on the original birth certificate

19   matches that gender sports team.

20       Q    Okay.  And what steps or actions does Knox

21   County Schools take to ensure that individual schools

22   are complying with I-171?

 1                    MS. JERNIGAN-JOHNSON:  Object to the

 2       form.

 3                    MS. BERGMEYER:  Same objection.

 4            A     Informing school principals, athletic

 5       directors, and then athletic directors informing their

 6       coaching staff that the policy and state law exist.

 7            Q     Are there any additional steps that Knox

 8       County Schools takes?

 9                    MS. JERNIGAN-JOHNSON:  Object to the

10       form.

11            A     I can't think of any right now.

12            Q     Okay.  And are students required to submit

13       an original birth certificate to participate in

14       interscholastic athletics?

15            A     Students are required to submit a birth

16       certificate at some point during the enrollment

17       process, enrollment into Knox County Schools.

18            Q     And then is that the only time they are

19       required to submit a birth certificate?

20            A     I do not know.  I do not know if -- if there

21       are -- would be a birth certificate required at

22       a -- during enrollment in a different school, for

1    example.  I don't know if that is the only time.

2         Q    Okay.  And have coaches been given any

3    instruction on how to enforce this policy or this law?

4         A    They've been given instruction on the law.

5    As far as specific enforcement, I do not know.

6         Q    Okay.  And what would happen to a school if

7    it violated SB 228?

8                   MS. BERGMEYER:  Object to form.

9         A    I believe that the District -- well, if the

10   school violated SB 228, there's a -- in the law there

11   is a reporting path for parents that -- that are

12   affected.  But I don't -- I will put it right in front

13   of me so I can get the exact language.  But there is a

14   reporting path for parents to report violations, so it

15   would be addressed in that manner.  But I believe that

16   if a school violated -- if there was a true violation,

17   that the -- potentially there could be a loss of a

18   portion of funding to the District.

19        Q    So would that loss of funding be

20   specifically earmarked to the offending school, or

21   would the entire District lose that portion of its

22   funding?

Case 3:21-cv-00835 Document 53-7 Filed 10/07/22 Page 47 of 61 PageID #: 874

1                    MS. JERNIGAN-JOHNSON:  Object to the

2       form.

3                    MS. BERGMEYER:  Object to form.

4       A     We have not had that happen, so I'm not sure

5       what it would look like.

6       Q     Would Knox County Schools or the County

7       Board impose any sanction on the specific school

8       beyond that loss of funding that you just discussed?

9                    MS. JERNIGAN-JOHNSON:  Object to the

10      form.

11                   MS. BERGMEYER:  Same objection.

12      A     Potentially for -- for individuals involved

13      in violating a Board policy.  We have a progressive

14      discipline model for violation of Board policies.

15      Q     What are some of the consequences of

16      violating Board policies in that policy that you

17      talked about in ascending order, please.

18      A     Progressive discipline is oral warning, and

19      then we have what is called a professional

20      communication record, then a conference of concern,

21      written reprimand, suspension without pay, and

22      termination.

1      Q    Okay.  And the consequence of losing funding

2   for failure to comply with SB 228 what would trigger

3   that -- strike that.

4           Is that consequence found in Knox County

5   law?

6                MS. JERNIGAN-JOHNSON:  Object to the

7   form.

8                MS. BERGMEYER:  Same objection.

9                THE WITNESS:  I believe the consequence

10  is found in state law.

11     Q    Okay.  Thank you.  And now I would like to

12  ask you to have Exhibit 6 in front of you, please,

13  which is the Tennessee Code section that I think you

14  may have just been looking at on paper.  And I would

15  like to turn to subsection C of that exhibit, please.

16  And let me know when you've had a chance to review

17  that.

18     A    Sure.  This is what I was trying to

19  articulate earlier, but not very eloquently.

20     Q    And that was going to be my next question,

21  was is this the parental reporting process you were

22  just talking about?

1          THE REPORTER:  Okay.  We are back on

2     the record at 1:38 p.m. Eastern Daylight Time.  Go

3     ahead.

4     BY MR. STRONGIN:

5          Q     Thank you very much.  Ms. Hemmelgarn, I want

6     to go back to something.  You testified earlier, do

7     you recall, that if SB 228 was no longer operative

8     Tennessee law that the state law based -- do

9     you -- strike that.

10          Ms. Hemmelgarn, do you recall testifying

11     that if SB 228 was no longer operative Tennessee law

12     that state law would not be the basis for the revised

13     I-171 policy but the I-171 revised policy may still be

14     in effect?  Do you recall testifying that?

15          MS. JERNIGAN-JOHNSON:  Object to the

16     form.

17          A     I don't recall stating it in that way, no.

18     What I recall saying -- you asked if the -- if I

19     remember correctly, you asked if the policy would

20     still exist if state law were changed, and I said I

21     don't know.  I mean I don't know of a reason that -- I

22     don't know that there has been discussions or

1    consideration as to having that language absent a

2    requirement to.

