# EXHIBIT 8

1              UNITED STATES DISTRICT COURT

2              MIDDLE DISTRICT OF TENNESSEE

3    _____

4    L.E., by his next friends and

5    parents, SHELLY ESQUIVEL and

6    MARIO ESQUIVEL

7              Plaintiff

8        v.                                No.

9    BILL LEE, in his official          3:21-cv-00835

10   capacity as Governor of

11   Tennessee; PENNY SCHWINN, in her

12   official capacity as the

13   Tennessee Education

14   Commissioner; TENNESSEE STATE

15   BOARD OF EDUCATION; SARA HEYBURN

16   MORRISON, in her official

17   capacity as the Executive

18   Director of the Tennessee State

19   Board of Education; NICK

20   DARNELL, MIKE EDWARDS, ROBERT

21   EBY, GORDON FERGUSON, ELISSA

22   KIM, LILIAN HARTGROVE, NATE

1    MORROW, LARRY JENSEN, DARRELL

2    COBBINS, and EMILY HOUSE, the

3    individual members of the

4    Tennessee State Board of

5    Education, in their official

6    capacities; KNOX COUNTY BOARD OF

7    EDUCATION a/k/a KNOX COUNTY

8    SCHOOLS a/k/a KNOX COUNTY SCHOOL

9    DISTRICT; ROBERT M. "BOB"

10   THOMAS, in his official capacity

11   as Director of Knox County

12   Schools

13            Defendants

14   _____

15            VIDEOCONFERENCE DEPOSITION OF

16               JOHN CRISTOPHER BARTLETT

17   DATE:          Monday, July 25, 2022

18   TIME:          2:03 p.m.

19   LOCATION:      Remote Proceeding

20                  Washington, D.C. 20005

21   REPORTED BY:   Janel B. Folsom, Notary Public

22   JOB NO.:       5338660

Case 3:21-cv-00835 Document 53-8 Filed 10/07/22 Page 3 of 32 PageID #: 891

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF L.E., BY HIS NEXT FRIENDS AND
 3   PARENTS, SHELLEY ESQUIVEL AND MARIO ESQUIVEL:
 4        THOMAS F. COSTELLO-VEGA, ESQUIRE (by
 5        videoconference)
 6        WilmerHale LLP
 7        350 South Grand Avenue, Suite 2100
 8        Los Angeles, California 90071-3409
 9        thomas.costello-vega@wilmerhale.com
10        (213) 443-5300
11
12   ON BEHALF OF DEFENDANTS KNOX COUNTY BOARD OF EDUCATION
13   A/K/A KNOX COUNTY SCHOOLS A/K/A KNOX COUNTY SCHOOL
14   DISTRICT AND ROBERT M. "BOB" THOMAS, IN HIS CAPACITY
15   AS DIRECTOR OF KNOX COUNTY SCHOOLS AND WITNESS JOHN
16   CRISTOPHER BARTLETT:
17        JESSICA G. A. JERNIGAN-JOHNSON, ESQUIRE (by
18        videoconference)
19        Knox County Law Director's Office
20        400 Main Street, Suite 612
21        Knoxville, Tennessee 37902-2495
22        jessica.johnson@knoxcounty.org
```

1          A P P E A R A N C E S (Cont'd)

2     ON BEHALF OF DEFENDANTS BILL LEE, IN HIS OFFICIAL

3     CAPACITY AS GOVERNOR OF TENNESSEE; PENNY SCHWINN, IN

4     HER OFFICIAL CAPACITY AS THE TENNESSEE EDUCATION

5     COMMISSIONER; TENNESSEE STATE BOARD OF EDUCATION; SARA

6     HEYBURN MORRISON, IN HER CAPACITY AS THE EXECUTIVE

7     DIRECTOR OF THE TENNESSEE BOARD OF EDUCATION; AND NICK

8     DARNELL, MIKE EDWARDS, ROBERT EBY, GORDON FERGUSON,

9     ELISSA KIM, LILLIAN HARTGROVE, NATE MORROW, LARRY

10    JENSEN, DARRELL COBBINS, AND EMILY HOUSE, THE

11    INDIVIDUAL MEMBERS OF THE TENNESSEE STATE BOARD OF

12    EDUCATION, IN THEIR OFFICIAL CAPACITIES:

13         STEPHANIE A. BERGMEYER, ESQUIRE (by

14         videoconference)

15         Office of Tennessee Attorney General

16         315 Deaderick Street, 20th Floor

17         Nashville, Tennessee 37243-0001

18         stephanie.bergmeyer@ag.tn.gov

19         (615) 741-6828

20

21

22

Case 3:21-cv-00835   Document 53-8   Filed 10/07/22   Page 5 of 32 PageID #: 893

