# EXHIBIT 9

1              UNITED STATES DISTRICT COURT

2              MIDDLE DISTRICT OF TENNESSEE

3    _____

4    L.E., by his next friends and

5    parents, SHELLEY ESQUIVEL and

6    MARIO ESQUIVEL

7              Plaintiff

8        v.                              No.

9    BILL LEE, in his official          3:21-cv-00835

10   capacity as Governor of

11   Tennessee; PENNY SCHWINN, in her

12   official capacity as the

13   Tennessee Education

14   Commissioner; TENNESSEE STATE

15   BOARD OF EDUCATION; SARA HEYBURN

16   MORRISON, in her official

17   capacity as the Executive

18   Director of the Tennessee State

19   Board of Education; NICK

20   DARNELL, MIKE EDWARDS, ROBERT

21   EBY, GORDON FERGUSON, ELISSA

22   KIM, LILIAN HARTGROVE, NATE

1   MORROW, LARRY JENSEN, DARRELL

2   COBBINS, and EMILY HOUSE, the

3   individual members of the

4   Tennessee State Board of

5   Education, in their official

6   capacities; KNOX COUNTY BOARD OF

7   EDUCATION a/k/a KNOX COUNTY

8   SCHOOLS a/k/a KNOX COUNTY SCHOOL

9   DISTRICT; ROBERT M. "BOB"

10  THOMAS, in his official capacity

11  as Director of Knox County

12  Schools

13              Defendants

14  _____

15          VIDEOCONFERENCE DEPOSITION OF

16          JONATHAN FRANKLIN HIGGINS

17  DATE:          Monday, July 25, 2022

18  TIME:          11:15 a.m.

19  LOCATION:      Remote Proceeding

20                 Washington, D.C. 20005

21  REPORTED BY:   Janel B. Folsom, Notary Public

22  JOB NO.:       5338660

```
1                A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFF L.E., BY HIS NEXT FRIENDS AND

3    PARENTS, SHELLEY ESQUIVEL AND MARIO ESQUIVEL:

4         JOHN W. O'TOOLE, ESQUIRE (by videoconference)

5         WilmerHale LLP

6         1875 Pennsylvania Avenue Northwest

7         Washington, D.C. 20001-3642

8         john.o'toole@wilmerhale.com

9         (202) 663-6256

10

11   ON BEHALF OF DEFENDANTS KNOX COUNTY BOARD OF EDUCATION

12   A/K/A KNOX COUNTY SCHOOLS A/K/A KNOX COUNTY SCHOOL

13   DISTRICT AND ROBERT M. "BOB" THOMAS, IN HIS CAPACITY

14   AS DIRECTOR OF KNOX COUNTY SCHOOLS:

15        JESSICA G. A. JERNIGAN-JOHNSON, ESQUIRE (by

16        videoconference)

17        Knox County Law Director's Office

18        400 Main Street, Suite 612

19        Knoxville, Tennessee 37902-2495

20        jessica.johnson@knoxcounty.org

21        (865) 215-2327

22
```

Case 3:21-cv-00835  Document 53-9  Filed 10/07/22  Page 4 of 28 PageID #: 924

1              A P P E A R A N C E S (Cont'd)

2     ON BEHALF OF DEFENDANTS BILL LEE, IN HIS OFFICIAL

3     CAPACITY AS GOVERNOR OF TENNESSEE; PENNY SCHWINN, IN

4     HER OFFICIAL CAPACITY AS THE TENNESSEE EDUCATION

5     COMMISSIONER; TENNESSEE STATE BOARD OF EDUCATION; SARA

6     HEYBURN MORRISON, IN HER CAPACITY AS THE EXECUTIVE

7     DIRECTOR OF THE TENNESSEE BOARD OF EDUCATION; AND NICK

8     DARNELL, MIKE EDWARDS, ROBERT EBY, GORDON FERGUSON,

9     ELISSA KIM, LILLIAN HARTGROVE, NATE MORROW, LARRY

10    JENSEN, DARRELL COBBINS, AND EMILY HOUSE, THE

11    INDIVIDUAL MEMBERS OF THE TENNESSEE STATE BOARD OF

12    EDUCATION, IN THEIR OFFICIAL CAPACITIES:

13            STEPHANIE A. BERGMEYER, ESQUIRE (by

14            videoconference)

