# EXHIBIT 14

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| L.E., by his next friends and parents, SHELLEY ESQUIVEL and MARIO ESQUIVEL, <br><br> Plaintiff, <br><br> v. <br><br> BILL LEE, et al., <br><br> Defendants. | Case No. 3:21-cv-00835 <br><br> Chief Judge Waverly D. Crenshaw Jr. <br> Magistrate Judge Alistair E. Newbern <br><br> **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS PENNY SCHWINN, TENNESSEE STATE BOARD OF EDUCATION, SARA HEYBURN MORRISON, and the INDIVIDUAL MEMBERS OF THE TENNESSEE STATE BOARD OF EDUCATION (NOS. 1 - 8)** |

## RESPONSE OF THE TENNESSEE STATE BOARD OF EDUCATION

The Tennessee State Board of Education, its Executive Director, in her official capacity, and Members, in their official capacity, ("the Board") objects and responds to Plaintiff's First Set of Interrogatories as follows. The Board objects to the definition of "interscholastic sports" as overbroad because it (1) includes elementary schools and colleges, schools to which Tenn. Code Ann. § 49-6-310 does not apply, and (2) is not limited to public middle school or high school interscholastic athletic activities or events, to which Tenn. Code Ann. § 49-6-310 applies, because it also includes athletic competitions simply among students who attend public schools. Additionally, it objects to the use of masculine pronouns to refer to L.E. because the gender-classification of student athletes is at issue in this case. Accordingly, this response refers to Plaintiff without the use of pronouns.

The Board also objects to the definition of "Board Director" and "State Board" as overbroad and unduly burdensome to the extent it would require a response by each Board employee to the interrogatories below. In addition to the Executive Director and Board Member Defendants, the following persons have been identified as persons who may have information relevant to this lawsuit: Nathan James, Deputy Executive Director for Legislative and External Affairs; Amy Owen, Deputy Executive Director of Policy and Research; and Angela Sanders, General Counsel. The Executive Director, Board Member Defendants, and above-named officials respond to the information available them as provided by Fed. R. Civ. P. 33.

**INTERROGATORY NO. 1:** Identify all PERSONS who provided information in preparation of YOUR Answer to the Complaint, and for each such PERSON, state the following:

(a) Their name, address, and telephone number;

(b) Their relationship to YOU and/or L.E.; and

(c) A detailed description of such information.

**RESPONSE:**

Angela Sanders, General Counsel, 500 James Robertson Parkway, Nashville, Tennessee 37243, (615) 253-5707. The Board objects to providing a detailed description of such information to the extent it is privileged as attorney-client communication or attorney-work product. Notwithstanding that objection, Ms. Sanders provided information as to the allegations about the Board.

**INTERROGATORY NO. 2:** Identify all COMMUNICATIONS, including but not limited to, any complaints or concerns YOU have received from students, teachers, parents, school officials, or school coaches, CONCERNING students who are transgender participating in INTERSCHOLASTIC SPORTS in Tennessee.

**RESPONSE:** In compliance with Fed. R. Civ. P. 33, the Board responds with information available; because the Board helps administer education statewide, it is not a party or person likely to have available information as to particular students. General Counsel Angela Sanders received a phone call from Kenneth Walker, General Counsel, Shelby County Schools on July 7, 2021.

**INTERROGATORY NO. 3:** Identify the number of students who are transgender that YOU are aware of who play or have played INTERSCHOLASTIC SPORTS in Tennessee, and for each student, please specify the sport(s) played by the student and, if applicable, the current grade of that student.

**RESPONSE:** In compliance with Fed. R. Civ. P. 33, the Board responds with information available; because the Board helps administer education statewide, it is not a party or person likely to have available information as to particular students. The Board does not know the identity of transgender students except for Plaintiff L.E.

3

**INTERROGATORY NO. 4:** Identify all students who participated in or are participating in INTERSCHOLASTIC SPORTS in Tennessee who have been denied the opportunity to advance in their respective sports, including by obtaining college scholarships, as a result of students who are transgender participating on sports teams.

**RESPONSE:** In compliance with Fed. R. Civ. P. 33, the Board responds with information available; because the Board helps administer education statewide, it is not a party or person likely to have available information as to particular students. The Board does not know the identity of those students.

**INTERROGATORY NO. 5:** Identify all PERSONS responsible for promulgating POLICIES or rules to implement S.B. 228.

**RESPONSE:**

The entities governing the public schools are responsible for adopting policies.

4

**INTERROGATORY NO. 6:** Identify all the governmental interests advanced by S.B. 228 and how they are advanced by S.B. 228.

**RESPONSE:**

The Board objects that this interrogatory seeks legal determinations and to the extent it seeks information privileged by attorney-work product. Notwithstanding these objections and subject to them, the legislature provided some governmental interests in the whereas clauses of Senate Bill 228 and those interests are advanced by safe and orderly participation in interscholastic athletic activity as provided for in the law.

**INTERROGATORY NO. 7:** Identify all steps YOU have taken to develop POLICIES CONCERNING the implementation and enforcement of S.B. 228, including rulemaking.

**RESPONSE:**

None.

**INTERROGATORY NO. 8:** Describe any impacts the participation of students who are transgender in INTERSCHOLASTIC SPORTS has or had on cisgender students, including the opportunities for cisgender students to participate in school sports, advance in their respective sports, obtain college scholarships, and the safety of cisgender students who participate in INTERSCHOLASTIC SPORTS.

**RESPONSE:** In compliance with Fed. R. Civ. P. 33, the Board responds with information available; because the Board helps administer education statewide, it is not a party or person likely to have available information as to particular students. The Board will rely on experts and disclose them pursuant to Fed. R. Civ. P. 26 and the case management order entered in this lawsuit.

Respectfully Submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/ Stephanie A. Bergmeyer
Stephanie A. Bergmeyer, BPR # 27096
Senior Assistant Attorney General
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Stephanie.Bergmeyer@ag.tn.gov
(615) 741-6828

*Attorney for Governor Lee, Commissioner Schwinn, Dr. Morrison, the individual members of the Tennessee State Board of Education, in their official capacities, and the Tennessee State Board of Education*

7

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and exact copy of this Response has been served by agreement through e-mail on May 13, 2022, to:

Stella Yarbrough
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
syarborough@aclu-tn.org

Leslie Cooper
Taylor Brown
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
lcooper@aclu.org
stbrown@aclu.org

Sasha Buchert
LAMBDA LEGAL DEFENSE AND EDUCATION
FUND INC.
1776 K Street NW, 8th Floor
Washington, DC 20006-5500
sbuchert@lambdalegal.org

Tara L. Borelli
Carl S. Charles
LAMBDA LEGAL DEFENSE AND EDUCATION
FUND INC.
1 West Court Square, Suite 105
Decatur, GA 30030-2556
tborelli@lambdalegal.org
ccharles@lambdalegal.org

Alan Schoenfeld
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street, 45th Floor
New York, NY 10007
Alan.Schoenfeld@wilmerhale.com

**CERTIFICATE OF SERVICE**
**(continued)**

Matthew D. Benedetto
Thomas F. Costello-Vega
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Matthew.Benedetto@wilmerhale.com
Thomas.Costello@wilmerhale.com

Emily L. Stark
Samuel M. Strongin
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Emily.Stark@wilmerhale.com
Samuel.Strongin@wilmerhale.com

                                                                                       s/ Stephanie A. Bergmeyer
                                                                                       Stephanie A. Bergmeyer