# EXHIBIT 22

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

L.E., by his next friend and parents

SHELLEY ESQUIVEL, and MARIO ESQUIVEL

           Plaintiff,

v.s.                                            Case No.

BILL LEE, in his official capacity as     3:21-cv-00835

Governor of Tennessee, et al

           Defendants.

_____

REMOTE DEPOSITION of DR. GREGORY ALLEN BROWN, taken on behalf of the plaintiff, on September 7, 2022, at 10:00 a.m., pursuant to Notice of Taking Deposition, via Zoom, before Lakesha Jackson, Professional Court Reporter, in and for the District of Columbia.

```
 1                  A P P E A R A N C E S
 2
 3
 4         SASHA BUCHERT, Esquire
 5             Lambda Legal
               120 Wall Street, 19th Floor
 6             New York, New York  10005
               Telephone: 212.809.8585
 7
               Counsel for the Plaintiff.
 8
 9         STEPHANIE A. BERGMEYER, Esquire
10             Board of Professional Responsibility
               Of the Supreme Court of Tennessee
11             P.O. Box 20207
               Nashville, Tennessee  37202-4015
12
               Counsel for the Witness.
13
14     ALSO PRESENT:
15                     SAMUEL STRONGIN
                       CLARK HILDABRAND
16                     DAVID SANDERS
                       TARA BORELLI
17
18
19
20
21
22
```

1                         I N D E X

2

3    WITNESS:                                              PAGE

4    DR. GREGORY ALLEN BROWN

5        EXAMINATION BY Ms. BUCHERT..................6

6

7

8                        E X H I B I T S

9    MARKED FOR IDENTIFICATION     DESCRIPTION     PAGE

10   Exhibit No. 1                 Tab 1.............22

11   Exhibit No. 2                 Tab 8.............34

12   Exhibit No. 3                 Tab 4.............37

13   Exhibit No. 4                 Tab 2.............54

14   Exhibit No. 5                 Tab 11............58

15   Exhibit No. 6                 Tab 12............63

16   Exhibit No. 7                 Tab 13............68

17   Exhibit No. 8                 Tab 16............94

18   Exhibit No. 9                 Tab 17............95

19   Exhibit No. 10                Tab 18............110

20   Exhibit No. 11                Tab 19............122

21   Exhibit No. 12                Tab 20............124

22   Exhibit No. 13                Tab 25............126

1  Exhibit No. 14          Tab 24..............129
2  Exhibit No. 15          Tab 21..............138
3  Exhibit No. 16          Tab 23..............140

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

1  providing any testimony about the problem of transgender
2  boys taking opportunities from non-transgender boys in
3  athletics?
4          MS. BERGMEYER:  Object to form.
5          THE WITNESS:  And if I may, I don't think that
6      it's a simple yes-or-no answer, based on the
7      information provided in my expert report.  Because
8      I'm expecting that the individuals who are reading
9      this report will then take the information to make
10     decisions without me necessarily saying this is
11     explicitly my opinion on factor X or factor Y or
12     something like that.
13 BY MS. BUCHERT:
14     Q   Are you providing any testimony about the
15 competitive advantages that transgender boys have
16 against non-transgender boys in athletics?
17     A   Do you mean transgender boys versus cisgender
18 boys?
19     Q   Right.  Cisgender boys, yes.
20     A   No, I have not evaluated that.
21     Q   Great.  Thank you.
22         In fact, there's nothing in your report at all

Page 150

CERTIFICATE OF OATH

I, the undersigned authority, certify that DR. GREGORY ALLEN BROWN personally appeared before me and was duly sworn.

WITNESS my hand and official seal this 7th day of September, 2022

_____

Lakesha Jackson

Notary Public, Commonwealth of Virginia

1  C E R T I F I C A T E
2
3       I, Lakesha Jackson, Professional Court
4  Reporter, do hereby certify that I was authorized
5  to and did stenographically report the deposition
6  of DR. GREGORY ALLEN BROWN; that a review of the
7  transcript was requested; and that the transcript
8  is a true and correct record of my stenographic
9  notes.
10
11       I further certify that I am not a relative,
12  employee, attorney or counsel of any of the
13  parties, nor am I a relative or employee of any of
14  the parties' attorney or counsel connected with the
15  action, nor am I financially interested in the
16  action.
17
18            DATED this 22nd day of September, 2022
19
20  
                 _____
21               Lakesha Jackson
                 Professional Court Reporter
22