# EXHIBIT 23

1              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF TENNESSEE
2                    NASHVILLE DIVISION
3
4     ------------------------------x
5     L.E., by his next friend and   :
6     parents, SHELLEY ESQUIVEL and  :
7     MARIO ESQUIVEL,                :
8                   Plaintiffs,      :
9         vs.                        : Case No.
10    BILL LEE, in his official      : 3:21-CV-00835
11    capacity as Governor of        :
12    Tennessee, et al.,             :
13                  Defendants.      :
14    ------------------------------x
15          VIRTUAL DEPOSITION OF CHAD CARLSON, M.D.
16                     Urbandale, Iowa
17                 Thursday, August 11, 2022
18                        11:06 a.m.
19    Job No: 5368732
20    Pages 1 - 296
21    Reported by:  Cappy Hallock, RPR, CRR

1
2          Virtual Deposition of CHAD CARLSON,
3     M.D., held by Zoom.
4
5
6          Pursuant to Notice, the Virtual
7     Deposition of CHAD CARLSON, M.D. was taken
8     commencing at 11:06 a.m. on Thursday, August 11,
9     2022 before Cappy Hallock, Registered Professional
10    Reporter, Certified Realtime Reporter, and Notary
11    Public in and for the State of Maryland.
12
13
14
15
16
17
18
19
20
21

APPEARANCES:

ON BEHALF OF PLAINTIFFS:
    LI NOWLIN-SOHL, ESQUIRE
    Senior Staff Attorney
    American Civil Liberties Union
    Foundation
    206-348-3163
    lnowlin-sohl@aclu.org
    -and-
    BRITANY RILEY-SWANBECK, ESQUIRE
    Wilmer Cutler Pickering Hale and
    Dorr, LLP
    1875 Pennsylvania Avenue NW
    Washington, D.C. 20006
    202-663-6137
    britany.riley-swanbeck@wilmerhale.com
    -and-

```
 1    APPEARANCES:  (Continued)
 2
 3              SASHA BUCHERT, ESQUIRE
 4              Lambda Legal Defense and Education
 5              Fund, Inc.
 6              1776 K Street, NW, 8th Floor
 7              Washington, D.C. 20006-5500
 8              202-804-6245
 9              sbucher@lambdalegal.org
10
11       ON BEHALF OF DEFENDANT KNOX COUNTY:
12              DAVID M. SANDERS, ESQUIRE
13              JESSICA JERNIGAN, ESQUIRE
14              Senior Deputy Law Director
15              Suite 612, City-County Building
16              400 Main Street
17              Knoxville, Tennessee 37902
18              865-215-2327
19
20
21
```

APPEARANCES: (Continued)

    ON BEHALF OF THE STATE OF TENNESSEE:
        STEPHANIE A. BERGMEYER, ESQUIRE
        TRAVIS ROYER, ESQUIRE
        Senior Assistant Attorney General
        Post Office Box 20207
        Nashville, Tennessee 37202-0207
        615-741-6828
        stephanie.bergmeyer@ag.tn.gov

Also Present: Luna Floyd
              Ana Ribadeneira
              Brandon Townsend

Concierge: Jerry Curran

Reporter: Cappy Hallock, RPR, CRR

I N D E X

Deposition of CHAD CARLSON, M.D.

August 11, 2022

| EXAMINATION BY: | | PAGE |
|---|---|---|
| Ms. Nowlin-Sohl | | 11 |

-o0o-

E X H I B I T S

(exhibits attached)

| CARLSON | | PAGE |
|---|---|---|
| Exhibit 1 | Curriculum Vitae | 22 |
| Exhibit 2 | 6-22-21 Declaration of Dr. Chad T. Carlson, M.D., FACSM | 40 |
| Exhibit 3 | Transgender Identification | 50 |
| Exhibit 4 | 5-25-22 Declaration of Dr. Chad T. Carlson, M.D., FACSM | 63 |
| Exhibit 5 | The UK's Sports Councils Guidance for Transgender Inclusion in Domestic Sport | 72 |

