# EXHIBIT 24



# State of Tennessee

## PUBLIC CHAPTER NO. 40

### SENATE BILL NO. 228

**By Hensley, Bailey, Bell, Jackson, Niceley, Pody, Rose, Stevens, White**

Substituted for: House Bill No. 3

By Cepicky, Griffey, Gant, Weaver, Moody, Haston, Lamberth, Rudd, Smith, Ragan, Zachary, Doggett, Eldridge, Jerry Sexton, Reedy, Howell, Williams, Casada, Todd, Calfee, Bricken, Moon, Crawford, Hulsey, Darby, Tim Hicks, Garrett, Helton, Lynn, Hawk, Travis, White, Russell, Rudder, Grills, Cochran, Terry, Warner, Littleton, Powers, Sherrell, Faison, Sparks, Hurt

AN ACT to amend Tennessee Code Annotated, Title 49, relative to school sports.

WHEREAS, girls who compete in interscholastic athletic activities strive to improve their performance in their particular field of competition in order to experience the personal satisfaction of victory, gain opportunities to participate in state and regional events, gain access to opportunities to be recruited and offered athletic scholarships by colleges, and more; and

WHEREAS, it is unfortunate for some girls that those dreams, goals, and opportunities for participation, recruitment, and scholarships can be directly and negatively affected by new school policies permitting boys who are male in every biological respect to compete in girls' athletic competitions if they claim a female gender identity; and

WHEREAS, allowing boys to compete in girls' athletic competitions discriminates against girls by regularly resulting in boys displacing girls in competitive events and excluding specific and identifiable girls from opportunities to compete at higher levels and from public recognition critical to college recruiting and scholarship opportunities that should go to those outstanding female athletes; and

WHEREAS, studies show that boys, on average, can be physically stronger than girls, having more skeletal muscle mass than girls and more upper-body and lower-body strength, which can result in injury to girls if girls participate in contact sports with boys; and

WHEREAS, interscholastic athletic programs in public schools should be conducted in a safe manner to promote continued participation and equitable opportunities for all children, consistent with the rules and guidelines of an association that regulates interscholastic athletics; now, therefore,

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF TENNESSEE:

SECTION 1. Tennessee Code Annotated, Title 49, Chapter 6, Part 3, is amended by adding the following new section:

(a) A student's gender for purposes of participation in a public middle school or high school interscholastic athletic activity or event must be determined by the student's sex at the time of the student's birth, as indicated on the student's original birth certificate. If a birth certificate provided by a student pursuant to this subsection (a) does not appear to be the student's original birth certificate or does not indicate the student's sex upon birth, then the student must provide other evidence indicating the student's sex at the time of birth. The student or the student's parent or guardian must pay any costs associated with providing the evidence required under this subsection (a).

(b) The state board of education, each local board of education, and each governing body of a public charter school shall adopt and enforce policies to ensure compliance with subsection (a) in the public schools governed by the respective entity.

(c) As used in this section:

    (1) "High school" means a school in which any combination of grades nine through twelve (9-12) are taught; and

    (2) "Middle school" means a school in which any combination of grades five through eight (5-8) are taught.

   (d) This section does not apply to students in any grade kindergarten through four (K-4).

SECTION 2. This act shall take effect upon becoming a law, the public welfare requiring it, and shall apply to the 2021-2022 school year and each school year thereafter.

SENATE BILL NO. 228

PASSED: March 22, 2021

RANDY McNALLY
*SPEAKER OF THE SENATE*

CAMERON SEXTON, *SPEAKER*
*HOUSE OF REPRESENTATIVES*

APPROVED this 26 day of March 2021

BILL LEE, *GOVERNOR*