# EXHIBIT 25



# State of Tennessee

## PUBLIC CHAPTER NO. 909

### HOUSE BILL NO. 1895

#### By Representatives Ragan, Cepicky, Weaver, Zachary, Grills, Todd, Cochran

#### Substituted for: Senate Bill No. 1861

#### By Senators Hensley, Stevens

AN ACT to amend Tennessee Code Annotated, Title 49, Chapter 6, relative to school sports.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF TENNESSEE:

SECTION 1. Tennessee Code Annotated, Section 49-6-310, is amended by adding the following as a new subsection:

> The commissioner of education shall withhold a portion of the state education finance funds that an LEA is otherwise eligible to receive if the LEA fails or refuses to comply with the requirements of this section. This subsection ( ) does not apply to an LEA that fails or refuses to comply with the requirements of this section in response to a court or other legally binding order that prohibits the LEA from complying.

SECTION 2. Tennessee Code Annotated, Section 49-6-310, is amended by deleting subsection (b) and substituting:

> (b)
>
> > (1) The state board of education shall promulgate rules to ensure compliance with this section and to establish a procedure for how a portion of the state education finance funds are withheld pursuant to subsection ( ). The rules must be promulgated in accordance with the Uniform Administrative Procedures Act, compiled in title 4, chapter 5.
>
> > (2) Each local board of education and each governing body of a public charter school shall adopt and enforce a policy to ensure compliance with subsection (a) and the rules promulgated pursuant to subdivision (b)(1) in the public schools governed by the respective entity.

SECTION 3. For purposes of promulgating rules, this act takes effect upon becoming a law, the public welfare requiring it. For all other purposes, this act takes effect July 1, 2022, the public welfare requiring it.

HOUSE BILL NO. 1895

PASSED: April 11, 2022

_____
CAMERON SEXTON, SPEAKER
HOUSE OF REPRESENTATIVES

_____
RANDY MCNALLY
SPEAKER OF THE SENATE

APPROVED this 22nd day of April 2022

_____
BILL LEE, GOVERNOR