# EXHIBIT 26

Case 3:21-cv-00835   Document 53-26   Filed 10/07/22   Page 1 of 3 PageID #: 1293



# State of Tennessee

## PUBLIC CHAPTER NO. 460

### SENATE BILL NO. 126

#### By Haile, Pody, Stevens

Substituted for: House Bill No. 1027

By Kumar, Cochran, Zachary, Hazlewood, Carr, Smith, Powers, White, Moody

AN ACT to amend Tennessee Code Annotated, Title 8; Title 53; Title 56; Title 63; Title 68 and Title 71, relative to treatment for children.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF TENNESSEE:

SECTION 1. Tennessee Code Annotated, Title 63, Chapter 1, Part 1, is amended by adding the following as a new section:

(a) As used in this section:

(1) "Healthcare prescriber" means an individual licensed under this title and authorized to prescribe medications;

(2) "Minor" means a person who is less than eighteen (18) years of age; and

(3) "Prepubertal minor" means a minor in Tanner stage 1 development.

(b) Standard medical practice does not involve prescribing hormone treatment for gender dysphoric or gender incongruent prepubertal minors. Except as provided in subsection (c), a healthcare prescriber shall not prescribe a course of treatment that involves hormone treatment for gender dysphoric or gender incongruent prepubertal minors.

(c) A healthcare prescriber may prescribe a course of treatment that involves hormone treatments for prepubertal minors for diagnoses of growth deficiencies or other diagnoses unrelated to gender dysphoria or gender incongruency.

SECTION 2. This act takes effect upon becoming a law, the public welfare requiring it.

SENATE BILL NO. __126__

PASSED: May 3, 2021

*[signature]*
RANDY McNALLY
*SPEAKER OF THE SENATE*

*[signature]*
CAMERON SEXTON, *SPEAKER*
*HOUSE OF REPRESENTATIVES*

APPROVED this 18th day of May 2021

*[signature]*
BILL LEE, *GOVERNOR*