# EXHIBIT 31

| Section I: | Knox County Board of Education Policy | | |
|---|---|---|---|
| Instructional Goals and Objectives | Descriptor Term: Interscholastic Athletics | Descriptor Code: I-171 | Issued: 7/95 |
| | | Reviewed: 9/21 | Revised: 11/21 |

Interscholastic athletics shall be administered as a part of the regular school program and shall be the principal's responsibility. The principal or his designee must accompany an athletic team on trips.

The Bylaws of the Tennessee Secondary School Athletic Association (TSSAA) shall regulate the operation and control of secondary athletics.

School athletics shall be coached only by persons on contract to the Board of Education and approved by the Tennessee Secondary School Athletic Association.

There shall be an annual physical examination of every student prior to his participation in interscholastic athletic practice.[1] Cost of the examination shall be borne by the parent or guardian of the student. These records shall be on file in the principal's office.

A student's gender for purposes of participation in middle or high school athletics is determined by the student's sex at the time of the student's birth. A valid original birth certificate must be provided for this purpose. At the principal's discretion, if there are any issues regarding the birth certificate, the student and the student's parent/guardian must provide other satisfactory evidence of the student's sex at birth.[2]

Every participant in athletics shall participate in the Knox County Schools Athletic Insurance Program.

There shall be no practice of organized school athletics schedules within the school day without approval of the Superintendent.[3]

Each school may play two home athletic events during the school day without requesting permission from the Board of Education.

The conduct of players, spectators, or school personnel reflects directly upon the school system as a whole. Therefore, conduct of players, spectators, or school personnel that does not exemplify the best sportsmanship may result in that school's program, players, spectators, or school personnel being suspended from attendance or participation in the sport concerned with the infraction. The Board of Education will determine the duration of the suspension.

Maximum admission prices to all athletic events shall be approved by the Board of Education, upon the recommendation of the Superintendent.

SCHEDULING OF ATHLETIC CONTESTS

    A. District/regional games shall be scheduled first.
    B. **No contract shall be signed until the following process is complete:**
        (1) Complete the schedule and submit to the principal for approval.
        (2) Upon approval by the principal, submit to the Superintendent's office for final approval.

    C. If an adequate schedule is not obtained by each school, a rescheduling meeting shall be designated by the Superintendent's office to resolve existing problems.
    D. No contracts are to be signed prior to the Superintendent's approval of the schedule.

Middle School basketball and track are sanctioned sports of the Knox County Schools and shall be regulated by bylaws of the Tennessee Middle School Athletic Association (TMSAA).

## ELIGIBILITY OF HOME SCHOOLED STUDENTS FOR PUBLIC SCHOOL INTERSCHOLASTIC ATHLETICS[4]

As a member of the Tennessee Secondary Schools Athletic Association, the Knox County Schools shall honor the bylaws of the TSSAA/TMSAA with respect to home school students' participation in TSSAA sanctioned public school interscholastic athletic activities. The following conditions shall also apply to home school students seeking to participate in the Knox County Schools Interscholastic athletics program:

1. Home school students who meet the requirements established by the TSSAA and who meet all other eligibility and selection criteria set forth by the school and the coach will be allowed to participate on an interscholastic athletic team of their zoned school. With regard to sports that do not require tryouts for eligible Knox County Schools students, participation will be allowed pursuant to the compliance with the requirements listed in this policy. With regard to sports requiring tryouts, compliance with the requirements listed in this policy will only ensure the opportunity to tryout and will not ensure a position on the respective team.

2. If selected for membership on the zoned school athletic team, home school students will be subject to all rules, requirements and restrictions that are applicable as members of the team and the school community;

3. Home school students shall pay all fees associated with each sport in which they may participate and these fees shall be paid in full prior to the first contest of the regular season.

4. In the event that the Knox County School's insurance provider does not extend coverage to an athlete, that athlete must provide proof of independently secured catastrophic coverage, and liability coverage, with the school system as a named insured, of not less than the limits set forth in Tennessee Code Annotated § 29-20-403.

---

Legal References:

1. TRR/MS § 0520-1-3-.08(2)(b).
2. T.C.A. § 49-6-310.
3. T.C.A. § 49-6-1002(a).
4. T.C.A. § 49-6-3050(c); By Laws, Tennessee Secondary School Athletic Association, Article II, Section 25.

Approved as to Legal Form
By Knox County Law Director 9/22/2021
/Gary T Dupler/Deputy Law Director