# EXHIBIT 34

# ICYMI: As Lawmakers Escalate Attacks on Transgender Youth Across the Country, Some GOP Leaders Stand Up for Transgender Youth

by Henry Berg-Brousseau • March 24, 2022



SHARE    

*Two Republican governors vetoed anti-transgender legislation this week, breaking ranks with their GOP colleagues*

**WASHINGTON–** This week, Indiana Gov. Eric Holcomb, Utah Gov. Spencer Cox, and Former Speaker of the Texas House Joe Straus – all Republicans – each chose to stand on the right side of history by speaking out against the coordinated legislative attacks on the LGBTQ+ community – especially transgender youth – underway in their states and nationwide.

With more than [300 anti-LGBTQ+ bills](#) introduced this year, more than 130 of which specifically target transgender people, the voices of lawmakers who are willing to push back against this wave of bills – whether they are Democratic or Republican – are more important than ever before.

**Hear what these Republican leaders, including two sitting Governors, had to say in response to anti-transgender legislation:**

**Gov. Spencer Cox,** *Utah (R):*

"**We love you. We care deeply about you.** We need you to be okay and we want to help you in any way possible." ([Source](#))

"Anyone that's interacted with the transgender community understands how amazing they are and how difficult it can be for them. **I don't want to make things harder for them than they have to be**." ([Source](#))

"All this bill does is invite a lawsuit. **As conservatives, it doesn't make any sense for us to just buy a lawsuit.**" ([Source](#))

"**These kids are … they're just trying to stay alive**. […] **When you spend time with these kids, it changes your heart in important ways**, and so I want to try to improve that message and see if we can't find a better way to work together." (Source)

**Gov. Eric Holcomb,** *Indiana (R):*

"**The presumption of the policy laid out in HEA 1041 is that there is an existing problem in K-12 sports in Indiana that requires further state government intervention.** It implies that the goals of consistency and fairness in competitive female sports are not currently being met. **After a thorough review, I find no evidence to support either claim even if I support the overall goal.**" ([Source](#))

"[O]f the several states that have passed similar legislation, lawsuits have been filed or have threatened to be filed. **In the two cases with initial rulings thus far, the courts have enjoined or prohibited laws with these same substantive provisions from taking effect based on equal protection grounds.**" ([Source](#))

**Joe Straus,** *Former Speaker of the Texas House (R):*

"There's no other way to describe it. It is a fixation. In my view, it's going after a very vulnerable population, a population of people who have a much higher risk of suicidal thoughts, if not action. **I thought it was mean-spirited, I thought all of these (bills) are examples of legislatures trying to pass laws to address problems that don't exist.**" ([Source](#))

**BACKGROUND:**

**We are facing the worst attack on LGBTQ+ dignity and humanity that we have seen in decades:**

This year, anti-equality legislators have launched an unprecedented legislative assault on LGBTQ+ people in state legislatures across the country– surpassing 2021 as the worst year on record for introducing and enacting anti-LGBTQ+ legislation in statehouses across the country.

In 2021, More than 290 anti-LGBTQ+ bills were introduced across 33 states in 2021, including more than 140 specifically anti-transgender bills. Each of these marks set a new record for anti-equality legislation being introduced and enacted in a single state legislative session since the Human Rights Campaign began tracking legislation.

In 2021, the worst year on record for anti-LGBTQ+ legislation, 25 bills were enacted, 13 of which targeted transgender youth despite legislators failing to provide examples of what exactly they were legislating against.

**2022 has seen even more bills introduced. HRC is tracking 583+ pieces of potentially LGBTQ+-related legislation introduced in the 2022 state legislative session. 313+ of these bills are harmful, and 137+ are anti-trans bills**

**These bills aren't popular and are not driven by constituent demand:**

This unprecedented wave of discriminatory legislation is not organic – **these bills are part of a coordinated effort driven by well-funded, powerful interests and promoted by a tight network of anti-LGBTQ+ forces – including the Heritage Foundation, SPLC-designated hate group Alliance Defending Freedom, and Focus on the Family – who often write and lobby for passage of carbon copy bills in as many states as possible.** These groups peddle in fear and pit people against each other to marginalize and punish LGBTQ+ people — and especially transgender children.

