IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.E., by next friends and parents, SHELLEY ESQUIVEL and MARIO ESQUIVEL, <br><br> Plaintiff, <br><br> v. <br><br> BILL LEE, in his official capacity as Governor of Tennessee; et al., <br><br> KNOX COUNTY BOARD OF EDUCATION a/k/a KNOX COUNTY SCHOOL DISTRICT; et al., <br><br> Defendants. | No. 3:21-cv-00835 <br><br> Chief Judge Crenshaw <br><br> Magistrate Judge Newbern |

## STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Governor Lee, Commissioner Schwinn, Executive Director Morrison, members of the Tennessee State Board of Education, in their official capacities, and the Tennessee State Board of Education ("State Defendants") move under Fed. R. Civ. P. 56(a) and LR 56.01 for judgment as a matter of law. The State Defendants are entitled to judgment as a matter of law because (1) sovereign immunity bars this suit; (2) Plaintiff lacks standing; (3) Plaintiff fails to establish an equal-protection claim; and (4) Plaintiff fails to establish a Title IX claim.

In support of this motion, the State Defendants file separately a statement of undisputed material facts and declaration with exhibits that establish there is no dispute of material fact. They also rely on a memorandum of law that conclusively determines the State Defendants are entitled to judgment as a matter of law.

## CONCLUSION

For the reasons stated, this Court should grant the State Defendants' motion for summary judgment.

>JONATHAN SKRMETTI
>Attorney General and Reporter
>
>CLARK L. HILDABRAND, BPR # 038199
>Assistant Solicitor General
>
>/s/ Stephanie Bergmeyer
>STEPHANIE BERGMEYER, BPR # 027096
>Senior Assistant Attorney General
>Office of Tennessee Attorney General and Reporter
>P.O. Box 20207
>Nashville, Tennessee 37202-0207
>Stephanie.Bergmeyer@ag.tn.gov
>(615) 741-6828
>
>*Attorneys for Governor Lee, Commissioner Schwinn, Dr. Morrison, and the individual members of the Tennessee State Board of Education, in their official capacities, and the Tennessee State Board of Education*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this Motion for Summary Judgment has been served through the e-filing system on October 7, 2022, to:

Leslie Cooper
Lisa Nowlin-Sohl
Taylor Brown
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004

Sasha Buchert
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND INC.
1776 K St. NW, 8th Floor
Washington, DC 20006-5500

Tara L. Borelli
Carl S. Charles
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND INC.
1 West Court Sq., Ste. 105
Decatur, GA 30030-2556

Alan E. Schoenfeld
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich St., 45th Floor
New York, NY 10007

Thomas F. Costello-Vega
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave., Ste. 2400
Los Angeles, CA 90071

Britany Riley-Swanbeck
Emily L. Stark
Samuel M. Strongin
Jennifer Milici
John W. O'Toole
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006

Matthew D. Benedetto
WILMER & LEE, P.A.
100 Washington St., Ste. 200
Huntsville, AL 35804

Stella Yarbrough
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212

David M. Sanders
Senior Deputy Law Director
Knox County, Tennessee
400 W. Main St., Suite 612
City-County Building
Knoxville, TN 37902

Jessica Jernigan-Johnson
LONDON & AMBURN, PLLC
607 Market St., Ste. 900
Knoxville, TN 37902

s/ Stephanie A. Bergmeyer
Stephanie A. Bergmeyer