IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.E., by his next friends and parents, SHELLEY ESQUIVEL and MARIO ESQUIVEL, <br><br> Plaintiff, <br><br> v. <br><br> BILL LEE, in his official capacity as Governor of Tennessee; et al., <br><br> KNOX COUNTY BOARD OF EDUCATION a/k/a KNOX COUNTY SCHOOL DISTRICT; et al., <br><br> Defendants. | No. 3:21-cv-00835 <br><br> Chief Judge Crenshaw <br><br> Magistrate Judge Newbern |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to L.R. 56.01(b), Defendants Governor Lee, Commissioner Schwinn, Executive Director Morrison, members of the Tennessee State Board of Education, in their official capacities, and the Tennessee State Board of Education ("State Defendants") provide the following Statement of Undisputed Material Facts.

**Whether L.E. Plays Golf**

1. L.E. does not keep track of or record a score when playing golf. (Shelley Esquivel Dep. 37:7-12.)

    RESPONSE:

2. L.E. has never calculated and does not have a handicap index in golf. (Mario Esquivel Dep. 33:8-16.)

   RESPONSE:

3. L.E .and Mario Esquivel primarily play a par-three golf course. (Mario Esquivel Dep. 7:20-23.)

   RESPONSE:

4. Par three golf courses have nine holes, and the holes themselves are shorter in distance than an 18-hole golf course. (Mario Esquivel Dep. 7:12-16.)

   RESPONSE:

5. When asked to identify the date, location, and score of the last ten (10) rounds of golf played, Plaintiff responded that L.E. had played the following (subject to the objection that "rounds of golf" is vague and adopting an interpretation that the term means the activity of playing 18 holes of golf):

- May 7, 2022, at Knoxville Municipal Golf Course. Plaintiff did not track or record the score.

- November 13, 2021, at Knoxville Municipal Golf Course. Plaintiff did not track or record the score.

- September 23, 2021, at Centennial Golf Course. Plaintiff did not track or record the score.

- July 31, 2021, at Williams Creek Golf Course. Plaintiff did not track or record the score.

- July 13, 2021, at Centennial Golf Course. Plaintiff did not track or record the score.

(Mario Esquivel Dep. 33:17-25; 34:1-13); (Shelley Esquivel Dep. Ex. 1, Int. No. 3); (L.E. Dep. 16:20-23; 17:1-7).

RESPONSE:

6. From January 1, 2022, to July 13, 2022, L.E. played one round of golf. (Mario Esquivel 33:17-25; 34:1-5.)

RESPONSE:

3

7. L.E. was not a top scorer on the Farragut Middle School girls' golf team and so did not participate in the state or district meets. (Mario Esquivel 43:10-25; 44:1-16.)

   RESPONSE:

8. L.E. has not tried out for the Farragut High School boys' golf team or girls' golf team. (Shelley Esquivel Dep. 33:5-8); (Higgins Dep. 94:7-9).

   RESPONSE:

9. L.E. and L.E.'s parents are unaware of the dates on which the golf teams' tryouts were held. (Mario Esquivel Dep. 19:19-21); (Shelley Esquivel Dep. 31:10-16); (L.E. Dep. 18:11-13).

   RESPONSE:

10. Neither L.E. nor L.E.'s parents spoke to Coach Higgins about L.E.'s desire to try out for the team (Higgins Dep. 36:16-17; 37:7-9; 94:4-6)

    RESPONSE:

11. During the course of this lawsuit, an attorney from Knox County offered to let L.E. try out for the golf team and L.E. did not agree to participate in the tryout. (Shelley Esquivel Dep. 33:19-25; 34:1.)

    RESPONSE:

4

Case 3:21-cv-00835   Document 55   Filed 10/07/22   Page 4 of 10 PageID #: 1410

**Farragut High School Golf Team**

12. The Farragut High School boys' golf team won the state championship tournament in 2020. (Higgins Dep. 88:17-21.)

    RESPONSE

13. The Farragut High School boys' golf team placed second in the 2021 state regional tournament, and its top four players scored 75, 78, 78, and 80. (Higgins Dep. 88:22; 89:1-5; 90:21-22; 91:1-17; Ex. 7.)

    RESPONSE

14. Players who try out for the Farragut High School boys' golf team will need to shoot an average score of 90 or better for 18-walking holes through 3 rounds to make the team. (Higgins Dep. 46:11-15; Ex. 3.)

