# Local Rules and Terms of the Competition
## For 2022 TSSAA Competition

The Rules of the United States Golf Association and The R&A govern play. These Local Rules and Terms of the Competition are in effect at all TSSAA Championships and qualifying rounds. See applicable Championship or qualifying round Notice to Players for additional Local Rules and Conditions. Complete text of Rules and Local Rules may be found in the Official Guide to the Rules of Golf, effective January 2019.

**Unless otherwise noted, the penalty for breach of a Local Rule is the general penalty.**

## LOCAL RULES

**OUT OF BOUNDS:** Defined by the line between the course-side points, at ground level, of white stakes and fence posts. **Note:** *A ball, which crosses a public road defined as out of bounds and comes to rest beyond that road, is out of bounds, even though it may lie on another part of the course.*

**PENALTY AREAS** — When a penalty area is defined on only one side, it extends to infinity. When a penalty area is connected to the out-of-bounds edge, the penalty area extends to and coincides with out of bounds.

**GROUND UNDER REPAIR** — Defined by white lines. French drains are ground under repair. For grass-covered trenching, see Temporary Power Lines and Cables.

Ground under repair may include areas of unusual damage, including areas where spectators or other traffic has combined with wet conditions to affect materially the ground surface, but only when so declared by an authorized member of the Committee. When immediately adjacent to an immovable obstruction, such an area is part of that obstruction.

**RELIEF FROM SEAMS OF CUT TURF (SOD SEAMS)** — Local Rule as prescribed in Section 8 of the Committee Procedures is in effect. Model Local Rule F-7.

**WHITE-LINED AREAS TYING INTO ARTIFICIALLY SURFACED ROADS AND PATHS:** White-lined areas of ground under repair and the artificially surfaced roads, paths or other identified obstructions that they are connected to are a single abnormal course condition when taking relief under Rule 16.1.

**TEMPORARY POWER LINES AND CABLES:** Local Rule as prescribed in Section 8 of the Committee Procedures is in effect. Model Local Rule F-22.

**WOOD CHIPS AND MULCH:** Are loose impediments.

**INTEGRAL OBJECTS:** Includes cables, rods, wires and wrappings when closely attached to trees; artificial walls and pilings when located in penalty areas and bunkers; and bunker liners. NOTE: The committee may treat an exposed bunker liner as ground under repair, but interference does not exist if the liner interferes only with the player's stance.

**TEMPORARY IMMOVABLE OBSTRUCTIONS:** Local Rule as prescribed in Section 8 of the Committee Procedures is in effect. Model Local Rule F-23.

**IMMOVABLE OBSTRUCTIONS:** Includes landscaped areas completely surrounded by an obstruction and curbs and other structures attached to the path are part of the path.

**LIMITING WHEN STROKE MADE FROM PUTTING GREEN MUST BE REPLAYED UNDER EXCEPTION 2 TO RULE 11.1b:** When a ball played from the putting green strikes a player, club, or an animal, it does not need to be replayed. Local rule as prescribed in the Clarifications of the 2019 Rules of Golf is in effect.

**APPOINTMENT OF COACH IN TEAM COMPETITIONS:** Each team may name one coach, who must be properly registered with TSSAA, whom players on the team may ask advice and receive advice from during the round. The team must select/identify the coach before any player on the team begins their round. The coach may only give advice when a player is in between the play of two holes. (See TSSAA Golf Regulations.)

**REPLACEMENT OF BROKEN OR SIGNIFICANTLY DAMAGED CLUB:** Model Local Rule G-9 is in effect.

**BALL PLAYED FROM OUTSIDE RELIEF AREA WHEN TAKING BACK-ON-THE-LINE RELIEF AREA:** Model Local Rule E-12 is in effect.

**LIST OF CONFORMING GOLF BALLS:** Local Rule as prescribed in Section 8 of the Committee Procedures is in effect. Model Local Rule G-3.

**PACE OF PLAY:** See separate memorandum to players for pace of play policy, when applicable.

**STOPPING AND RESUMING PLAY:** Local Rule as prescribed in Section 8 of the Committee Procedures is in effect. Model Local Rule J-1.

All practice areas are closed during an immediate suspension for a dangerous situation until the Committee has declared them open. Players who practice on closed practice areas will be asked to stop practicing; failure to stop practicing might result in disqualification.

An immediate suspension will be signaled by one prolonged airhorn note. All other types of suspension will be signaled by three consecutive airhorn notes. Resumption of play will be signaled by two short airhorn notes.

**PRACTICE:** Prior to and after a round in stroke play, a player may practice on the designated practice areas. Rule 5.2b covering practice in stroke play is modified in this way: A player may not practice on the competition course before or between rounds. Penalty for breach of Local Rule, see Rule 5.2.

**PROHIBITING USE OF MOTORIZED TRANSPORTATION:** Local Rule as prescribed in Section 8 of the Committee Procedures is in effect. Model Local Rule G-6.

**PROHIBITING USE OF CERTAIN TYPES OF SHOES:** Local Rule as prescribed in Section 8 of the Committee Procedures is in effect. Model Local Rule G-7. Penalty for breach of Local Rule – see Rule 4.3.

**USE OF CADDIE PROHIBITED:** Rule 10.3a is modified is this way: A player must not have a caddie during the round.

## TERMS OF THE COMPETITION

**CLOSE OF COMPETITION:** The competition is deemed to have closed when the trophy has been presented to the winner or, in the absence of a prize ceremony, when all scores have been approved by the Committee. The result of a match is considered to have been "officially announced" when the Committee has approved the result as posted on the public scoreboard.