1                UNITED STATES DISTRICT COURT

2                MIDDLE DISTRICT OF TENNESSEE

3     _____

4     L.E., by his next friends and

5     parents, SHELLEY ESQUIVEL and

6     MARIO ESQUIVEL

7              Plaintiff

8        v.                              No.

9     BILL LEE, in his official          3:21-cv-00835

10    capacity as Governor of

11    Tennessee; PENNY SCHWINN, in her

12    official capacity as the

13    Tennessee Education

14    Commissioner; TENNESSEE STATE

15    BOARD OF EDUCATION; SARA HEYBURN

16    MORRISON, in her official

17    capacity as the Executive

18    Director of the Tennessee State

19    Board of Education; NICK

20    DARNELL, MIKE EDWARDS, ROBERT

21    EBY, GORDON FERGUSON, ELISSA

22    KIM, LILIAN HARTGROVE, NATE

Case 3:21-cv-00835  Document 57-5  Filed 10/07/22  Page 1 of 25 PageID #: 1538

1   MORROW, LARRY JENSEN, DARRELL

2   COBBINS, and EMILY HOUSE, the

3   individual members of the

4   Tennessee State Board of

5   Education, in their official

6   capacities; KNOX COUNTY BOARD OF

7   EDUCATION a/k/a KNOX COUNTY

8   SCHOOLS a/k/a KNOX COUNTY SCHOOL

9   DISTRICT; ROBERT M. "BOB"

10  THOMAS, in his official capacity

11  as Director of Knox County

12  Schools

13            Defendants

14  _____

15            VIDEOCONFERENCE DEPOSITION OF

16            JONATHAN FRANKLIN HIGGINS

17  DATE:         Monday, July 25, 2022

18  TIME:         11:15 a.m.

19  LOCATION:     Remote Proceeding

20                Washington, D.C. 20005

21  REPORTED BY:  Janel B. Folsom, Notary Public

22  JOB NO.:      5338660

```
 1                A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFF L.E., BY HIS NEXT FRIENDS AND
 3    PARENTS, SHELLEY ESQUIVEL AND MARIO ESQUIVEL:
 4         JOHN W. O'TOOLE, ESQUIRE (by videoconference)
 5         WilmerHale LLP
 6         1875 Pennsylvania Avenue Northwest
 7         Washington, D.C. 20001-3642
 8         john.o'toole@wilmerhale.com
 9         (202) 663-6256
10
11    ON BEHALF OF DEFENDANTS KNOX COUNTY BOARD OF EDUCATION
12    A/K/A KNOX COUNTY SCHOOLS A/K/A KNOX COUNTY SCHOOL
13    DISTRICT AND ROBERT M. "BOB" THOMAS, IN HIS CAPACITY
14    AS DIRECTOR OF KNOX COUNTY SCHOOLS:
15         JESSICA G. A. JERNIGAN-JOHNSON, ESQUIRE (by
16         videoconference)
17         Knox County Law Director's Office
18         400 Main Street, Suite 612
19         Knoxville, Tennessee 37902-2495
20         jessica.johnson@knoxcounty.org
21         (865) 215-2327
22
```

1             A P P E A R A N C E S (Cont'd)

2    ON BEHALF OF DEFENDANTS BILL LEE, IN HIS OFFICIAL

3    CAPACITY AS GOVERNOR OF TENNESSEE; PENNY SCHWINN, IN

4    HER OFFICIAL CAPACITY AS THE TENNESSEE EDUCATION

5    COMMISSIONER; TENNESSEE STATE BOARD OF EDUCATION; SARA

6    HEYBURN MORRISON, IN HER CAPACITY AS THE EXECUTIVE

7    DIRECTOR OF THE TENNESSEE BOARD OF EDUCATION; AND NICK

8    DARNELL, MIKE EDWARDS, ROBERT EBY, GORDON FERGUSON,

9    ELISSA KIM, LILLIAN HARTGROVE, NATE MORROW, LARRY

10   JENSEN, DARRELL COBBINS, AND EMILY HOUSE, THE

11   INDIVIDUAL MEMBERS OF THE TENNESSEE STATE BOARD OF

12   EDUCATION, IN THEIR OFFICIAL CAPACITIES:

13          STEPHANIE A. BERGMEYER, ESQUIRE (by

14          videoconference)

