```
 1            IN THE UNITED STATES DISTRICT COURT
 2               MIDDLE DISTRICT OF TENNESSEE
 3                     NASHVILLE DIVISION
 4   _____
 5   L.E., by his next friends and
 6   parents, SHELLEY ESQUIVEL and
 7   MARIO ESQUIVEL,
 8            Plaintiff,
 9       v.                                    Case No.
10   BILL LEE, et al.,                         3:21-cv-00835
11            Defendants.
12   _____
13               VIDEOCONFERENCE DEPOSITION OF
14                    JENNIFER HEMMELGARN
15   DATE:          Friday, July 29, 2022
16   TIME:          9:33 a.m. CDT/10:33 a.m. EDT
17   LOCATION:      Remote Proceeding
18                  Washington, DC 20005
19   REPORTED BY:   Janel Folsom, Notary Public
20   JOB NO.:       5335467
21
22
```

```
 1              A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFF L.E., by his next friends and
 3    parents, SHELLEY ESQUIVEL and MARIO ESQUIVEL:
 4         SAMUEL M. STRONGIN, ESQUIRE (by videoconference)
 5         Wilmer Cutler Pickering Hale and Dorr LLP
 6         1875 Pennsylvania Avenue Northwest
 7         Washington, DC 20001
 8         samuel.strongin@wilmerhale.com
 9         (202) 663-6565
10
11         TARA L. BORELLI, ESQUIRE (by videoconference)
12         Lambda Legal Defense and Education Fund Inc.
13         730 Peachtree Street Northeast, Suite 640
14         Atlanta, GA 30318
15         tborelli@lambdalegal.org
16         (404) 897-1880
17
18
19
20
21
22
```

```
 1              A P P E A R A N C E S (Cont'd)
 2         LUCAS CAMERON-VAUGHN, ESQUIRE
 3         (by videoconference)
 4         American Civil Liberties Union Foundation
 5         of Tennessee
 6         P.O. Box 120160
 7         Nashville, TN 37212
 8         cameron-vaughn@aclu-tn.org
 9
10   ON BEHALF OF DEFENDANTS GOVERNOR BILL LEE,
11   COMMISSIONER PENNY SCHWINN, DR. MORRISON, THE
12   INDIVIDUAL MEMBERS OF TENNESSEE STATE BOARD OF
13   EDUCATION IN THEIR OFFICIAL CAPACITIES, AND THE
14   TENNESSEE STATE BOARD OF EDUCATION:
15         STEPHANIE A. BERGMEYER, ESQUIRE
16         (by videoconference)
17         Tennessee Attorney General, Tax Division
18         315 Deaderick Street, 20th Floor
19         Nashville, TN 37243
20         stephanie.bergmeyer@ag.tn.gov
21         (615) 741-6828
22
```

```
 1             A P P E A R A N C E S (Cont'd)
 2        CLARK L. HILDABRAND, ESQUIRE (by videoconference)
 3        Knox County Law Director's Office
 4        400 Main Street, Suite 612
 5        Knoxville, TN 37902
 6        clark.hildabrand@ag.tn.gov
 7
 8        TRAVIS ROYER, ESQUIRE (by videoconference)
 9        Tennessee Attorney General
10        167 North Main Street, Suite 800
11        Memphis, TN 38103
12        travis.royer@ag.tn.gov
13
14   ON BEHALF OF DEFENDANTS KNOX COUNTY BOARD OF EDUCATION
15   AND ROBERT THOMAS IN HIS OFFICIAL CAPACITY:
16        JESSICA JERNIGAN-JOHNSON, ESQUIRE
17        (by videoconference)
18        Knox County Law Director's Office
19        400 Main Street, Suite 612
20        Knoxville, TN 37902
21        jessica.johnson@knoxcounty.org
22        (865) 215-2327
```

```
 1              A P P E A R A N C E S (Cont'd)
 2         AMANDA L. MORSE, ESQUIRE (by videoconference)
 3         Knox County Law Director's Office
 4         400 Main Street, Suite 612
 5         Knoxville, TN 37902
 6         amanda.morse@knoxcounty.org
 7         (865) 215-2327
 8
 9         DAVID M. SANDERS, ESQUIRE (by videoconference)
10         Knox County Law Director's Office
11         400 Main Street, Suite 612
12         Knoxville, TN 37902
13         david.sanders@knoxcounty.org
14         (865) 215-2327
15
16    ALSO PRESENT:
17         Jerry Curran, Tech Concierge (by videoconference)
18         Brandon C. Townsend, Intern, Tennessee Attorney
19         General (by videoconference)
20
21
22
```

```
                        I N D E X

EXAMINATION:                                      PAGE

    By Mr. Strongin                                10

    By Ms. Jernigan-Johnson                       128


                     E X H I B I T S

NO.              DESCRIPTION                      PAGE

Exhibit 1        Knox County I-171 Policy          41

Exhibit 2        Hemmelgarn E-Mail Re: Trans
                 Athletes                          64

Exhibit 3        Mac Pickle E-Mail Re: Trans
                 Athletes                          68

Exhibit 4        TSSAA Pre-SB 228 Trans Policy     74

Exhibit 5        SB 228 Language                   79

Exhibit 6        Tennessee Code Annotation
                 49-6-310                          80

Exhibit 7        E-Mails Re: Meeting of
                 Title IX Personnel                87

Exhibit 8        KCS RFA Responses                125

            (Exhibits retained by counsel.)
```

```
 1              P R O C E E D I N G S
 2              THE REPORTER:  Good morning.  My name
 3   is Janel Folsom; I am the reporter assigned by
 4   Veritext to take the record of this deposition.  We
 5   are now on the record at, sorry, 10:33 a.m. on Friday,
 6   July 29, 2022.
 7              This is the deposition of Jennifer
 8   Hemmelgarn taken in the matter of L.E. by His Next
 9   Friends and Parents, Shelley and Mario Esquivel vs.
10   Bill Lee, et al., Case No. 3:21-cv-00835.  And this
11   case is filed in the U.S. District Court, Middle
12   District of Tennessee, Nashville Division.  We are all
13   participating via a Zoom videoconference.
14              And I am a notary authorized to take
15   acknowledgments and administer oaths in the
16   Commonwealth of Virginia.  Parties agree that I will
17   swear in the witness remotely, outside of her
18   presence.
19              Additionally, absent an objection on
20   the record before the witness is sworn, all parties
21   and the witness understand and agree that any
22   certified transcript produced from the recording
```

```
 1    virtually of this proceeding:
 2                  - is intended for all uses permitted
 3                    under applicable procedural and
 4                    evidentiary rules and laws in the same
 5                    manner as a deposition recorded by
 6                    stenographic means; and
 7                  - shall constitute written stipulation
 8                    of such.
 9                    At this time will all the attorneys on
10    the call please introduce yourself for the record.
11    I'm sorry.  One second.  And, Samuel, you can go
12    first.
13                    MR. STRONGIN:  Great, thank you.  My
14    name's Samuel Strongin, representing plaintiff L.E.,
15    and I'm with the law firm Wilmer Cutler Pickering Hale
16    and Dorr.
17                    MS. BERGMEYER:  Good morning, Stephanie
18    Bergmeyer with the attorney general's office.  I
19    represent Governor Lee; Commissioner Penny Schwinn;
20    Dr. Morrison; and the individual members of the
21    Tennessee State Board of Education, all in their
22    official capacities; and the Tennessee State Board of
```

