1              UNITED STATES DISTRICT COURT

2              MIDDLE DISTRICT OF TENNESSEE

3    _____

4    L.E., by his next friends and

5    parents, SHELLY ESQUIVEL and

6    MARIO ESQUIVEL

7              Plaintiff

8        v.                                      No.

9    BILL LEE, in his official            3:21-cv-00835

10   capacity as Governor of

11   Tennessee; PENNY SCHWINN, in her

12   official capacity as the

13   Tennessee Education

14   Commissioner; TENNESSEE STATE

15   BOARD OF EDUCATION; SARA HEYBURN

16   MORRISON, in her official

17   capacity as the Executive

18   Director of the Tennessee State

19   Board of Education; NICK

20   DARNELL, MIKE EDWARDS, ROBERT

21   EBY, GORDON FERGUSON, ELISSA

22   KIM, LILIAN HARTGROVE, NATE

Case 3:21-cv-00835  Document 57-11  Filed 10/07/22  Page 1 of 14 PageID #: 1644

1  MORROW, LARRY JENSEN, DARRELL

2  COBBINS, and EMILY HOUSE, the

3  individual members of the

4  Tennessee State Board of

5  Education, in their official

6  capacities; KNOX COUNTY BOARD OF

7  EDUCATION a/k/a KNOX COUNTY

8  SCHOOLS a/k/a KNOX COUNTY SCHOOL

9  DISTRICT; ROBERT M. "BOB"

10  THOMAS, in his official capacity

11  as Director of Knox County

12  Schools

13          Defendants

14  _____

15          VIDEOCONFERENCE DEPOSITION OF

16          JOHN CRISTOPHER BARTLETT

17  DATE:          Monday, July 25, 2022

18  TIME:          2:03 p.m.

19  LOCATION:      Remote Proceeding

20                 Washington, D.C. 20005

21  REPORTED BY:   Janel B. Folsom, Notary Public

22  JOB NO.:       5338660

```
 1              A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFF L.E., BY HIS NEXT FRIENDS AND
 3    PARENTS, SHELLEY ESQUIVEL AND MARIO ESQUIVEL:
 4         THOMAS F. COSTELLO-VEGA, ESQUIRE (by
 5         videoconference)
 6         WilmerHale LLP
 7         350 South Grand Avenue, Suite 2100
 8         Los Angeles, California 90071-3409
 9         thomas.costello-vega@wilmerhale.com
10         (213) 443-5300
11
12    ON BEHALF OF DEFENDANTS KNOX COUNTY BOARD OF EDUCATION
13    A/K/A KNOX COUNTY SCHOOLS A/K/A KNOX COUNTY SCHOOL
14    DISTRICT AND ROBERT M. "BOB" THOMAS, IN HIS CAPACITY
15    AS DIRECTOR OF KNOX COUNTY SCHOOLS AND WITNESS JOHN
16    CRISTOPHER BARTLETT:
17         JESSICA G. A. JERNIGAN-JOHNSON, ESQUIRE (by
18         videoconference)
19         Knox County Law Director's Office
20         400 Main Street, Suite 612
21         Knoxville, Tennessee 37902-2495
22         jessica.johnson@knoxcounty.org
```

Case 3:21-cv-00835  Document 57-11  Filed 10/07/22  Page 3 of 14 PageID #: 1646

1            A P P E A R A N C E S (Cont'd)

2   ON BEHALF OF DEFENDANTS BILL LEE, IN HIS OFFICIAL

3   CAPACITY AS GOVERNOR OF TENNESSEE; PENNY SCHWINN, IN

4   HER OFFICIAL CAPACITY AS THE TENNESSEE EDUCATION

5   COMMISSIONER; TENNESSEE STATE BOARD OF EDUCATION; SARA

6   HEYBURN MORRISON, IN HER CAPACITY AS THE EXECUTIVE

7   DIRECTOR OF THE TENNESSEE BOARD OF EDUCATION; AND NICK

8   DARNELL, MIKE EDWARDS, ROBERT EBY, GORDON FERGUSON,

9   ELISSA KIM, LILLIAN HARTGROVE, NATE MORROW, LARRY

10  JENSEN, DARRELL COBBINS, AND EMILY HOUSE, THE

11  INDIVIDUAL MEMBERS OF THE TENNESSEE STATE BOARD OF

12  EDUCATION, IN THEIR OFFICIAL CAPACITIES:

13          STEPHANIE A. BERGMEYER, ESQUIRE (by

14          videoconference)

