## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEENASHVILLE DIVISION

| | | |
|---|---|---|
| **L.E.,** *by his next friend and parents,* **SHELLEY ESQUIVEL and MARIO ESQUIVEL,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **No.    3:21-CV-00835** |
| **BILL LEE, in his official capacity as Governor of Tennessee, et al.** | ) ) ) | |
| **Defendants.** | ) ) | |

## DECLARATION OF JESSICA JERNIGAN-JOHNSON

Pursuant to 28 U.S.C. § 1746, I, Jessica Jernigan-Johnson, hereby declare under penalty of perjury that the following is true and correct:

1.      I am over 18 years of age and have direct knowledge of the matters stated herein.

2.      Defendants Knox County Board of Education and Superintended Jon Rysewyk, in his official capacity, rely on the attached exhibits in support of their Motion for Summary Judgment filed in this matter.

3.      Exhibit 1 is a copy of Knox County Board of Education's Policy 1-171 regarding interscholastic sports.

4.      Exhibit 2 is a true and correct copy of excerpts of the deposition of L.E. dated August 1, 2022.

5.      Exhibit 3 is a true and correct copy of excerpts of the deposition of Jennifer Hemmelgarn, KCBOE's 30(b)(6) witness, dated July 29, 2022.

6.      Exhibit 4 is a true and correct copy of excerpts of the deposition of Penny Schwinn dated August 3, 2022.

7.      Exhibit 5 is a true and correct copy of excerpts of the deposition of Sara Morrison dated August 22, 2022.

8.      I have personal knowledge of the facts in this declaration and, if called to testify, could completely do that.

Dated this 10th day of October, 2022.

s/*Jessica Jernigan-Johnson*
DAVID M. SANDERS (BPR # 016885)
Senior Deputy Law Director
JESSICA JERNIGAN-JOHNSON (BPR # 032192)
Deputy Law Director
Suite 612, City-County Building
400 Main Street
Knoxville, TN  37902
(865) 215-2327

*Counsel for Defendants, Knox County Board of Education, Knox County Schools and   Dr. Jon Rysewyk*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on the date recorded by the Court's electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties who have filed an appearance in the case, by and through the following counsel:

Sasha Buchert (*pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND INC.
1776 K Street NW, 8th Floor
Washington, DC 20006-5500
Tel: (202) 804-6245
sbuchert@lambdalegal.org

Leslie Cooper (*pro hac vice*)
L. Nowlin-Sohl (*pro hac vice*)
Taylor Brown (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lcooper@aclu.org
lnowlin-sohl@aclu.org
tbrown@aclu.org


Tara L. Borelli (*pro hac vice*)
Carl S. Charles (*pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND INC.
1 West Court Square, Suite 105
Decatur, GA 30030-2556
Tel: (404) 897-1880
Fax: (404) 506-9320
tborelli@lambdalegal.org
ccharles@lambdalegal.org

Jennifer Milici
John W. O'Toole
Wilmer, Cutler & Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6256
jennifer.milici@wilmerhale.com
john.o'toole@wilmerhale.com

Clark Lassiter Hildabrand
Stephanie A. Bergmeyer
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-6828
clark.hildabrand@ag.tn.gov
stephanie.bergmeyer@ag.tn.gov

Stella Yarbrough (No. 33637)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Tel: (615) 320-7142
syarbrough@aclu-tn.org

Alan Schoenfeld (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street, 45th Floor
New York, NY 10007
Tel: (212) 937-7294
alan.schoenfeld@wilmerhale.com

Matthew D. Benedetto (*pro hac vice*)
Thomas F. Costello-Vega (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: (213) 443-5300
matthew.benedetto@wilmerhale.com
thomas.costello@wilmerhale.com

Emily L. Stark (*pro hac vice*)
Samuel M. Strongin (*pro hac vice*)
Britany Riley-Swanbeck (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 663-6000
emily.stark@wilmerhale.com
samuel.strongin@wilmerhale.com
britany.riley-swanbeck@wilmerhale.com

s/*Jessica Jernigan-Johnson*
JESSICA JERNIGAN-JOHNSON