IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

L.E., by his next friends )
and parents, SHELLEY )
ESQUIVEL and MARIO ESQUIVEL )
)
      Plaintiff )
)
vs. )  No. 3:21-cv-00835
)
BILL LEE, in his official )
capacity as Governor of the )
Tennessee, et al. )
)
      Defendants )

VIDEOTAPED

DEPOSITION

OF

L.E.

August 1, 2022

---

DONNA D. TOUSEULL, LCR
HOOD & McMASTERS
P. O. Box 894, Seymour, TN 37865-0894
Telephone: 865-577-5181

VIDEOGRAPHER: Ernie Tracy, Tracy Imaging

1  Q    Did you talk to anyone about wanting to
2  play golf for the high-school boys' team?
3  A    Yes.
4  Q    Okay.  Who did you speak with?
5  A    My mom, dad, friends, lawyer, lawyers.
6  Q    Sure.
7  A    Yeah.
8  Q    Do you know who the boys' golf coach is
9  for Farragut High School?
10 A    No.
11 Q    Do you know when the boys' golf team have
12 tryouts at your school?
13 A    No, though I think my mom does.
14 Q    Do you follow the players on the Farragut
15 boys' golf team or keep track of how they're doing on the
16 team?
17 A    Not exactly keep track, though I do know
18 they are good.
19 Q    What do you know about them being good?
20 A    They got second place in a tournament, I
21 think it was a tournament.
22 Q    Are you friends with anyone on the boys'
23 golf team?
24 A    No.
25 Q    Why did you not go to tryouts for the

1 golf team before or for your freshman year of high school?
2     A     Because even if I did have the chance to
3 try out, if I can't even be able to play on the guy's golf
4 team, there -- I just wouldn't try out. There's no point.
5     Q     Do you know if the boys and girls try out
6 at the same time for the golf team?
7     A     I do not know.
8     Q     Do you know what tryout what -- do you
9 know what someone has to do at the tryouts to see whether
10 they can make the team?
11    A     I do not. I would expect you just to be
12 able to play well.
13    Q     Have you -- do you know what a handicap
14 is for golf?
15    A     Yes.
16    Q     What is your understanding of a handicap?
17    A     My understanding of it is where you get
18 to be closer to the hole or something that helps you.
19    Q     Do you know how golfers keep score?
20    A     Depending on how many hits it takes you
21 until you get to the hole. It could be birdie, par,
22 bogey, double bogey max, and if you're really, really
23 lucky, eagle, and I never got that. I wish I got an
24 eagle.
25    Q     Do you know what par is?

```
   1    even saying the whole list here.  Just little things just
   2    to work on.  I think the biggest one right now I'm working
   3    on is speed.
   4              Q      Okay.  And what type of speed?
   5              A      What do you mean by type?
   6              Q      Well, so are we talking about your swing
   7    speed?
   8              A      Yes.
   9              Q      Okay, perfect.  All right.  So I played
  10    golf in high school and college, so it's always exciting
  11    to meet somebody that loves golf also.
  12                     When I -- sometimes my coaches would ask
  13    me if I was working on putting, for example, to count how
  14    many putts I took in a certain period of -- in a certain
  15    number of holes and then report back to them about that.
  16    Has your golf coach ever asked you to do something like
  17    that?
  18              A      No, he just -- I usually take -- okay.
  19    At the end of it, we usually take notes on things I should
  20    do better.  Then I'll take a picture, and then I'll just
  21    go home and then go somewhere else, look at the notes
  22    again and work on some of that.
  23              Q      Okay.
  24              A      Yeah.
  25              Q      Do you know who Coach Higgins is at
```

```
 1    Farragut High School?
 2         A      I've heard of that coach, but I don't
 3    actually know them.
 4         Q      So you've never spoken to Coach Higgins.
 5         A      Yes.
 6         Q      Have you ever spoken to Dr. Bartlett
 7    about wanting to play golf?
 8         A      Not directly.
 9         Q      Okay.  Have you spoken to Coach Dodgen
10    about wanting to play golf?
11         A      I don't think so either.  I honestly am
12    kind of getting confused with the names.  I don't actually
13    remember certain names, so I'm just going to say no.
14         Q      Okay.  I'll try to make this easy.  Have
15    you ever spoken to anyone on staff at Farragut High School
16    about wanting to play golf?
17         A      No.
18         Q      Okay.
19         A      I think.
20         Q      Have you ever spoken to anyone who works
21    for Knox County Schools about wanting to play golf?
22         A      I'm going to say no.
23         Q      Okay.  And then we talked briefly earlier
24    about a handicap in golf, and you talked briefly about
25    what your understanding about that is.  Have you ever
```