```
 1            IN THE UNITED STATES DISTRICT COURT
 2              MIDDLE DISTRICT OF TENNESSEE
 3                    NASHVILLE DIVISION
 4       _____
 5       L.E., by his next friends and
 6       parents, SHELLEY ESQUIVEL and
 7       MARIO ESQUIVEL,
 8                 Plaintiff,
 9          v.                              Case No.
10       BILL LEE, et al.,                  3:21-cv-00835
11                 Defendants.
12       _____
13                VIDEOCONFERENCE DEPOSITION OF
14                     JENNIFER HEMMELGARN
15       DATE:          Friday, July 29, 2022
16       TIME:          9:33 a.m. CDT/10:33 a.m. EDT
17       LOCATION:      Remote Proceeding
18                      Washington, DC 20005
19       REPORTED BY:   Janel Folsom, Notary Public
20       JOB NO.:       5335467
21
22
```

1  Q   Great, thank you. So now I would like to ask some questions about the overall structure of the public school system in Knox County.

So first, would you please tell me what role Knox County Schools plays in overseeing the education system in Knox County?

A   The Board of -- the Knox County Board of Education is charged with -- I guess a way to say it is implementing the state's education system at a local level. The Knox County Board of Education develops policies that apply to the School District, and Knox County Schools employees are charged with following and implementing those policies.

Q   And who composes the Knox County Board?

A   It's a nine-member board composed of one representative from each of the nine districts and is led by a chair and a vice chair. That would be one of those nine members is a chair and one of those nine members is a vice chair.

Q   When you say nine districts, does that mean Knox County is geographically split into nine subcomponents?

interscholastic athletic team?

        MS. JERNIGAN-JOHNSON: Same objection.

        MS. BERGMEYER: Same objection.

A   I'm -- I'm not aware of a girl participating on a sports team that -- being able to participate on a sports team that was designated as gender-specific. Like we discussed earlier, there are some sports teams that are not designated as gender-specific.

Q   Okay. Thank you. And prior to the enactment of SB 228, did Knox County Schools as an institution or any Knox County Schools personnel play any role in drafting SB 228?

        MS. JERNIGAN-JOHNSON: Object to the form.

A   To my knowledge, Knox County Schools did not participate in drafting SB 228.

Q   And prior to its enactment, did Knox County Schools or any Knox County Schools personnel advocate for the enactment into law of SB 228?

        MS. JERNIGAN-JOHNSON: Object to the form.

        MS. BERGMEYER: Same objection.

1  A   Not to my knowledge.

2  Q   And prior to its enactment, did Knox County

3  Schools or any Knox County Schools personnel advocate

4  against SB 228?

5      MS. JERNIGAN-JOHNSON:  Object to the

6  form.

7      MS. BERGMEYER:  Same objection.

8  A   Not to my knowledge on behalf of Knox County

9  Schools.  I will clarify that the District employs

10 nearly 10,000 people, so I'm sure that some employees

11 have feelings one way or the other about the enactment

12 of the law.  So I don't want to speak on behalf of

13 every employee, because likely some -- some people did

14 have conversations for or against.  But Knox

15 County -- on behalf of Knox County Schools, to my

16 knowledge, no.

17     MR. STRONGIN:  Great.  Thank you.  And

18 now, Lucas, if you could introduce tab 8 as Exhibit 7,

19 please.

20     (Exhibit 7 was marked for

21     identification.)

22 //

Q Okay. And what basis was given for enacting that policy?

MS. JERNIGAN-JOHNSON: Object to the form.

MS. BERGMEYER: Same objection.

A To comply with state law.

Q Okay. And if section 49-6-310(a) had never become operative law in Tennessee, would the Knox County Board of Education have enacted the changes to I-171 we just discussed?

MS. JERNIGAN-JOHNSON: Object to the form.

MS. BERGMEYER: Same objection.

A I do not know.

Q Okay. And if section 49-6-310(a) were to no longer be operative law in Tennessee, would Knox County Schools continue to enforce the policy changes to I-171 that it enacted in response to SB 228?

MS. JERNIGAN-JOHNSON: Object to the form.

MS. BERGMEYER: Same objection.

A I -- I do not know. It -- state law would