```
                                                            Page 1

 1          UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF TENNESSEE
 2
    - - - - - - - - - - - - - - - - - - - - - - - - x
 3  L.E., by his next friends,
    And parents                                   *
 4
            Plaintiff                              *
 5
    V.                                             *
 6
    BILL LEE, in his official                      *
 7  Capacity as Governor of
    Tennessee; PENNY SCHWINN,                      *
 8  In her official capacity as
    The Tennessee Education                        *
 9  Commissioner; TENNESSEE
    STATE BOARD OF EDUCATION;                      *
10  SARA HEYBURN MORRISON in
    Her official capacity as                       *
11  The executive Director of
    The Tennessee State Board                      *
12  Of Education; NICK DARNELL
    MIKE EDWARDS ROBERT EBY                        *
13  GORDON FERGUSON, ELISSA,
    KIM LILLIAN HARTGROVE,                         *
14  NATE MORROW, LARRY JENSEN
    DARRELL COBBINS, and EMILY                     *
15  HOUSE, the individual
    Members of the Tennessee                       *
16  State Board of Education,
    In their official                              *
17  Capacities; KNOX COUNTY
    BOARD OF  EDUCATION a/k/a                      *
18  KNOX COUNTY SCHOOLS a/k/a
    KNOX COUNTY SCHOOL                             *
19  DISTRICT; ROBERT M. "BOB"
    THOMAS, in his Official                        *
20  Capacity as Director of
    Knox County Schools,                           *
21
            Defendants.                            *
22  - - - - - - - - - - - - - - - - - - - - - - - - x
```

DEPOSITION OF PENNY SCHWINN, COMMISSIONER

APPEARING REMOTELY FROM

KNOXVILLE, TENNESSEE

August 3, 2022

10:30 a.m.

REPORTED BY:

Dawn L. Halcisak, CLR

APPEARING REMOTELY FROM CRISFIELD, MARYLAND

BY MR. SANDERS:

    Q. Commissioner Schwinn, good afternoon. I'm David Sanders, representing Knox County Board of Education and their superintendent Jon Rysewyk.

    Do you know Dr. Rysewyk?

    A. Yes, I do.

    Q. Great. We're going to just start with, sort of, a very basic question: Would you agree with me that this law we're taking about today, TCA496310, is mandatory upon LEAs in Knoxville, Tennessee?

    A. Yes.

    MR. SANDERS: Okay. That's all I have.

    MS. BERGMEYER: I have just a few questions. We will continue to sit, as we are, and talk to the computer.

    Because I am a bit back, can you y'all hear me?

    THE WITNESS: Yes, I can hear you.

    MS. BERGMEYER: Okay. Ms. Court reporter, can you hear me?