UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.E., <br><br> Plaintiff, <br><br> v. <br><br> BILL LEE, et al., <br><br> Defendants. | Case No. 3:21-cv-00835 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

**ORDER**

On October 7, 2022, Defendants Knox County Board of Education, Robert Thomas, Darrell Cobbins, Nick Darnell, Robert Eby, Mike Edwards, Gordon Ferguson, Lillian Hartgrove, Emily House, Larry Jensen, Elissa Kim, Bill Lee, Sara Morrison, Nate Morrow, Penny Schwinn, and Tennessee State Board of Education filed a motion for summary judgment under Federal Rule of Civil Procedure 56 (Doc. Nos. 46, 54.) On October 7, 2022, Plaintiff L.E. also filed a motion for summary judgment under Federal Rule of Civil Procedure 56. (Doc. No. 50.) As established by the initial case management order (Doc. No. 22), any responses in opposition to the motions for summary judgment must be filed within 28 days of the service of the motions. Any optional replies shall be filed within 14 days of the service of the responses.

Any filings made related to the motions for summary judgment, including motions for extensions of time or to exceed page limits, shall be decided by Chief Judge Crenshaw unless referred to the undersigned Magistrate Judge.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge