```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 MIDDLE DISTRICT OF TENNESSEE
 3                       NASHVILLE DIVISION
 4       _____
 5       L.E., by his next friends and
 6       parents, SHELLEY ESQUIVEL and
 7       MARIO ESQUIVEL,
 8               Plaintiff,
 9          v.                                  Case No.
10       BILL LEE, et al.,                      3:21-cv-00835
11               Defendants.
12       _____
13                  VIDEOCONFERENCE DEPOSITION OF
14                       JENNIFER HEMMELGARN
15       DATE:           Friday, July 29, 2022
16       TIME:           9:33 a.m. CDT/10:33 a.m. EDT
17       LOCATION:       Remote Proceeding
18                       Washington, DC 20005
19       REPORTED BY:    Janel Folsom, Notary Public
20       JOB NO.:        5335467
21
22
```

1  form.
2              MS. BERGMEYER:  Same objection.
3       A    That was a long question.  Can you say that
4  again?
5       Q    Sure.  So if a -- so are schools under Knox
6  County Schools' jurisdiction able to roster a student
7  athlete on a sex-separated sports team on the team
8  that aligns with that student's gender identity if
9  that gender identity is different from the sex
10 assigned at birth on the student's original birth
11 certificate?
12             MS. JERNIGAN-JOHNSON:  Object to the
13 form.
14             MS. BERGMEYER:  Same objection.
15      A    Knox County Schools -- schools under Knox
16 County Schools' jurisdiction are only allowed to
17 roster students on gender-specific sports team whose
18 gender assigned on the original birth certificate
19 matches that gender sports team.
20      Q    Okay.  And what steps or actions does Knox
21 County Schools take to ensure that individual schools
22 are complying with I-171?

1                    MS. JERNIGAN-JOHNSON:  Object to the
2      form.
3                    MS. BERGMEYER:  Same objection.
4          A    Informing school principals, athletic
5      directors, and then athletic directors informing their
6      coaching staff that the policy and state law exist.
7          Q    Are there any additional steps that Knox
8      County Schools takes?
9                    MS. JERNIGAN-JOHNSON:  Object to the
10     form.
11         A    I can't think of any right now.
12         Q    Okay.  And are students required to submit
13     an original birth certificate to participate in
14     interscholastic athletics?
15         A    Students are required to submit a birth
16     certificate at some point during the enrollment
17     process, enrollment into Knox County Schools.
18         Q    And then is that the only time they are
19     required to submit a birth certificate?
20         A    I do not know.  I do not know if -- if there
21     are -- would be a birth certificate required at
22     a -- during enrollment in a different school, for

```
 1   form.
 2              MS. BERGMEYER:  Same objection.
 3       A    No, other than -- I don't know all the
 4   details other than potentially the exhibit you showed
 5   earlier with regard to L&N STEM Academy.
 6       Q    Okay.  And other than the plaintiff in this
 7   case, is Knox County Schools aware of any transgender
 8   student who would have attempted to participate on an
 9   interscholastic athletics team that aligned with that
10   student's gender identity but refrained from doing so
11   because of SB 228?
12              MS. JERNIGAN-JOHNSON:  Object to the
13   form.
14              MS. BERGMEYER:  Same objection.
15       A    Can you say that again, please?
16       Q    Sure.  Other than the plaintiff in this
17   case, is Knox County Schools aware of any transgender
18   student who would have tried out to participate on an
19   interscholastic athletic team that aligned with that
20   student's gender identity but did not go through with
21   that attempt because of SB 228?
22              MS. JERNIGAN-JOHNSON:  Object to the
```

1 form.
2      MS. BERGMEYER: Same objection.
3  A Knox County Schools is not aware of any
4 student that would have tried out for a gender-
5 specific sports team that is not aligned with their
6 gender assigned on their original birth certificate
7 that did not do so as a result of this change in law,
8 if that is what you are asking.
9  Q That was, thank you.
10  A Okay.
11      MR. STRONGIN: So I am done with that
12 line of questioning, which was only 15 minutes. Do we
13 want to go for another 15 minutes? I might be able to
14 get the next line in the next 15 minutes. If I don't,
15 it won't be much longer than that, I wouldn't expect,
16 or if we want to take the lunchbreak now. I am happy
17 to go either way, to defer to everyone else.
18      MS. JERNIGAN-JOHNSON: Yeah, we can
19 go -- can we just -- when you say 15 minutes, go 15
20 minutes?
21      MR. STRONGIN: Yeah. That sounds
22 great.