# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
 2
      ----------------------------x
 3    L.E., by his next friends
      And parents                        *
 4
                  Plaintiff              *
 5
      V.                                 *
 6
      BILL LEE, in his official          *
 7    Capacity as Governor of
      Tennessee; PENNY SCHWINN,          *
 8    In her official capacity as
      The Tennessee Education            *
 9    Commissioner; TENNESSEE
      STATE BOARD OF EDUCATION;          *
10    SARA HEYBURN MORRISON in
      Her official capacity as           *
11    The executive Director of
      The Tennessee State Board          *
12    Of Education; NICK DARNELL
      MIKE EDWARDS ROBERT EBY            *
13    GORDON FERGUSON, ELISSA,
      KIM LILLIAN HARTGROVE,             *
14    NATE MORROW, LARRY JENSEN
      DARRELL COBBINS, and EMILY         *
15    HOUSE, the individual
      Members of the Tennessee           *
16    State Board of Education,
      In their official                  *
17    Capacities; KNOX COUNTY
      BOARD OF  EDUCATION a/k/a          *
18    KNOX COUNTY SCHOOLS a/k/a
      KNOX COUNTY SCHOOL                 *
19    DISTRICT; ROBERT M. "BOB"
      THOMAS, in his Official            *
20    Capacity as Director of
      Knox County Schools                *
21
                  Defendants             *
22    ----------------------------x
```

DEPOSITION OF DONALD DODGEN

APPEARING REMOTELY FROM

KNOXVILLE, TENNESSEE

July 28, 2022

10:30 a.m.

REPORTED BY:

Dawn L. Halcisak, CLR

APPEARING REMOTELY FROM CRISFIELD, MARYLAND

```
 1            R E M O T E   A P P E A R A N C E S
 2
 3      ON BEHALF OF PLAINTIFF KNOX COUNTY BOARD OF
 4            EDUCATION AND BOB THOMAS:
 5           JESSICA JERNIGAN-JOHNSON, ESQUIRE
 6           KNOX COUNTY LAW DIRECTOR'S OFFICE
 7           (865) 215-2327
 8           jessica.johnson@knoxcounty.org
 9
10
11           SASHA BUCHERT, ESQUIRE
12           (pro hac vice forthcoming)
13           LAMBDA LEGAL DEFENSE AND EDUCATION
14            FUND INC.
15           1776 K Street, N.W., 8th Floor
16           Washington, D.C 20006-5500
17           (202) 804-6245
18           sbuchert@lambdalegal.org
19
20
21
22
```

```
 1      R E M O T E   A P P E A R A N C E S (Cont'd.)
 2
 3        ON BEHALF OF L.E., by his next friends and
 4        parents SHELLEY ESQUIVEL and MARIO ESQUIVEL
 5        & ACLU OF TENNESSEE:
 6            STELLA YARBROUGH, ESQUIRE (No. 33637)
 7            P.O. Box 120160
 8            Nashville, Tennessee 37212
 9            (615) 320-7142
10            syarborough@aclu-tn.org
11
12        ALSO PRESENT:
13             FOR KNOX COUNTY LAW DIRECTOR'S OFFICE:
14            Bob Thomas, Director of Knox County Schools
15            Coach Donald Dodgen
16
17        ATTORNEY GENERAL'S OFFICE:
18            Anne Levit
19            Mr. Swaine
20              Executive Director Morrison
21            State Board Members
22            Veda Newman, Law Clerk
```

1   R E M O T E   A P P E A R A N C E S (Cont'd.)

2

3       Lucas Cameron-Vaugh, ACLU

4

5    VERITEXT:

6         Jerry CUrran, Concierge Tech

```
 1                    I N D E X
 2    Name of Witness                              Page
 3    DONALD DODGEN
 4    Examination
 5    MS. YARBROUGH                             11, 124
 6    MS. BERGMEYER                                 118
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

I N D E X

| Exhibit | | Page |
|---|---|---|
| Exhibit 1 | Criteria for Cheerleaders and Dance Teams, 2021-2022-Selection and Participation | 45 |
| Exhibit 2 | Email dated 02/28/2020 | 46 |
| Exhibit 3 | 2022-23 TSSAA Handbook | 57 |
| Exhibit 4 | Email dated 04/15/2021 | 64 |
| Exhibit 5 | TSSAA/TMSAA Transgender Policy | 69 |
| Exhibit 6 | Knox County Board of Education Policy | 76 |
| Exhibit 7 | Public Chapter No. 40, Senate Bill NO. 22890 | 91 |

(Exhibits attached to transcript.)

1  BY MS. YARBROUGH:
2     Q.   And you've never discussed this law
3  with anyone at Farragut High School?
4     A.   Not to my knowledge.
5     Q.   You've never discussed this law with
6  any coach at Farragut High School?
7     A.   Not the law, no.
8     Q.   Have you discussed the Knox County
9  board of education policy that we looked at in
10 the previous exhibit, Exhibit 6, with anyone at
11 Farragut High School?
12    A.   No.
13    Q.   Have you discussed the general policy
14 of who can participate in interscholastic
15 sports, under this law, with anyone at Farragut
16 High School?
17    A.   No.
18         MS. BERGMEYER:  Object to the form.
19 BY MS. YARBROUGH:
20    Q.   Have you discussed the issue of
21 transgender students playing on a sports team,
22 with anyone, at Farragut High School?

1      A.   My golf coach and I had a conversation,
2   and that's about it -- very short -- to make
3   sure that we are following policy.
4      Q.   When was that discussion?
5      A.   I cannot give you the exact date.  It
6   was -- it was before tryouts that we make sure
7   everyone knows about tryouts for golf, boys and
8   girls.
9      Q.   When are golf tryouts?
10     A.   We had golf tryouts last month, I
11  think, off the top of my head.  I'd have to look
12  at my calendar.
13     Q.   So you had a discussion last month with
14  Coach Higgins about transgender students playing
15  sports, correct?
16     A.   Yes.
17     Q.   What did you discuss?
18     A.   We just -- we heard a rumor that we may
19  have one person try out.  And all I said is, "We
20  have to let every person try out."  I did not
21  talk about boys' tryouts or girls' tryouts.
22     Q.   And what do you mean that you heard a