# EXHIBIT 2

| | |
|---|---|
| **From:** | Sasha Buchert |
| **Sent:** | Monday, July 11, 2022 5:34 PM EDT |
| **To:** | Strongin, Samuel M. |
| **CC:** | Lnowlin-sohl@aclu.org |
| **Subject:** | FW: Luc Esquivel, incoming 9th grader |

**EXTERNAL SENDER**

Here you go.

**From:** Shelley Esquivel <shelleyesquivel@gmail.com>
**Sent:** Monday, July 11, 2022 5:33 PM
**To:** Sasha Buchert <SBuchert@lambdalegal.org>
**Subject:** Fwd: Luc Esquivel, incoming 9th grader


---------- Forwarded message ---------
From: **Shelley Esquivel** <shelleyesquivel@gmail.com>
Date: Fri, Mar 5, 2021, 10:23 AM
Subject: Re: Luc Esquivel, incoming 9th grader
To: JOHN BARTLETT <john.bartlett@knoxschools.org>


Thank you for the response. As far as I can tell, KCS has no published policies or guidelines. Thus my concerns....

On Thu, Mar 4, 2021, 7:08 PM JOHN BARTLETT <john.bartlett@knoxschools.org> wrote:

> Thank you for reaching out to me. I look forward to meeting Luc. Please know we will operate and provide facilities and opportunities according to KCS practices and the applicable law.
>
>
> John C. Bartlett, EdD
> "It's About the Students"
>
> Principal
> Farragut High School
> 11237 Kingston Pike
> Knoxville, TN 37934
> 865-966-9775
> 865-671-7120 (Fax)
>
> Currently Reading: *Change Your World* by John Maxwell and Rob Hoskins

**From:** Shelley Esquivel <shelleyesquivel@gmail.com>
**Date:** Thursday, March 4, 2021 at 1:05 PM
**To:** John Bartlett <john.bartlett@knoxschools.org>
**Subject:** Luc Esquivel, incoming 9th grader

**CAUTION:** External Email. This message originated from outside of the KCS e-mail system.

Good afternoon, Dr. Bartlett-

My name is Shelley Esquivel. I have 2 children, Luc and Cora, who will be entering your school next year. I have heard wonderful things about your leadership, particularly the steps you've taken to create a more accepting, positive culture for students. My educational background is in development psychology, so I know how very important this is. THANK YOU.

I'm writing because I want to let you know that Luc(y) is transgender. He has socially transitioned this school year although, of course, his transition has really been a much longer process. Our family and medical providers are 100% supportive of him. He is a hard-working, thoughtful, and overall wonderful kid who just wants to be able to be himself.

I'm writing to let you know that despite FMS's desire for him to use a gender neutral bathroom, we have given him permission to use the boys' facilities moving forward. Right now, Luc plays for the FMS girls' golf team, but next year, he would like to try out for the boys' team. I understand that our state's legislation is currently trying to prevent this, but as it stands now, there is federal precedent for this right.

At this point, I just wanted to introduce Luc before he comes to your school, and frankly, to gauge the extent to which he will be accepted at FHS. As I'm sure you will understand, I will do whatever it takes to advocate for either of my children.

Sincerely,
Shelley

Shelley Esquivel, PhD (she/her)

Case 3:21-cv-00835   Document 69-2   Filed 11/04/22   Page 3 of 3 PageID #: 2110

TNLE0000018