**2022-23 TSSAA Handbook**

**GOLF REGULATIONS**

### I.    GENERAL REGULATIONS

In Division I, TSSAA schools shall be divided into eight regions in Class A and eight regions in Class AA for golf competition. In Division II, TSSAA schools shall be divided into three regions (East, Middle, and West) in Class A and three regions (East, Middle, and West) in Class AA.

### II.    NUMBER THAT MAY ENTER

Four or five players will constitute a boys' team and two or three players a girls' team. A school may enter fewer than four boys in a competition or only one girl in a competition, but such players shall compete only as individuals.  In boys' team competition, either four or five players would play and count the four lowest scores, and in the girls' competition either two or three players would play and count the two lowest scores for the team score.  Players must be accompanied by a person meeting Article I, Section 9 of the TSSAA Bylaws.

### III.    ON-COURSE COACHING REGULATIONS

Coaching is permitted on the course during the regular season and post season.  Coaches and players must, however, adhere to the following criteria:

- The coach must be approved through his/her respective school, administration and/or district. The coach must also be registered through TSSAA as a Head or Assistant golf coach.

- Only one coach (Head or Assistant) may coach during TSSAA sanctioned events.

- A coach can give advice from Green to Tee. This is defined as the time when all players have completed a hole and before the first player tees off on the next hole. The coach may provide instruction, encouragement, and information to his/her golfer without interfering with the pace of play.

- IT IS IMPERATIVE THAT COACHES DO NOT SLOW THE PACE OF PLAY. SLOW PLAY WILL BE PENALIZED AS PER USGA RULES.

- If a coach violates any of these rules, he/she will be asked to immediately return and remain at the clubhouse. The school will then lose all coaching privileges for the remainder of the tournament.

### IV.    TOURNAMENT PLAN AND SCORING (DISTRICT, REGIONAL, AND STATE)

Entry forms for the Division I and Division II Class A district championship must be submitted via the TSSAA Portal at least five days before the championship is to begin. Entry forms for the Division II Class AA region championship must be submitted via the TSSAA Portal at least five days before the championship is to begin. Schools that do not file a timely entry will be assessed a $25.00 penalty per day in order to compete in the championship.

All championships shall be played in accordance with the current USGA Rules of Golf Booklet and the TSSAA Local Rules & Terms of the Competition.  All players must walk at all times and may not have a caddy.  Pull carts are permitted provided they are pulled by the player.  The only exception would be if the participant is permanently disabled.  A written request, along with an accompanying statement, must be submitted to the TSSAA office at the time eligibility is filed for the individual in order to request the use of a golf cart.  All other situations involved with handicapped golfers will be determined on an individual basis by TSSAA.

The approximate playing yardage for each championship should be 6,500 for boys and 5,500 for girls.

Golfers shall be placed in groupings at the discretion of the tournament director.  No members of the same team shall play in the same grouping.  In district and regional championships, adult scorers are required for each grouping (see Instructions for Scorers).

### V.    SUBSTITUTIONS

Only four or five players (boys) and two or three players (girls) may participate as a team, but an alternate may be listed. Any of the players listed (players or alternates) may represent a team in any 18-hole round of the

championship series (district, region, first day of state, second day of state). There shall be no substitution for an individual golfer that qualifies for the next higher championship.

## VI.  DISTRICT COMPETITION – DI, DII-A; REGIONAL COMPETITION – DII-AA

In Division I district competition, schools in the district shall select the site of the district golf championships. These sites should be secured early in the year and the TSSAA office notified as soon as possible to properly plan for event.

In Division I district competition, the top three teams and the top five individuals not on one of the three teams with the best scores shall advance to the regional championship. The regional champion team and the top three individuals not on the team shall advance to the state championships.

In Division II Class A district competition, schools in the district shall select the site of the district golf championships.  These sites should be secured early in the year and the TSSAA office notified as soon as possible to properly plan for the event.

In Division II, Class A, district competition, the top three teams and the top five individuals not on one of the three teams with the best scores shall advance to the regional championship.  The regional champion team, the regional runner-up team, and the top two individuals not on one of the qualifying teams shall advance to the state championships.

In Division II Class AA regional competition, the schools in each Region shall select the site for the regional championship.  These sites should be secured early in the year and the TSSAA office notified as soon as possible to properly plan for the event.

In Division II Class AA, regional competition, all players on the regional champion team, the regional runner-up team, and the top two individuals not on one of the qualifying teams shall advance to the state championships.

## VII.  REGIONAL CHAMPIONSHIP SITES – DIVISION I & DIVISION II-A

The even-numbered district in the Division I Class A will set the region site in even-numbered years, and the odd-numbered district in Division I Class AA will set the region site in even-numbered years.  The process will be reversed in odd-numbered years.

In Division II Class A, the even-numbered district will set the region site in even-numbered years, in odd-numbered years the odd-numbered district will set the region site.

