1            UNITED STATES DISTRICT COURT

2            MIDDLE DISTRICT OF TENNESSEE

3  _____

4  L.E., by his next friends and

5  parents, SHELLEY ESQUIVEL and

6  MARIO ESQUIVEL

7            Plaintiff

8      v.                              No.

9  BILL LEE, in his official          3:21-cv-00835

10 capacity as Governor of

11 Tennessee; PENNY SCHWINN, in her

12 official capacity as the

13 Tennessee Education

14 Commissioner; TENNESSEE STATE

15 BOARD OF EDUCATION; SARA HEYBURN

16 MORRISON, in her official

17 capacity as the Executive

18 Director of the Tennessee State

19 Board of Education; NICK

20 DARNELL, MIKE EDWARDS, ROBERT

21 EBY, GORDON FERGUSON, ELISSA

22 KIM, LILIAN HARTGROVE, NATE

Case 3:21-cv-00835  Document 73-2  Filed 11/05/22  Page 1 of 26 PageID #: 2373

1    MORROW, LARRY JENSEN, DARRELL

2    COBBINS, and EMILY HOUSE, the

3    individual members of the

4    Tennessee State Board of

5    Education, in their official

6    capacities; KNOX COUNTY BOARD OF

7    EDUCATION a/k/a KNOX COUNTY

8    SCHOOLS a/k/a KNOX COUNTY SCHOOL

9    DISTRICT; ROBERT M. "BOB"

10   THOMAS, in his official capacity

11   as Director of Knox County

12   Schools

13            Defendants

14   _____

15            VIDEOCONFERENCE DEPOSITION OF

16            JONATHAN FRANKLIN HIGGINS

17   DATE:          Monday, July 25, 2022

18   TIME:          11:15 a.m.

19   LOCATION:      Remote Proceeding

20                  Washington, D.C. 20005

21   REPORTED BY:   Janel B. Folsom, Notary Public

22   JOB NO.:       5338660

```
 1              A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFF L.E., BY HIS NEXT FRIENDS AND
 3    PARENTS, SHELLEY ESQUIVEL AND MARIO ESQUIVEL:
 4          JOHN W. O'TOOLE, ESQUIRE (by videoconference)
 5          WilmerHale LLP
 6          1875 Pennsylvania Avenue Northwest
 7          Washington, D.C. 20001-3642
 8          john.o'toole@wilmerhale.com
 9          (202) 663-6256
10
11    ON BEHALF OF DEFENDANTS KNOX COUNTY BOARD OF EDUCATION
12    A/K/A KNOX COUNTY SCHOOLS A/K/A KNOX COUNTY SCHOOL
13    DISTRICT AND ROBERT M. "BOB" THOMAS, IN HIS CAPACITY
14    AS DIRECTOR OF KNOX COUNTY SCHOOLS:
15          JESSICA G. A. JERNIGAN-JOHNSON, ESQUIRE (by
16          videoconference)
17          Knox County Law Director's Office
18          400 Main Street, Suite 612
19          Knoxville, Tennessee 37902-2495
20          jessica.johnson@knoxcounty.org
21          (865) 215-2327
22
```

1    A P P E A R A N C E S (Cont'd)

2 ON BEHALF OF DEFENDANTS BILL LEE, IN HIS OFFICIAL

3 CAPACITY AS GOVERNOR OF TENNESSEE; PENNY SCHWINN, IN

4 HER OFFICIAL CAPACITY AS THE TENNESSEE EDUCATION

5 COMMISSIONER; TENNESSEE STATE BOARD OF EDUCATION; SARA

6 HEYBURN MORRISON, IN HER CAPACITY AS THE EXECUTIVE

7 DIRECTOR OF THE TENNESSEE BOARD OF EDUCATION; AND NICK

8 DARNELL, MIKE EDWARDS, ROBERT EBY, GORDON FERGUSON,

9 ELISSA KIM, LILLIAN HARTGROVE, NATE MORROW, LARRY

10 JENSEN, DARRELL COBBINS, AND EMILY HOUSE, THE

11 INDIVIDUAL MEMBERS OF THE TENNESSEE STATE BOARD OF

12 EDUCATION, IN THEIR OFFICIAL CAPACITIES:

13   STEPHANIE A. BERGMEYER, ESQUIRE (by

14   videoconference)

