```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF TENNESSEE
                  NASHVILLE DIVISION
_____

L.E., by his next friends and
parents, SHELLEY ESQUIVEL and
MARIO ESQUIVEL,

        Plaintiff,

vs.                                No.: 3:21-cv-00835

BILL LEE, in his official
capacity as Governor of            Chief Judge Crenshaw
Tennessee, et al.,
                                   Magistrate Judge
KNOX COUNTY BOARD OF               Newbern
EDUCATION a/k/a KNOX COUNTY
SCHOOL DISTRICT; ROBERT M.
"BOB" THOMAS, in his official
capacity as Director of Knox
County Schools,

        Defendants.
_____



          Videoconference Deposition of:

          MELISSA A. CYPERSKI, Ph.D.

          Taken on behalf of the Defendants
          August 10, 2022

          Commencing at 9:37 a.m.


_____

          Elite-Brentwood Reporting Services
            www.elitereportingservices.com
      Deborah H. Honeycutt, LCR, Associate Reporter
                    P.O. Box 292382
                  Nashville, TN 37229
                    (615)595-0073
```

                A P P E A R A N C E S

For the Plaintiff:

    MS. TAYLOR BROWN
    Attorney at Law
    American Civil Liberties Union Foundation
    125 Broad Street
    New York, NY  10004
    (212)549-2500
    stbrown@aclu.org

    MR. LUCAS CAMERON VAUGHN
    Attorney at Law
    American Civil Liberties Union
    Foundation of Tennessee
    P.O. Box 120160
    Nashville, TN  37212
    syarborough@aclu-tn.org

    MS. TARA L. BORELLI
    Attorney at Law
    Lambda Legal
    Southern Regional Office
    1 West Court Square, Suite 105
    Decatur, GA  30030
    (404)897-1880 Ext. 6224
    tborelli@lambdalegal.org

    MS. BRITANY RILEY-SWANBECK
    Attorney at Law
    Wilmer Hale
    1875 Pennsylvania Ave. NW
    Washington, DC  20006
    (202)663-6137
    britanyriley-swanbeck@wilmerhale.com

```
 1

 2   For the Defendants/Governor Lee, Commissioner
     Schwinn, Dr. Morrison, and the individual members of
 3   the Tennessee State Board of Education, in their
     official capacities, and the Tennessee State Board
 4   of Education:

 5              MS. STEPHANIE A. BERGMEYER
                MR. CLARK HILDABRAND
 6              MR. TRAVIS ROYER
                Attorneys at Law
 7              P.O. BOX 20207
                Nashville, TN  37202-0207
 8              (615)741-6828
                stephanie.bergmeyer@ag.tn.gov
 9              clark.hildabrand@ag.tn.gov
                travis.royer@ag.tn.gov
10

11
     For the Defendants/Knox County Board of
12   Education/a/k/a Knox County School District; Robert
     M. "Bob" Thomas, in his official capacity as
13   Director of Knox County Schools:

14              MR. DAVID M. SANDERS
                MS. JESSICA JERNIGAN-JOHNSON
15              Attorneys at Law
                Senior Deputy Law Director
16              Knox County, Tennessee
                400 W. Main Street, Suite 612
17              City-County Building
                Knoxville, TN  37902
18              (865)637-3900
                david.sanders@knoxcounty.org
19              jessica.johnson@knoxcounty.org

20

21

22

23

24

25
```

```
 1

 2                        I  N  D  E  X

 3                                                    Page

 4   Examination
     By Mr. Hildabrand                                   8
 5


 6                     E  X  H  I  B  I  T  S

 7                                                    Page

 8   Exhibit No. 1                                      11
         Expert Report of Dr. Melissa A. Cyperski
 9
     Exhibit No. 2                                      55
10       Hembree Article, Endocrine Treatment of
         Gender-Dysphoric/Gender-Incongruent
11       Persons: An Endocrine Society* Clinical
         Practice Guideline, Page 3869 through
12       3903

13   Exhibit No. 3                                      91
         Docs C, D, E, Feb. 2017 Presentation 1,
14       2, and 3, Collective

15   Exhibit No. 4                                      92
         Presentation,
16       https:\\www.YouTube.com\watch?v=322u6en50
         d8, Late-filed
17
     Exhibit No. 5                                     103
18       Presentation,
         https:\\www.YouTube.com\watch?v=HvLYai7qq
19       0A, late-filed

20   Exhibit No. 6                                     125
         Individuals Treated for Gender Dysphoria
21       with Medical and/or Surgical Transition
         Who Subsequently Detransitioned: A Survey
22       of 100 Detransitioners, Lisa Littman

23   Exhibit No. 7                                     125
         Examining Executive Functioning Deficits
24       in Juvenile Delinquents with a History of
         Trauma Exposure by Melissa A. Cyperski
25
```

