```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                     NASHVILLE DIVISION
   _____
 3
   L.E., by his next friends and
 4 parents, SHELLEY ESQUIVEL and
   MARIO ESQUIVEL,
 5
                Plaintiff,
 6
   vs.                               No.: 3:21-cv-00835
 7
   BILL LEE, in his official
 8 capacity as Governor of          Chief Judge Crenshaw
   Tennessee, et al.,
 9                                   Magistrate Judge
   KNOX COUNTY BOARD OF             Newbern
10 EDUCATION a/k/a KNOX COUNTY
   SCHOOL DISTRICT; ROBERT M.
11 "BOB" THOMAS, in his official
   capacity as Director of Knox
12 County Schools,

13              Defendants.
   _____
14

15

16           Videoconference Deposition of:

17           HELEN J. CARROLL

18           Taken on behalf of the Defendants
             August 9, 2022
19
             Commencing at 11:02 a.m.
20

21
   _____
22
             Elite-Brentwood Reporting Services
23            www.elitereportingservices.com
        Deborah H. Honeycutt, LCR, Associate Reporter
24                   P.O. Box 292382
                   Nashville, TN 37229
25                   (615)595-0073
```

*Elite-Brentwood Reporting Services * (615)595-0073*

```
 1

 2                   A   P   P   E   A   R   A   N   C   E   S

 3

 4    For the Plaintiff:

 5              MS. SASHA BUCHERT
               Attorney at Law
 6             Lambda Legal Defense and Education Fund,
               Inc.
 7             1776 K Street NW, 8th Floor
               Washington, DC 20006-5500
 8             (202)804-6245
               sbuchert@lambdalegal.org

 9

10             MR. THOMAS COSTELLO-VEGA
               Attorney at Law
11             Wilmer Hale
               350 Grand Avenue, Suite 2400
12             Los Angeles, CA   90071
               (213)443-5473
13             thomas.costello@wilmerhale.com

14

15             MS. TAYLOR BROWN
               Attorney at Law
16             American Civil Liberties Union Foundation
               125 Broad Street
17             New York, NY   10004
               (212)549-2500
18             stbrown@aclu.org

19

20

21

22

23

24

25
```

```
 1

 2    For the Defendants/Governor Lee, Commissioner
      Schwinn, Dr. Morrison, and the individual members of
 3    the Tennessee State Board of Education, in their
      official capacities, and the Tennessee State Board
 4    of Education:

 5              MS. STEPHANIE A. BERGMEYER
                MR. CLARK HILDABRAND
 6              MR. TRAVIS ROYER
                Attorneys at Law
 7              P.O. BOX 20207
                Nashville, TN  37202-0207
 8              (615)741-6828
                stephanie.bergmeyer@ag.tn.gov
 9              clark.hildabrand@ag.tn.gov
                travis.royer@ag.tn.gov
10

11
      For the Defendants/Knox County Board of
12    Education/a/k/a Knox County School District; Robert
      M. "Bob" Thomas, in his official capacity as
13    Director of Knox County Schools:

14              MR. DAVID M. SANDERS
                Attorney at Law
15              Senior Deputy Law Director
                Knox County, Tennessee
16              400 W. Main Street, Suite 612
                City-County Building
17              Knoxville, TN  37902
                (865)637-3900
18              david.sanders@knoxcounty.org

19

20    Also present:

21              MS. BRIANNA WHITE

22

23

24

25
```

```
 1

 2                         I   N   D   E   X

 3                                                        Page

 4    Examination
      By Ms. Bergmeyer                                       7
 5
      Examination
 6    By Ms. Buchert                                        127

 7    Examination
      By Ms. Bergmeyer                                      129
 8

 9

10

11                   E   X   H   I   B   I   T   S

12                                                        Page

13    Exhibit No. 1                                         16
           Expert Report of Helen Carroll
14
      Exhibit No. 2                                         32
15         Carroll YouTube Screen Shot

16    Exhibit No. 3                                         38
           LPGA Gender Policy
17
      Exhibit No. 4                                         40
18         News Article, 5/14/21, Late-filed

19    Exhibit No. 5                                         59
           Images of Tweets, Late-filed
20
      Exhibit No. 6                                         98
21         News Article, Late-filed

22    Exhibit No. 7                                        110
           News Article, Late-filed
23

24

25
```

```
 1

 2               S  T  I  P  U  L  A  T  I  O  N  S

 3

 4          The videoconference deposition of

 5    HELEN J. CARROLL was taken by counsel for the

 6    Defendants, by Notice, with all participants

 7    appearing at their respective locations, on

 8    August 9, 2022, for all purposes under the

 9    Tennessee Rules of Civil Procedure.

10          All objections, except as to the form of

11    the question, are reserved to the hearing, and said

12    deposition may be read and used in evidence in said

13    cause of action in any trial thereon or any

14    proceeding herein.

15          It is agreed that Deborah H. Honeycutt,

16    Notary Public and Licensed Court Reporter for the

17    State of Tennessee, may swear the witness remotely,

18    and that the reading and signing of the completed

19    deposition by the witness is not waived.

20

21

22

23

24

25
```

