# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| L.E., by next friends and parents, SHELLEY ESQUIVEL and MARIO ESQUIVEL, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) No. 3:21-cv-00835 |
| BILL LEE, in his official capacity as Governor of Tennessee; et al., | ) Chief Judge Crenshaw<br>) Magistrate Judge Newbern |
| KNOX COUNTY BOARD OF EDUCATION a/k/a KNOX COUNTY SCHOOL DISTRICT; et al., | ) |
| Defendants. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY OF
## STATE DEFENDANTS FOR MOTION FOR SUMMARY JUDGMENT

Defendants Governor Lee, Commissioner Schwinn, Executive Director Morrison, members of the Tennessee State Board of Education, in their official capacities, and the Tennessee State Board of Education ("State Defendants") provide notice of *R.K. v. Lee*, No. 22-5004, 2022 WL 17076105 (6th Cir. Nov. 18, 2022) (vacating injunction of a Tennessee COVID-19 statute (the "Act") that regulates public schools and other governmental entities). In *R.K.*, the Sixth Circuit concluded that "[w]hatever injury the plaintiffs may suffer is not fairly traceable to . . . Governor Lee and Commissioner of Education Schwinn." 2022 WL 17076105 at *2. "Governor Lee's obligation to ensure that the state's laws are faithfully executed does not, by itself, mean that any injury caused by the Act is fairly traceable to him." *Id*. And although Commissioner Schwinn has authority to withhold funds from schools that violate the Act challenged in *R.K.*, schools are not automatically disentitled from receiving state funds and any enforcement action is directed at the schools, not the plaintiffs. *Id*. at *3. Here, the State Defendants have also argued that any alleged injury cannot be fairly traced to them. (State Defs.' Mem. of Law, ECF 56, PageID # 1425-26.)

        Respectfully submitted,

        JONATHAN SKRMETTI
        Attorney General and Reporter

        CLARK L. HILDABRAND, BPR # 038199
        Assistant Solicitor General

        /s/ Stephanie Bergmeyer
        STEPHANIE BERGMEYER, BPR # 027096
        Senior Assistant Attorney General
        Office of Tennessee Attorney General and Reporter
        P.O. Box 20207
        Nashville, Tennessee 37202-0207
        Stephanie.Bergmeyer@ag.tn.gov
        (615) 741-6828

        *Attorneys for State Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this Notice of Supplemental Authority has been served through the e-filing system on November 22, 2022, to:

Leslie Cooper
Lisa Nowlin-Sohl
Taylor Brown
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004

Sasha Buchert
LAMBDA LEGAL DEFENSE AND EDUCATION FUND INC.
1776 K St. NW, 8th Floor
Washington, DC 20006-5500

Tara L. Borelli
Carl S. Charles
LAMBDA LEGAL DEFENSE AND EDUCATION FUND INC.
1 West Court Sq., Ste. 105
Decatur, GA 30030-2556

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich St., 45th Floor
New York, NY 10007

Thomas F. Costello-Vega
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Ave., Ste. 2400
Los Angeles, CA 90071

Britany Riley-Swanbeck
Emily L. Stark
Samuel M. Strongin
Jennifer Milici
John W. O'Toole
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006

Matthew D. Benedetto
WILMER & LEE, P.A.
100 Washington St., Ste. 200
Huntsville, AL 35804

Stella Yarbrough
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212

David M. Sanders
Senior Deputy Law Director
Knox County, Tennessee
400 W. Main St., Suite 612
City-County Building
Knoxville, TN 37902

Jessica Jernigan-Johnson
LONDON & AMBURN, PLLC
607 Market St., Ste. 900
Knoxville, TN 37902

/s/ Stephanie Bergmeyer
Stephanie Bergmeyer