UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.E., by his next friends and parents, SHELLEY ESQUIVEL and MARIO ESQUIVEL, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:21-cv-00835 ) |
| BILL LEE, et al., | ) ) |
| Defendants. | ) ) |

## ORDER

Despite the Court's judicial preference that "[c]ounsel should never incorporate legal authority or factual argument from another document, including a prior brief or the brief of another party in the case," https://www.tnmd.uscourts.gov/content/chief-district-judge-crenshaw, Knox County Defendants adopted arguments set forth in the State Defendants' Memorandum of Law in Support of State Defendants' Motion for Summary Judgment (Doc. No. 56) in its Response in Opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 63) and affirmed as much in its Reply in Response to Knox County Defendants' Motion for Summary Judgment (Doc. No. 74). But some of State Defendants' arguments are specific to them, (see generally Doc. No. 56), and State Defendants dispute far more facts than do Knox County Defendants. (Compare Doc. No. 71; with Doc. No. 64). Thus, to adapt these arguments to Knox County Defendants' opposition brief, the Court would have to take up the role of a litigant and co-author to the brief. This is precisely the kind of work that the Court will not do and abhors.

Accordingly, Knox County Defendants' Response in Opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 63) is **STRICKEN**. Knox County Defendants may file a new

response that includes all of their arguments opposing Plaintiff's Motion for Summary Judgment (Doc. No. 50) no later than **noon on January 24, 2023**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE