UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.E., by his next friends and parents, SHELLEY ESQUIVEL and MARIO ESQUIVEL, <br><br> Plaintiff, <br><br> v. <br><br> BILL LEE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 3:21-cv-00835 ) ) ) ) |

## ORDER

On January 13, 2023, Plaintiff L.E., by his next friends and parents, Shelley Esquivel and Mario Esquivel, filed a Motion Requesting Continuance of Trial Date and Associated Pretrial Dates (Doc. No. 80). Because the Court finds good cause for Plaintiff's request and Defendants have not filed any opposition, Plaintiff's Motion (Doc. No. 80) is **GRANTED**, and the Court's January 28, 2022, Order (Doc. No. 23) and any related deadlines are **VACATED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE