UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| L.E., | |
|---|---|
| Plaintiff, | |
| v. | Case No. 3:21-cv-00835 |
| BILL LEE, et al., | Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |
| Defendants. | |

# ORDER

Defendants Lee, Reynolds, Morrison, and the members of the Tennessee State Board of Education and the Tennessee State Board of Education have filed a notice that Defendant Penny Schwinn has resigned from her position as Commissioner of Education and has been replaced by Lizzette Gonzalez Reynolds. Reynolds is automatically substituted as a party under Federal Rule of Civil Procedure 25(d).

The Clerk's Office is DIRECTED to update the docket to reflect this substitution of party.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge