IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| L.E., by his next friends and parents, SHELLEY ESQUIVEL and MARIO ESQUIVEL,<br><br>    Plaintiff,<br><br>v.<br><br>BILL LEE, et al.,<br><br>    Defendants. | Case No. 3:21-cv-00835<br><br>Chief Judge Waverly D. Crenshaw Jr.<br>Magistrate Judge Alistair E. Newbern |

**PLAINTIFF L.E.'S NOTICE
OF INTERVENING AUTHORITY**

Plaintiff L.E., by his next friends and parents, Shelley Esquivel and Mario Esquivel, respectfully submits this Notice of Intervening Authority. On August 17, 2023, the Ninth Circuit issued its decision in *Hecox v. Little*, --- F.4th ----, 2023 WL 5283127 (9th Cir. Aug. 17, 2023). A copy of the Ninth Circuit's slip opinion is attached as Exhibit A to this notice.

In *Hecox*, the panel affirmed a preliminary injunction enjoining enforcement of an Idaho statute known as the "Fairness in Women's Sports Act." Slip Op. 12. The statute imposed a "categorical ban on the participation of transgender women and girls participating in women's student athletics." *Id.* The court held the statute unconstitutional under the Equal Protection Clause. *Id.* at 12-13. Central to this holding was the court's conclusion that "the State of Idaho failed to adduce any evidence demonstrating that the Act is substantially related to its asserted interests in sex equality and opportunity for women athletes." *Id.* at 13.

1

Dated: August 21, 2023

Leslie Cooper (*pro hac vice*)
L. Nowlin-Sohl (*pro hac vice*)
Taylor Brown (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lcooper@aclu.org
lnowlin-sohl@aclu.org
tbrown@aclu.org

Thomas F. Costello-Vega (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: (213) 443-5300
thomas.costello-vega@wilmerhale.com

Tara L. Borelli (*pro hac vice*)
Carl S. Charles (*pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION
   FUND INC.
1 West Court Square, Suite 105
Decatur, GA 30030-2556
Tel: (404) 897-1880
Fax: (404) 506-9320
tborelli@lambdalegal.org
ccharles@lambdalegal.org

Sasha Buchert (*pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION
   FUND INC.
1776 K Street NW, 8th Floor
Washington, DC 20006-5500
Tel: (202) 804-6245
sbuchert@lambdalegal.org

Respectfully submitted,

/s/ Alan Schoenfeld
Alan Schoenfeld (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street, 45th Floor
New York, NY 10007
Tel: (212) 937-7294
alan.schoenfeld@wilmerhale.com

Stella Yarbrough (No. 33637)
Lucas Cameron-Vaughn (No. 036284)
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Tel: (615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org

Jennifer Milici (*pro hac vice*)
Emily L. Stark (*pro hac vice*)
Samuel M. Strongin (*pro hac vice*)
John W. O'Toole (*pro hac vice*)
Britany Riley-Swanbeck (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Tel: (202) 663-6000
jennifer.milici@wilmerhale.com
emily.stark@wilmerhale.com
samuel.strongin@wilmerhale.com
john.o'toole@wilmerahle.com
britany.riley-swanbeck@wilmerhale.com

***Attorneys for Plaintiff L.E., by his next friends and parents, Shelley Esquivel and Mario Esquivel***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2023, a true and correct copy of the foregoing was served on the below counsel for Defendants, via the Court's ECF/CM system.

| | |
|---|---|
| Stephanie A. Bergmeyer<br>Senior Assistant Attorney General<br>Office of Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>Stephanie.Bergmeyer@ag.tn.gov<br>(615) 741-6828 | David M. Sanders<br>Senior Deputy Law Director, Knox County<br>Suite 612, City-County Building<br>400 Main Street<br>Knoxville, TN 37902<br>David.Sanders@knoxcounty.org<br>(865) 215-2327 |
| Clark L. Hildabrand<br>Assistant Solicitor General<br>Office of Tennessee Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>Clark.Hildabrand@ag.tn.gov<br>(615) 253-5642 | Jessica Jernigan-Johnson<br>Deputy Law Director, Knox County<br>Suite 612, City-County Building<br>400 Main Street<br>Knoxville, TN 37902<br>Jessica.Johnson@knoxcounty.org<br>(865) 215-2327 |

/s/ Alan Schoenfeld
Alan Schoenfeld