IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| L.E., by his next friends and parents, SHELLEY ESQUIVEL and MARIO ESQUIVEL,<br><br>　　　Plaintiff,<br><br>v.<br><br>BILL LEE, et al.,<br><br>　　　Defendants. | Case No. 3:21-cv-00835<br><br>Chief Judge Waverly D. Crenshaw Jr.<br>Magistrate Judge Alistair E. Newbern |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.01(g), Thomas F. Costello-Vega, admitted pro hac vice in this matter, hereby notifies this Court of his withdrawal as co-counsel for Plaintiff. On September 1, 2023, Mr. Costello-Vega is leaving the employment of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Mr. Costello-Vega's withdrawal will not delay trial or any other pending matters in this case, and Plaintiff will continue to be represented by other lawyers at WilmerHale, including Alan Schoenfeld, Emily Stark, Jennifer Milici, John O'Toole, Britany Riley-Swanbeck, and Samuel Strongin. Plaintiff will also continue to be represented by Stella Yarbrough and Lucas Cameron-Vaughn with the American Civil Liberties Union Foundation of Tennessee; Leslie Cooper, L. Nohlin-Sohl, and Taylor Brown with the American Civil Liberties Union Foundation; and Tara L. Borelli and Sasha Buchert with the Lambda Legal Defense and Education Fund, Inc. As such and pursuant to Local Rule 83.01(g), no motion is required.

Dated: August 30, 2023　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/  Alan Schoenfeld
　　　　　　　　　　　　　　　　　　　　　　　　　　Alan Schoenfeld

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on August 31, 2023, by operation of the Court's electronic filing system on the following:

| | |
|---|---|
| Stephanie A. Bergmeyer<br>Senior Assistant Attorney General<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, Tennessee 37202-0207<br>Stephanie.bergmeyer@ag.tn.gov<br>(615) 741-6828 | David M. Sanders<br>Senior Deputy Law Director, Knox County<br>400 W. Main St.<br>Suite 612, City-County Building<br>Knoxville, Tennessee 37902<br>David.Sanders@knoxcounty.org<br>(865) 215-2327 |
| Clark L. Hildabrand<br>Assistant Solicitor General<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>Clark.Hildabrand@ag.tn.gov<br>(615) 253-5642 | Jessica Jernigan-Johnson<br>Deputy Law Director, Knox County<br>400 W. Main St.<br>Suite 612, City-County Building<br>Knoxville, TN 37902<br>Jessica.Johnson@knoxcounty.org<br>(865) 215-2327 |

/s/ Alan Schoenfeld
Alan Schoenfeld