# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| L.E., by next friends and parents, ) <br> SHELLEY ESQUIVEL and ) <br> MARIO ESQUIVEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BILL LEE, in his official capacity as ) <br> Governor of Tennessee; et al., ) <br> ) <br> KNOX COUNTY BOARD OF ) <br> EDUCATION a/k/a KNOX COUNTY ) <br> SCHOOL DISTRICT; et al., ) <br> ) <br> Defendants. ) | No. 3:21-cv-00835 <br><br> Chief Judge Crenshaw <br><br> Magistrate Judge Newbern |

## NOTICE OF WITHDRAWAL OF COUNSEL

Clark Hildabrand hereby notifies this Court that, upon filing of this notice, he is withdrawing as counsel for the State Defendants in this case because he has accepted employment outside the Office of the Tennessee Attorney General and Reporter. Stephanie Bergmeyer will remain counsel of record for the State Defendants.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Clark L. Hildabrand*
CLARK L. HILDABRAND, BPR # 038199
Deputy Chief of Staff & Senior Counsel

STEPHANIE BERGMEYER, BPR # 027096
Senior Assistant Attorney General

Office of Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Clark.Hildabrand@ag.tn.gov
Stephanie.Bergmeyer@ag.tn.gov
(615) 253-5642

*Attorneys for State Defendants*

September 6, 2023

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this Notice of Withdrawal of Counsel has been served through the e-filing system on September 6, 2023, to:

Leslie Cooper
Lisa Nowlin-Sohl
Taylor Brown
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004

Lucas Cameron-Vaughn
ACLU (Nashville Office)
P.O. Box 120160
Nashville, TN 37212

Sasha Buchert
LAMBDA LEGAL DEFENSE AND EDUCATION FUND INC.
1776 K St. NW, 8th Floor
Washington, DC 20006-5500

Tara L. Borelli
LAMBDA LEGAL DEFENSE AND EDUCATION FUND INC.
1 West Court Sq., Ste. 105
Decatur, GA 30030-2556

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich St., 45th Floor
New York, NY 10007

Britany Riley-Swanbeck
Emily L. Stark
Samuel M. Strongin
Jennifer Milici
John W. O'Toole
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006

Matthew D. Benedetto
WILMER & LEE, P.A.
100 Washington St., Ste. 200
Huntsville, AL 35804

Stella Yarbrough
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212

David M. Sanders
KNOX COUNTY LAW DEPARTMENT
400 W. Main St., Suite 612
City-County Building
Knoxville, TN 37902

Jessica Jernigan-Johnson
LONDON & AMBURN, PLLC
607 Market St., Ste. 900
Knoxville, TN 37902

/s/ *Clark L. Hildabrand*
Clark L. Hildabrand
Deputy Chief of Staff & Senior Counsel