IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| L.E., by next friends and parents, SHELLEY ESQUIVEL and MARIO ESQUIVEL, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 3:21-cv-00835 |
| v. | ) ) | Chief Judge Crenshaw |
| BILL LEE, in his official capacity as Governor of Tennessee; et al., | ) ) ) | Magistrate Judge Newbern |
| KNOX COUNTY BOARD OF EDUCATION a/k/a KNOX COUNTY SCHOOL DISTRICT; et al., | ) ) ) ) | |
| Defendants. | ) | |

**STATE DEFENDANTS' NOTICE OF SIXTH CIRCUIT'S DECISION AND MOTION TO LIFT THE ADMINISTRATIVE STAY**

Governor Lee, Commissioner Reynolds, Executive Director Morrison, members of the Tennessee State Board of Education, in their official capacities, and the Tennessee State Board of Education (State Defendants) provide notice in accordance with this Court's Order (Doc. 92) that the Sixth Circuit Court of Appeals has reversed the preliminary injunction issued in *L.W. v. Skrmetti*, No. 23-5600, 2023 WL 6321688 at \*23 (6th Cir. Sept. 28, 2023) (attached). Therefore, State Defendants respectfully request that the Court lift its administrative stay.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ Stephanie Bergmeyer
STEPHANIE BERGMEYER, BPR # 027096
Senior Assistant Attorney General
Office of Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Stephanie.Bergmeyer@ag.tn.gov
(615) 741-6828

*Attorneys for Governor Lee, Commissioner Reynolds, Dr. Morrison, the individual members of the Tennessee State Board of Education, in their official capacities, and the Tennessee State Board of Education*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this Notice has been served through the e-filing system on October 1, 2023:

Leslie Cooper
Lisa Nowlin-Sohl
Taylor Brown
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004

Sasha Buchert
LAMBDA LEGAL DEFENSE AND EDUCATION FUND INC.
1776 K St. NW, 8th Floor
Washington, DC 20006-5500

Tara L. Borelli
Carl S. Charles
LAMBDA LEGAL DEFENSE AND EDUCATION FUND INC.
1 West Court Sq., Ste. 105
Decatur, GA 30030-2556

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich St., 45th Floor
New York, NY 10007

Britany Riley-Swanbeck
Emily L. Stark
Samuel M. Strongin
Jennifer Milici
John W. O'Toole
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006

Matthew D. Benedetto
WILMER & LEE, P.A.
100 Washington St., Ste. 200
Huntsville, AL 35804

Stella Yarbrough
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212

David M. Sanders
Senior Deputy Law Director
Knox County, Tennessee
400 W. Main St., Suite 612
City-County Building
Knoxville, TN 37902

Jessica Jernigan-Johnson
LONDON & AMBURN, PLLC
607 Market St., Ste. 900
Knoxville, TN 37902

/s/ Stephanie Bergmeyer
Stephanie Bergmeyer