UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.E., by his next friends and parents, SHELLEY ESQUIVEL and MARIO ESQUIVEL, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:21-cv-00835 ) |
| BILL LEE, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

State Defendants' Notice of Sixth Circuit's Decision and Motion to Lift the Administrative Stay (Doc. No. 96) is **GRANTED**. The Court's administrative stay is hereby **LIFTED**. The parties may file the supplemental briefs contemplated by this Court's prior Order (Doc. No. 92) no later than **October 20, 2023**. The parties' responses may be filed no later than **October 27, 2023**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE