# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

L. E.

        Plaintiff,

v.                                        Case No.: 3:21–cv–00835

Larry Jensen, et al.

        Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/29/2024 re [108].

                                              Lynda M. Hill
                                    s/ Annecia L Donigan, Deputy Clerk