3         Q    If state law changed, if SB 228 was no

4    longer operative law, would Knox County Board -- would

5    the Knox County Board of Education need to take an

6    affirmative act to change the current I-171 policy?

7                   MS. JERNIGAN-JOHNSON:  Object to form.

8                   MS. BERGMEYER:  Same objection.

9         A    Say that again, please?

10        Q    If SB 228 was no longer operative state law

11   in Tennessee, would the Knox County Board of Education

12   need to take an affirmative action to change what is

13   currently I-171?

14                  MS. JERNIGAN-JOHNSON:  Object to form.

15        A    If the District -- if the Board of Education

16   intended to change a Board policy based on a change in

17   state law, then, yes, action would be required.

18        Q    Okay.  Thank you.  So now, Ms. Hemmelgarn,

19   I'm going to ask some questions about the plaintiff in

20   this case, L.E., and his family.  Prior to the filing

21   of this lawsuit, had Knox County Schools had any

22   specific interaction with L.E. and/or his parents?

1      A     Well, that aren't assigned -- all employees

2    are employees of Knox County Schools, not employees of

3    individual schools.

4      Q     So that are assigned to specific schools.

5      A     They are assigned to schools but not

6    employed by the schools.

7      Q     Right, yeah.

8      A     The e-mail from mom of plaintiff in March of

9    2021 to Dr. Bartlett and Dr. Bartlett's response

10   probably was shared with -- with someone outside of

11   Farragut High School.

12     Q     Okay.  Got it.  Thank you.  Do you know whom

13   specifically -- with whom specifically that was

14   shared?

15     A     No.  I -- I saw it at some point.  I don't

16   know who else specifically it was shared with, and

17   I -- I don't know who else specifically it was shared

18   with.

19     Q     Okay.  And if L.E. were to attempt to

20   participate on the boys' golf team at Farragut High

21   School, would he be eligible to do so?

22                    MS. JERNIGAN-JOHNSON:  Object to the

1    form.

2              MS. BERGMEYER:  Object to form.

3         A    To my knowledge, L.E. did not attempt to

4    participate, but participation in interscholastic

5    athletics would be subject to state law, so the change

6    to I-171.

7         Q    So in that -- so recognizing that, would

8    L.E. be eligible to participate on the boys' golf team

9    at Farragut High School?

10             MS. JERNIGAN-JOHNSON:  Object to form.

11             MS. BERGMEYER:  Object to form.

12        A    Recognizing -- when you say "recognizing

13   that," you mean recognizing state law?  Or what

14   do -- what is "that"?

15        Q    "That" is that his participation is subject

16   to state law in the revised I-171 policy.

17        A    Yeah.  So --

18             MS. BERGMEYER:  Same objection.

19        A    -- in -- participation in interscholastic

20   athletics would be governed by state law, and state

21   law captured in summary form in I-171.

22        Q    Okay.  So given the applicability of state

1    law and the form that it is captured in the I-171,

2    would plaintiff L.E. be eligible to play on the boys'

3    golf team at Farragut High School?

4                    MS. BERGMEYER:  Object to form.

5                    MS. JERNIGAN-JOHNSON:  Same objection.

6         A    No.

7         Q    Okay.  And if L.E. were a cisgender boy,

8    would he be able to try out and, if he made it,

9    participate on the boys' golf team?

10                    MS. JERNIGAN-JOHNSON:  Object to the

11    form.

12                    MS. BERGMEYER:  Same objection.

13        A     If a -- if a student that was -- had an

14   assigned gender of male on their original birth

15   certificate attempted to try out for a male sports

16   team, yes, they would be allowed to try out for that

17   sports team.

18        Q    And under current law, if L.E. wanted to try

19   out for a golf team at Farragut High School, what golf

20   team would he have to try out for?

21                    MS. BERGMEYER:  Object to form.

22        A    L.E. --

 1                MS. JERNIGAN-JOHNSON:  Same objection.

 2    Sorry.

 3         A    Sorry.  L.E. would have to try out for the

 4    gender-specific golf team that aligns with the gender

 5    assigned on the original birth certificate.

 6         Q    And which gender would that be for L.E.?

 7         A    I don't know that I have seen the original

 8    birth certificate.

 9         Q    Okay.

10         A    Knox -- Knox County Schools likely has a

11    copy of it, and I have not -- I have not seen it.

12         Q    Okay.  Thank you.  And so now,

13    Ms. Hemmelgarn, I'm going to ask you, you testified

14    earlier that Knox -- do you recall testifying earlier

15    that Knox County Schools has a title IX coordinator?

16         A    I do, yes.

17         Q    Do you recall testifying earlier that Knox

18    County Schools has a title IX coordinator to help

19    ensure compliance with title IX?

20         A    I do.

21         Q    Why does Knox County Schools abide by title

22    IX?

1    be eligible to participate on the boys' golf team at

2    Farragut High School?

3              MS. JERNIGAN-JOHNSON:  Object to the

4    form.