```
 1          A P P E A R A N C E S (Cont'd)
 2    ALSO PRESENT:
 3          Tara L. Borelli, Esq., Lambda Legal Defense and
 4          Education Fund Inc. (by videoconference)
 5          Clark L. Hildabrand, Esq., Office of Tennessee
 6          Attorney General (by videoconference)
 7          Samuel L. Strongin, Esq., Office of Tennessee
 8          Attorney General (by videoconference)
 9          Travis Royer, Office of Tennessee Attorney
10          General (by videoconference)
11          Brandon Townsend, Office of Tennessee Attorney
12          General (by videoconference)
13          Jerry Curran, Technician, CMI Production Services
14          (by videoconference)
15
16
17
18
19
20
21
22
```

1                          I N D E X

2    EXAMINATION:                                    PAGE

3        By Mr. Costello-Vega                        11

4        By Ms. Bergmeyer                            105

5        By Mr. Costello-Vega                        109

6        By Ms. Bergmeyer                            112

7        By Ms. Jernigan-Johnson                     112

8

9                        E X H I B I T S

10   NO.              DESCRIPTION                     PAGE

11   Exhibit 1        E-mail Chain, Subject L.E.,

12                    Incoming 9th Grader,

13                    Beginning 3/4/2021             37

14   Exhibit 2        Knox County Schools Defendants'

15                    Fed. R. Civ. P. Rule 26(a)

16                    Initial Disclosures           49

17   Exhibit 3        Farragut High School

18                    Requirements to Play Golf     55

19   Exhibit 4        Knox County Board of Education

20                    Policy, Interscholastic Athletics  73

21

22

| 1 | | E X H I B I T S (Cont'd) | |
|---|---|---|---|
| 2 | NO. | DESCRIPTION | PAGE |
| 3 | Exhibit 5 | E-mail Chain, Subject TSSAA | |
| 4 | | Transgender Policy, | |
| 5 | | Beginning 4/15/2021 | 82 |
| 6 | Exhibit 6 | TSSAA/TMSAA Transgender Policy | 83 |
| 7 | | (Exhibits attached.) | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |

Case 3:21-cv-00835 Document 53-8 Filed 10/07/22 Page 8 of 32 PageID #: 896

1  Excuse me.  I did play soccer.  Thank you for

2  remembering.

3       Q    Got it.  So you played soccer when you were

4  in high school.

5       A    Yes.

6       Q    And then were the other sports you played --

7  baseball and football -- after high school?

8       A    They were summer travel leagues in -- in --

9  during high school.  I did not play anything after

10 high school.

11      Q    Got it.  So the soccer team was with the

12 high school soccer team; is that right?

13      A    That's correct.

14      Q    And then the baseball and football teams

15 were separate from the high school --

16      A    Yes.

17      Q    -- is that right?  Okay.

18      A    Yes.

19      Q    Understood.  Thank you.  And so as a coach,

20 do you think it's beneficial for someone to

21 participate in school sports?

22      A    Yes.

1    Q    Why do you think that?

2    A    I think it -- it teaches a lot of life

3    skills.  It teaches discipline.  It teaches teamwork.

4    It teaches the -- a totality of life skills, provides

5    confidence for the individual, and as -- and it

6    provides connection with the school.

7    Q    So you mentioned discipline.  What other

8    life skills do you think playing sports can provide

9    students?

10   A    Well I think it teaches you how to be a good

11   teamwork.  I take -- think it teaches you attention to

12   detail and builds life habits.  So I mean I think

13   there's a -- there's a lot that goes into playing

14   sports that -- that transfer to real life.

15   Q    Would you say that a student who plays

16   sports learns responsibility skills?

17   A    I -- I would -- that's a -- that's a goal,

18   that they learn responsibility skills.  Yes.

19   Q    And would you say a goal of sports is also

20   for a student to build resilience in their lives?

21   A    Yes.

22   Q    And would you say a goal is also to form a

 1    foundation for lifetime good habits specifically?

 2         A    Yes.

 3         Q    And would you say that, generally, students

 4    who participate in sports in high school will be in

 5    better physical shape as a result of participating in

 6    sports?

 7         A    Yes.

 8         Q    And would you agree that students who

 9    participate in sports in high school will also have

10    better mental health as a result of participating in