15            Office of Tennessee Attorney General

16            315 Deaderick Street, 20th Floor

17            Nashville, Tennessee 37243-0001

18            stephanie.bergmeyer@ag.tn.gov

19            (615) 741-6828

20

21

22

Case 3:21-cv-00835 Document 53-9 Filed 10/07/22 Page 5 of 28 PageID #: 925

```
 1            A P P E A R A N C E S (Cont'd)
 2      ALSO PRESENT:
 3           Sasha Buchert, Esq., Lambda Legal Defense and
 4           Education Fund Inc. (by videoconference)
 5           Thomas F. Costello-Vega, Esq., WilmerHale, LLP
 6           (by videoconference)
 7           Clark L. Hildabrand, Esq., Office of Tennessee
 8           Attorney General (by videoconference)
 9           Brandon Townsend, Office of Tennessee Attorney
10           General (by videoconference)
11           Jerry Curran, Technician, CMI Production Services
12           (by videoconference)
13
14
15
16
17
18
19
20
21
22
```

Case 3:21-cv-00835 Document 53-9 Filed 10/07/22 Page 6 of 28 PageID #: 926

```
1                        I N D E X
2    EXAMINATION:                                    PAGE
3         By Mr. O'Toole                             11
4         By Ms. Bergmeyer                           86
5         By Mr. O'Toole                             94
6
7                      E X H I B I T S
8    NO.              DESCRIPTION                     PAGE
9    Exhibit 1        NFHS About Us Article          27
10   Exhibit 2        Excerpts from Farragut Golf
11                    Twitter Account, Dated 8/19/2021  32
12   Exhibit 3        Farragut High School
13                    Requirements to Play Golf      42
14   Exhibit 4        2022-23 TSSAA Handbook         54
15   Exhibit 5        TSSAA/TMSAA Transgender Policy  61
16   Exhibit 6        Knox County Board of Education
17                    Policy, Interscholastic
18                    Athletics                      74
19   Exhibit 7        Excerpts from Farragut Golf
20                    Twitter Account, Dated 9/27/2021  92
21                       (Exhibits attached.)
22
```

1   and sex.

2       Q    Okay.  So the wellness course includes sex

3   education, as well as physical and mental health?  Is

4   that --

5       A    Yes.

6       Q    -- right?  Okay.  But physical education is

7   more like a gym class?

8       A    Yes.

9       Q    Okay.  But you can opt out of the physical

10  education class by playing a varsity sport.  Is that

11  right?

12      A    Yes.

13      Q    But you cannot opt out of the wellness

14  class.  Is that right?

15      A    No, sir.

16      Q    Okay.  When do students generally take the

17  wellness class?

18      A    Well this upcoming year, I think we're --

19  it's going back to a sophomore class.  But in the

20  years prior, it was the freshman class.

21      Q    Okay.  You are the golf coach of both the

22  boys' team and the girls' team, correct?

Case 3:21-cv-00835-Document 53-9  Filed 10/07/22  Page 8 of 28 PageID #: 928

1    A    Yes, sir.

2    Q    And as you said, you're the only golf coach

3  at Farragut High School currently, right?

4    A    Yes, sir.  I've got a volunteer helping me

5  right now, while I'm on vacation.

6    Q    Okay.  What are your responsibilities as the

7  golf coach?

8    A    To set up practices, conduct practices, set

9  up matches, and give lineups for matches, and oversee

10  matches and district tournament and region tournament.

11    Q    Okay.  Sounds like a lot to do alone.  And

12  does Farragut High School have a junior varsity golf

13  team?

14    A    The golf season is tricky.  So we don't

15  technically have a junior varsity team, but if we

16  needed to play a JV match or two, we probably could.

17    Q    What do you mean that the season is tricky?

18    A    You get 14 dates to play golf matches.  And

19  in -- in those 14 days are included are JV matches.

20  So most teams don't have JV matches.

21       We don't play JV matches 'cause they have to

22  played on the same day and most teams don't have two

1      A     ESPN, Sports Illustrated, Golf Digest,

2   things like that.