EXHIBITS: (Continued)

| CARLSON | | PAGE |
|---|---|---|
| Exhibit 6 | Physiology of Elite Young Female Athletes | 162 |
| Exhibit 7 | Secular Trends in Health-Related Physical Fitness Among 11-14-year-old Croatian Children and Adolescents from 1999 to 2014 | 181 |
| Exhibit 8 | Circulating Testosterone and the Hormonal Basis of Sex Differences in Athletic Performance | 189 |
| Exhibit 9 | Early Hormonal Treatment Affects Body Composition and Body Shape in Young Transgender Adolescents | 205 |
| Exhibit 10 | Proandrogenic and Antiandrogenic Progestins in Transgender Youth: Differential Effects on Body Composition and Bone Metabolism | 233 |

EXHIBITS: (Continued)

| CARLSON | | PAGE |
|---|---|---|
| Exhibit 11 | Suppression of Endogenous Testosterone Production Attenuates the Response to Strength Training: A Randomized, Placebo-Controlled and Blinded Intervention Study | 241 |
| Exhibit 12 | 4-3-21 Carlson Tweet | 249 |
| Exhibit 13 | Integrating Transwomen and Female Athletes with Differences of Sex Development (DSD) into Elite Competition: The FIMS 2021 Consensus Statement | 252 |
| Exhibit 14 | 10-24-21 Carlson Tweet | 257 |
| Exhibit 15 | The Trans Assault on Freedom | 257 |
| Exhibit 16 | 4-12-21 Carlson Tweet | 263 |
| Exhibit 17 | 3-30-21 Carlson Tweet | 266 |

1  EXHIBITS: (Continued)

2

3  CARLSON                                              PAGE

4  Exhibit 18   Arkansas Passes Controversial          267
5               Bill to Ban Chopping Off Kids'
6               Legs if They Think They're a
7               Mermaid

8  Exhibit 19   7-29-22 Carlson Tweet                  269

9  Exhibit 20   FDA Warns Puberty Blocker May          272
10              Cause Brain Swelling, Vision
11              Loss in Children

12                        -o0o-

13

14

15

16

17

18

19

20

21

1     about that?
2          Q    So you don't know what the rules
3     around transgender athletes' participation are
4     that are at the core of this case?
5               MS. BERGMEYER:  Object to form.
6          A    It's not -- I'm not a -- I wasn't
7     retained to provide advice on policy.  I was
8     retained to provide advice on whether or not there
9     are safety issues that exist in transgender sports
10    participation so I don't know why that would be
11    surprising.
12         Q    Okay.
13         A    I'm happy to look at the statute if
14    you would like to show me.
15         Q    Okay.  Well, I will keep that in mind.
16    Thank you.
17              So can you point me to the section of
18    your report that discusses the participation of
19    transgender boys in interscholastic sports?
20         A    There isn't a section on transgender
21    boys in this paper.

```
 1     one is a natal female.
 2          Q    So I guess I'm asking you where in
 3     your report you talk about safety considerations
 4     of transgender boys playing boys sports.
 5          A    Primary discussion around safety is
 6     going to always concern transgender females who
 7     are participating with cisgender females in a
 8     sport.  Not the sole but the primary.
 9          Q    So looking at nonprimary
10     considerations, can you show me where in your
11     report you are discussing safety considerations of
12     transgender boys participating in boys sports?
13               MS. BERGMEYER:  Object to form.
14          A    I don't believe my report emphasizes
15     that or speaks to that.
16          Q    Okay.
17               I'm going to direct you to Page 4 of
18     your report.
19          A    Numeric Page 4?
20          Q    Yes.  So pdf page 7 and labeled
21     Page 4.
```

```
 1         Q     And do you know what sports he wants
 2    to play?
 3         A     I have been told that this individual
 4    would like to play golf.
 5         Q     Do you have safety concerns about L.E.
 6    playing on the boys golf team?
 7              MS. BERGMEYER:  Object to form and
 8    object to scope.
 9         A     I was hired to, you know, I was hired
10    to create a document that speaks generally to
11    safety and sports issues.  For the most part that
12    pertains to contact or collision sports.  As
13    defined in the paper golf would not be in that
14    category of sport.
15              THE CONCIERGE:  Did you get all that
16    audio, Cappy?
17              THE REPORTER:  Yes.
18              THE WITNESS:  Are you having trouble
19    hearing me?
20              THE CONCIERGE:  I did.  I wanted to be
21    sure that the court reporter got everything down.
```