The reality is, support for LGBTQ+ rights has grown exponentially. Polling shows that LGBTQ+ rights are broadly supported – and continue to tick upwards – in contrast to the onslaught of anti-LGBTQ+ legislation moving in states across the country.

**This wave of dangerous proposals exacts a heartbreaking toll on LGBTQ+ people– especially trans youth:**

These bills highlight the discrimination, marginalization, and pain that LGBTQ+ people – especially young people, trans youth, and their families – continue to face. Too often, it's transgender young people who are caught in the crosshairs of anti-LGBTQ+ equality legislator's divisive political strategy. 2020 set a record number for anti-transgender bills filed with 79 bills; 2021 surpassed that record with 147 such bills, and now 2022 is now on track to break the record yet again. **For transgender youth – who are simply trying to navigate their adolescence – to bear the weight of these attacks year after year, these bills take a toll.**

**Politicians working to discriminate against LGBTQ+ people will be responsible for very real harm**. According to recent surveys, [higher numbers of LGBTQ+ people experience depressive symptoms in states considering discriminatory bills](#) while [a startling 85% of transgender or gender non-binary youth say their mental health had been negatively affected by these legislative attacks.](#)

**For LGBTQ+ young people, anti-LGBTQ+ laws indicate that they are unworthy of respect, decency, and visibility with heartbreaking results**: just listen to 11-year-old [Libby Gonzales](#) describing how it feels to be subjected to repeated attacks by her state legislature, or 14-year-old [Rebekah](#) about how much being able to play sports means to her, and 11–year-old [Maya](#) who details how she is able to be the person she's always been because of life-saving gender-affirming medical care.

**Unfortunately, the discrimination peddled by anti-equality legislators can be deadly.** According to data from the Trevor Project, [42% of LGBTQ+ youth nationwide seriously considered attempting suicide in the past year, including more than half of transgender and nonbinary youth](#). **Discrimination can also instigate intolerance and signal permission to single out LGBTQ+ individuals – which has had deadly consequences for transgender people.** 2021 and 2020 were the deadliest and second deadliest years on record for trans & gender non-conforming people respectively, with the Human Rights Campaign tracking [at least 50](#) violent deaths in 2021 alone.

**Discrimination is bad policy and bad for businesses:**

[The nation's leading child health and welfare groups](#) representing more than 7 million youth-serving professionals and more than 1,000 child welfare organizations released an open letter calling for lawmakers in states across the country to oppose dozens of bills that target LGBTQ+ people, and transgender children in particular.

[More than 180 major U.S. corporations](#) **have stood up and spoken out to oppose discriminatory legislation being proposed in states across the country.** Companies like Amazon, American Airlines, Apple, Airbnb, Dell, Dow, Google, IBM, Lyft, Marriott, Microsoft, Nike and Paypal have objected to anti-LGBTQ+ state legislation. [Four of the largest U.S. food companies](#) also condemned "dangerous, discriminatory legislation that serves as an attack on LGBTQ+ individuals, particularly transgender and nonbinary people," and the [Walton Family Foundation issued a statement](#) expressing "alarm" at the trend of anti-transgender legislation that recently became law in Arkansas.

*The Human Rights Campaign is America's largest civil rights organization working to achieve equality for lesbian, gay, bisexual, transgender and queer people. HRC envisions a world where LGBTQ+ people are embraced as full members of society at home, at work and in every community.*

## Contact Us

To make a general inquiry, please visit our contact page. Members of the media can reach our press office at: (202) 572-8968 or email press@hrc.org.

Case 3:21-cv-00835   Document 53-34   Filed 10/07/22   Page 7 of 8 PageID #: 1402

# Love conquers hate.

**Donate Today**



## Wear your pride this year.

100% of every HRC merchandise purchase fuels the fight for equality.

**Shop Now**