    RESPONSE:

15. Farragut High School does not have a junior varsity golf team. (Higgins Dep. 19:11-15.)

    RESPONSE:

16. There is not a separate tryout for the boys' golf team and the girls' golf team. (Higgins Dep. 46:5-7.)

    RESPONSE:

17. The Farragut High School boys' golf team and girls' golf team regularly practice and play together. (Higgins Dep. 35:1-5.)

    RESPONSE:

18. The Tennessee Secondary Schools Athletic Association ("TSSAA"), which Farragut High School is a member of, sets the number of players who can play in a golf match, and only five (5) boys can play in a match. (Higgins Dep. 38:21-22; 39:1-6; 51:5-16.)

    RESPONSE:

19. Farragut High School is a member of the TSSAA and must comply with TSSAA policies. (Bartlett Dep. 85:8-13; Hemmelgarn Dep. 46:8-19.)

    RESPONSE:

20. TSSAA's regulations separate several interscholastic sports (including basketball, cross country, golf, tennis, and track and field) into separate divisions for boys and girls. (Hemmelgam Dep. 128:21-22, 129, 130:1-13; Dodgen Dep. Ex. 3- 2022-23 TSSAA Handbook; Bergmeyer Decl. ¶ 3; Ex. 1- TSSAA Sports.)

    RESPONSE:

6

Case 3:21-cv-00835   Document 55   Filed 10/07/22   Page 6 of 10 PageID #: 1412

**L.E's medical care**

21. Initially, L.E.'s pediatrician had a wait-and-see approach, "meaning wait to see if this is a phase or if it's not, and then to proceed with hormone treatment or whatever the next step was after the age of 18." (Shelley Esquivel Dep. 9:9-21.)

    RESPONSE:

22. L.E. has not yet received testosterone therapy and has not had any relevant surgeries. (Shelley Esquivel Dep. 14:10-25; 15:1-5; 79:12-15.)

    RESPONSE:

**Defendants**

23. The Tennessee State Board of Education does not receive federal funds for its operations. (Morrison Dep. 42:14-16.)

    RESPONSE:

**Gender Identity**

24. Dr. Melissa Cyperski testified that "there's an infinite number of gender identities." (Cyperski Dep. 50:20-22.)

    RESPONSE:

25. Dr. Melissa Cyperski testified that some individuals have "an inner sense of gender that is consistent with male, female, neither, or both, and that that may fluctuate over time." (Cyperski Dep. 49:21-24.)

    RESPONSE:

26. Not all transgender adolescents are diagnosed with gender dysphoria (Cyperski Deposition at 184:22-25,185:1-2.)

    RESPONSE:

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

CLARK L. HILDABRAND, BPR # 038199
Assistant Solicitor General

/s/ Stephanie Bergmeyer
STEPHANIE BERGMEYER, BPR # 027096
Senior Assistant Attorney General
Office of Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Stephanie.Bergmeyer@ag.tn.gov
(615) 741-6828

*Attorneys for Governor Lee, Commissioner Schwinn, Dr. Morrison, and the individual members of the Tennessee State Board of Education, in their official capacities, and the Tennessee State Board of Education*

9

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this Statement of Undisputed Material Facts has been served through the e-filing system on October 7, 2022, to:

Leslie Cooper
Lisa Nowlin-Sohl
Taylor Brown
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004

Sasha Buchert
LAMBDA LEGAL DEFENSE AND EDUCATION FUND INC.
1776 K St. NW, 8th Floor
Washington, DC 20006-5500

Tara L. Borelli
Carl S. Charles
LAMBDA LEGAL DEFENSE AND EDUCATION FUND INC.
1 West Court Sq., Ste. 105
Decatur, GA 30030-2556

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich St., 45th Floor
New York, NY 10007

Thomas F. Costello-Vega
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Ave., Ste. 2400
Los Angeles, CA 90071

Britany Riley-Swanbeck
Emily L. Stark
Samuel M. Strongin
Jennifer Milici
John W. O'Toole
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006

Matthew D. Benedetto
WILMER & LEE, P.A.
100 Washington St., Ste. 200
Huntsville, AL 35804

Stella Yarbrough
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212

David M. Sanders
Senior Deputy Law Director
Knox County, Tennessee
400 W. Main St., Suite 612
City-County Building
Knoxville, TN 37902

Jessica Jernigan-Johnson
LONDON & AMBURN, PLLC
607 Market St., Ste. 900
Knoxville, TN 37902

s/ Stephanie Bergmeyer
Stephanie Bergmeyer