15          Office of Tennessee Attorney General

16          315 Deaderick Street, 20th Floor

17          Nashville, Tennessee 37243-0001

18          stephanie.bergmeyer@ag.tn.gov

19          (615) 741-6828

20

21

22

Case 3:21-cv-00835 Document 57-5 Filed 10/07/22 Page 4 of 25 PageID #: 1541

```
 1          A P P E A R A N C E S (Cont'd)
 2    ALSO PRESENT:
 3          Sasha Buchert, Esq., Lambda Legal Defense and
 4          Education Fund Inc. (by videoconference)
 5          Thomas F. Costello-Vega, Esq., WilmerHale, LLP
 6          (by videoconference)
 7          Clark L. Hildabrand, Esq., Office of Tennessee
 8          Attorney General (by videoconference)
 9          Brandon Townsend, Office of Tennessee Attorney
10          General (by videoconference)
11          Jerry Curran, Technician, CMI Production Services
12          (by videoconference)
13
14
15
16
17
18
19
20
21
22
```

1                        I N D E X

2    EXAMINATION:                                    PAGE

3         By Mr. O'Toole                             11

4         By Ms. Bergmeyer                           86

5         By Mr. O'Toole                             94

6

7                     E X H I B I T S

8    NO.              DESCRIPTION                    PAGE

9    Exhibit 1        NFHS About Us Article          27

10   Exhibit 2        Excerpts from Farragut Golf

11                    Twitter Account, Dated 8/19/2021   32

12   Exhibit 3        Farragut High School

13                    Requirements to Play Golf       42

14   Exhibit 4        2022-23 TSSAA Handbook          54

15   Exhibit 5        TSSAA/TMSAA Transgender Policy  61

16   Exhibit 6        Knox County Board of Education

17                    Policy, Interscholastic

18                    Athletics                       74

19   Exhibit 7        Excerpts from Farragut Golf

20                    Twitter Account, Dated 9/27/2021   92

21                      (Exhibits attached.)

22

```
 1              P R O C E E D I N G S

 2              THE REPORTER:  Good morning.  My name's

 3   Janel Folsom; I'm the reporter assigned by Veritext to

 4   take the record of this deposition.  We are now on the

 5   record at 11:15 a.m. Eastern Daylight Time, Monday,

 6   July 25, 2022.

 7              This is the deposition of Jon Higgins

 8   taken in the matter of L.E., by his next friends and

 9   parents, Shelley Esquivel and Mario Esquivel vs. Bill

10   Lee, et al.  Case no. 3:21-cv-00835 and this case is

11   filed in U.S. District Court, Middle District of

12   Tennessee, Nashville Division.  We are all

13   participating via a Zoom videoconference.

14              And I'm a notary authorized to take

15   acknowledgements and administer oaths in the

16   Commonwealth of Virginia.  Parties agree that I will

17   swear the witness remotely, outside of his presence.

18              Additionally, absent an objection on

19   the record before the witness is sworn, all parties

20   and the witness understand and agree that any

21   certified transcript produced from the recording

22   virtually of this proceeding:
```

```
 1                    - is intended for all uses permitted
 2                    under applicable procedural and
 3                    evidentiary rules and laws in the same
 4                    manner as a deposition recorded by
 5                    stenographic means; and
 6                    - shall constitute written stipulation
 7                    of such.
 8                    At this time will all the attorneys in
 9   attendance please introduce yourself for the record.
10   Mr. O'Toole, you can go first.
11                    MR. O'TOOLE:  Sure.  John O'Toole of
12   WilmerHale, counsel for Plaintiff.  I'm joined by my
13   colleague Thomas Costello-Vega also of WilmerHale and
14   Sasha Buchert of Lambda Legal.
15                    THE REPORTER:  Okay.  Let's see.  Go
16   ahead, Stephanie.
17                    MS. BERGMEYER:  Stephanie Bergmeyer
18   with the Tennessee Attorney General's Office.  And
19   with me are Clark Hildabrand and our intern Brandon
20   Townsend.
21                    THE REPORTER:  Your mic is not working
22   great.
```

1          All right, Mr. Higgins.  If you'd just

2   raise your right hand, I'll swear you in.

3   WHEREUPON,

4               JONATHAN FRANKLIN HIGGINS,

5   called as a witness, and having been first duly sworn

6   to tell the truth, the whole truth, and nothing but

7   the truth, was examined and testified as follows:

8               THE REPORTER:  Okay.

9               You guys can begin.

10                   EXAMINATION

11  BY MR. O'TOOLE:

12      Q    Good morning, Mr. Higgins.  My name is --

13      A    Yeah.

14      Q    -- John O'Toole and I'll be the lead

15  attorney questioning you today.  Thank you for being

16  here.  I know it's a hot summer day and you'd probably

17  rather be doing something else than being deposed in

18  this case.  So thank you.