1  Education.  And with me in attendance today from the
2  attorney general's office are Clark Hildabrand and
3  Travis Royer.  And we also have an intern here today
4  with us, Brandon Townsend.
5                 MS. JERNIGAN-JOHNSON:  Good morning,
6  everyone.  My name is Jessica Jernigan-Johnson.  I am
7  with the Knox County Law Director's Office.  I
8  represent the Knox County Board of Education and
9  Robert Thomas in his official capacity.  I am
10 accompanied today by David Sanders and Amanda Morse.
11                MR. CAMERON-VAUGHN:  Good morning, my
12 name is Lucas Cameron-Vaughn, and I'm with the ACLU of
13 Tennessee, and I'm representing L.E., the plaintiff in
14 this matter.
15                THE REPORTER:  Okay.  If that's
16 everyone, then, Ms. Hemmelgarn, if you could just
17 raise your right hand, I'll swear you in.
18 WHEREUPON,
19                JENNIFER HEMMELGARN,
20 called as a witness, and having been first duly sworn
21 to tell the truth, the whole truth, and nothing but
22 the truth, was examined and testified as follows:

```
 1              THE REPORTER:  Okay.  You can begin.
 2                        EXAMINATION
 3   BY MR. STRONGIN:
 4        Q    Thank you.  Good morning, Ms. Hemmelgarn.
 5   My name is Samuel Strongin.  I'm representing
 6   plaintiff L.E., from the law firm Wilmer Cutler
 7   Pickering Hale and Dorr.  How are you doing this
 8   morning?
 9        A    Good morning.  I'm good, thank you.
10        Q    Great.  And can you please just confirm that
11   you can see and hear me?
12        A    Yes, I can.
13        Q    And I wanted to first take a minute just to
14   say thank you for taking the time for this deposition.
15   I know things are busy for you this time of year with
16   school getting started, so appreciate that.
17             Is it all right if I call you
18   Ms. Hemmelgarn, or is there another honorific you
19   prefer?
20        A    Ms. Hemmelgarn is good.
21        Q    Great.  And could you please tell me who is
22   in the room with you currently?
```