15          Office of Tennessee Attorney General

16          315 Deaderick Street, 20th Floor

17          Nashville, Tennessee 37243-0001

18          stephanie.bergmeyer@ag.tn.gov

19          (615) 741-6828

20

21

22

Case 3:21-cv-00835 Document 57-11 Filed 10/07/22 Page 4 of 14 PageID #: 1647

1          A P P E A R A N C E S (Cont'd)

2     ALSO PRESENT:

3          Tara L. Borelli, Esq., Lambda Legal Defense and

4          Education Fund Inc. (by videoconference)

5          Clark L. Hildabrand, Esq., Office of Tennessee

6          Attorney General (by videoconference)

7          Samuel L. Strongin, Esq., Office of Tennessee

8          Attorney General (by videoconference)

9          Travis Royer, Office of Tennessee Attorney

10         General (by videoconference)

11         Brandon Townsend, Office of Tennessee Attorney

12         General (by videoconference)

13         Jerry Curran, Technician, CMI Production Services

14         (by videoconference)

15

16

17

18

19

20

21

22

Case 3:21-cv-00835 Document 57-11 Filed 10/07/22 Page 5 of 14 PageID #: 1648

```
 1                  I N D E X
 2   EXAMINATION:                                     PAGE
 3        By Mr. Costello-Vega                        11
 4        By Ms. Bergmeyer                            105
 5        By Mr. Costello-Vega                        109
 6        By Ms. Bergmeyer                            112
 7        By Ms. Jernigan-Johnson                     112
 8
 9                  E X H I B I T S
10   NO.            DESCRIPTION                       PAGE
11   Exhibit 1      E-mail Chain, Subject L.E.,
12                  Incoming 9th Grader,
13                  Beginning 3/4/2021               37
14   Exhibit 2      Knox County Schools Defendants'
15                  Fed. R. Civ. P. Rule 26(a)
16                  Initial Disclosures             49
17   Exhibit 3      Farragut High School
18                  Requirements to Play Golf       55
19   Exhibit 4      Knox County Board of Education
20                  Policy, Interscholastic Athletics 73
21
22
```

```
1                 E X H I B I T S (Cont'd)

2    NO.             DESCRIPTION                     PAGE

3    Exhibit 5       E-mail Chain, Subject TSSAA

4                    Transgender Policy,

5                    Beginning 4/15/2021            82

6    Exhibit 6       TSSAA/TMSAA Transgender Policy  83

7                      (Exhibits attached.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22
```

```
1              P R O C E E D I N G S
```

2              THE REPORTER:  Good afternoon.  My

3    name's Janel Folsom; I'm the reporter assigned by

4    Veritext to take the record of this deposition.  We

5    are now on the record at 2:03 p.m. Eastern Daylight

6    Time, on Monday, July 25, 2022.

7              This is the deposition of Dr. John

8    Bartlett taken in the matter of L.E., by his next

9    friends and parents, Shelley Esquivel and Mario

10   Esquivel vs. Bill Lee, et al.  Case no. 3:21-cv-00835

11   and is filed with the U.S. District Court, Middle

12   District of Tennessee, Nashville Division.  We are all

13   participating via a Zoom videoconference call.

14             And I'm a notary authorized to take

15   acknowledgements and administer oaths in the

16   Commonwealth of Virginia.  Parties agree that I will

17   swear the witness remotely, outside of his presence.

18             Additionally, absent an objection on

19   the record before the witness is sworn, all parties

20   and the witness understand and agree that any

21   certified transcript produced from the recording

22   virtually of this proceeding:

1              - is intended for all uses permitted

2              under applicable procedural and

3              evidentiary rules and laws in the same

4              manner as a deposition recorded by

5              stenographic means; and

6              - shall constitute written stipulation

7              of such.

8              At this time will all the attorneys on

9      the call please introduce yourself for the record.