District, regional, and state championships shall be played at stroke play.  The district and regional championships shall be 18 holes and the state championship 36 holes.  (The director of the state championship and the TSSAA at their discretion, because of bad weather, may revert back to the last completed 18-hole round as per the Rules of Golf.)

## VIII.  TIES

In case there is a tie for any team position or individual position qualifying for the next higher championship, there shall be a sudden death playoff and the team or player with the best score, after playing the number of holes necessary to break the tie, shall advance to the next higher tournament.  In the state tournament, there shall be a sudden death playoff for first place only in either team play or individual play.

Sudden death playoff procedure – Teams will draw for positions.  The winner of the draw shall have the option of positions (A, B,…) as set forth below:

Two Teams:  #5A, #5B, #4A, #4B, #3A
#3B, #2A, #2B, #1A, #1B

Three Teams:  #5A, #5B, #5C, #4A, #4B
#4C, #3A, #3B, #3C, #2A
#2B, #2C, #1A, #1B, #1C

If more than three, follow the same pattern.

Case 3:21-cv-00835   Document 72-1   Filed 11/04/22   Page 2 of 4 PageID #: 2192

## IX.    AWARDS

In Division I, TSSAA will award team plaques and medals to the champion and runner-up, and five medals for the top five individuals in the district championships. TSSAA will award team plaques and medals to the champion and runner-up, and four medals for the top four individual players in the regional championships. In the state championship, TSSAA will award trophies to the team champion and runner-up, medals to members of the championship and runner-up teams, medals to the top four finishers, and a plaque to the medalist.

In Division II Class A, TSSAA will award team plaques and medals to the champion and runner-up, and five medals for the top five individuals in the district championships. TSSAA will award team plaques and medals to the champion and runner-up, and four medals for the top four individual players in the regional championships. In the state championship, TSSAA will award trophies to the team champion and runner-up, medals to members of the championship and runner-up teams, medals to the top four finishers, and a plaque to the medalist.

In Division II Class AA, TSSAA will award team plaques and medals to the champion and runner-up, and five medals for the top five individuals in the region championships. In the state championships, TSSAA will award trophies to the team champion and runner-up, medals to members of the championship and runner-up teams, medals to the top four finishers, and a plaque to the medalist.

## X.    ATTIRE

At the state championships, proper attire shall be worn.  Examples of proper attire are collared shirts, walking shorts, slacks, etc.  Examples of improper attire are blue jeans, tee shirts, etc.

## XI.    PRACTICE ROUND – STATE CHAMPIONSHIP

One 18-hole practice round will be scheduled before the Division I state championships only.

In an effort to maintain conditions of the course and speed of play, each player may play only one ball, except each player may putt more than one ball on the putting green.  Violation of this policy will result in the player and/or team being removed from the golf course and could result in further disciplinary action.

All players shall walk and carry their bags or use a pull cart during the official practice round provided they are pulled by the player.

Groups of six are not allowed.  If a team has an alternate, the alternate will play with the group following them. Coaches are not permitted to play during the practice round and it is strongly recommended that the coach accompany their team during the entire practice round.  Coaches should be responsible for monitoring pace of play, misconduct, and the enforcement of one practice ball rule.

If a team or player chooses not to play in the official practice round, the coach should contact the golf course.

## XII.    STATE CHAMPIONSHIP INFORMATION

Spectators – There will be no carts provided for spectators.  The viewing areas for persons with disabilities will be set up at the course and identified with signage.

Spectator Rules – Spectators must remain approximately 15 yards from players at all times.  There may be no communication between players and spectators that could be deemed advice of any nature during any part of the stipulated round.  (This applies to both regular season play and championship play.)

## INSTRUCTIONS FOR SCORERS

The purpose of a scorer is to help set the proper atmosphere for the group as they compete.  Your presence should set the proper tone for the way the game should be played.  You should introduce yourself to all players, learn and call them by name, and make the round of play a positive experience for everyone.

It is not your responsibility to be a rules official.  You should keep each player's score, but your card is unofficial.

You are keeping the scores so that information can be given to media, spectators, coaches, etc.  As per the rules, each competitor is responsible for the correctness of their scorecard upon being returned to the

Case 3:21-cv-00835   Document 72-1   Filed 11/04/22   Page 3 of 4 PageID #: 2193

committee.  The scorer should be available until each competitor's scorecard has been returned to the committee.

The scorer can be of great assistance by:

1. Moving ahead to observe landing of tee shots.
2. Being in position to observe every stroke.
3. Locating a rules official when one is needed.
4. Helping to find lost balls.

## INSTRUCTIONS TO COACHES
## POINTS OF EMPHASIS

1. All play is governed by the current USGA Rules of Golf.

2. A coach should be present on the golf course at all times during the official practice round and rounds of competition.

3. A coach can observe play, carry equipment for the player other than clubs, look for lost balls, serve as a spotter where needed, etc.

4. Players can only receive advice and/or coaching during the stipulated round from the coach that has been designated to do so.

Case 3:21-cv-00835   Document 72-1   Filed 11/04/22   Page 4 of 4 PageID #: 2194