15   Office of Tennessee Attorney General

16   315 Deaderick Street, 20th Floor

17   Nashville, Tennessee 37243-0001

18   stephanie.bergmeyer@ag.tn.gov

19   (615) 741-6828

20

21

22

Case 3:21-cv-00835 Document 73-2 Filed 11/05/22 Page 4 of 26 PageID #: 2376

1      A P P E A R A N C E S (Cont'd)

2   ALSO PRESENT:

3        Sasha Buchert, Esq., Lambda Legal Defense and

4        Education Fund Inc. (by videoconference)

5        Thomas F. Costello-Vega, Esq., WilmerHale, LLP

6        (by videoconference)

7        Clark L. Hildabrand, Esq., Office of Tennessee

8        Attorney General (by videoconference)

9        Brandon Townsend, Office of Tennessee Attorney

10       General (by videoconference)

11       Jerry Curran, Technician, CMI Production Services

12       (by videoconference)

13

14

15

16

17

18

19

20

21

22

Case 3:21-cv-00835 Document 73-2 Filed 11/05/22 Page 5 of 26 PageID #: 2377

```
 1                      I N D E X

 2    EXAMINATION:                              PAGE

 3         By Mr. O'Toole                       11

 4         By Ms. Bergmeyer                     86

 5         By Mr. O'Toole                       94

 6

 7                     E X H I B I T S

 8    NO.             DESCRIPTION               PAGE

 9    Exhibit 1       NFHS About Us Article     27

10    Exhibit 2       Excerpts from Farragut Golf

11                    Twitter Account, Dated 8/19/2021  32

12    Exhibit 3       Farragut High School

13                    Requirements to Play Golf  42

14    Exhibit 4       2022-23 TSSAA Handbook     54

15    Exhibit 5       TSSAA/TMSAA Transgender Policy  61

16    Exhibit 6       Knox County Board of Education

17                    Policy, Interscholastic

18                    Athletics                  74

19    Exhibit 7       Excerpts from Farragut Golf

20                    Twitter Account, Dated 9/27/2021  92

21                      (Exhibits attached.)

22
```

1                    P R O C E E D I N G S

2                    THE REPORTER:  Good morning.  My name's

3    Janel Folsom; I'm the reporter assigned by Veritext to

4    take the record of this deposition.  We are now on the

5    record at 11:15 a.m. Eastern Daylight Time, Monday,

6    July 25, 2022.

7                    This is the deposition of Jon Higgins

8    taken in the matter of L.E., by his next friends and

9    parents, Shelley Esquivel and Mario Esquivel vs. Bill

10   Lee, et al.  Case no. 3:21-cv-00835 and this case is

11   filed in U.S. District Court, Middle District of

12   Tennessee, Nashville Division.  We are all

13   participating via a Zoom videoconference.

14                    And I'm a notary authorized to take

15   acknowledgements and administer oaths in the

16   Commonwealth of Virginia.  Parties agree that I will

17   swear the witness remotely, outside of his presence.

18                    Additionally, absent an objection on

19   the record before the witness is sworn, all parties

20   and the witness understand and agree that any

21   certified transcript produced from the recording

22   virtually of this proceeding:

Case 3:21-cv-00835 Document 73-2 Filed 11/05/22 Page 7 of 26 PageID #: 2379

1              - is intended for all uses permitted

2              under applicable procedural and

3              evidentiary rules and laws in the same

4              manner as a deposition recorded by

5              stenographic means; and

6              - shall constitute written stipulation

7              of such.

8              At this time will all the attorneys in

9    attendance please introduce yourself for the record.

10   Mr. O'Toole, you can go first.

11              MR. O'TOOLE:  Sure.  John O'Toole of

12   WilmerHale, counsel for Plaintiff.  I'm joined by my

13   colleague Thomas Costello-Vega also of WilmerHale and

14   Sasha Buchert of Lambda Legal.

15              THE REPORTER:  Okay.  Let's see.  Go

16   ahead, Stephanie.