|    |                                                            |      |
|----|------------------------------------------------------------|------|
| 1  | E X H I B I T S                                            |      |
| 2  |                                                            | Page |
| 3  | Exhibit No. 8                                              | 130  |
|    | Supporting Transgender/Gender Diverse                      |      |
| 4  | Youth Across Settings and Systems of                       |      |
|    | Care: Experiences From a Pediatric                         |      |
| 5  | Interdisciplinary Clinic Article                           |      |
| 6  | Exhibit No. 9                                              | 166  |
|    | Obtaining Access to Your Child's My                        |      |
| 7  | Health Account                                             |      |
| 8  | Exhibit No. 10                                             | 168  |
|    | Vanderbilt University Medical Center                       |      |
| 9  | Parental Access to the My Health at                        |      |
|    | Vanderbilt (MHAV) Account of a Teen 13-17                  |      |
| 10 | Years Old                                                  |      |
| 11 | Exhibit No. 11                                             | 181  |
|    | Ensuring Comprehensive Care and Support                    |      |
| 12 | for Transgender and Gender-Diverse                         |      |
|    | Children and Adolescents by Jason                          |      |
| 13 | Rafferty, MD, MPH, EdM, FAAP                               |      |
| 14 | Exhibit No. 12                                             | 200  |
|    | Guidelines for Psychological Practice                      |      |
| 15 | With Transgender and Gender Nonconforming                  |      |
|    | People, American Psychological                             |      |
| 16 | Association                                                |      |
| 17 | Exhibit No. 13                                             | 217  |
|    | AMA March 26, 2021: State Advocacy Update                  |      |
| 18 |                                                            |      |
|    | Exhibit No. 14                                             | 225  |
| 19 | AACAP Statement Responding to Efforts to                   |      |
|    | Ban Evidence-Based Care for Transgender                    |      |
| 20 | and Gender Diverse Youth, November 8,                      |      |
|    | 2019                                                       |      |
| 21 |                                                            |      |
|    | Exhibit No. 15                                             | 250  |
| 22 | WPATH Standards of Care for the Health of                  |      |
|    | Transsexual, Transgender, and Gender                       |      |
| 23 | Nonconforming People, 7th Version                          |      |
| 24 | Exhibit No. 16                                             | 253  |
|    | AAP News Risk of pseudotumor cerebri                       |      |
| 25 | added to labeling for                                      |      |
|    | gonadotropin-releasing hormone agonists                    |      |

S T I P U L A T I O N S

The videoconference deposition of MELISSA A. CYPERSKI, Ph.D. was taken by counsel for the Defendants, by Notice, with all participants appearing at their respective locations, on August 10, 2022, for all purposes under the Tennessee Rules of Civil Procedure.

All objections, except as to the form of the question, are reserved to the hearing, and said deposition may be read and used in evidence in said cause of action in any trial thereon or any proceeding herein.

It is agreed that Deborah H. Honeycutt, Notary Public and Licensed Court Reporter for the State of Tennessee, may swear the witness remotely, and that the reading and signing of the completed deposition by the witness is not waived.

\*   \*   \*

THE REPORTER: Good morning. My name is Deborah Honeycutt. I am a stenographic reporter with Elite-Brentwood Reporting Services. My license number is 472.

Today's date is August 10, 2022, and the time is approximately 9:37 a.m. Central time.

This is the deposition of Melissa A. Cyperski, Ph.D. in the matter of L.E. by his next friends and parents, Shelley Esquivel and Mario Esquivel vs. Bill Lee, Governor of Tennessee, et al., filed in the United States District Court for the Middle District of Tennessee, Nashville Division. The Case Number is 3:21-cv-00835. This deposition is being taken by videoconference, and the oath will be administered remotely by me.

At this time, I'll ask counsel to identify yourselves and state whom you represent. If you have any objections with the procedures I've outlined, please state so when you introduce yourself. We will start with the noticing attorney.

MR. HILDABRAND: This is Clark Hildabrand. I am representing the State Defendants in this case, along with Travis Royer is here right

```
 1  now, and Stephanie Bergmeyer will be joining later
 2  in the deposition.
 3              MS. BROWN:  Again, Taylor Brown from the
 4  American Civil Liberties Union for Plaintiff.
 5              MS. BORELLI:  This is Tara Borelli with
 6  Lambda Legal for the plaintiff.
 7              MS. BROWN:  We also have with us Cameron
 8  Vaughn for Plaintiff from the ACLU of Tennessee.
 9  And then we also have -- Britany, do you want to
10  introduce yourself?
11              MS. RILEY-SWANBECK:  Yes.  This is
12  Britany Riley-Swanbeck from Wilmer Hale.
13              MR. SANDERS:  And this is David Sanders
14  representing Knox County Board of Ed. and Dr. Jon
15  Rysewyk.
16
17                      *   *   *
18              MELISSA A. CYPERSKI, Ph.D.,
19  was called as a witness, and after having been duly
20  sworn, testified as follows:
21
22                       EXAMINATION
23  QUESTIONS BY MR. HILDABRAND:
24  Q.    All right.  Thank you for coming to testify
25  today.  As we just said, my name is Clark
```