Case 3:21-cv-00835   Document 73-4   Filed 11/05/22   Page 5 of 14 PageID #: 2416

```
 1                      *     *     *

 2

 3              THE REPORTER:  Good morning.  My name is

 4    Deborah Honeycutt.  I am a stenographic reporter

 5    with Elite-Brentwood Reporting Services.  My license

 6    number is 472.

 7              Today's date is August 9, 2022, and the

 8    time is approximately 11:02 a.m. Central time.

 9              This is the deposition of Helen J.

10    Carroll in the matter of L.E. by his next friends

11    and parents, Shelley Esquivel and Mario Esquivel vs.

12    Bill Lee, Governor of Tennessee, et al., filed in

13    the United States District Court for the Middle

14    District of Tennessee, Nashville Division.  The Case

15    Number is 3:21-cv-00835.  This deposition is being

16    taken by videoconference, and the oath will be

17    administered remotely by me.

18              At this time, I'll ask counsel to

19    identify yourselves and state whom you represent.

20    If you have any objections with the procedures I've

21    outlined, please state so when you introduce

22    yourself.  We will start with the noticing attorney.

23              MS. BERGMEYER:  Good morning.  This is

24    Stephanie Bergmeyer with the Tennessee Attorney

25    General's Office.  And with me are Clark Hildabrand
```

1  and Travis Royer.  We represent the State Defendants

2  in this lawsuit.

3           MS. BUCHERT:  Good morning.  This is

4  Sasha Buchert.  And I am representing the plaintiff

5  in this lawsuit.  And joining me are Thomas

6  Costello-Vega and our intern Brianna White.

7           MR. SANDERS:  All right.  Good morning.

8  This is David Sanders, representing the Knox County

9  Board of Education and Dr. Jon Rysewyk.

10

11                    *    *    *

12              HELEN J. CARROLL,

13  was called as a witness, and after having been duly

14  sworn, testified as follows:

15

16              EXAMINATION

17  QUESTIONS BY MS. BERGMEYER:

18  Q.    Please state your name for the record.

19  A.    Helen Carroll.

20  Q.    Ms. Carroll, my name is Stephanie Bergmeyer.

21  I just introduced myself, but I'm with the Tennessee

22  Attorney General's Office.  Have you ever given a

23  deposition before?