5         A    No.

6              MR. STRONGIN:  Thank you,

7    Ms. Hemmelgarn.  Those are all the questions I have.

8              MS. BERGMEYER:  I have no questions.

9    Thank you.

10             MS. JERNIGAN-JOHNSON:  I'm sorry,

11   Stephanie.  Did you say you do have questions?

12             MS. BERGMEYER:  No, I do not.

13             MS. JERNIGAN-JOHNSON:  Oh, okay.

14   Sorry.  I just have a couple of questions.

15                       EXAMINATION

16   BY MS. JERNIGAN-JOHNSON:

17        Q    So, Ms. Hemmelgarn, we talked earlier in the

18   day about sports opportunities in Knox County.  Do you

19   recall when we discussed that?

20        A    Yes.

21        Q    And you mentioned football as an example of

22   a sport where both boys and girls can participate on

Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 56 of 61 PageID #: 883

1    the same team; is that right?

2         A    Yes.

3         Q    Are you aware of other sports or activities

4    that both boys and girls can participate on the same

5    team?

6         A    Yes.  There are other non-gender specific

7    sports.  Do you want me to list the ones I recall?

8         Q    Yes, if you can list --

9         A    Okay.

10        Q    -- the ones you recall.

11        A    I believe that, if I recall correctly,

12   soccer is not -- there is soccer and girls' soccer, so

13   it is not designated boys and -- boys and girls.  It's

14   just soccer and girls' soccer.  I believe that

15   wrestling is the same and also bowling.  If I remember

16   correctly, I don't believe that baseball is designated

17   as boys' baseball, but softball is designated as

18   girls' softball.

19             I would have to consult the TSSAA bylaws,

20   which I can do that, if that's okay.

21        Q    Thank you.

22        A    Okay.  So what I am looking at is the TSSAA

1    bylaws from 2021 to 2022.  So that's -- wrestling is

2    listed as wrestling and girls' wrestling, so not boys'

3    wrestling.  Bowling, the same.  Football is not

4    designated as gender-specific.  Baseball is not

5    designated as gender-specific.  Soccer is not

6    designated as gender-specific in one season, but there

7    is a girls' soccer as well.  There are two activities

8    that are not listed as sports under TSSAA, and that is

9    cheerleading and dance as well.

10        Q    So based on your review of the TSSAA

11   handbook, it's your understanding that there are coed

12   sports and activities in Knox County Schools.

13        A    Opportunities, yes.

14        Q    Okay.  And finally, was policy I-171 revised

15   because of the passage of Senate Bill 228 that

16   required us -- that required Knox County to adopt a

17   policy as reflected in that bill?

18        A    Yes.

19             MS. JERNIGAN-JOHNSON:  That is all the

20   questions I have.

21             MR. STRONGIN:  I have no more

22   questions.

1        MS. BERGMEYER:  No more questions,

2    thank you.

3        THE REPORTER:  Okay.  If that is all we

4    have, then do we want to give the witness a chance to

5    read and sign?

6        MS. JERNIGAN-JOHNSON:  Do you want to

7    review and sign your transcript?

8        THE WITNESS:  Yes.

9        THE REPORTER:  Okay.  Then we are off

10   the record at 2:06 p.m. Eastern Daylight Time.

11        (Signature reserved.)

12        (Whereupon, at 1:06 p.m. CDT/2:06 p.m.

13        EDT, the proceeding was concluded.)

14

15

16

17

18

19

20

21

22

1              CERTIFICATE OF DEPOSITION OFFICER

2                   I, JANEL FOLSOM, the officer before whom the

3      foregoing proceedings were taken, do hereby certify

4      that any witness(es) in the foregoing proceedings,

5      prior to testifying, were duly sworn; that the

6      proceedings were recorded by me and thereafter reduced

7      to typewriting by a qualified transcriptionist; that

8      said digital audio recording of said proceedings are a

9      true and accurate record to the best of my knowledge,

10     skills, and ability; that I am neither counsel for,

11     related to, nor employed by any of the parties to the

12     action in which this was taken; and, further, that I

13     am not a relative or employee of any counsel or

14     attorney employed by the parties hereto, nor

15     financially or otherwise interested in the outcome of

16     this action.

                                _Janel B. Folsom_

17                                        JANEL FOLSOM

18                              Notary Public in and for the

19                              Commonwealth of Virginia

20

21     [X] Review of the transcript was requested.

22

1                    CERTIFICATE OF TRANSCRIBER

2          I, LAURA MORIN, do hereby certify that this

3     transcript was prepared from the digital audio

4     recording of the foregoing proceeding, that said

5     transcript is a true and accurate record of the

6     proceedings to the best of my knowledge, skills, and

7     ability; that I am neither counsel for, related to,

8     nor employed by any of the parties to the action in

9     which this was taken; and, further, that I am not a

10    relative or employee of any counsel or attorney

11    employed by the parties hereto, nor financially or

12    otherwise interested in the outcome of this action.

13                                        _Laura Morin_

14

15                              LAURA MORIN

16

17

18

19

20

21

22

Case 3:21-cv-00835  Document 53-7  Filed 10/07/22  Page 61 of 61 PageID #: 888