11    sports?

12         A    Yes.

13         Q    Great.  And do you also have children,

14    Dr. Bartlett?

15         A    I do.

16         Q    Do your children play sports?

17         A    Not -- not anymore.

18         Q    Not anymore.  Did they previously play

19    sports?

20         A    Yes.

21         Q    What sports did they play?

22         A    My son played baseball, football, and

Case 3:21-cv-00835 Document 53-8 Filed 10/07/22 Page 11 of 32 PageID #: 899

1    basketball.

2        Q    Do you believe that your son obtained the

3    benefits we just spoke about -- or at least some of

4    them?

5        A    Yes.

6        Q    What benefits do you think your son received

7    from playing sports?

8        A    I think he built self-confidence.  I -- I

9    think responsibility, discipline, how to follow rules,

10   how to follow -- how to -- how to be a good teammate.

11   I think he learned a ton of that stuff.

12       Q    Got it.  And do you have any other children

13   besides the son you're referencing?

14       A    Yeah; I have my daughter.

15       Q    Got it.  And did your daughter also play

16   sports?

17       A    No.

18       Q    No.  Okay.  And then you yourself mentioned

19   you played sports.  What benefits did you personally

20   receive from sports?

21       A    I think you -- the -- I think you --

22   discipline and -- and a responsibility.  I think

 1   there's a lot of things you -- you learn from that,

 2   just by being a good teammate.  Attention to detail.

 3   Responsibility to do your job.  How to get along with

 4   others.

 5        Q    Right.  And for these benefits we're talking

 6   about, will you agree that these benefits carry on

 7   with the student throughout their lives?  They're not

 8   just limited to the period in which they play sports?

 9        A    Yes.

10             MS. JERNIGAN-JOHNSON:  Object to the

11   form.  You can answer.  You can answer.

12             THE WITNESS:  Okay.

13             MR. COSTELLO-VEGA:  Yeah.

14             THE WITNESS:  Yes, I do.

15   BY MR. COSTELLO-VEGA:

16        Q    And actually let me ask one more question.

17   Have you been deposed before, Dr. Bartlett?

18        A    No.

19        Q    Okay.

20        A    Not -- not in this instance.  I think it --

21   I was in a car accident five years ago.

22        Q    Okay.  Sorry to hear that.  Hopefully this

1    is less painful than that.

2          So just to cover a few ground rules.  Your

3    attorney will be objecting throughout the deposition.

4    So please continue to answer the questions as she's

5    making those objections, unless you're specifically

6    told not to speak.

7          And of course give full and complete answers

8    to all of my questions as we go throughout this

9    deposition.  All right.

10          So moving on now to the sports at Farragut

11    High School.  So do you agree that Farragut High

12    School sports provide students with opportunities to

13    build discipline?

14    A    Yes.

15    Q    Do you agree that participating in sports at

16    Farragut High School provides students the ability to

17    become more accountable and more responsible?

18    A    Yes.

19    Q    Do you believe that participating in sports

20    at Farragut High School helps students build teamwork

21    and resilience throughout their lives?

22    A    Yes.

1      Q    Do you agree that participating in sports at

2    Farragut High School provides a foundation for

3    lifelong friendships and self-esteem?

4      A    Yes.

5      Q    And do you agree that the benefits I just

6    listed now are benefits that continue throughout a

7    student's lives, not just while they're in high

8    school?

9      A    Yes.

10     Q    Okay.  And in your view, do you agree that

11   even students who might not be top athletes on their

12   team can still receive all of these benefits?

13     A    Yes.

14     Q    And do you agree that these benefits are

15   given to students because they participate in sports,

16   even if they do not win everything that they played?

17              MS. JERNIGAN-JOHNSON:  Object to the

18   form.

19     A    Yes.

20     Q    And to maybe clarify that a bit.  Do you

21   agree that students who participate in sports will not

22   always win on the sports that they play?

1      A     Yes.

2              MS. JERNIGAN-JOHNSON:  Object to the

3   form.

4   BY MR. COSTELLO-VEGA:

5      Q     Yeah, you can answer.  And do you agree that

6   students can derive benefits from sports besides the

7   thrill of victory?

8      A     Yes.

9      Q     Okay.  In your opinion, does participating

10  in school sports help students build friendships at

11  high school?

12     A     Yes.

13     Q     And do you agree that it's important for

14  students at the high school level to build friendships

15  with their peers?

16     A     Yes.

17     Q     Do you think it's important for students in

18  high school to develop opportunities to form a

19  community of similar interests while in high school?

20     A     Yes.

21     Q     And then do you think students at high

22  school often feel pressure to fit in at school?

1     A    I think they do, yes.

2     Q    And do you think that playing on sports

3  teams is a way to help those students relieve that

4  pressure to fit in?

5              MS. JERNIGAN-JOHNSON:  Object to the

6  form.

7     A    I -- I think it helps them build community.

8  Just -- yeah, I mean it helps them build community.  I

9  don't like the idea of fitting in.

10    Q    Got it.  That's fair.  And so do you think

11 that playing on sports in high school helps grow

12 students' confidence?

13    A    Yes.

14    Q    And do you believe that's true of sports at

15 Farragut High School as well?

16    A    Yes.

17    Q    And in your opinion, as a golf coach, did

18 you often mentor students?

19    A    I'm -- I'm not a golf coach.

20    Q    I'm sorry.  In your opinion, as a coach of

21 the teams you mentioned earlier, did you mentor

22 students?

1      A     No.

2      Q     Okay.  Have you ever seen L.E. at school

3  while you were also at school?

4      A     Yes.

5      Q     Have you ever seen L.E. appear to be

6  distressed while at school?

7      A     No.

8      Q     Do you know anything else about L.E. from

9  anyone else other than what you've shared already?

10     A     No.

11     Q     And it sounds like you're aware that L.E.

12 identifies himself as a boy; is that right?

13     A     That's correct.

14     Q     Okay.  Is L.E. treated as a boy by his peers

15 at school?

16     A     I believe so.

17     Q     And then to your knowledge, do teachers and

18 staff at Farragut High School treat L.E. as a boy?

19     A     I think they treat L.E. as a student.  I

20 don't -- I don't know that there's a difference.

21     Q     To clarify.  To give an example, in some

22 classes, they might refer to a student as boys or

Case 3:21-cv-00835  Document 53-8  Filed 10/07/22  Page 18 of 32 PageID #: 906

1  girls.  Is it your understanding that teachers and

2  staff would generally refer to L.E. as a boy?

3       A    I -- I -- if they did so, yes.  They

4  referred to L.E. as L. in class.

5       Q    Okay.  Got it.  And then to your knowledge,

6  does L.E. live his life as a boy generally?

7       A    Yes.

8       Q    And then are you aware of anyone in L.E.'s

9  life who does not treat L.E. like a boy?

10      A    I'm not aware of one.

11      Q    Okay.  So L.E.'s parents.  Have you ever

12  spoken with either Shelley or Mark [sic] Esquivel?

13      A    Not that I'm aware.

14      Q    And have you ever had e-mail communications

15  with either of L.E.'s parents?

16      A    I did and that -- I believe you have that

17  instance.

18      Q    Yeah.  So how many times have you e-mails

19  with Shelly or Mark [sic] Esquivel?

20      A    I believe it's that one e-mail thread.

21      Q    Okay.

22                  MR. COSTELLO-VEGA:  Sam, can we please

Case 3:21-cv-00835  Document 53-8  Filed 10/07/22  Page 19 of 32 PageID #: 907

1  house.  And -- and it signed with the governor.  And

2  we would follow all applicable state law at that

3  point.

4      Q    Got it.  So is the law you're referring to

5  the law that set requirements for participating on

6  school sports team in public schools in Tennessee

7  related to a student's gender?

8      A    I believe that's -- that's the law that I

9  was referring to, yes.  Any law -- any law in the

10  state -- the state voted through that would regulate

11  this, that's what I was referring to.

12      Q    Got it.  And so to your understanding, are

13  the requirements in this law that a student who is

14  transgender is required to participate on the sports

15  team that is associated with their sex as identified

16  on their birth certificate?

17              MS. JERNIGAN-JOHNSON:  Object to the