3      Q     Okay.  Do you read Golf Digest to help you

4   as a coach of golf?

5      A     And as a player of golf.

6      Q     Okay.  How long have you been playing golf?

7      A     Fifteen years.

8      Q     Do you do it as a hobby?

9      A     Yes.

10     Q     Have you ever played golf professionally?

11     A     No.

12     Q     Okay.  In your review of sports trade press,

13   have you ever read articles about the benefits of

14   sports for high school students?

15     A     Not that I'm aware of, no.

16     Q     Okay.

17               MR. O'TOOLE:  I'd like to introduce as

18   Exhibit 1 -- which is tab 2, Sasha.  It's an article

19   from NFHS.

20               Just let me know when you have it up in

21   the Exhibit Share, Mr. Higgins.

22   //

1          (Exhibit 1 was marked for

2          identification.)

3          THE WITNESS:  Yes.

4          MR. O'TOOLE:  You got it?

5    BY MR. O'TOOLE:

6      Q    Have you seen this document before?

7      A    Not that I'm aware of, no.

8      Q    Okay.  You can take the time to review it.

9    I'm just going to sort of use this as a framework for

10   our conversation.

11     A    Mm-hmm.

12     Q    If you can look at the first page, in the

13   first paragraph, beginning with, "the NFHS"?

14     A    Mm-hmm.

15     Q    It says, "the NFHS, based in Indianapolis,

16   Indiana, is the national leader and advocate for high

17   school athletics, as well as fine and performing arts

18   programs."  Do you see that?

19     A    Yes.

20     Q    Okay.  And then in the next paragraph, the

21   first line says, "the NFHS writes playing rules for

22   high school sports and provides guidance on a

Case 3:21-cv-00835  Document 53-9  Filed 10/07/22  Page 11 of 28 PageID #: 931

1  multitude of national issues."  Do you see that?

2      A    Yes.

3      Q    Is that generally consistent with your

4  knowledge of what the NFHS does?

5      A    Yes.

6      Q    Okay.  And then if you can go to the second

7  page.

8      A    Yes.

9      Q    And the second paragraph, starting with,

10  "participating"?

11      A    Yes.

12      Q    It says, "participating in high school

13  athletics has long-lasting, definitive benefits,

14  especially when athletic leaders create an environment

15  that challenges and rewards the growth mindset."  Do

16  you see that?

17      A    Yes.

18      Q    Do you agree, generally, with that premise

19  that participation in high school sports has

20  definitive benefits for students?

21      A    I do.

22      Q    Okay.  And what are some of those benefits

Case 3:21-cv-00835  Document 53-9  Filed 10/07/22  Page 12 of 28 PageID #: 932

1  that you observed your students getting from playing

2  sports?

3      A    As I said, with myself, I think discipline,

4  accountability, responsibility, teamwork.  These are

5  all things that I preach to my kids that they'll need

6  as they grow older.

7      Q    Great.

8      A    How to deal with adversity.  Things of that

9  nature.

10      Q    Mm-hmm.  So resilience, for example?

11      A    Yes.

12      Q    Okay.  And this may be obvious, but

13  participating in high school sports also has physical

14  benefits, correct?

15      A    Yes.

16      Q    What sorts of competitive skills do you

17  think make a good basketball player?

18      A    What's their work ethic like, their

19  determination.  Really, that's -- to be a good

20  basketball player in high school level, that's about

21  all you really need.  Can you work hard?  And can

22  you -- are you determined to get better?

Case 3:21-cv-00835 Document 53-9 Filed 10/07/22 Page 13 of 28 PageID #: 933

1    Q    Also just like to go back to this article.
2    In the third paragraph, it says, "three of the most
3    important participation takeaways that students
4    continue to practice after graduation are, one, a
5    stronger sense of self-confidence in building
6    relationships with others and having an expanded
7    capacity for empathy; two, developing a better
8    understanding of self and in so doing understanding
9    how their actions affect others; and three, building
10   foundations for lifelong fitness habits."  Do you see
11   that?

12   A    Yes.

13   Q    Do you generally agree that those are some
14   of the benefits students may derive from participating
15   in sports?