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830
Case 3:21-cv-00835  Document 53-23  Filed 10/07/22  Page 13 of 17 PageID #: 1281

1  BY MS. NOWLIN-SOHL:
2      Q    I think we captured it, Dr. Carlson.
3  Thank you.
4           So you are saying that golf is not a
5  contact collision sport?
6           MS. BERGMEYER:  Object to form.
7      A    Golf would not be categorized as a
8  contact or collision sport, no, unless you were
9  standing in front of the ball.
10     Q    And you say that your report is
11 limited to contact and collision sports?
12          MS. BERGMEYER:  Object to form.
13     A    My report references safety issues
14 that are implied with or implicated with athletes
15 participating in contact and collision sports, and
16 combat.
17     Q    Are you saying combat?
18     A    Yes, combat, martial arts, that sort
19 of thing.
20     Q    Okay.
21          Are you aware of any combat sports

```
 1     that are played at the middle school or high
 2     school level?
 3          A     No.
 4          Q     So you recognize not providing any
 5     sort of opinion --
 6          A     Let me clarify that for a second.
 7                Not interscholastic but as an example
 8     of a combat sport that young people might
 9     participate in, karate would be one.
10          Q     Do you know if that is offered --
11          A     It's not an interscholastic sport.
12          Q     Okay, thank you.
13                So you say your report is addressing
14     contact and collision and combat sports.  Is
15     cross-country a contact or collision sport?
16          A     I would not classify cross-country as
17     a contact or collision sport.
18          Q     So your report is not saying anything
19     about the safety risk of athletes participating in
20     cross-country?
21          A     It would not speak to that, no.
```

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830
Case 3:21-cv-00835 Document 53-23 Filed 10/07/22 Page 15 of 17 PageID #: 1283

1  Q   I think that's a new question. I'm
2  asking if it automatically means that.
3           MS. BERGMEYER: Object to form.
4  A   I don't know the answer to that. I
5  can't answer that.
6           MS. NOWLIN-SOHL: I think I may be
7  almost done. I'm going to look through and see if
8  there is anything I want to add. So why don't we
9  take a five-minute break and hopefully we can wrap
10 up.
11          (Recess taken -- 6:43 p.m.)
12          (After recess -- 6:49 p.m.)
13 BY MS. NOWLIN-SOHL:
14 Q   Dr. Carlson, I just have a few more
15 questions. So as discussed previously, your
16 report is not expressing concerns about
17 transgender boys participating in interscholastic
18 sports teams, correct?
19 A   It does not speak to that directly,
20 no.
21 Q   And so would you have any concerns if

```
1    UNITED STATES OF AMERICA  )
2    STATE OF MARYLAND         )
3
4              I, CAPPY HALLOCK, the reporter before
5    whom the foregoing deposition was taken, do hereby
6    certify that the witness whose testimony appears
7    in the foregoing deposition was sworn by me; that
8    said deposition is a true record of the testimony
9    given by said witness.
10             I further certify that I am neither
11   counsel for, related to, nor employed by any of
12   the parties to the action in which this deposition
13   was taken; and further that I am not a relative or
14   employee of any attorney or counsel employed by
15   the parties hereto, or financially or otherwise
16   interested in the outcome of this action.
17
18             [signature: Cappy Hallock]

19             _____
20             Cappy Hallock, RPR, CRR
21   My Commission expires January 19, 2025
```