19          Would you first mind stating and spelling

20  your full name for the record?

21      A    It's Jonathan, J-O-N-A-T-H-A-N, Franklin,

22  F-R-A-N-K-L-I-N, Higgins, H-I-G-G-I-N-S.

1      A      Yes, sir.

2      Q      And as you said, you're the only golf coach

3   at Farragut High School currently, right?

4      A      Yes, sir.  I've got a volunteer helping me

5   right now, while I'm on vacation.

6      Q      Okay.  What are your responsibilities as the

7   golf coach?

8      A      To set up practices, conduct practices, set

9   up matches, and give lineups for matches, and oversee

10  matches and district tournament and region tournament.

11     Q      Okay.  Sounds like a lot to do alone.  And

12  does Farragut High School have a junior varsity golf

13  team?

14     A      The golf season is tricky.  So we don't

15  technically have a junior varsity team, but if we

16  needed to play a JV match or two, we probably could.

17     Q      What do you mean that the season is tricky?

18     A      You get 14 dates to play golf matches.  And

19  in -- in those 14 days are included are JV matches.

20  So most teams don't have JV matches.

21            We don't play JV matches 'cause they have to

22  played on the same day and most teams don't have two

1        A     Yes.

2        Q     Okay.  Do the Farragut High School boys'

3    golf team and girls' golf team regularly practice and

4    play together?

5        A     Yes.

6        Q     Okay.  And are they allowed to because

7    there's less concern about injury of students on the

8    golf teams playing together?

9              MS. JERNIGAN-JOHNSON:  Object to the

10   form.

11       A     I don't understand the question.

12       Q     Sure.  So any concern that a student might

13   injure themselves during a particular match does not

14   bar the Farragut High School boys' golf team and the

15   Farragut High School girls' golf team from playing

16   together, correct?

17       A     No.

18       Q     Mr. Higgins, in your coaching career, to

19   your knowledge, have you ever coached a transgender

20   student?

21       A     No.

22       Q     Okay.  In your career, have you ever had

1   direct interaction with a transgender person?

2        A    In regards to sports?

3        Q    Sure, we could start there.

4        A    No.

5        Q    No.  But otherwise?

6        A    Yes.

7        Q    And what was the context of that?

8        A    A teacher, student, just people in the

9   community.

10       Q    Okay.  When I refer to Plaintiff in this

11  matter, I'm going to refer to him as L.E.; is that

12  okay with you?

13       A    Yes.

14       Q    Before today, did you know who L.E. was?

15       A    Yes; I know of him, yes.

16       Q    Have you spoken directly to L.E.?

17       A    Not that I'm aware of, no.

18       Q    Okay.  Did you come to know L.E. outside the

19  context of this case?

20       A    No.

21       Q    When did you first become aware of L.E.?

22       A    I read an article last fall I guess -- the

1    article in the paper last fall about a student who

2    tried to play golf that I had never met before.

3        Q    Okay.  Do you recall where you saw that

4    article?

5        A    Maybe the Knox News -- the Sentinel maybe.

6    Or WBIR.  I can't remember.

7        Q    Okay.  Have you ever spoken directly to

8    L.E.'s parents?

9        A    No, sir.

10       Q    So through that article that you read last

11   fall, did you become aware that L.E. enjoys playing

12   golf?

13       A    I read it in the article, yes.

14       Q    Okay.  And what is your understanding of the

15   issues in this case?

16       A    That he wants to play golf but can't.  Let

17   me rephrase that.

18            But can't play for the team he wants to play

19   for.

20       Q    Okay.  Do you have an understanding of why

21   he alleges that he cannot play for the team that he

22   wants to?

1      A     Yes.

2      Q     And what's your understanding?

3      A     That the law says he cannot.

4      Q     Mr. Higgins, do you know how long has

5  Farragut High School had a golf team?

6      A     I do not.

7      Q     Okay.  And so you don't know how long ago

8  the boys' team was established versus the girls' team?

9      A     No, sir.

10     Q     Okay.  How many spots are on each of the

11 teams?

12     A     There's no set number of spots.

13     Q     Okay.  So how do you determine how many

14 spots there will be a given season?

15     A     Whoever qualifies to make the team at

16 tryouts.

17     Q     Okay.  So going into tryouts, there's no

18 fixed number of students --

19     A     No --

20     Q     -- make the team?  Okay.

21     A     No.  I would like to have five boys and

22 three girls, 'cause that's what I need to play with.

1    Q    And why do you need that to play with?

2    A    That's the amount of kids you can play in a

3    match.