1  secondary level.  That -- that would be the most
2  concise way that I think I could describe it.
3       Q    And what role does Knox County Schools play
4  with the Tennessee Secondary School Athletic
5  Association?
6              MS. JERNIGAN-JOHNSON:  Object to the
7  form.
8       A    TSSAA is a membership organization, so
9  members that elect to participate are governed by the
10 bylaws or rules of TSSAA.  Knox County Schools, high
11 schools, each of the 16 traditional high schools are
12 members of TSSAA.
13      Q    So is membership at the individual school
14 level, then?
15      A    Membership is at the individual school
16 level, yes.
17      Q    And is Farragut High School a member of the
18 TSSAA?
19      A    Yes.
20      Q    Is TSSAA membership a prerequisite to a
21 school having an interscholastic athletic program?
22              MS. JERNIGAN-JOHNSON:  Object to the

1  be eligible to participate on the boys' golf team at
2  Farragut High School?
3              MS. JERNIGAN-JOHNSON:  Object to the
4  form.
5       A    No.
6              MR. STRONGIN:  Thank you,
7  Ms. Hemmelgarn.  Those are all the questions I have.
8              MS. BERGMEYER:  I have no questions.
9  Thank you.
10             MS. JERNIGAN-JOHNSON:  I'm sorry,
11 Stephanie.  Did you say you do have questions?
12             MS. BERGMEYER:  No, I do not.
13             MS. JERNIGAN-JOHNSON:  Oh, okay.
14 Sorry.  I just have a couple of questions.
15                    EXAMINATION
16 BY MS. JERNIGAN-JOHNSON:
17      Q    So, Ms. Hemmelgarn, we talked earlier in the
18 day about sports opportunities in Knox County.  Do you
19 recall when we discussed that?
20      A    Yes.
21      Q    And you mentioned football as an example of
22 a sport where both boys and girls can participate on