10     Let's see.  Jessica, you can go first.

11              MS. JERNIGAN-JOHNSON:  Hi.  I'm Jessica

12     Jernigan-Johnson.  I'm here on behalf of the Knox

13     County Board of Education and Bob Thomas, in his

14     official capacity, Defendants.  And I'm also here for

15     Dr. Bartlett.

16              MR. COSTELLO-VEGA:  And then I'm Thomas

17     Costello-Vega.  I'm with the Plaintiff at the law firm

18     of WilmerHale.  And I'm joined by my colleagues Samuel

19     Strongin, also with WilmerHale, and Tara Borelli with

20     Lambda Legal.

21              THE REPORTER:  Okay.  Is that

22     everybody?  Sorry.  I was looking down.

```
 1              MS. BERGMEYER:  Stephanie --
 2              THE REPORTER:  Yeah, Stephanie.
 3              MS. BERGMEYER:  Stephanie Bergmeyer;
 4   I'm here on behalf of Governor Bill Lee, the other
 5   state officials, and state entities in this case.
 6   Clark Hildabrand is the assistant solicitor general;
 7   he's here as well.  And Brandon Townsend is an intern
 8   with our office.
 9              THE REPORTER:  Okay.  All right.  All
10   right.
11              Dr. Bartlett, if you'd just raise your
12   right hand, I'll swear you in.
13   WHEREUPON,
14              JOHN CRISTOPHER BARTLETT,
15   called as a witness, and having been first duly sworn
16   to tell the truth, the whole truth, and nothing but
17   the truth, was examined and testified as follows:
18              THE REPORTER:  Okay.
19              You can begin.
20              MR. COSTELLO-VEGA:  All right.
21   //
22   //
```

Case 3:21-cv-00835  Document 57-11  Filed 10/07/22  Page 10 of 14 PageID #: 1653

1    members of the TSSAA?

2         A    I --

3                   MS. JERNIGAN-JOHNSON:  Object to the

4    form.

5         A    I believe so.  I wouldn't -- I -- there may

6    be -- there may be some fluke one that's not, but I

7    don't know one.

8         Q    Got it.  But Farragut High School is a

9    member of TSSAA; is that right?

10        A    Yes.

11        Q    And so that means that Farragut High School

12   must comply with TSSAA policies?

13        A    Yes.

14        Q    Okay.  And so it sounds like you have not

15   reviewed this policy before; is that correct?

16        A    That's correct.

17        Q    Were you aware of any TSSAA policies

18   governing the participation of transgender students in

19   school sports?

20                   MS. JERNIGAN-JOHNSON:  Object to the

21   form.

22        A    Not prior to this issue coming up.

Case 3:21-cv-00835  Document 57-11  Filed 10/07/22  Page 11 of 14 PageID #: 1654

1   have.

2              MS. BERGMEYER:  Okay.  Wait.

3              THE REPORTER:  Okay.  And are we going

4   to -- I'm sorry.

5              THE TECH CONCIERGE:  You're muted,

6   Janel.

7              THE REPORTER:  I tried.

8              Are we -- if that's all the questions,

9   did you waive read and sign or would you like to do

10  that?

11             MS. JERNIGAN-JOHNSON:  We'll waive read

12  and sign.

13             THE REPORTER:  All right.

14             If that's all we have then we are off

15  the record at 3:51 p.m. Eastern Daylight Time.

16             (Signature waived.)

17             (Whereupon, at 3:51 p.m., the

18             proceeding was concluded.)

19

20

21

22

1              CERTIFICATE OF DEPOSITION OFFICER

2                   I, JANEL B. FOLSOM, the officer before whom

3     the foregoing proceedings were taken, do hereby

4     certify that any witness(es) in the foregoing

5     proceedings, prior to testifying, were duly sworn;

6     that the proceedings were recorded by me and

7     thereafter reduced to typewriting by a qualified

8     transcriptionist; that said digital audio recording of

9     said proceedings are a true and accurate record to the

10    best of my knowledge, skills, and ability; that I am

11    neither counsel for, related to, nor employed by any

12    of the parties to the action in which this was taken;

13    and, further, that I am not a relative or employee of

14    any counsel or attorney employed by the parties

15    hereto, nor financially or otherwise interested in the

16    outcome of this action.

17                                        JANEL B. FOLSOM

18                              Notary Public in and for the

19                              Commonwealth of Virginia

20

21

22

1              CERTIFICATE OF TRANSCRIBER

2              I, ALICE AMUSIN, do hereby certify that this

3    transcript was prepared from the digital audio

4    recording of the foregoing proceeding, that said

5    transcript is a true and accurate record of the

6    proceedings to the best of my knowledge, skills, and

7    ability; that I am neither counsel for, related to,

8    nor employed by any of the parties to the action in

9    which this was taken; and, further, that I am not a

10   relative or employee of any counsel or attorney

11   employed by the parties hereto, nor financially or

12   otherwise interested in the outcome of this action.

13

14                          *Alice Amu*

15                          ALICE AMUSIN

16

17

18

19

20

21

22