17              MS. BERGMEYER:  Stephanie Bergmeyer

18   with the Tennessee Attorney General's Office.  And

19   with me are Clark Hildabrand and our intern Brandon

20   Townsend.

21              THE REPORTER:  Your mic is not working

22   great.

Case 3:21-cv-00835 Document 73-2 Filed 11/05/22 Page 8 of 26 PageID #: 2380

1            All right, Mr. Higgins.  If you'd just

2     raise your right hand, I'll swear you in.

3     WHEREUPON,

4                  JONATHAN FRANKLIN HIGGINS,

5     called as a witness, and having been first duly sworn

6     to tell the truth, the whole truth, and nothing but

7     the truth, was examined and testified as follows:

8                  THE REPORTER:  Okay.

9                  You guys can begin.

10                  EXAMINATION

11    BY MR. O'TOOLE:

12       Q    Good morning, Mr. Higgins.  My name is --

13       A    Yeah.

14       Q    -- John O'Toole and I'll be the lead

15    attorney questioning you today.  Thank you for being

16    here.  I know it's a hot summer day and you'd probably

17    rather be doing something else than being deposed in

18    this case.  So thank you.

19            Would you first mind stating and spelling

20    your full name for the record?

21       A    It's Jonathan, J-O-N-A-T-H-A-N, Franklin,

22    F-R-A-N-K-L-I-N, Higgins, H-I-G-G-I-N-S.

Case 3:21-cv-00835  Document 73-2  Filed 11/05/22  Page 9 of 26 PageID #: 2381

1    A    Yes, sir.

2    Q    And as you said, you're the only golf coach

3  at Farragut High School currently, right?

4    A    Yes, sir.  I've got a volunteer helping me

5  right now, while I'm on vacation.

6    Q    Okay.  What are your responsibilities as the

7  golf coach?

8    A    To set up practices, conduct practices, set

9  up matches, and give lineups for matches, and oversee

10  matches and district tournament and region tournament.

11    Q    Okay.  Sounds like a lot to do alone.  And

12  does Farragut High School have a junior varsity golf

13  team?

14    A    The golf season is tricky.  So we don't

15  technically have a junior varsity team, but if we

16  needed to play a JV match or two, we probably could.

17    Q    What do you mean that the season is tricky?

18    A    You get 14 dates to play golf matches.  And

19  in -- in those 14 days are included are JV matches.

20  So most teams don't have JV matches.

21         We don't play JV matches 'cause they have to

22  played on the same day and most teams don't have two

1     A    Yes.

2     Q    Okay.  Do the Farragut High School boys'

3  golf team and girls' golf team regularly practice and

4  play together?

5     A    Yes.

6     Q    Okay.  And are they allowed to because

7  there's less concern about injury of students on the

8  golf teams playing together?

9          MS. JERNIGAN-JOHNSON:  Object to the

10  form.

11     A    I don't understand the question.

12     Q    Sure.  So any concern that a student might

13  injure themselves during a particular match does not

14  bar the Farragut High School boys' golf team and the

15  Farragut High School girls' golf team from playing

16  together, correct?

17     A    No.

18     Q    Mr. Higgins, in your coaching career, to

19  your knowledge, have you ever coached a transgender

20  student?

21     A    No.

22     Q    Okay.  In your career, have you ever had

Case 3:21-cv-00835  Document 73-2  Filed 11/05/22  Page 11 of 26 PageID #: 2383

```
 1   direct interaction with a transgender person?

 2       A    In regards to sports?

 3       Q    Sure, we could start there.

 4       A    No.

 5       Q    No.  But otherwise?

 6       A    Yes.

 7       Q    And what was the context of that?

 8       A    A teacher, student, just people in the

 9   community.

10       Q    Okay.  When I refer to Plaintiff in this

11   matter, I'm going to refer to him as L.E.; is that

12   okay with you?

13       A    Yes.

14       Q    Before today, did you know who L.E. was?

15       A    Yes; I know of him, yes.

16       Q    Have you spoken directly to L.E.?

17       A    Not that I'm aware of, no.

18       Q    Okay.  Did you come to know L.E. outside the

19   context of this case?

20       A    No.

21       Q    When did you first become aware of L.E.?

22       A    I read an article last fall I guess -- the
```

1  article in the paper last fall about a student who

2  tried to play golf that I had never met before.