1      THE WITNESS:  Those are the topics that
2   I addressed through my expert report.
3   BY MR. HILDABRAND:
4   Q.    And just to go back on to expertise, you're
5   also not a sports physiologist, correct?
6   A.    I am not a sports physiologist, no.
7   Q.    You are not an expert in exercise science,
8   correct?
9   A.    I am not.
10  Q.    So turning to page three in the report,
11  paragraph 13?
12  A.    We're there.
13  Q.    Thank you.  So you say here:  At birth, most
14  people are assigned a sex, typically male or female
15  based solely on the appearance of their external
16  genitalia; is that correct?
17  A.    Yes.
18  Q.    And you did not offer an alternative
19  definition of sex in your report, correct?
20           MS. BROWN:  Objection to form.
21           THE WITNESS:  This statement reflects
22  that people are assigned a sex at birth typically
23  based on the appearance of their external genitalia.
24  BY MR. HILDABRAND:
25  Q.    Do you provide a definition of sex other than

1  the report, right, that define our gender identity.
2  BY MR. HILDABRAND:
3  Q.    So just to make sure I'm understanding you,
4  it could be that they have one sense but they could
5  sense that they have multiple identities?
6              MS. BROWN:  Objection to form.
7              THE WITNESS:  So I'm sharing that a
8  person has a gender identity that refers to their
9  own sense of gender, and what terminology or
10 understanding of their gender is is unique to each
11 individual.
12 BY MR. HILDABRAND:
13 Q.    So if it's unique to each individual, have
14 you ever encountered someone who claims to have
15 multiple gender identities?
16             MS. BROWN:  Objection to form.
17             THE WITNESS:  I have met individuals in
18 my clinical practice who identify as gender fluid.
19 BY MR. HILDABRAND:
20 Q.    Can you explain what gender fluid means?
21 A.    Gender fluid is a gender identity in which an
22 individual may have an inner sense of gender that is
23 consistent with male, female, neither, or both, and
24 that that may fluctuate over time.
25 / /

*Elite-Brentwood Reporting Services * (615)595-0073    49*

Case 3:21-cv-00835   Document 73-3   Filed 11/05/22   Page 10 of 13 PageID #: 2408

BY MR. HILDABRAND:
Q.   You said a minute ago that gender identity is unique.  How many gender identities would you estimate there are?
          MS. BROWN:  Objection to form.
          THE WITNESS:  I do not currently have a way to quantify the number of gender identities.  Again, the terminology is often changing and being updated and there may be many gender identities or individual gender identity may have an understanding or a terminology that has not yet been published or used by others.
BY MR. HILDABRAND:
Q.   Fair enough.  Just to get a sense of the numbers that we are talking about, are there more than two gender identities that you've encountered?
A.   Yes, there are more than two gender identities.
Q.   Are there more than three gender identities?
A.   There are more than three gender identities.  In fact, there's an infinite number of gender identities.
Q.   Thank you.  Going down to paragraph 16 in your report.  This is on page four.
A.   Did you say paragraph 16?

```
 1                MS. BROWN:  Objection to form.
 2                THE WITNESS:  None of my patients have
 3    ever stopped or reversed a gender transition.
 4    BY MR. HILDABRAND:
 5    Q.    Are you aware of any patients at VPATH who
 6    have stopped or reversed a gender transition?
 7                MS. BROWN:  Objection to form.
 8                THE WITNESS:  I am aware of one case by
 9    another provider in the Interdisciplinary Clinic of
10    an individual who identified as retransitioning.
11    BY MR. HILDABRAND:
12    Q.    Can you give me any particulars you can
13    remember about that case without providing names of
14    the individual?
15                MS. BROWN:  Objection to form.
16                THE WITNESS:  Which particulars would
17    you be interested in?
18    BY MR. HILDABRAND:
19    Q.    Sure.  Have they been on puberty blockers at
20    any point in their treatment to the best of your
21    knowledge?
22    A.    So the patient I am thinking of I did not
23    have contact with.  And in fact I believe they may
24    have established care prior to the initiation of our
25    interdisciplinary clinic at VPATH with one of our
```

```
 1                    REPORTER'S CERTIFICATE

 2
     STATE OF TENNESSEE
 3
     COUNTY OF DAVIDSON
 4

 5

 6           I, Deborah H. Honeycutt, Licensed Court

 7   Reporter, with offices in Hermitage, Tennessee,

 8   hereby certify that I reported the foregoing

 9   videoconference deposition of MELISSA A. CYPERSKI,

10   Ph.D., by machine shorthand to the best of my

11   skills and abilities, and thereafter the same was

12   reduced to typewritten form by me.  I am not

13   related to any of the parties named herein, nor

14   their counsel, and have no interest, financial or

15   otherwise, in the outcome of the proceedings.

16           I further certify that in order for this
     document to be considered a true and correct copy,
17   it must bear my original signature, and that any
     unauthorized reproduction in whole or in part
18   and/or transfer of this document is not authorized,
     will not be considered authentic, and will be in
19   violation of Tennessee Code Annotated 39-14-104,
     Theft of Services.
20

21
             _____
22           Deborah H. Honeycutt, LCR
             Elite-Brentwood Reporting Services
23           Associate Reporter
             Notary Public State of Tennessee
24
             My Notary Public Commission Expires: 07/09/24
25           LCR # 472 - Expires: 06/30/24
```