24  A.    Yes.

25  Q.    Okay.

Case 3:21-cv-00835   Document 73-4   Filed 11/05/22   Page 7 of 14 PageID #: 2418

```
 1              On page three, paragraph 12, you state that I
 2    have, the beginning of, start from the beginning.  I
 3    have consulted with ten NCAA institutions through
 4    their development and implementation of policies
 5    providing equal treatment to transgender student
 6    athletes.  And this next part is what I'm going to
 7    ask you about.
 8    A.      Okay.
 9    Q.      And I have consulted with seven state high
10    school athletic associations through their
11    development and implementation of policies providing
12    equal treatment to transgender student athletes.
13    And my question is, which state high school athletic
14    associations did you consult with?
15    A.      Not sure I can name all seven but I'll try.
16    Virginia.  North Carolina.  Florida.  California.
17    Colorado.  Washington State.  I'm not thinking of
18    the seventh one.
19    Q.      Pretty good.
20    A.      I will note that I did not write any policies
21    for those states.  I just worked with them and they
22    wrote their own state policies.
23    Q.      When you consulted with these state athletic
24    associations, that was in your role as the sports
25    program director for the National Center for Lesbian
```

```
 1   athletes, like I say, going against what their state

 2   athletic association studied and spent a number of

 3   years working to implement.

 4   Q.     Do you know which states follow inclusive

 5   policies for transgender athletes?

 6             MS. BUCHERT:  Objection.

 7             THE WITNESS:  The 16?

 8   BY MS. BERGMEYER:

 9   Q.     Yes.

10   A.     I can't name the 16.  It's well documented on

11   several web sites and -- but I don't have that in

12   front of me so I can't read those off.

13   Q.     Could you provide us with the names of five

14   states?

15   A.     Yes.  Washington State.  California.

16   Virginia.  North Carolina.  Florida.

17   Q.     Do you know if the policies for transgender

18   athletes are the same in each state?

19             MS. BUCHERT:  Objection.

20             THE WITNESS:  They are the same in

21   principle that transgender student athletes in high

22   school may participate without medical intervention,

23   and then each state may have a little different

24   procedure on how for those, in the eligibility for

25   those student athletes to let the state association
```

Case 3:21-cv-00835   Document 73-4   Filed 11/05/22   Page 9 of 14 PageID #: 2420

1  please?
2  BY MS. BERGMEYER:
3  Q.    So is it your testimony that because Chelsea
4  Mitchell got a scholarship her feelings don't
5  matter?
6              MS. BUCHERT:  Objection.
7  BY MS. BERGMEYER:
8  Q.    Or don't count?
9              MS. BUCHERT:  Same objection.
10             THE WITNESS:  I did not say her feelings
11 don't matter.  I am saying that she is not harmed
12 because she got a good scholarship to a college.
13 BY MS. BERGMEYER:
14 Q.    Are you familiar with Lia Thomas, a swimmer
15 in the NCAA conference?
16 A.    Yes.
17 Q.    Will you admit that there are women who have
18 lost medals, podium spots, or qualifying positions
19 because of Lia Thomas's participation in women's
20 swimming?
21             MS. BUCHERT:  Objection.
22             THE WITNESS:  I will not concede that
23 because Lia is a woman and other women are women.
24 BY MS. BERGMEYER:
25 Q.    Will you admit that Lia Thomas has beaten

Case 3:21-cv-00835   Document 73-4   Filed 11/05/22   Page 10 of 14 PageID #: 2421

1  cisgender women in women's swimming?

2          MS. BUCHERT:  Objection.

3          THE WITNESS:  I will say that she has

4  beat cisgender women and cisgender women have beat

5  her.  As in all athletics, you win and you lose.

6  BY MS. BERGMEYER:

7  Q.     You have cisgender women who have lost to Lia

8  Thomas.  Have they incurred a harm?

9          MS. BUCHERT:  Objection.

10         THE WITNESS:  No.

11  BY MS. BERGMEYER:

12  Q.     Why not?

13         MS. BUCHERT:  Same objection.

14         THE WITNESS:  Because Lia Thomas is

15  eligible by NCAA regulations to compete in the

16  events she competes in.  So she is viewed as a woman

17  by the NCAA, so she is a woman competing against

18  other women.