18  form.

19              MS. BERGMEYER:  -- here --

20              THE WITNESS:  Okay.

21  BY MR. COSTELLO-VEGA:

22      Q    You can go.

1    A    So yes.  Yes.

2    Q    Okay.  And so is it your understanding that

3  L.E. would not be allowed to play on the boys' golf

4  team under this policy at Farragut High School?

5    A    According to state law.  That's correct.

6    Q    Okay.  Were there any other practices

7  besides following state law that you were referring to

8  in this e-mail?

9    A    No.  I mean we -- we have -- we have

10  internal school practices that we -- we have unisex

11  bathroom and stuff like that.  We try to accommodate

12  the students as they need to.

13    Q    Understood.  Does Farragut High School

14  currently allow someone with a birth certificate

15  showing the sex of female to play on a boys' sports

16  team if there's a girls' sports team for that same

17  sport?

18    A    No.

19            MS. JERNIGAN-JOHNSON:  Object to the

20  form.

21            MS. BERGMEYER:  -- a --

22  //

Case 3:21-cv-00835  Document 53-8  Filed 10/07/22  Page 21 of 32 PageID #: 909

1   BY MR. COSTELLO-VEGA:

2        Q     Go ahead and answer.

3        A     No.  We follow state law.

4        Q     Okay.  Are there ever situations where

5   someone who is a girl can play on a boys' sports team

6   or vice versa?

7        A     Yes.

8        Q     Can you talk about that?

9        A     We've had girls that play football.  And --

10       Q     And when was the last time a girl played on

11  a football team --

12       A     Last year.

13       Q     -- Farragut High School?

14       A     Last year.

15       Q     Last year?  So last year, a girl played on

16  the Farragut High School football team?

17       A     Yes.

18       Q     Did you have any concerns about her playing

19  on the football team?

20       A     No.

21       Q     Were there concerns by the team members

22  themselves about her playing on the team?

1              MS. JERNIGAN-JOHNSON:  Object to the

2     form.

3              MS. BERGMEYER:  -- the --

4              THE WITNESS:  Not that I was made

5     aware.

6     BY MR. COSTELLO-VEGA:

7         Q     So to your knowledge, you weren't aware of

8     concerns by the boy members of the team that a girl

9     would be playing on the boys' football team?

10        A     I was not made aware of any concerns.

11        Q     And you yourself did not have any concerns

12    about a girl playing on the boys' football team?

13        A     No.  No concerns at all.

14        Q     Were you aware of any concerns by others in

15    the Farragut High School community, such as parents or

16    teachers, about a girl playing on the boys' football

17    team?

18        A     Not -- not that was expressed to me.  I

19    think there was concerns about making sure that we

20    accommodated her in -- in the facts to make sure she

21    had proper dressing facilities.

22        Q     Understood.  Have a boy or a girl ever

Case 3:21-cv-00835  Document 53-8  Filed 10/07/22  Page 23 of 32 PageID #: 911

1    played -- let me rephrase that.

2         Has a girl ever played on the boys' football

3    team other than this instance at Farragut High School?

4         A    Not since I've been there.  So I don't know

5    anything further.

6         Q    Okay.  Did you have any concerns about the

7    safety of the girl playing on the boys' football team?

8         A    No; we treat her like every other player.

9         Q    Got it.  So moving back to this document.

10   If you could take a look at your signature block at

11   the end of the e-mail.  It looks like it's a quote.

12   "It's all [sic] about the students."  Who said that

13   quote?

14        A    That is me.

15        Q    That is you.  Okay.  And what do you mean

16   by, "it's all [sic] about the students"?

17        A    A lot of times in education, people make

18   decisions that -- that aren't student-based.  And --

19   and they -- they try to -- I -- I don't -- the reason

20   I'm in this job is for kids.  I'm not in this job to

21   make my name or make -- to build a brand or anything

22   like that.  So it -- I -- we refer to our school --

1    members of the TSSAA?

2         A    I --

3                   MS. JERNIGAN-JOHNSON:  Object to the

4    form.

5         A    I believe so.  I wouldn't -- I -- there may

6    be -- there may be some fluke one that's not, but I

7    don't know one.