16   A    Yes.  Yes.

17   Q    All right.  Great.  Back to basketball.  In
18   basketball, athletes often come into physical contact
19   with one another; is that right?

20   A    Yes.

21   Q    So for example, if you and I were playing
22   and you went for a shot and I hit you, you may --

Case 3:21-cv-00835  Document 53-9  Filed 10/07/22  Page 14 of 28 PageID #: 934

1   there may a foul declared, correct?

2        A    Yes.

3        Q    And that physical interference could injure

4   you or me, correct?

5        A    Yes.

6        Q    But you, in your personal capacity as a

7   basketball player, you understand that risk of injury

8   any time you take the court, right?

9        A    Yes.

10       Q    And you willingly take on that risk; is that

11  right?

12       A    Yes.

13       Q    In golf, players generally don't come into

14  physical contact with one another; is that right?

15       A    No.

16       Q    And that's because, generally, golfers take

17  their turn to swing on a particular hole, right?

18       A    Yes.

19                 MS. JERNIGAN-JOHNSON:  Object to the

20  form.

21  BY MR. O'TOOLE:

22       Q    So it's rare for two golfers to end up

1   hitting each other, for example, right?

2        A     Yes.

3        Q     Okay.  So would you say that in golf, the

4   risk of injury due to physical contact is less than it

5   is in basketball?

6        A     Yes.

7        Q     What competitive skills would you say make a

8   good golfer?

9        A     Determination, hard work, mental toughness.

10  And then the physical attributes of being a good

11  athlete -- swing speed, strength, etc., etc., etc.

12                  MR. O'TOOLE:  I'd like to introduce

13  Exhibit 2.  Sasha, that's tab 3.  These are excerpts

14  from the Farragut Golf Twitter account.

15                  (Exhibit 2 was marked for

16                  identification.)

17                  THE WITNESS:  Okay.

18                  MR. O'TOOLE:  Just let me know when you

19  have those up.

20                  THE WITNESS:  Yes.

21  BY MR. O'TOOLE:

22        Q     Do you recognize these as excerpts from the

1  transgender student could not try out for your boys'

2  golf team?

3         A    No.

4         Q    Okay.

5                   MR. O'TOOLE:  I'd like to introduce as

6  Exhibit 6 -- it's tab 8, Sasha.  Just let me know when

7  you have it up.

8                   (Exhibit 6 was marked for

9                   identification.)

10                  THE WITNESS:  Yes.

11 BY MR. O'TOOLE:

12        Q    Have you seen this document before?

13        A    Yes.

14        Q    Okay.  What do you know about this document?

15        A    It's the Knox County's policy for sports.

16        Q    Okay.  And are you given this policy before

17 the start of a new school year to review?

18        A    No.

19        Q    But this policy's accessible to you?

20        A    Yes.

21        Q    Okay.  And how so?

22        A    I -- I can go get it if I need to, but,

1 generally, we talk to Coach Dodgen.  Dodgen -- Coach

2 Dodgen lets us know new things we need to be on the

3 lookout for.

4      Q    Okay.  So this is an example of a policy

5 where you would check with Coach Dodgen to see to make

6 sure that you were aligned with that policy; is that

7 right?

8                MS. JERNIGAN-JOHNSON:  Object to the

9 form.

10      A    This is a policy in which he tells us each

11 year, "there's been changes to the policy."

12      Q    Okay.  So if you look at the top and, as you

13 can see, in this document there's some red lettering

14 and some black lettering.  If you look at the top

15 right-hand corner, there's a box called Review.

16      A    Yep.

17      Q    And 5-17 is crossed out.

18      A    Mm-hmm.

19      Q    And then 7 dash [sic] 21 looks like it's

20 been added, right?

21      A    Yes.

22      Q    Do you understand that to mean July 21?

1      A    Yes.

2      Q    Okay.  And in lines 15 to 18, there's some

3   red text.

4      A    Yes.

5      Q    Do you understand that to be an addition to

6   this policy?

7      A    Yes.

8      Q    Okay.  And so it says here, "a student's

9   gender for purposes of participation in middle or high

10  school athletics is determined by the student's sex at

11  the time of the student's birth."