4    Q    Okay.  And is there a reason why there are

5    five boys and three girls needed for a match?

6    A    That's what was set by TSSAA I guess.

7    Q    Okay.  So you don't determine that number of

8    five --

9    A    No.

10   Q    -- girls.  Do you determine how many

11   students end up making the golf team?

12   A    I'd like to say yes, but really their play

13   determines who makes the golf team.

14   Q    Okay.  Approximately how many students do

15   not make the team who try out?

16   A    Not many.  Two, three maybe.

17   Q    Approximately how many students try out?

18   A    Well this year, I've got 18 kids.

19   Q    Okay.  So theoretically, all 18 could make

20   the team; is that right?

21   A    Yes.

22   Q    Do the students who make either of the high

1    Q    Got it.  So you have too many students

2  wanting to play on the girls' golf team?

3    A    And only because I can only play three at a

4  time.

5    Q    Okay.  Are there separate tryouts held for

6  the boys' team and girls' team?

7    A    No.

8    Q    So how many days are tryouts?

9    A    I think this year we had them for three

10  days.

11    Q    Okay.  So here, if you look at bullet 2, it

12  says, "players trying out for the boys' team will need

13  to shoot an average score of 90 or better for 18

14  walking holes through 3 rounds."

15    A    Yes.

16    Q    Right?  So when you say tryouts were over

17  three days, is that what is referenced here as three

18  rounds?

19    A    Yes.

20    Q    Okay.  And are those three consecutive days?

21    A    No.

22    Q    What's the length of time between each

1      A     Yes, sir.

2      Q     Okay.  So if I refer to it as that, you'll

3   understand what I mean?

4      A     Yes.

5      Q     Okay.  What does the TSSAA do?

6      A     I believe they're our governing body.

7      Q     When you say, "our," what do you mean?

8      A     Sports.  High school sports.  Secondary

9   sports.

10     Q     Okay.  So by governing body do you mean that

11  as a coach at a high school in Tennessee, you must

12  abide by their policies?

13     A     Yes.

14     Q     Okay.  And Farragut High School is a member

15  of the TSSAA; is that right?

16     A     Yes.

17     Q     Are all Tennessee high schools members?

18     A     No.

19     Q     Okay.  Do you know how one becomes a member?

20     A     No.

21     Q     Do you have any particular obligations that

22  you must meet -- let me rephrase that.

1      Q    Is there a championship tournament each

2  school year?

3      A    Yes.

4      Q    And how does the team participate in that

5  tournament?

6      A    As a team, you have to win your region

7  tournament.  You take one team from the region to go

8  to state, but you can qualify as an individual to go

9  to state if your team doesn't make it.

10     Q    How many teams participate in the state

11 championship tournament?

12     A    Big school state tournament, I believe there

13 are eight teams.  I think, yeah.

14     Q    And is Farragut High School considered a big

15 school?

16     A    Yes.

17     Q    Has the Farragut High School boys' team ever

18 won the state championship tournament?

19     A    Yes.

20     Q    What year was that?

21     A    2020.

22     Q    And did you come to the regional boys' golf

Case 3:21-cv-00835  Document 57-3  Filed 10/07/22  Page 18 of 25 PageID #: 1555

1    tournament last year?

2         A    Yes.

3         Q    And do you recall what the boys' team placed

4    in that tournament?

5         A    Second.

6         Q    And do you recall the top four scores of the

7    boys that played in that tournament?

8         A    Mmm.  No; not offhand, no.  I can't give you

9    exact scores.

10                 MS. BERGMEYER:  I'm looking to upload a

11    document and it's not letting me click on that option.

12                 THE TECH CONCIERGE:  That's because you

13    probably didn't request -- you don't have the private

14    folder to put them in.  That's why.  You can e-mail it

15    to --

16                 MS. BERGMEYER:  Okay.

17                 THE TECH CONCIERGE:  -- you can e-mail

18    it to me and I could put it up here, but you can't.

19                 MS. BERGMEYER:  Okay.  Or I could share

20    my screen?  Is that right?

21                 THE TECH CONCIERGE:  You can do that

22    one as I give you permission to do that.  Hold on a

1    second and I'll set that right now.

2                  You can now share your screen, yes, but

3    if you want that document to be entered into the

4    record, you'll still need to get it to me or to the

5    court reporter so it can be put in with the marked

6    exhibits.