Page 129

1    the same team; is that right?
2         A    Yes.
3         Q    Are you aware of other sports or activities
4    that both boys and girls can participate on the same
5    team?
6         A    Yes.  There are other non-gender specific
7    sports.  Do you want me to list the ones I recall?
8         Q    Yes, if you can list --
9         A    Okay.
10        Q    -- the ones you recall.
11        A    I believe that, if I recall correctly,
12   soccer is not -- there is soccer and girls' soccer, so
13   it is not designated boys and -- boys and girls.  It's
14   just soccer and girls' soccer.  I believe that
15   wrestling is the same and also bowling.  If I remember
16   correctly, I don't believe that baseball is designated
17   as boys' baseball, but softball is designated as
18   girls' softball.
19             I would have to consult the TSSAA bylaws,
20   which I can do that, if that's okay.
21        Q    Thank you.
22        A    Okay.  So what I am looking at is the TSSAA

1   bylaws from 2021 to 2022.  So that's -- wrestling is
2   listed as wrestling and girls' wrestling, so not boys'
3   wrestling.  Bowling, the same.  Football is not
4   designated as gender-specific.  Baseball is not
5   designated as gender-specific.  Soccer is not
6   designated as gender-specific in one season, but there
7   is a girls' soccer as well.  There are two activities
8   that are not listed as sports under TSSAA, and that is
9   cheerleading and dance as well.
10       Q    So based on your review of the TSSAA
11  handbook, it's your understanding that there are coed
12  sports and activities in Knox County Schools.
13       A    Opportunities, yes.
14       Q    Okay.  And finally, was policy I-171 revised
15  because of the passage of Senate Bill 228 that
16  required us -- that required Knox County to adopt a
17  policy as reflected in that bill?
18       A    Yes.
19            MS. JERNIGAN-JOHNSON:  That is all the
20  questions I have.
21            MR. STRONGIN:  I have no more
22  questions.

1  MS. BERGMEYER:  No more questions,
2  thank you.
3  THE REPORTER:  Okay.  If that is all we
4  have, then do we want to give the witness a chance to
5  read and sign?
6  MS. JERNIGAN-JOHNSON:  Do you want to
7  review and sign your transcript?
8  THE WITNESS:  Yes.
9  THE REPORTER:  Okay.  Then we are off
10 the record at 2:06 p.m. Eastern Daylight Time.
11                (Signature reserved.)
12                (Whereupon, at 1:06 p.m. CDT/2:06 p.m.
13                EDT, the proceeding was concluded.)
14
15
16
17
18
19
20
21
22

```
1        CERTIFICATE OF DEPOSITION OFFICER
2            I, JANEL FOLSOM, the officer before whom the
3   foregoing proceedings were taken, do hereby certify
4   that any witness(es) in the foregoing proceedings,
5   prior to testifying, were duly sworn; that the
6   proceedings were recorded by me and thereafter reduced
7   to typewriting by a qualified transcriptionist; that
8   said digital audio recording of said proceedings are a
9   true and accurate record to the best of my knowledge,
10  skills, and ability; that I am neither counsel for,
11  related to, nor employed by any of the parties to the
12  action in which this was taken; and, further, that I
13  am not a relative or employee of any counsel or
14  attorney employed by the parties hereto, nor
15  financially or otherwise interested in the outcome of
16  this action.              [signature: Janel B. Folsom]

17                                         JANEL FOLSOM
18                                Notary Public in and for the
19                                Commonwealth of Virginia
20
21  [X] Review of the transcript was requested.
22
```

```
 1              CERTIFICATE OF TRANSCRIBER

 2              I, LAURA MORIN, do hereby certify that this

 3    transcript was prepared from the digital audio

 4    recording of the foregoing proceeding, that said

 5    transcript is a true and accurate record of the

 6    proceedings to the best of my knowledge, skills, and

 7    ability; that I am neither counsel for, related to,

 8    nor employed by any of the parties to the action in

 9    which this was taken; and, further, that I am not a

10    relative or employee of any counsel or attorney

11    employed by the parties hereto, nor financially or

12    otherwise interested in the outcome of this action.

13                                   /s/ Laura Morin

14

15                                   LAURA MORIN
```