3      Q    Okay.  Do you recall where you saw that

4  article?

5      A    Maybe the Knox News -- the Sentinel maybe.

6  Or WBIR.  I can't remember.

7      Q    Okay.  Have you ever spoken directly to

8  L.E.'s parents?

9      A    No, sir.

10     Q    So through that article that you read last

11 fall, did you become aware that L.E. enjoys playing

12 golf?

13     A    I read it in the article, yes.

14     Q    Okay.  And what is your understanding of the

15 issues in this case?

16     A    That he wants to play golf but can't.  Let

17 me rephrase that.

18         But can't play for the team he wants to play

19 for.

20     Q    Okay.  Do you have an understanding of why

21 he alleges that he cannot play for the team that he

22 wants to?

1      A      Yes.

2      Q      And what's your understanding?

3      A      That the law says he cannot.

4      Q      Mr. Higgins, do you know how long has

5   Farragut High School had a golf team?

6      A      I do not.

7      Q      Okay.  And so you don't know how long ago

8   the boys' team was established versus the girls' team?

9      A      No, sir.

10     Q      Okay.  How many spots are on each of the

11  teams?

12     A      There's no set number of spots.

13     Q      Okay.  So how do you determine how many

14  spots there will be a given season?

15     A      Whoever qualifies to make the team at

16  tryouts.

17     Q      Okay.  So going into tryouts, there's no

18  fixed number of students --

19     A      No --

20     Q      -- make the team?  Okay.

21     A      No.  I would like to have five boys and

22  three girls, 'cause that's what I need to play with.

1      Q     And why do you need that to play with?

2      A     That's the amount of kids you can play in a

3    match.

4      Q     Okay.  And is there a reason why there are

5    five boys and three girls needed for a match?

6      A     That's what was set by TSSAA I guess.

7      Q     Okay.  So you don't determine that number of

8    five --

9      A     No.

10     Q     -- girls.  Do you determine how many

11   students end up making the golf team?

12     A     I'd like to say yes, but really their play

13   determines who makes the golf team.

14     Q     Okay.  Approximately how many students do

15   not make the team who try out?

16     A     Not many.  Two, three maybe.

17     Q     Approximately how many students try out?

18     A     Well this year, I've got 18 kids.

19     Q     Okay.  So theoretically, all 18 could make

20   the team; is that right?

21     A     Yes.

22     Q     Do the students who make either of the high

1     Q   Got it.  So you have too many students

2  wanting to play on the girls' golf team?

3     A   And only because I can only play three at a

4  time.

5     Q   Okay.  Are there separate tryouts held for

6  the boys' team and girls' team?

7     A   No.

8     Q   So how many days are tryouts?

9     A   I think this year we had them for three

10  days.

11     Q   Okay.  So here, if you look at bullet 2, it

12  says, "players trying out for the boys' team will need

13  to shoot an average score of 90 or better for 18

14  walking holes through 3 rounds."

15     A   Yes.

16     Q   Right?  So when you say tryouts were over

17  three days, is that what is referenced here as three

18  rounds?

19     A   Yes.

20     Q   Okay.  And are those three consecutive days?

21     A   No.

22     Q   What's the length of time between each

1      A    Yes, sir.

2      Q    Okay.  So if I refer to it as that, you'll

3  understand what I mean?

4      A    Yes.

5      Q    Okay.  What does the TSSAA do?

6      A    I believe they're our governing body.

7      Q    When you say, "our," what do you mean?

8      A    Sports.  High school sports.  Secondary

9  sports.

10     Q    Okay.  So by governing body do you mean that

11 as a coach at a high school in Tennessee, you must

12 abide by their policies?

13     A    Yes.

14     Q    Okay.  And Farragut High School is a member

15 of the TSSAA; is that right?