19  BY MS. BERGMEYER:

20  Q.     Currently after this year's NCAA swimming

21  championships, the International Swimming Federation

22  changed this policy with regard to transgender

23  women.  Are you aware of that?

24  A.     Yes.

25  Q.     Okay.  Are you aware of why the International

```
 1  Swimming Federation changed its policy?

 2              MS. BUCHERT:  Objection.

 3              THE WITNESS:  I don't know for a fact

 4  why.  But my opinion is that it's a reaction to one

 5  swimmer, Lia Thomas.  So they reacted to one swimmer

 6  and made an extreme policy.

 7  BY MS. BERGMEYER:

 8  Q.    Is the International Swimming Federation

 9  wrong for changing its policy?

10              MS. BUCHERT:  Objection.

11              THE WITNESS:  In my opinion, yes, they

12  are wrong, but I can't really say as a fact as I'm

13  not a scientist or I'm not in the decision-making

14  body of swimming to make that decision.  I do know

15  that their policy as it reads now -- and it could

16  have changed in the last couple of days because they

17  were making it different every month or so -- is

18  established to really prevent any transgender woman

19  swimmer in college from ever getting to participate.

20              So it's based on exclusion for the

21  college athlete, maybe not for the Olympic athlete,

22  but definitely it's based for exclusion for the

23  college athletes.  And I don't support any exclusion

24  of athletes, especially when they meet -- they have

25  met the eligibility requirements for a period of
```

Case 3:21-cv-00835  Document 73-4  Filed 11/05/22  Page 12 of 14 PageID #: 2423

```
 1   BY MS. BERGMEYER:

 2   Q.      You mention that one national governing body

 3   USA Swimming has issued a policy since 2022 policy

 4   of the NCAA was announced; is that correct?

 5   A.      Yes.

 6   Q.      Are you familiar with the USA Swimming

 7   Report?

 8   A.      The policy, yes.

 9   Q.      Okay.  And what are you aware of with regard

10   to the USA Swimming Report?

11   A.      Well, the policy first began with a

12   three-year waiting period for transgender women to

13   swim.  And then it did change to you cannot swim at

14   all unless you have stopped hormones prepuberty.

15   Q.      So has that policy become more restricted to

16   transgender athletes?

17               MS. BUCHERT:  Objection.

18               THE WITNESS:  For college athletes it --

19   it pretty much does not allow them to participate at

20   all.  They would only have one year to participate,

21   so it is very restrictive.

22   BY MS. BERGMEYER:

23   Q.      Are you aware of the World Rugby Policy?

24   A.      Yes.

25   Q.      Okay.  And what are you aware about that
```

Case 3:21-cv-00835   Document 73-4   Filed 11/05/22   Page 13 of 14 PageID #: 2424

<pre>
 1

 2                    REPORTER'S CERTIFICATE

 3
     STATE OF TENNESSEE
 4
     COUNTY OF DAVIDSON
 5

 6           I, Deborah H. Honeycutt, Licensed Court

 7   Reporter, with offices in Hermitage, Tennessee,

 8   hereby certify that I reported the foregoing

 9   videoconference deposition of HELEN J. CARROLL by

10   machine shorthand to the best of my skills and

11   abilities, and thereafter the same was reduced to

12   typewritten form by me.  I am not related to any of

13   the parties named herein, nor their counsel, and

14   have no interest, financial or otherwise, in the

15   outcome of the proceedings.

16           I further certify that in order for this
     document to be considered a true and correct copy,
17   it must bear my original signature, and that any
     unauthorized reproduction in whole or in part
18   and/or transfer of this document is not authorized,
     will not be considered authentic, and will be in
19   violation of Tennessee Code Annotated 39-14-104,
     Theft of Services.
20

21
     _____
22   Deborah H. Honeycutt, LCR
     Elite-Brentwood Reporting Services
23   Associate Reporter
     Notary Public State of Tennessee
24
     My Notary Public Commission Expires: 07/09/24
25   LCR # 472 - Expires: 06/30/24
</pre>