8         Q    Got it.  But Farragut High School is a

9    member of TSSAA; is that right?

10        A    Yes.

11        Q    And so that means that Farragut High School

12   must comply with TSSAA policies?

13        A    Yes.

14        Q    Okay.  And so it sounds like you have not

15   reviewed this policy before; is that correct?

16        A    That's correct.

17        Q    Were you aware of any TSSAA policies

18   governing the participation of transgender students in

19   school sports?

20                   MS. JERNIGAN-JOHNSON:  Object to the

21   form.

22        A    Not prior to this issue coming up.

Case 3:21-cv-00835  Document 53-8  Filed 10/07/22  Page 25 of 32 PageID #: 913

1      Q    Okay.  And so let me turn now to this

2  policy.  The first paragraph, it says, "the

3  TSSAA/TMSAA allows participation for all students,

4  regardless of their gender identity or expression."

5  Do you see that?

6      A    Yes.

7      Q    And then in the very last sentence of this

8  paragraph, it says, "this policy is designed to create

9  a framework in which the participation may occur in a

10 safe and healthy manner that is fair to all

11 competitors."  Do you see that?

12     A    Yes.

13     Q    And then underneath the second heading of

14 Gender Identity Policy/Procedure, in that paragraph,

15 it states, "all students should have the opportunity

16 to participate in TSSAA/TMSAA activities in a manner

17 that is consistent with their gender identity,

18 irrespective of the gender listed on the student's

19 records," is that right?

20     A    Yes.

21     Q    Okay.  And so talking about this policy, to

22 your knowledge, is this policy still the current

1  policy of the TSSAA?

2           MS. JERNIGAN-JOHNSON:  Object to the

3  form.

4           MS. BERGMEYER:  Object to form.

5     A    I -- I would have no knowledge of that what

6  their policy currently is.

7     Q    Do you have any knowledge that this policy

8  was ever used at Farragut High School?

9     A    I have no knowledge of that.

10    Q    Who is responsible for enforcing TSSAA

11  policies at Farragut High School?

12    A    The athletic director and myself.

13    Q    And so you've never, to your memory, had to

14  enforce this policy.

15    A    I've never had to enforce that policy.

16    Q    In your opinion, shouldn't this policy be

17  revised in light of the law, if it has not been

18  already?

19           MS. JERNIGAN-JOHNSON:  Object to the

20  form.

21           MS. BERGMEYER:  Object to form.

22    A    In -- in my opinion, that policy isn't worth

1    the paper it's written on because of state law that
2    supersedes that policy.
3        Q    Okay.  And would it be your understanding
4    that the Knox County Schools policies would also
5    supersede this policy?
6        A    Absolutely.
7        Q    Okay.  So let's talk again about the
8    benefits of sports.  So earlier, we talked for quite a
9    bit about the benefits students get from playing
10   sports in high school.
11            Do you think that transgender students who
12   play sports would receive the same benefits?
13            MS. JERNIGAN-JOHNSON:  Object to the
14   form.
15       A    Yes.
16       Q    Do you think transgender students who
17   participate in school sports strive to improve their
18   performance in those sports?
19       A    Yes.
20       Q    Do you think transgender students who play
21   in school sports want to experience the satisfaction
22   of victory?

1       A     Yes.

2       Q     Do you think transgender students who play

3  in school sports benefit by becoming more accountable

4  and responsible?

5       A     Yes.

6       Q     Do you think transgender students who

7  participate in school sports would benefit from a

8  higher degree of physical fitness because they play

9  sports?

10      A     Yes.

11      Q     Do you think transgender students who

12 participate in school sports would also receive mental

13 health benefits from participating in school sports?

14                   MS. BERGMEYER:  -- form --

15      A     Yes.

16      Q     Do you think transgender students who play

17 in school sports would benefit even if they do not win

18 sports competitions?

19                   MS. BERGMEYER:  Form --

20      A     Yes.

21      Q     Do you think transgender students who play

22 in school sports would have the ability to build a

Case 3:21-cv-00835  Document 53-8  Filed 10/07/22  Page 29 of 32 PageID #: 917