12          "A valid original birth certificate must be

13  provided for this purpose."  Do you see that?

14     A    Yes.

15     Q    When a policy changes, how quickly does

16  Mr. Dodgen usually let you know that the policy has

17  changed?

18     A    Not -- if it pertains to my sport, probably

19  pretty soon.

20     Q    Okay.  Now, is this policy sports-specific?

21     A    No.

22     Q    So it would apply to all sports, correct?

1      A     Yes.

2      Q     Okay.  So this change it looks like was

3  implemented in July 2021, right?

4      A     Mm-hmm, yes.

5      Q     So you would expect Mr. Dodgen to have

6  informed you shortly thereafter of this policy change;

7  is that right?

8      A     Probably at our coaches' meeting during that

9  first week of school.

10     Q     Okay.  And is the first week of school in

11 August?

12     A     I think last year we started July 29th.  So

13 somewhere around there, yes.

14     Q     Okay.  So around roughly July 2021 is when

15 you would've seen this updated or been communicated

16 this updated policy; is that --

17     A     Yes.

18     Q     -- accurate?  Okay.  Prior to this addition,

19 did you ever require a student to present their birth

20 certificate to try out for your golf team?

21     A     No.

22     Q     Do you currently require a student to

1  present their birth certificate to try out for your

2  golf team?

3      A    I have not.

4      Q    Okay.  Do you know of other coaches who

5  have?

6      A    I do not.

7      Q    In your capacity as a Farragut High School

8  coach though, you are obligated to comply with Knox

9  County Board of Education policies, right?

10     A    Yes.

11     Q    Okay.  So if you are not requiring a student

12 to present their birth certificate, that may be a

13 technical violation of this policy, right?

14             MS. JERNIGAN-JOHNSON:  Object to the

15 form.

16     A    I'm not sure.

17     Q    Under this policy, where it says, "a

18 student's gender for purposes of participation in

19 middle or high school athletics is determined by the

20 student's sex at the time of the student's birth,"

21 that means that if a student who was born female tries

22 out for your boys' golf team, they are not eligible to

Case 3:21-cv-00835  Document 53-9  Filed 10/07/22  Page 21 of 28 PageID #: 941

1    participate on that boys' golf team, right?

2        A    Mmm.  Based on that, yes.

3        Q    Okay.  And when you say, "yes," you mean

4    they are not eligible, correct?

5        A    Yes.

6        Q    And under this policy, would you agree that

7    a female student would not be eligible to try out for

8    the football team?

9                MS. JERNIGAN-JOHNSON:  Object to the

10   form.

11   BY MR. O'TOOLE:

12       Q    You can answer.

13       A    I'm not sure.

14       Q    What would be different between trying out

15   for your boys' golf team and trying out for the

16   football team?

17       A    I'm not sure.  I don't coach golf -- I mean

18   coach football.

19       Q    Okay.  But with respect to your golf team,

20   if a female student tried to try out for the boys'

21   team, to comply with that policy, that female student

22   would not be able to be eligible to try out for your

```
 1   golf team, right?
 2               MS. JERNIGAN-JOHNSON:  Object to the
 3   form.
 4        A    For my boys' team, yes.  They would not be
 5   eligible.
 6        Q    Okay.  And you'll notice that there's some
 7   footnotes here; it's on the second page.
 8        A    Mm-hmm.
 9        Q    Footnote TCA --
10        A    Yeah.
11        Q    -- Section 496310 [sic].
12        A    Yes.
13        Q    Do you know what that's a reference to?
14        A    No.
15        Q    Okay.  So before the addition of this
16   language in red to the Knox County Board of Education
17   policy, were you aware of any restrictions on
18   transgender students' ability to try out for your golf
19   team?
20        A    No.
21               MS. JERNIGAN-JOHNSON:  Object to the
22   form.
```

1      A      No.

2      Q      What about trying out for any team at

3  Farragut High School?

4              MS. JERNIGAN-JOHNSON:  Object to the

5  form.

6      A      I was not.

7      Q      And this addition to the policy -- strike

8  that.