7                  MS. BERGMEYER:  Okay.  Thank you.  I'll

8    go ahead and share my screen and I'll e-mail it to

9    you --

10                 THE TECH CONCIERGE:  Okay.

11                 MS. BERGMEYER:  -- before I do.

12   BY MS. BERGMEYER:

13       Q    Mr. Higgins, you were previously given an

14   exhibit that was the Farragut High School golf team's

15   Twitter account; is that correct?

16       A    Yes.

17       Q    And I believe you testified that Coach Tate

18   was a Farragut High School employee that might post to

19   that account; is that correct?

20       A    Yes.

21       Q    Does this tweet from September 27th of 2021

22   refresh your memory about the top four scores for the

1    Farragut High School boys' golf team?

2        A    Yes.

3        Q    And do you believe this record to be

4    accurate as to what their scores were?

5        A    Yes.

6        Q    What is par for a golf course?

7        A    Seventy-two.

8        Q    And so is it correct that player Owen

9    Queener shot three above par?  It that how you

10   would've looked at it?

11       A    Yes, he was three over par.

12       Q    Okay.  And the other two players shot six

13   over par; is that correct?

14       A    Yes.

15       Q    And the fourth player shot eight over par;

16   is that correct?

17       A    Yes.

18            THE TECH CONCIERGE:  Did you mean to do

19   that, Counsel?

20            MS. BERGMEYER:  Do what?

21            THE TECH CONCIERGE:  Have your e-mail

22   up?

Case 3:21-cv-00835  Document 57-3  Filed 10/07/22  Page 21 of 25 PageID #: 1558

1      Q    And how often were you in the same gym with

2   L.E.?

3      A    Two, three times a week.

4      Q    But L.E. never spoke to you about the golf

5   team?

6      A    No, ma'am.

7      Q    And L.E. never tried out for the golf team

8   while you've been coach.

9      A    No, ma'am.

10             MS. BERGMEYER:  No further questions.

11   Thank you.

12             MS. JERNIGAN-JOHNSON:  I don't have

13   anything.

14             MR. O'TOOLE:  I just have a few

15   follow-ups.

16                    EXAMINATION

17   BY MR. O'TOOLE:

18      Q    Mr. Higgins, are mental toughness and

19   determination skills that a person of either gender

20   can have?

21      A    Yes.

22      Q    And you identified the returnees for the

1        CERTIFICATE OF DEPOSITION OFFICER

2            I, JANEL B. FOLSOM, the officer before whom

3   the foregoing proceedings were taken, do hereby

4   certify that any witness(es) in the foregoing

5   proceedings, prior to testifying, were duly sworn;

6   that the proceedings were recorded by me and

7   thereafter reduced to typewriting by a qualified

8   transcriptionist; that said digital audio recording of

9   said proceedings are a true and accurate record to the

10  best of my knowledge, skills, and ability; that I am

11  neither counsel for, related to, nor employed by any

12  of the parties to the action in which this was taken;

13  and, further, that I am not a relative or employee of

14  any counsel or attorney employed by the parties

15  hereto, nor financially or otherwise interested in the

16  outcome of this action. *Janel B. Folsom*

17                              JANEL B. FOLSOM

18                       Notary Public in and for the

19                       Commonwealth of Virginia

20

21

22

Case 3:21-cv-00835 Document 57-3 Filed 10/07/22 Page 23 of 25 PageID #: 1560

1        CERTIFICATE OF TRANSCRIBER

2            I, ALICE AMUSIN, do hereby certify that this

3    transcript was prepared from the digital audio

4    recording of the foregoing proceeding, that said

5    transcript is a true and accurate record of the

6    proceedings to the best of my knowledge, skills, and

7    ability; that I am neither counsel for, related to,

8    nor employed by any of the parties to the action in

9    which this was taken; and, further, that I am not a

10   relative or employee of any counsel or attorney

11   employed by the parties hereto, nor financially or

12   otherwise interested in the outcome of this action.

13

14                      *Alice Amu—*

15                      ALICE AMUSIN

16

17

18

19

20

21

22

**Exhibit 0007 SB**
7/25/2022
Jon Higgins

11:00

LTE



🔒 mobile.twitter.com

Search Twitter

Log in        Sign up

**jack tate**
@coachtatefhs20

Region Boys Golf Tournament ⚓ 🏌️⛳
Final Order of Finish
1st Halls
2nd Farragut
3rd Bearden
4th Campbell County
5th William Blount
6th West
Farragut Top 4 Scores:
Owen Queener 75
Brady Harville 78
Sebastian Costales 78
Carter Mayfield 80
@FarragutGolf @jasonmayfield

5:24 PM · Sep 27, 2021 · Twitter for iPad

**2** Retweets  **8** Likes