16     A    Yes.

17     Q    Are all Tennessee high schools members?

18     A    No.

19     Q    Okay.  Do you know how one becomes a member?

20     A    No.

21     Q    Do you have any particular obligations that

22 you must meet -- let me rephrase that.

1    Q    Is there a championship tournament each

2    school year?

3    A    Yes.

4    Q    And how does the team participate in that

5    tournament?

6    A    As a team, you have to win your region

7    tournament.  You take one team from the region to go

8    to state, but you can qualify as an individual to go

9    to state if your team doesn't make it.

10    Q    How many teams participate in the state

11    championship tournament?

12    A    Big school state tournament, I believe there

13    are eight teams.  I think, yeah.

14    Q    And is Farragut High School considered a big

15    school?

16    A    Yes.

17    Q    Has the Farragut High School boys' team ever

18    won the state championship tournament?

19    A    Yes.

20    Q    What year was that?

21    A    2020.

22    Q    And did you come to the regional boys' golf

Case 3:21-cv-00835  Document 73-2  Filed 11/05/22  Page 18 of 26 PageID #: 2390

1    tournament last year?

2         A    Yes.

3         Q    And do you recall what the boys' team placed

4    in that tournament?

5         A    Second.

6         Q    And do you recall the top four scores of the

7    boys that played in that tournament?

8         A    Mmm.  No; not offhand, no.  I can't give you

9    exact scores.

10                   MS. BERGMEYER:  I'm looking to upload a

11   document and it's not letting me click on that option.

12                   THE TECH CONCIERGE:  That's because you

13   probably didn't request -- you don't have the private

14   folder to put them in.  That's why.  You can e-mail it

15   to --

16                   MS. BERGMEYER:  Okay.

17                   THE TECH CONCIERGE:  -- you can e-mail

18   it to me and I could put it up here, but you can't.

19                   MS. BERGMEYER:  Okay.  Or I could share

20   my screen?  Is that right?

21                   THE TECH CONCIERGE:  You can do that

22   one as I give you permission to do that.  Hold on a

1    second and I'll set that right now.

2                    You can now share your screen, yes, but

3    if you want that document to be entered into the

4    record, you'll still need to get it to me or to the

5    court reporter so it can be put in with the marked

6    exhibits.

7                    MS. BERGMEYER:  Okay.  Thank you.  I'll

8    go ahead and share my screen and I'll e-mail it to

9    you --

10                   THE TECH CONCIERGE:  Okay.

11                   MS. BERGMEYER:  -- before I do.

12   BY MS. BERGMEYER:

13       Q    Mr. Higgins, you were previously given an

14   exhibit that was the Farragut High School golf team's

15   Twitter account; is that correct?

16       A    Yes.

17       Q    And I believe you testified that Coach Tate

18   was a Farragut High School employee that might post to

19   that account; is that correct?

20       A    Yes.

21       Q    Does this tweet from September 27th of 2021

22   refresh your memory about the top four scores for the

1    Farragut High School boys' golf team?

2       A    Yes.

3       Q    And do you believe this record to be

4    accurate as to what their scores were?

5       A    Yes.

6       Q    What is par for a golf course?

7       A    Seventy-two.

8       Q    And so is it correct that player Owen

9    Queener shot three above par?  It that how you

10   would've looked at it?

11       A    Yes, he was three over par.

12       Q    Okay.  And the other two players shot six

13   over par; is that correct?

14       A    Yes.

15       Q    And the fourth player shot eight over par;

16   is that correct?

17       A    Yes.

18              THE TECH CONCIERGE:  Did you mean to do

19   that, Counsel?

20              MS. BERGMEYER:  Do what?

21              THE TECH CONCIERGE:  Have your e-mail

22   up?

Case 3:21-cv-00835 Document 73-2 Filed 11/05/22 Page 21 of 26 PageID #: 2393

1    Q    And how often were you in the same gym with

2    L.E.?

3    A    Two, three times a week.

4    Q    But L.E. never spoke to you about the golf

5    team?

6    A    No, ma'am.

7    Q    And L.E. never tried out for the golf team

8    while you've been coach.