```
 1    community of their peers through playing school
 2    sports?
 3                     MS. JERNIGAN-JOHNSON:  Object to the
 4    form.
 5                     MS. BERGMEYER:  -- form.
 6         A    Yes.
 7         Q    Do you think transgender students who play
 8    in school sports are able to get mentorship from
 9    coaches and other athletic staff?
10                     MS. JERNIGAN-JOHNSON:  Object to the
11    form.
12                     MS. BERGMEYER:  -- form.
13         A    Yes.
14         Q    And as you've said earlier, would you agree
15    that the mentorship that coaches provide is beneficial
16    to students?
17                     MS. JERNIGAN-JOHNSON:  Object to the
18    form.
19                     MS. BERGMEYER:  Object to form.
20         A    Yes.
21         Q    And so you would agree that the mentorship
22    coaches provide through school sports would also
```

Case 3:21-cv-00835  Document 53-8  Filed 10/07/22  Page 30 of 32 PageID #: 918

1          CERTIFICATE OF DEPOSITION OFFICER

2               I, JANEL B. FOLSOM, the officer before whom

3    the foregoing proceedings were taken, do hereby

4    certify that any witness(es) in the foregoing

5    proceedings, prior to testifying, were duly sworn;

6    that the proceedings were recorded by me and

7    thereafter reduced to typewriting by a qualified

8    transcriptionist; that said digital audio recording of

9    said proceedings are a true and accurate record to the

10   best of my knowledge, skills, and ability; that I am

11   neither counsel for, related to, nor employed by any

12   of the parties to the action in which this was taken;

13   and, further, that I am not a relative or employee of

14   any counsel or attorney employed by the parties

15   hereto, nor financially or otherwise interested in the

16   outcome of this action. _Janel B. Folsom_


17                                    JANEL B. FOLSOM

18                         Notary Public in and for the

19                            Commonwealth of Virginia

20

21

22

1                    CERTIFICATE OF TRANSCRIBER

2              I, ALICE AMUSIN, do hereby certify that this

3     transcript was prepared from the digital audio

4     recording of the foregoing proceeding, that said

5     transcript is a true and accurate record of the

6     proceedings to the best of my knowledge, skills, and

7     ability; that I am neither counsel for, related to,

8     nor employed by any of the parties to the action in

9     which this was taken; and, further, that I am not a

10    relative or employee of any counsel or attorney

11    employed by the parties hereto, nor financially or

12    otherwise interested in the outcome of this action.

13

14

15                             ALICE AMUSIN

16

17

18

19

20

21

22