9              This language in the Knox County Board of

10  Education policy as revised differs from the language

11  that was in Exhibit 5 -- the TSSAA Transgender

12  Policy -- right?

13              MS. JERNIGAN-JOHNSON:  Object to the

14  form.

15              MS. BERGMEYER:  Form.

16              THE WITNESS:  Yes.

17              MR. O'TOOLE:  Yeah.

18  BY MR. O'TOOLE:

19      Q      Because that TSSAA Transgender Policy would

20  have allowed a student like L.E. to try out for your

21  golf team if they met the eligibility requirements,

22  right?

Case 3:21-cv-00835  Document 53-9  Filed 10/07/22  Page 24 of 28 PageID #: 944

1          MS. BERGMEYER:  -- to form.

2     A    I'm not sure.

3     Q    Okay.  Let's go back to Exhibit 5.  Just let

4  me know when you have it open.

5     A    I do.

6     Q    Okay.  So on the bottom of page 1, it says

7  Steps Required for Consideration to Participate?

8     A    Mm-hmm, yes.

9     Q    And it lists a number of requirements,

10 including Notice to the School, Notice to the

11 TSSAA/TMSAA, Necessary Documentation, Referral to

12 Gender Identity Eligibility Committee, and

13 Notification, right?

14    A    Yes.

15    Q    And then above that, under Gender Identity

16 Policy and [sic] Procedure, it says, "all students

17 should have the opportunity to participate in

18 TSSAA/TMSAA activities in a manner that is consistent

19 with their gender identity, irrespective of the gender

20 listed on a student's records," right?

21    A    Yes.

22    Q    And then it says, "once the student has been

1 granted eligibility to participate in the sport

2 consistent with his or [sic] her gender identity, the

3 eligibility is granted for the duration of the

4 student's participate and does not need to be renewed

5 every sports season or school year," right?

6     A   Yes.

7     Q   So under this policy, a student like L.E. --

8 who identified as female but wants to try out for your

9 boys' golf team -- would have been able to if they met

10 these eligibility requirements, right?

11           MS. JERNIGAN-JOHNSON:  Object to the

12 form.

13     A   That's what that means, yes.

14     Q   Okay.  But it's your understanding that

15 under the revised Knox County Board of Education

16 policy, that that is no longer true, right?

17     A   Yes.

18     Q   Mr. Higgins, are you aware of any student

19 who has not been able to join either your team or

20 another team at Farragut High School because their

21 spot on the team was taken by a transgender student?

22     A   I am not aware, no.

Case 3:21-cv-00835 Document 53-9 Filed 10/07/22 Page 26 of 28 PageID #: 946

1          CERTIFICATE OF DEPOSITION OFFICER

2              I, JANEL B. FOLSOM, the officer before whom

3     the foregoing proceedings were taken, do hereby

4     certify that any witness(es) in the foregoing

5     proceedings, prior to testifying, were duly sworn;

6     that the proceedings were recorded by me and

7     thereafter reduced to typewriting by a qualified

8     transcriptionist; that said digital audio recording of

9     said proceedings are a true and accurate record to the

10    best of my knowledge, skills, and ability; that I am

11    neither counsel for, related to, nor employed by any

12    of the parties to the action in which this was taken;

13    and, further, that I am not a relative or employee of

14    any counsel or attorney employed by the parties

15    hereto, nor financially or otherwise interested in the

16    outcome of this action.        *Janel B. Folsom*

17                                        JANEL B. FOLSOM

18                                Notary Public in and for the

19                                Commonwealth of Virginia

20

21

22

1     CERTIFICATE OF TRANSCRIBER

2    I, ALICE AMUSIN, do hereby certify that this

3 transcript was prepared from the digital audio

4 recording of the foregoing proceeding, that said

5 transcript is a true and accurate record of the

6 proceedings to the best of my knowledge, skills, and

7 ability; that I am neither counsel for, related to,

8 nor employed by any of the parties to the action in

9 which this was taken; and, further, that I am not a

10 relative or employee of any counsel or attorney

11 employed by the parties hereto, nor financially or

12 otherwise interested in the outcome of this action.

13

14

15       ALICE AMUSIN

16

17

18

19

20

21

22