9    A    No, ma'am.

10         MS. BERGMEYER:  No further questions.

11    Thank you.

12         MS. JERNIGAN-JOHNSON:  I don't have

13    anything.

14         MR. O'TOOLE:  I just have a few

15    follow-ups.

16                   EXAMINATION

17    BY MR. O'TOOLE:

18    Q    Mr. Higgins, are mental toughness and

19    determination skills that a person of either gender

20    can have?

21    A    Yes.

22    Q    And you identified the returnees for the

1              CERTIFICATE OF DEPOSITION OFFICER

2                   I, JANEL B. FOLSOM, the officer before whom

3     the foregoing proceedings were taken, do hereby

4     certify that any witness(es) in the foregoing

5     proceedings, prior to testifying, were duly sworn;

6     that the proceedings were recorded by me and

7     thereafter reduced to typewriting by a qualified

8     transcriptionist; that said digital audio recording of

9     said proceedings are a true and accurate record to the

10    best of my knowledge, skills, and ability; that I am

11    neither counsel for, related to, nor employed by any

12    of the parties to the action in which this was taken;

13    and, further, that I am not a relative or employee of

14    any counsel or attorney employed by the parties

15    hereto, nor financially or otherwise interested in the

16    outcome of this action.     *Janel B. Folsom*

17                                          JANEL B. FOLSOM

18                               Notary Public in and for the

19                               Commonwealth of Virginia

20

21

22

1                    CERTIFICATE OF TRANSCRIBER

2              I, ALICE AMUSIN, do hereby certify that this

3    transcript was prepared from the digital audio

4    recording of the foregoing proceeding, that said

5    transcript is a true and accurate record of the

6    proceedings to the best of my knowledge, skills, and

7    ability; that I am neither counsel for, related to,

8    nor employed by any of the parties to the action in

9    which this was taken; and, further, that I am not a

10   relative or employee of any counsel or attorney

11   employed by the parties hereto, nor financially or

12   otherwise interested in the outcome of this action.

13
                              *Alice Amu—*
14

15                              ALICE AMUSIN

16

17

18

19

20

21

22

# Farragut High School Golf

**Exhibit 0003**
7/25/2022
Jon Higgins

**Requirements**
1. Players must have their own Clubs and Balls.
2. Players must have their own golf shoes
3. Players must have a sports Physical on file for the new season on file

**Try Outs**
1. Players must have a sports physical to try out.
2. Players trying out for the boys team will need to shoot an average score of 90 or better for 18 walking holes through three rounds
3. Players trying out for the girls team will need to shoot an average score of 100 or better for 18 walking holes through three rounds

**Training Information for players on the team**
1. Players will be able to run a mile in under 10 minutes
2. Players will do strength and agility workouts on their own or with the team at specific times

**Competitions**
1. The team is allowed per TSSAA rules to have 14 matches during the season including tournaments. At each match there will be 5 Boys and 3 Girls scheduled to play.

**Team Policies**
1. Players are expected to be at all practices unless you have permission from the coach to miss.
2. Players will compete in Qualifiers throughout the season to determine Post season Roster as well as Tournament Rosters for various tournaments throughout the year.
3. Players are expected to stay in good academic standing in school and be able to balance playing golf with school & family responsibilities.

Exhibit
0007 SB
7/25/2022
Jon Higgins

11:00 ⏶     ●●● ▎ LTE 🔋

🔒 mobile.twitter.com    ↻   🔖   ⬆️

🐦    🔍 Search Twitter     •••

Log in      Sign up

**jack tate**       •••
@coachtatefhs20

Region Boys Golf Tournament ⚓ 🚩
Final Order of Finish
1st Halls
2nd Farragut
3rd Bearden
4th Campbell County
5th William Blount
6th West
Farragut Top 4 Scores:
Owen Queener 75
Brady Harville 78
Sebastian Costales 78
Carter Mayfield 80
@FarragutGolf @jasonmayfield

5:24 PM · Sep 27, 2021 · Twitter for iPad

**2** Retweets    **8** Likes

💬      ↻      ♡      ⬆️

←      →      🏠      ⧉